1  **LAW OFFICES OF DALE K. GALIPO**
   Dale K. Galipo, Esq. (Bar No. 144074)
2  dalekgalipo@yahoo.com
   Hang D. Le, Esq. (Bar No. 293450)
3  hlee@galipolaw.com
   21800 Burbank Boulevard, Suite 310
4  Woodland Hills, California, 91367
   Telephone: (818) 347-3333
5  Facsimile: (818) 347-4118

6  Attorneys for Plaintiffs
   JONATHAN WAYNE BOTTEN, SR.,
7  TANJA DUDEK-BOTTEN, ANNABELLE BOTTEN,
   AND J.B.

8

9
                    **UNITED STATES DISTRICT COURT**
10
                    **CENTRAL DISTRICT OF CALIFORNIA**
11

12
   JONATHAN WAYNE BOTTEN, SR.;        Case No. 5:23-cv-00257-KK-SHK
13  TANJA DUDEK-BOTTEN;
   ANNABELLE BOTTEN; and J.B., a      *Hon. Kenly Kiya Kato*
14  minor, by and through his guardian
   JONATHAN WAYNE BOTTEN, SR.,        **[PROPOSED] ORDER GRANTING**
15                                     **PLAINTIFFS' MOTION TO**
                                       **CONSOLIDATE**
16                  Plaintiffs,

17
            vs.
18
   STATE OF CALIFORNIA; COUNTY        Hearing Date:      April 4, 2024
19  OF SAN BERNARDINO; ISAIAH         Time:              9:30 a.m.
   KEE; MICHAEL BLACKWOOD;            Crtrm:             3
20  BERNARDO RUBALCAVA;
   ROBERT VACCARI; JAKE ADAMS;        Complaint filed:  February 17, 2023
21  and DOES 1-10, inclusive,
22
23                  Defendants.
24
25
26
27
28

## [PROPOSED] ORDER

Having considered the papers filed in support of and in opposition to Plaintiffs' Motion to Consolidate and GOOD CAUSE appearing therefrom, IT IS HEREBY ORDERED that the case of *Jonathan Wayne Botten, Sr., et al. v. State of California, et al.*, case no. 5:23-cv-00257-KK-SHK and the case of *L.C., et al. v. State of California, et al.*, case no. 5:22-cv-00949-KK-SHK are hereby consolidated for all purposes, including trial. The cases are being consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure in the interest of judicial economy and efficiency as both cases arise from the same officer-involved shooting that occurred on February 17, 2021 involve the same defendants and substantially similar issues of fact and law.

**IT IS SO ORDERED**.

DATED:                                                    _____

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE