*Exhibit A*

