*Exhibit B*

