Dale K. Galipo
Hang D. Le
Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310, Woodland Hills CA 91367
(818) 347-3333

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jonathan Wayne Botten, Sr., et al.<br><br>v.<br><br>State of California, et al.<br><br>Plaintiff(s)<br>Defendant(s). | CASE NUMBER:<br><br>5:23-cv-00257-KK-SHK<br><br>**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

☑ The parties stipulate that _____Richard T. Copeland_____ may serve as the Panel Mediator in the above-captioned case. _____Hang Le_____ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on _____TBD_____ (Date) and counsel will submit mediation statements seven calendar days before the session.

☐ The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: 4/2/2024         /s/ Hang D. Le
                        Attorney For Plaintiff   Botten, Sr., et al.

Dated: _____          _____
                        Attorney For Plaintiff   _____

Dated: 4/2/2024         /s/ Diana Esquivel
                        Attorney For Defendant   State of California, et al.

Dated: 4/2/2024         /s/ Amy R. Margolies
                        Attorney For Defendant   County of San Bernardino, et al

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*

ADR-02 (01/23)          **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**