# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WAYNE BOTTEN, SR.; TANJA DUDEK-BOTTEN; ANNABELLE BOTTEN; and J.B., a minor by and through his guardian JONATHAN WAYNE BOTTEN, SR., <br><br>Plaintiffs, <br><br>vs. <br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; ISAIAH KEE; MICHAEL BLACWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 1-10 inclusive, <br><br>Defendants. | CASE NO. 5:23-cv-00257-JGB-SHK <br><br>Assigned for All Purposes to: <br>Hon. Kenly Kiya Kato– Courtroom #3 <br><br>**[PROPOSED] ORDER GRANTING PARTIES' FIRST STIPULATION TO MODIFY THE SCHEDULING ORDER** <br><br>*Complaint filed: February 16, 2023* |

1

**[PROPOSED] ORDER GRANTING PARTIES'
FIRST STIPULATION TO MODIFY THE SCHEDULING ORDER**

# [PROPOSED] ORDER

Having read and considered the parties' stipulation and for good cause, the Court grants' the parties' stipulation to amend the scheduling order as follows:

| Case Management Event | Prior Date/Deadline | Proposed New Date/Deadline |
|---|---|---|
| Fact Discovery Cut-Off (including hearing of discovery motions) (Thursday) | July 11, 2024 | March 13, 2025 (All Discovery Cut-Off) |
| Deadline for Initial Designation of Expert Witnesses | July 25, 2024 (Puga July 29, 2024) | January 20, 2025 |
| Deadline for Designation of Rebuttal Expert Witnesses | August 22, 2024 (Puga August 26, 2024) | February 17, 2025 |
| Expert Discovery Cut-Off (including hearing of discovery motions) (Thursday) | September 19, 2024 (Puga September 9, 2024) | March 13, 2025 (All Discovery Cut-Off) |
| Dispositive Motion Hearing Cut-Off (Thursday) | October 24, 2024 | June 26, 2025 |
| Last Day to Conduct Settlement | October 24, 2024 | July 10, 2025 |
| Final Pretrial Conference (Thursday at 10:30 a.m.) (18 days before trial) | January 16, 2025 | September 11, 2025 |
| Jury Trial (Monday at 8:30 a.m.) | February 3, 2025 | September 29, 2025 |

**IT IS SO ORDERED**.

DATED: _____

**HON. KENLY K. KATO**
United States District Court Judge