**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN WAYNE BOTTEN, SR.; TANJA DUDEK-BOTTEN; ANNABELLE BOTTEN; and J.B., a minor by and through his guardian JONATHAN WAYNE BOTTEN, SR., <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; ISAIAH KEE; MICHAEL BLACWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 1-10 inclusive, <br><br> Defendants. | CASE NO. 5:23-cv-00257-JGB-SHK <br><br> *Assigned for All Purposes to:* <br> *Hon. Kenly Kiya Kato– Courtroom #3* <br><br> **ORDER GRANTING PARTIES' FIRST STIPULATION TO MODIFY THE SCHEDULING ORDER** <br><br> *Complaint filed: February 16, 2023* <br><br> **[NOTE CHANGES BY COURT]** |

1

**ORDER GRANTING PARTIES' FIRST STIPULATION TO MODIFY THE SCHEDULING ORDER**

# ORDER

Having read and considered the parties' stipulation and for good cause, the Court grants' the parties' stipulation to amend the scheduling order as follows:

| Case Management Event | Prior Date/Deadline | Proposed New Date/Deadline |
|---|---|---|
| Fact Discovery Cut-Off (including hearing of discovery motions) (Thursday) | July 11, 2024 | January 2, 2025 |
| Last Day to Serve Initial Expert Reports | July 25, 2024 (Puga July 29, 2024) | January 16, 2025 |
| Last Day to Serve Rebuttal Expert Reports | August 22, 2024 (Puga August 26, 2024) | January 30, 2025 |
| Expert Discovery Cut-Off (including hearing of discovery motions) | September 19, 2024 (Puga September 9, 2024) | February 20, 2025 |
| Motion Hearing Cut-Off | October 24, 2024 | March 20, 2025 |
| Last Day to Conduct Settlement | October 24, 2024 | April 24, 2025 |
| Final Pretrial Conference (Thursday at 10:30 a.m.) | January 16, 2025 | June 12, 2025 |
| Jury Trial (Monday at 8:30 a.m.) | February 3, 2025 | June 30, 2025 |

IT IS SO ORDERED.

DATED: June 18, 2024

_____
HON. KENLY K. KATO
United States District Court Judge

2
**ORDER GRANTING PARTIES'
FIRST STIPULATION TO MODIFY THE SCHEDULING ORDER**