1  Shannon L. Gustafson (SBN 228856)
   sgustafson@lynberg.com
2  Amy R. Margolies (SBN 283471)
   amargolies@lynberg.com
3  Anita K. Clarke (SBN 321015)
   aclarke@lynberg.com
4  **LYNBERG & WATKINS**
   A Professional Corporation
5  1100 W. Town & Country Road, Suite #1450
   Orange, California 92868
6  (714) 937-1010 Telephone
   (714) 937-1003 Facsimile
7
8  Attorneys for Defendants, COUNTY OF SAN BERNARDINO,
   ROBERT VACCARI and JAKE ADAMS

9           **UNITED STATES DISTRICT COURT**

10          **CENTRAL DISTRICT OF CALIFORNIA**

11 | JONATHAN WAYNE BOTTEN, SR.; | CASE NO. 5:23-cv-00257-JGB-SHK
   | TANJA DUDEK-BOTTEN;          |
12 | ANNABELLE BOTTEN; and J.B., a | *Assigned for All Purposes to:*
   | minor by and through his guardian | *Hon. Kenly Kiya Kato– Courtroom #3*
13 | JONATHAN WAYNE BOTTEN, SR., |
14 |          Plaintiffs, | **SECOND STIPULATION TO MODIFY SCHEDULING ORDER –**
15 |     vs. | **PRETRIAL CONFERENCE AND TRIAL DATE ONLY**
16 | STATE OF CALIFORNIA; COUNTY |
   | OF SAN BERNARDINO; ISAIAH |
17 | KEE; MICHAEL BLACWOOD; | *Complaint filed: February 16, 2023*
   | BERNARDO RUBALCAVA; |
18 | ROBERT VACCARI; JAKE ADAMS; |
   | and DOES 1-10  inclusive, |
19 |
20 |          Defendants. |
21
22
23
24
25
26
27
28

---
**1**
**SECOND STIPULATION TO MODIFY SCHEDULING ORDER-
PRETRIAL CONFERENCE AND TRIAL DATE ONLY**

1    Under Federal Rule of Civil Procedure 16(b)(4) and Local Rules 7-1 and 16-
2  14, Plaintiffs Jonathan Wayne Botten Sr., Tanja Dudek-Botten, Annabelle Botten,
3  and J.B., a minor by and through his guardian *ad litem* Jonathan Wayne Botten Sr.
4  ("Plaintiffs") and Defendants Michael Blackwood, Isaiah Kee, and Bernardo
5  Rubalcava ("State Defendants"), County of San Bernardino, Robert Vaccari, and
6  Jake Adams ("County Defendants") (collectively "Defendants"), stipulate for the
7  purpose of jointly requesting that the honorable Court modify the Scheduling Order
8  as to the Pretrial Conference and Trial date only, recently issued in this action. (Dkt.
9  No. 72).  The parties seek to continue the final Pretrial Conference and Trial date by
10 four weeks as lead Counsel for County Defendants will be out of the Country during
11 the scheduled trial date with pre-paid tickets and lead Counsel for Plaintiff has back-
12 to-back trials scheduled and his earliest availability is July 28, 2025.  The current
13 Pretrial Conference and Trial dates were not chosen or suggested by the parties in
14 their last stipulation (Dkt. No. 71), therefore, the conflict could not have been
15 anticipated or avoided.

16    When an act must be done within a specified time, the court may, for good
17 cause, extend the time with or without motion or notice if the court acts, or if a
18 request is made, before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). A
19 scheduling order may be modified only upon a showing of good cause and by leave
20 of Court. *Id*. 16(b)(4); *see, e.g., Johnson v. Mammoth Recreations, Inc*., 975 F.2d
21 604, 609 (9th Cir. 1992) (describing the factors a court should consider in ruling on
22 such a motion). In considering whether a party moving for a schedule modification
23 has good cause, the Court primarily focuses on the diligence of the party seeking the
24 modification. *Johnson*, 975 F.2d at 609 (citing Fed. R. Civ. P. 16 advisory
25 committee's notes of 1983 amendment). "The district court may modify the pretrial
26 schedule 'if it cannot reasonably be met despite the diligence of the party seeking
27 the amendment.'" *Id*. (quoting Fed. R. Civ. P. 16 advisory committee notes of 1983

28

**2**

**SECOND STIPULATION TO MODIFY SCHEDULING ORDER-
PRETRIAL CONFERENCE AND TRIAL DATE ONLY**

amendment). Good cause exists to modify the Scheduling Order because Counsel for both County Defendants and Plaintiffs will be unavailable during the current scheduled Trial date.

1.     On February 16, 2023, Plaintiffs filed their Complaint. (Dkt. No. 1).

2.     On June 8, 2023, Plaintiffs filed a First Amended Complaint, the operative complaint and the respective Defendants filed their Answers on September 12, 2023. (Dkt. Nos. 27, 52, and 53).

3.     On December 21, 2023, the parties filed their Joint Rule 16(f) Report. (Dkt. No. 55).

4.     On February 14, 2024, the instant case was deemed related to another case, 5:22-cv-00949-KK-SHK, L.C., et al. v. State of California, et al. ("Puga") and assigned from the Judge Jesus G. Bernal to Judge Kenly Kiya Kato. (Dkt. No. 58).

5.     On February 28, 2024, the Court issued a Civil Trial Scheduling Order. (Dkt. No. 60).

6.     On April 9, 2024, the Court ordered that the instant Botten matter and the related Puga matter be consolidated for the limited purpose of discovery. (Dkt. No. 69).  However, no dates and deadlines were changed in either case.

7.     On June 18, 2024, pursuant to the parties' requested stipulation, the Court ordered that the Scheduling Order be modified so that all discovery dates in the instant Botten matter and the related Puga were uniform.  The Court also selected new Pretrial and Trial dates; however, the dates ordered by the Court were not dates chosen or suggested by the parties in their last stipulation (Dkt. No. 71), and therefore, the scheduling conflict could not have been anticipated or avoided. (Dkt. No. 72).

8.     The parties agree that it is in the best interest of all parties to continue only the final Pretrial Conference and Trial date for four weeks.

**SECOND STIPULATION TO MODIFY SCHEDULING ORDER- PRETRIAL CONFERENCE AND TRIAL DATE ONLY**

1  9.     This Stipulation is the parties' second request to modify the Scheduling

2  Order.

3  10.    Accordingly, in light of the foregoing, the parties hereby stipulate that

4  good cause exists, and jointly request that the Court modify the Scheduling Order as

5  outlined below.[1]:

6

7
| Case Management Event | Prior Date/Deadline | Proposed New Date/Deadline |
|---|---|---|
| Final Pretrial Conference (Thursday at 10:30 a.m.) (18 days before trial) | June 12, 2025 | July 10, 2025 |
| Jury Trial (Monday at 8:30 a.m.) | June 30, 2025 | July 28, 2025 |

14  **IT IS SO STIPULATED**.

15

16  DATED:  July 2, 2024                    **LYNBERG & WATKINS**
17                                          A Professional Corporation

18

19                                    By:   */s/ Amy R. Margolies*
20                                          **SHANNON L. GUSTAFSON**
                                            **AMY R. MARGOLIES**
21                                          **ANITA K. CLARKE**
                                            Attorneys for Defendant,
22                                          COUNTY OF SAN BERNARDINO
                                            ROBERT VACCARI, and JAKE ADAMS
23

24

25  _____

26

27  [1] The deadlines have been modified to adhere to this Court's most recent Civil
    Standing Order, Order Setting Scheduling Conference, and Civil Trial Scheduling
28  Order, issued on June 18, 2024. (Dkt. No. 72).

4

**SECOND STIPULATION TO MODIFY SCHEDULING ORDER-
PRETRIAL CONFERENCE AND TRIAL DATE ONLY**

1  DATED:  July 2, 2024                    LAW OFFICES OF DALE K. GALIPO

2

3

4                                          By   /s/ Hang D. Le
                                              **Dale K. Galipo**
5                                             **Hang D. Le**
                                              Attorneys for Plaintiffs
6

7   DATED: July 2, 2024                    ROB BONTA
                                           Attorney General of California
8                                          CHRISTINE E. GARSKE
                                           Supervising Deputy Attorney General
9

10                                         /s/ Diana Esquivel

11                                         **DIANA ESQUIVEL**
                                           Deputy Attorney General
12                                         *Attorneys for Defendants Blackwood, Kee, and*
                                           *Rubalcava*
13

14        *The filer, Amy R. Margolies, hereby attests that all other signatories listed,

15   and on whose behalf the filing is submitted, concur with the filing's content, and

16   have authorized.

17   DATED:  July 3, 2024                   **LYNBERG & WATKINS**
                                           A Professional Corporation
18

19

20                                         By:   /s/ Amy R. Margolies
21                                            **SHANNON L. GUSTAFSON**
                                              **AMY R. MARGOLIES**
22                                            **ANITA K. CLARKE**
                                              Attorneys for Defendant,
23                                            COUNTY OF SAN BERNARDINO
                                              ROBERT VACCARI, and JAKE ADAMS
24

25

26

27

28
                                    **5**
        **SECOND STIPULATION TO MODIFY SCHEDULING ORDER-**
              **PRETRIAL CONFERENCE AND TRIAL DATE ONLY**