**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN WAYNE BOTTEN, SR.; TANJA DUDEK-BOTTEN; ANNABELLE BOTTEN; and J.B., a minor by and through his guardian JONATHAN WAYNE BOTTEN, SR.,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; ISAIAH KEE; MICHAEL BLACWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 1-10 inclusive,<br><br>Defendants. | CASE NO. 5:23-cv-00257-JGB-SHK<br><br>*Assigned for All Purposes to:*<br>*Hon. Kenly Kiya Kato– Courtroom #3*<br><br>**[PROPOSED] ORDER GRANTING PARTIES' SECOND STIPULATION TO MODIFY THE SCHEDULING ORDER – PRETRIAL CONFERENCE AND TRIAL DATE ONLY**<br><br>*Complaint filed: February 16, 2023* |

1

**[PROPOSED] ORDER**

# [PROPOSED] ORDER

Having read and considered the parties' stipulation and for good cause, the Court grants the parties' second stipulation to amend the scheduling order as follows:

| Case Management Event | Prior Date/Deadline | Proposed New Date/Deadline |
|---|---|---|
| Final Pretrial Conference (Thursday at 10:30 a.m.) (18 days before trial) | June 12, 2025 | July 10, 2025 |
| Jury Trial (Monday at 8:30 a.m.) | June 30, 2025 | July 28, 2025 |

IT IS SO ORDERED.

DATED:

_____
**HON. KENLY K. KATO**
United States District Court Judge