1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WAYNE BOTTEN, SR.; TANJA DUDEK-BOTTEN; ANNABELLE BOTTEN; and J.B., a minor by and through his guardian JONATHAN WAYNE BOTTEN, SR., | CASE NO. 5:23-cv-00257-JGB-SHK |
| Plaintiffs, | *Assigned for All Purposes to:* Hon. Kenly Kiya Kato– Courtroom #3 |
| vs. | **ORDER GRANTING PARTIES' SECOND STIPULATION TO MODIFY THE SCHEDULING ORDER – PRETRIAL CONFERENCE AND TRIAL DATE ONLY** |
| STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; ISAIAH KEE; MICHAEL BLACWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 1-10  inclusive, | |
| Defendants. | *Complaint filed: February 16, 2023* |

# ORDER

Having read and considered the parties' stipulation and for good cause, the Court grants the parties' second stipulation to amend the scheduling order as follows:

| Case Management Event | Prior Date/Deadline | New Date |
|---|---|---|
| Final Pretrial Conference (Thursday at 10:30 a.m.) (18 days before trial) | June 12, 2025 | July 10, 2025 |
| Jury Trial (Monday at 8:30 a.m.) | June 30, 2025 | July 28, 2025 |

**IT IS SO ORDERED**.

DATED:  July 3, 2024

**HON. KENLY K. KATO**
United States District Court Judge