# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jonathan Wayne Botten Sr., et al., <br><br> Plaintiff(s) <br> v. <br><br> State of California, et al., <br><br> Defendant(s) | CASE NUMBER: <br><br> 5:23-cv-00257-KK-SHK <br><br> MOTION RE: INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge Shashi H. Kewalramani  Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

A Zoom Webinar video conference is scheduled in this matter for  Dec 16, 2024  at  11:00 a.m.

Please visit: https://www.cacd.uscourts.gov/honorable-shashi-h-kewalramani to obtain the Zoom Webinar link or dial-in information.

Recording or rebroadcasting of the proceeding is strictly prohibited.

Dated:  December 11, 2024

By:  D. Castellanos
Deputy Clerk