# Exhibit 1

# Hang Le

| | |
|---|---|
| **From:** | Hang Le |
| **Sent:** | Wednesday, December 6, 2023 2:16 PM |
| **To:** | Shannon Gustafson; Diana Esquivel; Amy R. Margolies; Karen Slyapich |
| **Cc:** | Jeanette M. Cuevas; Dale Galipo; Christine Garske; Anita K. Clarke |
| **Subject:** | RE: L.C. (Puga), et al v. State of California, et al - Depositions |
| **Attachments:** | 12.06.2023 - Stip to Modify Scheduling Order.docx; 12.06.2023 - Stip to Modify Scheduling Order [PO].docx |

Let's tentatively agree on the week of February 12, with the understanding that it's subject to the officers' and Shannon's availability and that we'll meet and confer on alternative dates should the need arise.

Attach is draft of the Stip and Proposed Order. Please review and make any edits you see fit. If there are no changes to be made, please e-mail me with your permission to e-sign on your behalf. Thanks.

Best,
Hang


**Hang D. Le, Esq.** | **Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118| Email: hlee@galipolaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Shannon Gustafson <sgustafson@lynberg.com>
**Sent:** Wednesday, December 6, 2023 12:59 PM
**To:** Diana Esquivel <Diana.Esquivel@doj.ca.gov>; Hang Le <hlee@galipolaw.com>; Amy R. Margolies <amargolies@lynberg.com>; Karen Slyapich <kslyapich@galipolaw.com>
**Cc:** Jeanette M. Cuevas <jcuevas@lynberg.com>; Dale Galipo <dalekgalipo@yahoo.com>; Christine Garske <Christine.Garske@doj.ca.gov>; Anita K. Clarke <aclarke@lynberg.com>
**Subject:** RE: L.C. (Puga), et al v. State of California, et al - Depositions

We are agreeable to continue the trial date to January 2025

As for week of February 12, I currently have a trial set that week.  I don't think it will go as scheduled but then again those are famous last words.

SHANNON GUSTAFSON
Off: 714-937-1010        Fax: 714-937-1003



1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com         www.linkedin.com

**From:** Diana Esquivel <Diana.Esquivel@doj.ca.gov>
**Sent:** Wednesday, December 6, 2023 10:43 AM
**To:** Hang Le <hlee@galipolaw.com>; Amy R. Margolies <amargolies@lynberg.com>; Karen Slyapich <kslyapich@galipolaw.com>
**Cc:** Jeanette M. Cuevas <jcuevas@lynberg.com>; Dale Galipo <dalekgalipo@yahoo.com>; Christine Garske <Christine.Garske@doj.ca.gov>; Anita K. Clarke <aclarke@lynberg.com>; Shannon Gustafson <sgustafson@lynberg.com>
**Subject:** RE: L.C. (Puga), et al v. State of California, et al - Depositions

**CAUTION:** This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

Good morning,

I'm available the entire week of Feb. 12-16. I'll wait for the County Defs to confirm their availability before I check with my officers, but I don't anticipate any conflicts at this time.

Also, I'm available for trial any time after October 2024, so a continuance of the trial to Jan 2025 or after is fine with me.

Thanks,

-Diana

Diana Esquivel
Deputy Attorney General
TORT & CONDEMNATION SECTION
Office of the Attorney General
Tel: (916) 210-7320
Fax: (916) 322-8288
Email: Diana.Esquivel@doj.ca.gov

**From:** Hang Le <hlee@galipolaw.com>
**Sent:** Wednesday, December 6, 2023 10:05 AM
**To:** Amy R. Margolies <amargolies@lynberg.com>; Karen Slyapich <kslyapich@galipolaw.com>; Diana Esquivel <Diana.Esquivel@doj.ca.gov>
**Cc:** Jeanette M. Cuevas <jcuevas@lynberg.com>; Dale Galipo <dalekgalipo@yahoo.com>; Christine Garske <Christine.Garske@doj.ca.gov>; Anita K. Clarke <aclarke@lynberg.com>; Shannon Gustafson <sgustafson@lynberg.com>
**Subject:** RE: L.C. (Puga), et al v. State of California, et al - Depositions

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hi all,

I appreciate the cooperation and continued courtesy in scheduling the depositions of the involved officers. Unfortunately, Dale and I are in trial the week of January 22-26. We are available the week of February 12-16 for the

officer depos. However, taking the depositions of the officers close to the all-discovery cutoff would not give our experts the information necessary for them to provide complete opinions in this case, given that the current initial expert disclosures deadline is January 22, 2024. Thus, in order to accommodate the continued depositions, we will need to continue the pretrial and trial dates. Dale's earliest availability for trial is January 13, 2025. If that date works for everyone, I will send over a Stip and Proposed Order. Thanks.

Best,
Hang

**Hang D. Le, Esq.** | **Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118| Email: hlee@galipolaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Amy R. Margolies <amargolies@lynberg.com>
**Sent:** Tuesday, December 5, 2023 1:06 PM
**To:** Hang Le <hlee@galipolaw.com>; Karen Slyapich <kslyapich@galipolaw.com>; Diana Esquivel <Diana.Esquivel@doj.ca.gov>
**Cc:** Jeanette M. Cuevas <jcuevas@lynberg.com>; Dale Galipo <dalekgalipo@yahoo.com>; Christine Garske <Christine.Garske@doj.ca.gov>; Anita K. Clarke <aclarke@lynberg.com>; Shannon Gustafson <sgustafson@lynberg.com>
**Subject:** RE: L.C. (Puga), et al v. State of California, et al - Depositions

Hang and Diana,

Thank you for the quick responses and my sincere apologies for the misunderstanding; we would appreciate new dates given the circumstances. We understand Plaintiff wanting alternate dates before taking them off calendar. Shannon Gustafson, Sgt. Vaccari, and Deputy Adams are all free as of now for the entire week of January 22-January 26. Are there any dates that week that would work for you both?

Thank you,

AMY R. MARGOLIES
Off: 714-937-1010    Fax: 714-937-1003

LYNBERG & WATKINS

1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com      www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

**From:** Hang Le <hlee@galipolaw.com>
**Sent:** Tuesday, December 5, 2023 12:23 PM

**To:** Amy R. Margolies <amargolies@lynberg.com>; Karen Slyapich <kslyapich@galipolaw.com>; Diana Esquivel <Diana.Esquivel@doj.ca.gov>
**Cc:** Jeanette M. Cuevas <jcuevas@lynberg.com>; Dale Galipo <dalekgalipo@yahoo.com>; Christine Garske <Christine.Garske@doj.ca.gov>; Anita K. Clarke <aclarke@lynberg.com>; Shannon Gustafson <sgustafson@lynberg.com>
**Subject:** RE: L.C. (Puga), et al v. State of California, et al - Depositions

> **CAUTION:** This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

Hi Amy,

There appears to be a misunderstanding. Diana only requested that CHP Blackwood and Kee's depositions be rescheduled. It is our understanding that CHP Rubalcava's deposition is still going forward. Additionally, County's Vaccari's deposition is scheduled for an entirely different day than any of the CHP officers. Unless there is another reason why the depositions cannot move forward, the depositions of Rubalcava, Adams, and Vaccari should move forward as previously scheduled. If there is a reason, we request that you provide us with firm alternative dates before those depositions are taken off calendar. Thank you.

Best,
Hang

**Hang D. Le, Esq.** | **Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118| Email: hlee@galipolaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Amy R. Margolies <amargolies@lynberg.com>
**Sent:** Tuesday, December 5, 2023 12:04 PM
**To:** Karen Slyapich <kslyapich@galipolaw.com>; Hang Le <hlee@galipolaw.com>; Diana Esquivel <Diana.Esquivel@doj.ca.gov>
**Cc:** Jeanette M. Cuevas <jcuevas@lynberg.com>; Dale Galipo <dalekgalipo@yahoo.com>; Christine Garske <Christine.Garske@doj.ca.gov>; Anita K. Clarke <aclarke@lynberg.com>; Shannon Gustafson <sgustafson@lynberg.com>
**Subject:** RE: L.C. (Puga), et al v. State of California, et al - Depositions

Good morning Karen,

Thank you for reaching out on this matter. Our office was understanding that the depositions would be continued based on the rescheduling needs of CHP, especially since CHP's Rubalcava was scheduled for the same day as County's Adams.
We will certainly work with all counsel on new dates.

Thank you,

AMY R. MARGOLIES
Off: 714-937-1010    Fax: 714-937-1003

**LYNBERG & WATKINS**

1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com      www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

**From:** Karen Slyapich <kslyapich@galipolaw.com>
**Sent:** Tuesday, December 5, 2023 11:55 AM
**To:** Diana Esquivel <Diana.Esquivel@doj.ca.gov>; Shannon Gustafson <sgustafson@lynberg.com>; Hang Le <hlee@galipolaw.com>; Amy R. Margolies <amargolies@lynberg.com>; Anita K. Clarke <aclarke@lynberg.com>
**Cc:** Jeanette M. Cuevas <jcuevas@lynberg.com>; Dale Galipo <dalekgalipo@yahoo.com>; Christine Garske <Christine.Garske@doj.ca.gov>
**Subject:** RE: L.C. (Puga), et al v. State of California, et al - Depositions

CAUTION: This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

Good morning,

I am writing to ask your confirmation that the depositions set for December 12, 2023 for Mr. Rubacalva at 10:00 and Mr. Adams at 1:30, as well as the deposition set for December 13, 2023 at 10:00 for Mr. Vaccari will be proceeding.

**Thank you,
Karen Slyapich**

**Karen Slyapich, Litigation Assistant** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: kslyapich@galipolaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

If you are a potential client, the information you disclose to us by email will be kept in strict confidence and will be protected to the full extent of the law.  Please be advised, however, that The Law Offices of Dale K. Galipo and its lawyers do not represent you until you have signed a retainer agreement with the firm.  Until that time, you are responsible for any statutes of limitations or other deadlines for your case or potential case

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.