# Exhibit 3

**Hang Le**

| | |
|---|---|
| **From:** | Diana Esquivel <Diana.Esquivel@doj.ca.gov> |
| **Sent:** | Thursday, October 24, 2024 3:59 AM |
| **To:** | Hang Le; Amy R. Margolies; Shannon Gustafson |
| **Cc:** | Dale Galipo; Leslie De Leon |
| **Subject:** | RE: Puga/Botten v. CHP & County of San Bernardino |

Kee is available Nov. 5 at 9am. Let me know if that works for you. Thanks.

-Diana

Diana Esquivel
Deputy Attorney General
TORT & CONDEMNATION SECTION
Office of the Attorney General
Tel: (916) 210-7320
Fax: (916) 322-8288
Email: Diana.Esquivel@doj.ca.gov

---

**From:** Hang Le <hlee@galipolaw.com>
**Sent:** Wednesday, October 23, 2024 1:49 PM
**To:** Diana Esquivel <Diana.Esquivel@doj.ca.gov>; Amy R. Margolies <amargolies@lynberg.com>; Shannon Gustafson <sgustafson@lynberg.com>
**Cc:** Dale Galipo <dalekgalipo@yahoo.com>; Leslie De Leon <ldeleon@galipolaw.com>
**Subject:** RE: Puga/Botten v. CHP & County of San Bernardino

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Good afternoon Diana,

I'm following up on potential deposition dates for Sgt. Kee. Thanks.

Best,
Hang

**Hang D. Le, Esq.** | **Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 |
Office: +1.818.347.3333 | Fax: +1.818.347.4118| Email: hlee@galipolaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Diana Esquivel <Diana.Esquivel@doj.ca.gov>
**Sent:** Tuesday, October 15, 2024 12:38 PM
**To:** Hang Le <hlee@galipolaw.com>; Amy R. Margolies <amargolies@lynberg.com>; Shannon Gustafson <sgustafson@lynberg.com>
**Cc:** Dale Galipo <dalekgalipo@yahoo.com>; Leslie De Leon <ldeleon@galipolaw.com>
**Subject:** RE: Puga/Botten v. CHP & County of San Bernardino

Okay. I'll let them know that Rubalcava's depo is set for 9am-1pm on 11/4, and Blackwood's from 1-5pm on 11/4 with the understanding that the depos may need to be rescheduled. Thanks.

-Diana

**From:** Hang Le <hlee@galipolaw.com>
**Sent:** Tuesday, October 15, 2024 11:45 AM
**To:** Diana Esquivel <Diana.Esquivel@doj.ca.gov>; Amy R. Margolies <amargolies@lynberg.com>; Shannon Gustafson <sgustafson@lynberg.com>
**Cc:** Dale Galipo <dalekgalipo@yahoo.com>; Leslie De Leon <ldeleon@galipolaw.com>
**Subject:** RE: Puga/Botten v. CHP & County of San Bernardino

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Good morning Diana,

We currently have a trial scheduled for the week of November 4 but there is a chance it may be continued. Let's tentatively schedule Blackwood and Rubalcava for 11/4 for now, with the understanding that the parties will work together to find new dates should our trial move forward on that date.

I'm still working on dates from the plaintiffs in Puga and Botten and will get them over to defendants ASAP.

Best,
Hang

**Hang D. Le, Esq.** | **Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118| Email: hlee@galipolaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Diana Esquivel <Diana.Esquivel@doj.ca.gov>
**Sent:** Tuesday, October 15, 2024 9:43 AM
**To:** Amy R. Margolies <amargolies@lynberg.com>; Shannon Gustafson <sgustafson@lynberg.com>; Hang Le <hlee@galipolaw.com>
**Cc:** Dale Galipo <dalekgalipo@yahoo.com>; Leslie De Leon <ldeleon@galipolaw.com>
**Subject:** RE: Puga/Botten v. CHP & County of San Bernardino

Good morning Hang,

I am getting additional dates for Sgt. Kee, but he is out until Monday. Please let me know if you want to proceed with Blackwood and Rubalcava on 10/28 or 11/4, so they can calendar other matters for the dates you don't need. Last time you noticed two officers' depositions on one day, assuming you will do that again.

Thanks,

-Diana

Diana Esquivel
Deputy Attorney General
TORT & CONDEMNATION SECTION
Office of the Attorney General
Tel: (916) 210-7320
Fax: (916) 322-8288
Email: Diana.Esquivel@doj.ca.gov

**From:** Amy R. Margolies <amargolies@lynberg.com>
**Sent:** Friday, October 11, 2024 1:00 PM
**To:** Diana Esquivel <Diana.Esquivel@doj.ca.gov>; Shannon Gustafson <sgustafson@lynberg.com>; Hang Le <hlee@galipolaw.com>
**Cc:** Dale Galipo <dalekgalipo@yahoo.com>; Leslie De Leon <ldeleon@galipolaw.com>
**Subject:** RE: Puga/Botten v. CHP & County of San Bernardino

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Good afternoon Counsels,

I have heard from counsels on my other cases and have the updated availability:

Blackwood 10/21-24, 28, and 29 and 11/4
Free only on October 28 and 11/4

Kee 10/21 and 25
Unavailable both dates

Rubalcava 10/21 and 28 and 11/4
Free on October 28 and 11/4

Thank you,

AMY R. MARGOLIES, ESQ.
Off: (714) 937-1010    Fax: (714) 937-1003



## LYNBERG & WATKINS

1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com    www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

**From:** Amy R. Margolies
**Sent:** Friday, October 11, 2024 12:07 PM
**To:** Diana Esquivel <Diana.Esquivel@doj.ca.gov>; Shannon Gustafson <sgustafson@lynberg.com>; Hang Le <hlee@galipolaw.com>
**Cc:** Dale Galipo <dalekgalipo@yahoo.com>; Leslie De Leon <ldeleon@galipolaw.com>
**Subject:** RE: Puga/Botten v. CHP & County of San Bernardino

Counsels,

See my availability in red below Diana's proposed dates:

Blackwood 10/21-24, 28, and 29 and 11/4
I currently have on hold 10/21 as a deposition date on another matter.
I currently have on hold 10/22 as a deposition date on another matter.
I am unavailable on 10/23 and 10/24 for depositions in another matter.
Free on October 28 or 29 and 11/4

Kee 10/21 and 25
I currently have on hold 10/21 as a deposition date on another matter.
I am out of town on 10/25.

Rubalcava 10/21 and 28 and 11/4
I currently have on hold 10/21 as a deposition date on another matter.
Free on October 28 and 11/4

Thank you,

AMY R. MARGOLIES, ESQ.
Off: (714) 937-1010    Fax: (714) 937-1003



## LYNBERG & WATKINS

1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com    www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

**From:** Diana Esquivel <Diana.Esquivel@doj.ca.gov>
**Sent:** Friday, October 11, 2024 1:24 AM
**To:** Shannon Gustafson <sgustafson@lynberg.com>; Hang Le <hlee@galipolaw.com>; Amy R. Margolies <amargolies@lynberg.com>
**Cc:** Dale Galipo <dalekgalipo@yahoo.com>; Leslie De Leon <ldeleon@galipolaw.com>
**Subject:** RE: Puga/Botten v. CHP & County of San Bernardino

CAUTION: This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

Hello,

The CHP defendants are available as follows:

Blackwood 10/21-24, 28, and 29 and 11/4
Kee 10/21 and 25
Rubalcava 10/21 and 28 and 11/4

Let me know as soon as you can which days work for your respective offices as Kee and Rubalcava need to obtain coverage for their shifts. Thanks.

-Diana

Diana Esquivel
Deputy Attorney General
TORT & CONDEMNATION SECTION
Office of the Attorney General
Tel: (916) 210-7320
Fax: (916) 322-8288
Email: Diana.Esquivel@doj.ca.gov

**From:** Shannon Gustafson <sgustafson@lynberg.com>
**Sent:** Tuesday, October 8, 2024 10:16 AM
**To:** Hang Le <hlee@galipolaw.com>; Amy R. Margolies <amargolies@lynberg.com>
**Cc:** Diana Esquivel <Diana.Esquivel@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Leslie De Leon <ldeleon@galipolaw.com>
**Subject:** RE: Puga/Botten v. CHP & County of San Bernardino

EXTERNAL EMAIL: This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hang,

Deputy Adams is available for deposition on November 7 at 10:00 a.m. and Sgt. Vaccari is available for deposition on November 14 at 10:00 a.m.

Please confirm these dates will work on your end.

Thanks

**Shannon L. Gustafson**
Shareholder
Direct: (714) 352-3547



**LYNBERG & WATKINS**

1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com          www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

**From:** Hang Le <hlee@galipolaw.com>
**Sent:** Monday, October 7, 2024 2:06 PM
**To:** Amy R. Margolies <amargolies@lynberg.com>
**Cc:** Shannon Gustafson <sgustafson@lynberg.com>; Diana Esquivel <Diana.Esquivel@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Leslie De Leon <ldeleon@galipolaw.com>
**Subject:** RE: Puga/Botten v. CHP & County of San Bernardino

> **CAUTION:** This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

I will check with plaintiffs and get back to you.

Best,
Hang

**From:** Amy R. Margolies <amargolies@lynberg.com>
**Sent:** Monday, October 7, 2024 2:05 PM
**To:** Hang Le <hlee@galipolaw.com>
**Cc:** Shannon Gustafson <sgustafson@lynberg.com>; Diana Esquivel <Diana.Esquivel@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Leslie De Leon <ldeleon@galipolaw.com>
**Subject:** RE: Puga/Botten v. CHP & County of San Bernardino

Hang,

Do you have dates for Plaintiffs' depositions as well? We will need dates for the respective GILs as well as the Botten family.

Thank you,

AMY R. MARGOLIES, ESQ.
Off: (714) 937-1010    Fax: (714) 937-1003



# LYNBERG & WATKINS

1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com    www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

**From:** Amy R. Margolies
**Sent:** Monday, October 7, 2024 1:32 PM
**To:** Hang Le <hlee@galipolaw.com>
**Cc:** Shannon Gustafson <sgustafson@lynberg.com>; Diana Esquivel <Diana.Esquivel@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Leslie De Leon <ldeleon@galipolaw.com>
**Subject:** RE: Puga/Botten v. CHP & County of San Bernardino

Hi Hang,

We'll discuss and circulate dates. Was the memo you sent published on their website somewhere? I don't see it.

Thanks,

AMY R. MARGOLIES, ESQ.
Off: (714) 937-1010    Fax: (714) 937-1003



# LYNBERG & WATKINS

1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com    www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

**From:** Hang Le <hlee@galipolaw.com>
**Sent:** Monday, October 7, 2024 1:26 PM
**To:** Amy R. Margolies <amargolies@lynberg.com>
**Cc:** Shannon Gustafson <sgustafson@lynberg.com>; Diana Esquivel <Diana.Esquivel@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Leslie De Leon <ldeleon@galipolaw.com>
**Subject:** RE: Puga/Botten v. CHP & County of San Bernardino

> **CAUTION:** This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

Good afternoon Amy & Diana,

I have been informed that the San Bernardino County DA's Office has concluded its investigation and has published its findings. Please see attached for Public Release Memorandum. Please provide me with available deposition dates for your individual clients for the last week of October (10/28-11/1). Thank you.

Best,
Hang

**Hang D. Le, Esq.** | **Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118| Email: hlee@galipolaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Hang Le
**Sent:** Monday, October 7, 2024 9:37 AM
**To:** Amy R. Margolies <amargolies@lynberg.com>
**Cc:** Shannon Gustafson <sgustafson@lynberg.com>; Diana Esquivel <Diana.Esquivel@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Leslie De Leon <ldeleon@galipolaw.com>
**Subject:** RE: Puga/Botten v. CHP & County of San Bernardino

Hi Amy,

Following up on deposition dates for the officers. Our discovery deadline is coming up quickly and we'd like to get this depositions done as soon as possible so that we can provide the transcripts to our experts. From our conversation a few months back, the County indicated that they expected to wrap up the investigation in June and that was what we represented to the Court. Given that the County is supposed to be wrapping up in the near future, can you please provide some potential dates for depositions later this month and early November? Thank you.

Best,
Hang

**Hang D. Le, Esq.** | **Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118| Email: hlee@galipolaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Amy R. Margolies <amargolies@lynberg.com>
**Sent:** Monday, September 23, 2024 4:20 PM
**To:** Hang Le <hlee@galipolaw.com>
**Cc:** Shannon Gustafson <sgustafson@lynberg.com>; Diana Esquivel <Diana.Esquivel@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Leslie De Leon <ldeleon@galipolaw.com>
**Subject:** RE: Puga/Botten v. CHP & County of San Bernardino

Good afternoon Hang,

Apologies I have been out of country since Wednesday. I have inquired from the County as to an expected date and will let you know as soon as I hear back. I would anticipate that based on previous timelines provided, it would be either the end of next week or the end of the following week, but will circle back as soon as I hear.

Thank you,

AMY R. MARGOLIES, ESQ.
Off: (714) 937-1010    Fax: (714) 937-1003



LYNBERG & WATKINS

1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com    www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

**From:** Hang Le <hlee@galipolaw.com>
**Sent:** Wednesday, September 18, 2024 10:17 AM
**To:** Amy R. Margolies <amargolies@lynberg.com>
**Cc:** Shannon Gustafson <sgustafson@lynberg.com>; Diana Esquivel <Diana.Esquivel@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Leslie De Leon <ldeleon@galipolaw.com>
**Subject:** Puga/Botten v. CHP & County of San Bernardino

> CAUTION: This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

Good morning Amy,

I am following up on the status of the County DA investigation into this incident and whether we can move forward with setting the officers' depositions. Thank you.

Best,
Hang

**Hang D. Le, Esq.** | **Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118| Email: hlee@galipolaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.