# Exhibit 8

# Hang Le

| | |
|---|---|
| **From:** | Diana Esquivel <Diana.Esquivel@doj.ca.gov> |
| **Sent:** | Friday, November 22, 2024 11:02 AM |
| **To:** | Shannon Gustafson; Leslie De Leon; Amy R. Margolies; Gloria Pence |
| **Cc:** | Hang Le; dalekgalipo@yahoo.com; Santiago Laurel |
| **Subject:** | RE: L.C., et al. (Puga) v. State of California- Request to Meet and confer on Plaintiff depositions |

Good morning,

The State defendants do not agree to forego the depositions of the minors regardless if they do not testify at trial. Given the amount of damages plaintiffs are seeking and the likelihood that the minors' mothers will testify about the strong bond between Puga and his children, the State intends to take the children's depositions. I request that we schedule a conference call to meet and confer about this matter if the minors will not be produced for deposition absent a court order. I recently litigated this issue, and the Magistrate Judge permitted the depositions of the minors (ages 5, 7, 12), with some restrictions on time and manner, who were *not* parties but witnessed the incident. Here, the minors being plaintiffs is an even more compelling reason for permitting their depositions.

Also, I would like to discuss an extension of the fact discovery deadline to Feb. 20 when expert discovery closes. An extension to Feb. 20 should not affect any of the other scheduling deadlines. I don't think we can complete all the depositions needed before Jan. 2 deadline. The State defs intend to notice the depositions of the medical providers for the Bottens and the paramedics that treated them at the scene. Given the upcoming holidays, it will not be possible to complete this discovery in the time remaining.

I propose discussing these issues during the depositions that are scheduled for Monday and Tuesday, while we're all on Zoom. Let me know your thoughts.

Thanks,

-Diana

Diana Esquivel
Deputy Attorney General
TORT & CONDEMNATION SECTION
Office of the Attorney General
Tel: (916) 210-7320
Fax: (916) 322-8288
Email: Diana.Esquivel@doj.ca.gov

---

**From:** Shannon Gustafson <sgustafson@lynberg.com>
**Sent:** Friday, November 22, 2024 10:16 AM
**To:** Leslie De Leon <ldeleon@galipolaw.com>; Diana Esquivel <Diana.Esquivel@doj.ca.gov>; Amy R. Margolies <amargolies@lynberg.com>; Gloria Pence <gpence@lynberg.com>

1

**Cc:** Hang Le <hlee@galipolaw.com>; dalekgalipo@yahoo.com; Santiago Laurel <slaurel@galipolaw.com>
**Subject:** RE: L.C., et al. (Puga) v. State of California- Request to Meet and confer on Plaintiff depositions

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hang,

I would like to meet and confer as to whether Plaintiff intends to call AL, IH and/or LI to testify at the time of trial. If that is the case then we would request dates to schedule their depositions before the January 2 discovery cut off. If counsel represents they will not be testifying then we do not need their depositions.

Thanks

### Shannon L. Gustafson
Shareholder
Direct: (714) 352-3547



1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com    www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

**From:** Leslie De Leon <ldeleon@galipolaw.com>
**Sent:** Thursday, November 21, 2024 3:38 PM
**To:** Diana Esquivel <Diana.Esquivel@doj.ca.gov>; Shannon Gustafson <sgustafson@lynberg.com>; Amy R. Margolies <amargolies@lynberg.com>; Gloria Pence <gpence@lynberg.com>
**Cc:** Hang Le <hlee@galipolaw.com>; dalekgalipo@yahoo.com; Santiago Laurel <slaurel@galipolaw.com>
**Subject:** L.C., et al. (Puga) v. State of California

> **CAUTION:** This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

Counsel,

Attached, please find the following:

**PLAINTIFF L.C.'S SUPPLEMENTAL RESPONSES TO DEFENDANT COUNTY OF SAN BERNARDINO'S INTERROGATORIES (SET THREE)**

**PLAINTIFF A.L.'S SUPPLEMENTAL RESPONSES TO DEFENDANT COUNTY OF SAN BERNARDINO'S INTERROGATORIES (SET THREE)**

**PLAINTIFF I.H.'S SUPPLEMENTAL RESPONSES TO DEFENDANT COUNTY OF SAN BERNARDINO'S INTERROGATORIES (SET THREE)**

**PLAINTIFFS L.C., I.H., AND A.L. 'S SUPPLEMENTAL RESPONSES TO DEFENDANT COUNTY OF SAN BERNARDINO'S REQUESTS FOR PRODUCTION OF DOCUMENTS (SET THREE)**

**PLAINTIFF A.L.'S THIRD SUPPLEMENTAL RESPONSES TO DEFENDANT COUNTY OF SAN BERNARDINO'S REQUESTS FOR PRODUCTION**

**DECLARATION OF SERVICE**

**Plaintiff 0243 – 0254, and**

**Plaintiff 0255**

Please advise if you have any issues viewing or downloading the attachments.

**Best Regards,**
**Leslie R. De Leon**

**Leslie R. De Leon, Litigation Assistant** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: ldeleon@galipolaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

If you are a potential client, the information you disclose to us by email will be kept in strict confidence and will be protected to the full extent of the law.  Please be advised, however, that The Law Offices of Dale K. Galipo and its lawyers do not represent you until you have signed a retainer agreement with the firm.  Until that time, you are responsible for any statutes of limitations or other deadlines for your case or potential case


CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.