# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WAYNE BOTTEN, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>STATE OF CALIFORNIA, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:23–cv–00257–KK–SHK<br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __12/31/2024__

Document No.:   __78__

Title of Document:   __STATE DEFENDANTS EX PARTE APPLICATION AND MOTION TO MODIFY SCHEDULING ORDER TO EXTEND FACT–DISCOVERY DEADLINE__

**ERROR(S) WITH DOCUMENT:**

Caption shall indicate how many previous extensions requested. See Judge Kato's Standing Order.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _January 2, 2025_            By: _/s/ Alison Bandek  alison_bandek@cacd.uscourts.gov_
                                                                Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.