Shannon L. Gustafson (SBN 228856)
sgustafson@lynberg.com
Amy R. Margolies (SBN 283471)
amargolies@lynberg.com
Anita K. Clarke (SBN 321015)
aclarke@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, ROBERT VACCARI and JAKE ADAMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WAYNE BOTTEN, SR.; TANJA DUDEK-BOTTEN; ANNABELLE BOTTEN; and J.B., a minor by and through his guardian JONATHAN WAYNE BOTTEN, SR.,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 1-10 inclusive,<br><br>Defendants. | CASE NO. 5:23-cv-00257-KK-(SHKx)<br><br>*Assigned for All Purposes to:*<br>*Hon. Kenly Kiya Kato– Courtroom #3*<br><br>**STIPULATION TO DISMISS PLAINTIFFS' FIRST CLAIM FOR EXCESSIVE FORCE 42 U.S.C. § 1983, SECOND CLAIM FOR SUBSTANTIVE DUE PROCESS 42 U.S.C. § 1983, THIRD CLAIM FOR BATTERY, AND SIXTH CLAIM FOR CAL. CIV. CODE § 52.1 AGAINST COUNTY DEFENDANTS**<br><br>*Trial: July 28, 2025*<br><br>*Complaint filed: 02/16/23*<br>*FAC filed: 06/08/23* |

1

**STIPULATION TO DISMISS PLAINTIFFS' FIRST CLAIM FOR EXCESSIVE FORCE 42 U.S.C. § 1983, SECOND CLAIM FOR SUBSTANTIVE DUE PROCESS 42 U.S.C. § 1983, THIRD CLAIM FOR BATTERY, AND SIXTH CLAIM FOR CAL. CIV. CODE § 52.1 AGAINST COUNTY DEFENDANTS**

# STIPULATION

WHEREAS, Plaintiffs, JONATHAN WAYNE BOTTEN, SR.; TANJA DUDEK-BOTTEN; ANNABELLE BOTTEN; and J.B., a minor by and through his guardian JONATHAN WAYNE BOTTEN, SR. ("Plaintiffs"), initiated the above-captioned action against Defendants COUNTY OF SAN BERNARDINO, ROBERT VACCARI, and JAKE ADAMS ("County Defendants") on or about February 16, 2023;

WHEREAS, Plaintiffs filed their First Amended Complaint, the operative Complaint on June 8, 2023 (Dkt. 27);

WHEREAS, County Defendants sent a meet and confer letter to Plaintiffs on January 16, 2025. The parties then engaged in a telephonic meet and confer conference on January 22, 2025 and continued meeting and conferring by email until January 27, 2025. On January 27, 2025, Plaintiffs agreed to dismiss Plaintiffs' First Claim under the Fourth Amendment for Excessive Force pursuant to 42 U.S.C. § 1983, Second Claim for Substantive Due Process pursuant to 42 U.S.C. § 1983, Third Claim for Battery, and Sixth Claim for Violation of Cal. Civ. Code § 52.1 against the County of San Bernardino, Robert Vaccari, and Jake Adams.

The parties hereto, by and through their respective counsel, hereby stipulate and agree as follows:

1. Plaintiffs' First Claim for Fourth Amendment – Excessive Force (42 U.S.C. § 1983 is dismissed against to the County of San Bernardino, Robert Vaccari, and Jake Adams with prejudice.

2. Plaintiffs' Second Claim for Substantive Due Process pursuant to 42 U.S.C. § 1983 is dismissed against the County of San Bernardino, Robert Vaccari, and Jake Adams with prejudice.

3. Plaintiffs' Third Claim for Battery is dismissed against the County of San

Bernardino, Robert Vaccari, and Jake Adams with prejudice.

4. Plaintiffs' Sixth Claim for Violation of Cal. Civ. Code § 52.1 is dismissed against the County of San Bernardino, Robert Vaccari, and Jake Adams with prejudice.

5. While this case has been consolidated for the limited purposes of discovery with *L.C., et al. v. State of California, e al.*, case no. 5:22-cv-00949-KK-SHK, the parties agree that this stipulation only applies to the above-entitled action, *Botten, et al. v. State of California, et al.*, case no. 5:23-cv-00257-KK-SHK.

6. Each party shall bear their own costs and fees as to these claims.

DATED: January 28, 2025            **LYNBERG & WATKINS**
                                   A Professional Corporation

                                   By:  */s/ Anita K. Clarke*
                                   ────────────────────────
                                   Shannon L. Gustafson
                                   Amy R. Margolies
                                   Anita K. Clarke
                                   Attorneys for Defendants, COUNTY OF SAN BERNARDINO, ROBERT VACCARI and JAKE ADAMS

DATED: January 28, 2025            **LAW OFFICES OF DALE K. GALIPO**

                                   By:  */s/ Hang D. Le*
                                   ────────────────────────
                                   Dale K. Galipo
                                   Hang D. Le
                                   Attorneys for Plaintiffs JONATHAN WAYNE BOTTEN, SR.; TANJA DUDEK-BOTTEN; ANNABELLE BOTTEN; and J.B., a minor by and through his guardian JONATHAN WAYNE BOTTEN, SR.

STIPULATION TO DISMISS PLAINTIFFS' FIRST CLAIM FOR EXCESSIVE FORCE 42 U.S.C. § 1983, SECOND CLAIM FOR SUBSTANTIVE DUE PROCESS 42 U.S.C. § 1983, THIRD CLAIM FOR BATTERY, AND SIXTH CLAIM FOR CAL. CIV. CODE § 52.1 AGAINST COUNTY DEFENDANTS

Pursuant to Local Rule 5-4.3.4, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

DATED: January 28, 2025

**LYNBERG & WATKINS**
A Professional Corporation

By: */s/ Anita K. Clarke*
Shannon L. Gustafson
Amy R. Margolies
Anita K. Clarke
Attorneys for Defendants, COUNTY OF SAN BERNARDINO, ROBERT VACCARI and JAKE ADAMS