Shannon L. Gustafson (SBN 228856)
sgustafson@lynberg.com
Amy R. Margolies (SBN 283471)
amargolies@lynberg.com
Anita K. Clarke (SBN 321015)
aclarke@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, ROBERT VACCARI and JAKE ADAMS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN WAYNE BOTTEN, SR.; TANJA DUDEK-BOTTEN; ANNABELLE BOTTEN; and J.B., a minor by and through his guardian JONATHAN WAYNE BOTTEN, SR., <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; ISAIAH KEE; MICHAEL BLACWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 1-10 inclusive, <br><br> Defendants. | CASE NO. 5:23-cv-00257-KK-(SHKx) <br><br> *Assigned for All Purposes to:* <br> *Hon. Kenly Kiya Kato– Courtroom #3* <br><br> **DECLARATION OF JAKE ADAMS IN SUPPORT OF COUNTY DEFENDANTS' MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE SUMMARY ADJUDICATION** <br><br> Date: March 20, 2025 <br> Time: 9:00 a.m. <br> Courtroom: 3 <br><br> *Trial: July 28, 2025* <br><br> *Complaint filed: 02/16/23* <br> *FAC filed: 06/08/23* |

## DECLARATION OF JAKE ADAMS

I, Jake Adams, declare as follows:

1.      I am employed by the San Bernardino County Sheriff's Department as a deputy sheriff and am a named defendant in the matter of *Botten, et al. v. County of San Bernardino, et al.* Case No.  5:23-cv-00257-KK-(SHKx).

2.      I have personal knowledge of the facts stated herein, except those stated upon information and belief, and as to those matters, I believe them to be true.  If called upon to testify to the matters herein, I could and would competently do so.  This Declaration is made in support of County Defendants' Motion for Summary Judgment, or in the alternative, Summary Adjudication against Plaintiffs Jonathan Botten Sr., Jonathan Botten Jr., Tanja Dudek-Botten, and Annabelle Botten ("Plaintiffs").

3.      On February 17, 2021, I was a deputy sheriff assigned to patrol. Generally speaking, my duties were to patrol my assigned area in the County of San Bernardino, respond to calls for service in protection of the public, and respond to assist fellow law enforcement as situations arise.

4.      On February 17, 2021, I assisted in an ongoing pursuit by California Highway Patrol officers of a white SUV.  The driver of this SUV was later identified as Hector Puga.

5.      The pursuit ended on Peach Street, just south of the intersection of Peach and Catalpa in Hesperia, CA.  Upon information and belief, Exhibit A is the dashcam footage from CHP Sergeant Kee's vehicle.  I have reviewed the portion of Exhibit A depicting the shooting involving Hector Puga.  Exhibit A accurately depicts how I approached the Puga vehicle on the passenger side.  As depicted in the video, my gun was pointed in west/northwest direction towards Puga's location.  Sergeant Vaccari was to my left and slightly behind me.  I was facing west/northwest each time I discharged my firearm at Puga.  Consistent with the video footage, I never pointed

0032

1  my firearm in the direction of the residence located on the northeast corner of the

2  intersection, which I understand to have been the Botten family residence.

3      6.      Based on information and belief, it is my understanding that Exhibit B is

4  a cell phone video taken by a neighbor. Exhibit B accurately depicts that I approached

5  Puga from the passenger side of the vehicle with my firearm pointed towards Puga,

6  not the Botten residence.

7      I declare under penalty of perjury under the laws of the State of California that

8  the above statement is true and correct. Executed this _28TH_ day of January 2025,

9  in San Bernardino, California.

10

11

12                              **DECLARANT**
                                **JAKE ADAMS**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**3**
**DECLARATION OF JAKE ADAMS**