# EXHIBIT A

# VIDEO [816C] Kee MVARS p2 VTS_01_2