# EXHIBIT B

# ERIN MANGERINO VIDEO