# EXHIBIT C

0043

# BIOGRAPHICAL INFORMATION

Lucien C. "Luke" Haag is a former Criminalist and Technical Director of the Phoenix Crime Laboratory, with over 60 years of experience in the field of criminalistics and forensic firearms examination.

He is the author of the 1st edition of the book, **Shooting Incident Reconstruction**, Elsevier/Academic Press, 2005   ISBN # 0-12-088473-9 and co-author of the 2nd and 3rd editions (Elsevier/Academic Press, 2011/2021).

Presently he is an independent forensic consultant with his own company, Forensic Science Services, Inc., that provides criminalistics services to prosecutors, public defenders, private attorneys, law enforcement agencies, insurance companies, educational institutions and private individuals.

Luke Haag has a Bachelor of Science degree in chemistry from the University of California at Berkeley with subsequent forensic training at California State University at Long Beach, Indiana University, Arizona State University, the FBI Laboratory, the FBI Forensic Training Facility, and course work in Forensic Microscopy from the McCrone Institute.

In addition to Distinguished Membership status in the Association of Firearm and Toolmark Examiners and the California Association of Criminalists, he is a member of the Southwest Association of Forensic Scientists, The American Academy of Forensic Sciences,
an Associate Member of ENFSI and past board member of the International Wound Ballistics Association.

He has authored and presented over 200 scientific papers, most of which have dealt with various exterior and terminal ballistic properties, effects and behavior of projectiles.  His primary area of special interest is the reconstruction of shooting scenes and incidents.

Past service in the Association of Firearms and Toolmark Examiners has included the Scientific Advancement Committee (1978-1980), Board of Directors (1980-1981), Program Chairman (1981), Board of Admissions (1983-1984), 2nd Vice-President (1983-1984), 1st Vice-President (1984-1985) and President of the Association (1985-1986), Instructor in Shooting Reconstruction workshops and classes for AFTE in 1994 and 1995, the California Department of Justice in 1995 and 1998, the California Association of Criminalists in 1996 and 1997, the Arizona Homicide Investigators Association in 2000, 2004, 2005 and 2007 and multiple locations (Arizona, California, Georgia, Oregon, Switzerland, England).

**LUCIEN C. HAAG**                          PO Box 5347
Criminalist/Firearms Examiner              Carefree, AZ 85377
                                           (480) 488-4445
                                   e-mail *haagfssi@aol.com*

**PERSONAL DATA** _____

Place of Birth: Springfield, Illinois, USA
Date of Birth: July 15, 1940

**EDUCATION** _____

UNIVERSITY OF CALIFORNIA at Berkeley: Bachelor of Science in Chemistry (1963)

CALIFORNIA STATE COLLEGE at LONG BEACH:
Criminalistics I and II
(to include basic firearms evidence and examination),
Questioned Documents Examination, Clinical Chemistry, Math (1963-1965)

ARIZONA STATE UNIVERSITY at TEMPE: Absorption Spectroscopy course (1966)
Criminal Law, Criminology, Statistics and other Criminal Justice courses (1978-1982)

**SPECIAL FORENSIC TRAINING PROGRAMS** _____

McCrone Research Institute Polarized Light Microscopy and Forensic Soil Examination

FBI Forensic Training Center: Criminalistic Laboratory Information System/
General Rifling Characteristics Program
Shooting Reconstruction Seminar-1996
Association of Firearm and Toolmark Examiners: Annual Training Seminars
(over 30 training seminars from 1974 to present)
Metallurgy for the Non-Metallurgist 2015

**LICENSES/CERTIFICATES** _____

Certified Instructor in Criminalistics (Arizona Board of Directors of Community Colleges)
Certified Criminalist (California Association of Criminalists)
Federal Firearms License #9-86-007-01-OD-37865
Written Certification Examinations, AFTE, Firearms Examination & Gunshot Residue

**PROFESSIONAL MEMBERSHIPS** _____

Southwest Association of Forensic Scientists
California Association of Criminalists
American Academy of Forensic Sciences
Forensic Science Society of Great Britain
Association of Firearm and Toolmark Examiners
Arizona Homicide Investigators Association
European Network of Forensic Science Institutes-
Firearms Working Group

0045

**LUCIEN C. HAAG      2**

## CITATIONS/AWARDS _____

Distinguished Member: Association of Firearm and Toolmark Examiners (1976)
Distinguished Member Award: California Association of Criminalists (1988)
Key Member Award: Association of Firearm and Toolmark Examiners (1978)
Key Member Award: Association of Firearm and Toolmark Examiners (1979)
Best Technical Presentation Award: Spring 1986, California Association of Criminalists, for
"The Measurement of Bullet Deflection by Intervening Objects and
the Study of Bullet Behavior after Impact"
Best Technical Presentation Award: Fall 1987, California Association of Criminalists, for
"Projectile Induced Mechanical & Thermal Effects in Fibers"
Best Technical Presentation Award: Spring 1989, California Association of Criminalists, for
"American Lead-, Barium-, and Antimony-Free Centerfire Ammunition"
Key Member Award: Association of Firearm and Toolmark Examiners (1992)
Best Technical Presentation Award: Spring 1996, California Association of Criminalists, for
"A Shot from Afar?"
Best Technical Presentation Award: Fall 1996, FBI Shooting Scene Reconstruction Seminar for
"Bullet Perforation of Sheet Metal"
Alfred Biasotti Award - Fall 1998 and Spring 2018 CAC Seminars
(Exterior, Terminal, Wound Ballistics of Frangible Ammunition)
Roger S. Greene III Memorial Award, CAC May 2000
Best Technical Presentation Award: Spring 2000, California Association of Criminalists, for
"Contemporary Russian 7.62x39mm Ammunition"
Calvin Goddard Award – AFTE 2012

## PROFESSIONAL OFFICES/SERVICE _____

•California Association of Criminalists: Recording Secretary,
Board of Directors, Ethics Committee, Certification Board of Examiners
•Association of Firearm and Toolmark Examiners: Board of Directors, Board of Admissions,
Scientific Advancement Committee, 2nd Vice-President ('83-84),
1st Vice-President ('84-85), President ('85-86), Certification Committee
•American Academy of Forensic Sciences: Delegate to the Soviet Union, 1988
•Forensic Science Delegate to the Soviet Union, 1990
Member-AFTE Editorial Review Panel
Member-Board of Editors- Am. Jour. of For. Med. & Path.

## PROFESSIONAL EXPERIENCE _____

Criminalist/Supervising Criminalist, Phoenix Police Crime Laboratory (June 1965-March 1982)
Criminalistics Instructor, Phoenix College/Central Arizona College (1968-1979)
President: Forensic Science Services, Inc. (1982-present)

### SUMMARY OF EXPERIENCE AND ACTIVITIES

Lucien C. (Luke) Haag has been providing criminalistic services to prosecutors, public defenders, private attorneys, law enforcement agencies, insurance companies, educational institutions, the military and the firearms and ammunition manufacturing industry for over 50 years.  He is also a frequent speaker at legal, judicial and law enforcement conferences and seminars throughout the United States.  (See attached list of publications and presentations.)

## COURT EXPERIENCE _____

Lucien C. Haag has qualified and testified as an expert witness on the subject of firearms identification, firearms-related evidence and the reconstructive aspects of shooting incidents in both the United States Federal Courts and state courts.  States in which such testimony has been given include Alabama, Alaska, Arizona, California, Connecticut, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Louisiana, Massachusetts, Michigan, Missouri, Montana, Nevada, New Jersey, New Mexico, Ohio, Oklahoma, Oregon, Pennsylvania, Tennessee, Texas, Virginia, Washington and West Virginia.   He has also testified on behalf of the Crown in Canada and Northern Ireland.

## LUCIEN C. HAAG   Criminalist/Firearms Examiner
### PRESENTATIONS/PUBLICATIONS

*"Bullet Ricochet: An Empirical Study and Device for Measuring Ricochet Angle"*
**AFTE Journal, 7:3 (December 1975)**

*"The Use of Ballistics Calculations in the Solution of a Crime"*
**AFTE Journal , 8:4 (1976)**

*"Heckler & Koch Polygonal Rifling"*
**AFTE Journal, 9:2 (1977)**

*"Class Characteristics of Rifled Barrels"*
**AFTE Journal, 10:2 (1978)**

*"Firearms Evidence-Field Expedient Determinations"*
**I.N.F.O.R.M. Western Conference on Civil and Criminal Problems
Wichita, KS (May 1977)**

*"Shotgun Evidence"*
**AFTE Journal, 10:3 (1978)**

*"Shotgun Ballistics"*
**1978 Training Monograph for Police Investigators**

*"The Forensic Use of Exterior Ballistics Calculations"*
**AFTE Journal, 11:1 (1979)**

*"Bullet Ricochet from Water"*
**AFTE Journal, 11:3 (1979)**

*"Sound Spectrographic Characterization of Gunshots"*
**AFTE Journal, 11:3 (1979)**

*"An Unusual Interior Ballistic Phenomena"*
**AFTE Journal, 11:4 (1979)**

*"The Unwinding of Rifling Engravings through Rotational Deceleration
During Penetrative Impact"*
**AFTE Journal, 12:2 (1980)**

*"The Characterization of Propellant Types through the Examination of Fired Bullets"*
**AFTE Journal, 12:2 (1980)**

*"The Identification of Percussion Caps"*
**AFTE Training Seminar, Kansas City, MO (1980)**

*"The Analysis and Comparison of Smokeless Propellants by
Reverse-Phase High Performance Liquid Chromatography"*
**Fall 1980 CAC Seminar**

*"Bullet Impact Spalls in Frangible Surfaces"*
**AFTE Journal, 12:4 (1980)**

*"Class Characteristics of Smokeless Propellants"*
**AFTE Seminar, Denver, CO (1981)**

0047

Lucien C. Haag
Presentations/Publications   2

*"Geometric Aspects of Shotgun Patterns on Various Surfaces"*
**Video Training Tape**

*"Thermal Effects on Ammunition Stored at High Ambient Temperatures"*
**AFTE Journal, 14:1 (1982)**

*"Exterior and Terminal Shotgun Ballistics"*
**AFTE Seminar, Orlando, FL (1982)**

*"The Exterior and Terminal Ballistic Properties of Shotgun Pellets"*
**Inter-American Congress of Forensic Sciences/CAC Seminar (1982)**

*"A Microchemical Test for Copper-Containing Bullet Wipings"*
**AFTE Journal, 13:3 (1981)**

*"Double 00-Buck"*
**AFTE Journal, 13:3 (1981)**

*"Firearms Evidence for Police Officers"*
**(1st Edition) Seminar: Central Arizona College (1978)**
**Arizona Homicide Investigators Association Seminars (1982)**

*"Forensic Ballistics - An Illustrated Overview"*
**APAAC Seminar (1982)**

*"A Novel Means of Propellant Identification in a Shooting Mishap"*
**AFTE Seminar, San Mateo, CA (1983) and AFTE Journal, 15:4 (1983)**

*"The Class Characteristics of Six New Canister Propellants from the Accurate Powder Company"*
**CAC Seminar (1984)**

*"Shooting Incident Reconstruction"*
**2-day Seminar for the Northeast Multi Regional Training Organization**
**Aurora, IL (October 1984)**

*"Firearms Evidence for Police Officers"*
**(2nd Edition) Iowa Chapter-International Association for Identification**
**Training Seminar, Des Moines, IA (May 1985)**

*"Differentiating Firearms-Related Accidental Deaths and Suicides"*
**American Academy of Forensic Sciences Seminar, Las Vegas, NV (1985)**

*"Accident, Suicide or Murder:*
*An Integrated Approach to the Investigation of Death by Firearms"*
**CAC Seminar, Oakland, CA (1985)**

*"Some Typical Fields of View for Optical Sights"*
**AFTE Journal, 17:2 (April 1985)**

*"Shooting Reconstructions"*
**Association of Firearms and Toolmark Examiners Training Seminar, Lansing, MI (1985)**
**Arizona Homicide Investigators Association Seminar, Flagstaff, AZ (1985)**

**Lucien C. Haag**
**Presentations/Publications  3**

*The Construction of a Small Portable Laser and its Use*
*in External and Terminal Ballistic Measurements"*
**AFTE Training Seminar, Baltimore, MD(1986) and AFTE Journal, 19:2 (1987)**

*"The Measurement of Bullet Deflection by Intervening Objects*
*and the Study of Bullet Behavior After Impact"*
**AFTE Training Seminar, Baltimore, MD (1986) and AFTE Journal, 19:4 (1987);**
**also presented at Spring CAC Seminar (1986)**

*"Firearms Evidence for Attorneys"*
**Arizona Prosecuting Attorneys Advisory Council, Scottsdale, AZ (1986)**

*"Firearms Evidence for Police Officers/Shooting Reconstructions"*
**Mesa, AZ, Police Department Training Program (February 1987)**

**Computer Workshop-Ballistics Programs**
**American Academy of Forensic Sciences Meeting, San Diego, CA (1987)**

*"Ballistics Programs for Personal Computers: Capabilities and Application to Forensic Problems"*
**Combined CAC/NWAFS Seminar, Reno, NV (May 1987);**
**also given at AFTE Training Seminar, Seattle, WA (1987)**

*"An Adjustable Shooting Platform for Use in Ricochet Studies"*
**AFTE Seminar, Seattle, WA (June 1987)**

*"Shooting Reconstruction Training Program"*
**Arizona Department of Public Safety, Phoenix, AZ (September 1987)**

*"Shooting Reconstruction and Scene Investigations"*
**International Association of Law Enforcement Firearms Instructors (September 1987)**

*"Class Characteristic Differences in the Same Box of .22's"*
***AFTE Journal, 19:3 (July 1987)***

*"Projectile-Induced Mechanical and Thermal Effects in Fibers"*
**CAC Seminar (October 1987), AFTE Training Seminar (1989), SWAFS Seminar (1996)**

*"The Measurement of Bullet Deflection by Intervening Objects and in the Study of Bullet*
*Behavior After Impact"*
**CAC Newsletter (January 1988)**

*"Firearms Evidence for Attorneys"*
**Northwestern University Law School, Chicago, IL (August 1988)**

*"Firearms Evidence for Pathologists"*
**Armed Forces Institute of Pathology Training Program, Bethesda, MD (September 1988)**

*"Shooting Reconstructions and Crime Scene Procedures"*
**Special Panel presentation for the CAC Seminar (October 1988)**

*"Firearms Evidence for Police Investigators/Shooting Reconstructions"*
**DPS/AZ Law Enforcement Training Academy, Tucson, AZ (January 1989)**

**Lucien C. Haag**
**Presentations/Publications  4**

*"Ballistic Gelatin: Controlling Variances in Preparation*
*and a Method for the Calibration of Gelatin Blocks"*
**Panel Member/Presenter in Wound Ballistics Seminar, Phoenix, AZ (February 1989)**

*"Firearms Evidence/Shooting Reconstructions"*
**Northwestern Law School, Chicago, IL (March 1989 and August 1990)**

*"Shooting Reconstructions"*
**National Homicide Seminar-California District Attorneys Association,**
**Costa Mesa, CA (April 1989)**

*"American Lead-, Barium-, and Antimony-Free Primers"*
**CAC Seminar, Sacramento, CA (May 1989)**

*"Bullets Through Glass"*
**AFTE Seminar, Omaha, NE (June 1990)**

*"A Means for Improving the Rhodizonate Test for Lead-Containing GSR on Bloody Clothing"*
**CAC Seminar, San Francisco, CA (Spring 1990)**
**and AFTE Seminar, Omaha, NE (June 1990)**

*"Suggested Method for Calibration of Gelatin Blocks"*
**AFTE Journal, 21:3 (July 1989)** pp. 483-489

*"Firearms Evidence and Examination in the United States"*
**Combined meeting of the All-Union Research Institute of Soviet Forensic Sciences**
**and the Ministry of Internal Affairs, Moscow (July 1990)**

*"Shooting Scene Evaluation and Reconstruction"*
**Arizona Homicide Investigators Association, Flagstaff, AZ (August 1990)**

*"Shots in the Dark"*
*(A photographic technique for recording the source and nature of muzzle/cylinder gap flash from firearms),*
**SWAFS Seminar, Tucson, AZ (October 1990)**

*"A Method for Improving the Griess and Sodium Rhodizonate Tests for GSR on Bloody Garments"*
**Southwestern Association of Forensic Scientists Seminar, Tucson, AZ (1990)**
**SWAFS Journal (April 1991)**

*"Vertical Ballistics"*
**AFTE Journal, 22:1 (January 1990)**

*"Powder in a Most Peculiar Place"*
**AFTE Journal, 22:2 (April 1990)**

*"Hornady Knurled Bullets: Their Class Characteristics and Properties of Forensic Interest"*
**AFTE Journal, 22:2 (April 1990)**

*"Firing Pin Protrusion and Impression Depth Measurement"*
**AFTE Journal, 22:3 (July 1990)**

**Lucien C. Haag**
**Presentations/Publications   5**

*"Class Characteristic of the Colt AR-15 Conversion Kit"*
**AFTE Journal, 22:3 (July 1990)**

*"Portable Laser-Theodolite System for Use in Shooting Scene Reconstruction"*
*"An Inexpensive, Portable Bullet Recovery Device"*
**AFTE Journal, 23:1 (January 1991)**

*"Light and Sound as Physical Evidence"*
***California Association of Criminalists Seminar, San Francisco, CA (May 1991)***

*"The Forensic Aspects of Percussion Revolvers"*
**AFTE Seminar, Houston, TX (June 1991)**

*"Involuntary Discharge of Firearms"*
**AFTE Seminar, Houston, TX (June 1991)**

*"Contemporary Soviet Pistols and Ammunition"*
**AFTE Seminar, Houston, TX (June 1991)**

**Fingernail Striae Symposium: Panel Member and Speaker**
**AFTE Seminar, Houston, TX (June 1991)**

*"To Create a Hangfire"*
**AFTE Journal, 23:2 (April 1991)**

*"A Method for Improving the Griess and Sodium Rhodizonate Tests*
*for GSR Patterns on Bloody Garments"*
**AFTE Journal, 23:3 (July 1991)**

*"An Inexpensive Method to Assess Bullet Stability in Flight"*
**AFTE Journal, 23:3 (July 1991)**

*"Firearms Evidence: Shooting Incident Investigation"*
**Speaker: SW Homicide Seminar, El Paso, TX (October 1991)**

**180-Minute Video Production, 1991:**
*"Forensic Firearms Evidence: Elements of Shooting Incident Investigation"*
**ANITE Productions, PO Box 375, Pinole, CA 94564**

*"A Shot in the Dark: A Procedure for the*
*Photographic Documentation of a Firearm's Muzzle Flash"*
**AFTE Journal, 23:4 (October 1991)**

*"Newly Discovered Firearms Evidence in the Assassination of Senator Huey P. Long"*
**American Academy of Forensic Sciences Meeting, New Orleans, LA (February 1992)**
**AFTE Seminar, Miami, FL (April 1992)**
**CAC Fall Seminar, Ventura, CA (1992)**

*"Forensic Firearms Evidence"*
**California District Attorneys Association Meeting, Costa Mesa, CA (April 1992)**
**IXth National Homicide Symposium/CDAA**
**San Francisco, CA (May 1993) and Lake Tahoe, CA (October 1993)**

Lucien C. Haag
Presentations/Publications   6

*"Forensic Ballistics"*
**3-Day Seminar-Southern Institute of Forensic Science, New Orleans, LA (April 1993)**

*"The Forensic Value of Various Terminal Ballistic Events"*
*"The Forensic Aspects of Black Powder Firearms"*
**AFTE Seminar, Raleigh, NC (May 1993)**

*"Terminal Ballistic and Trace Evidence Aspects of Firearms Evidence and Examination"*
**IAFS Dusseldorf, Germany (August 1993)**

*"The Persistence of Fingernail Striae with the Passage of Time and Following Injury"*
**IAFS Dusseldorf, Germany (August 1993)**
**California Association of Criminalists (October 1993)**

*".380 Automatic in the 9x18mm Makarov: Exterior and Terminal Ballistic Characteristics"*
**First IWBA Conference, Sacramento, CA (March 1994)**
**AFTE Journal, 26:4 (October 1994) and IWBA Journal, 2:1 (1995)**

*"9mm Parabellum in .40 S&W Pistols: Exterior and Terminal Ballistic Characteristics"*
**First IWBA Conference, Sacramento, CA (March 1994)**
**IWBA Journal, 2:1 (1995)**

*"Russian 7.62x39mm 'Hunting' Ammunition: Design and Performance"*
**First IWBA Conference, Sacramento, CA (March 1994)**

*"Federal Premium .308 Winchester 168 Grain JHP-BT: A SWAT/HRT Round with Some Idiosyncrasies"*
**First IWBA Conference, Sacramento, CA (March 1994)**

*"Falling Bullets: Terminal Velocities and Penetration Studies"*
**First IWBA Conference, Sacramento, Ca (March 1994)**
**IWBA Journal, 2:1 (1995)**

*"Shotgun Barrel Shortening Effects on Pellet Pattern, Velocity and Penetration"*
*Paper by L. Haag and Gene Wolberg, presented by G. Wolberg*
**First IWBA Conference, Sacramento, CA (March 1994)**

*"Shooting Incident Investigation"*
**US Department of the Interior/National Park Service Training Seminar**
**Mesa Verde, CO (May 1994)**

*"Fire Lapping"*
**AFTE Training Seminar, Indianapolis, IN (June 1994)**

*"Transference of Class Characteristics on Bullets to the Inner Surfaces of Bullet Holes in Plastic"*
**AFTE Training Seminar, Indianapolis, IN (June 1994)**

*"First Stones"*
***AFTE Training Seminar, Indianapolis, IN (June 1994)***

*"Shooting Incident/Trajectory Workshop"*
*Coordinator/Speaker on Projectile Strikes on Automobiles*
**AFTE Training Seminar, Indianapolis, IN (June 1994)**

0052

Lucien C. Haag
Presentations/Publications  7

*"Taking Aim at Firearms: Dissection of a Murder"*
**Arizona Attorneys for Criminal Justice Seminar (Phoenix-September 1994)**

*"The Makarov Mixup:*
*380Automatic in the 9x18mm Makarov. Exterior and Terminal Ballistic Characteristics"*
**AFTE Jour. 26:4 (Oct. 1994) pp. 276-282**

*"Assault Weapons": Design Characteristics and Ballistic Properties of Forensic Interest*
**American Academy of Forensic Sciences, Seattle, WA (February 1995)**

*"Hardness as a Class Characteristic of Lead Bullets and Bullet Cores"*
**AFTE Journal, 27:1 (Jan. 1995)**

*"American Lead-Free 9MM-P Cartridges"*
**AFTE Journal, 27:2 (April 1995)**

*"An Evaluation of the Role of Rifling Twist Direction and Bullet Stability in the Deflection*
*and Precession for Some .30-.31 Caliber Bullets"*
**AFTE 1995 Seminar, San Diego, CA**

*"Phenyltrihydroxyfluorone: A 'New' Reagent for Use in Gunshot Residue Testing"*
**AFTE 1995 Seminar, San Diego, CA**
**AFTE Journal, 28:1 (January 1996)**

*"Hornady Vector Ammunition: A New Tool in Studying Selected*
*Exterior and Terminal Ballistic Events of Forensic Interest"*
**AFTE 1995 Seminar, San Diego, CA**
**AFTE Journal, 28:1 (January 1996)**

*"Ballistic Wind"*
**AFTE 1995 Seminar, San Diego, CA**

*"Trajectory Analysis Workshop: Projectile Strikes to Automobiles"*
*(Gene Wolberg - Co-Instructor)*
**AFTE 1995 Seminar, San Diego, CA**

*1994 "IWBA Conference Ammunition Tests"*
*"BB Perforation of Fresh Pigskin over Ballistic Gelatin"* pp.50-51.
**IWBA Journal, 2:1 (1995)**

*"Firearms Trajectory Analysis" - Instructor, 3-Day Training Class*
**California Department of Justice**
**Sacramento, CA (January 29-31, 1996)**

*"Long Shots in Fact and Fiction"*
**American Academy of Forensic Sciences, Nashville, TN (February 1996)**

*"Trace Evidence Considerations Associated with Firearms Evidence"*
**Northwest Association of Forensic Scientists, Spokane, WA (April 1996)**

**Lucien C. Haag**
**Presentations/Publications  8**

*"A Shot from Afar?"*
*"Two New Black Powder Substitutes: Their Physical and Chemical Properties"*
*"Nitrosonaphthol as an Alternative to the DTO Test for the Detection of Copper in Bullet Impact Marks"*
**CAC Seminar, Milpitas, CA (May 1996)**

*"'Firearms and Toolmark Evidence"*
**California District Attorneys Assoc. Forensic Evidence Seminar, San Diego, CA (May 1996)**

*"The Ballistics of Cartridge Case Ejection"*
*"The Siege at Ruby Ridge"*
**AFTE Seminar, Milwaukee, WI (July 1996)**

*"Bullet Penetration and Perforation of Sheet Metal"*
**International Association of Forensic Scientists, Tokyo, Japan (August 1996)**
**FBI Shooting Scene Processing & Reconstruction Seminar, Quantico, VA (September 1996)**

*"Return to Ruby Ridge"*
*"Vector Ammunition Update"*
**CAC Fall Seminar, Palm Springs, CA (October 1996)**

*"Shooting Incident/Trajectory Training Class"*
**Mesa Police Department, Mesa, AZ (October 22-24, 1996)**

*"Shooting Scene Reconstruction-Firearms Evidence"*
**University of California at Riverside (November 1996)**

*"Firearms Identification and Evidence"*
*CAC General Knowledge Certification Examination Preparation Class*
**Los Angeles, CA (December 1996)**

*"Firearms and Toolmark Evidence"*
*National Homicide Symposium XI - CDAA*
**Monterey, CA (May 1997)**

*"Shooting Reconstruction Workshop"*
**CAC Seminar, Sacramento, CA (May 1997)**

*"A Novel Silicon Rubber Extrusion Gun for Use in Toolmark and Firearms Examinations"*
**AFTE Journal, 29:2 (Spring 1997)**

*"The In-Flight Behavior and Ballistic Performance of Destabilized and Ricocheted Bullets"*
*"The Forensic Properties of Contemporary Frangible Ammunition"*
*"The Forensic Applications of Oehler's Model 43 Personal Ballistics Laboratory"*
**AFTE Seminar, Annapolis, MD (July 1997)**

*"Contemporary Issues in Forensic Firearms Identification"*
**American Academy of Forensic Sciences/Association of Firearms and Toolmark Examiners**
**University of California at Los Angeles, Los Angeles, CA (August 1997)**

Lucien C. Haag
Presentations/Publications   9

*"Extended Ballistic Properties of Some Law Enforcement 9mmP Cartridges"*
**AFTE Journal 29:3 pp. 331-345 (Summer 1997)**

*"Wound Ballistics of Frangible Ammunition"*
*"Sphere Penetration in Tissue Simulant"*
*"Wound Ballistics of Billy Dixon's Long Shot"*
*"Wound Ballistics in Fact and Fiction*"*
*Co-presented with Dr. Martin Fackler
**1997 IWBA Conference, Manhattan Beach, CA (Oct. 4&5 1997)**

*"The Exterior Ballistics of Contemporary Air Guns and BB Guns*"*
Co-authored with Michael G. Haag
**CAC News, pp. 20-24 (Fall 1997)**

*"Bullet Impact Workshop: Characteristics and Identification"*
L. Haag - Instructor
**Fall 1997 CAC Seminar, Irvine, CA**

*"Some Forensic Aspects of Spherical Projectiles"*
**AFTE Journal 30:1 pp. 102-107 (Winter 1998)**

*"Bullet Penetration and Perforation of Sheet Metal"*
**AFTE Jour. 29:4 pp. 431-459 (Fall 1997)**

*"Firearms Evidence"*
**Annual Short Course and Scientific Evidence Course**
**Northwestern University Law School, Chicago, IL (twice yearly, ca. 1990  through 1998)**

*"Cartridge Case Ejection Patterns"*
**AFTE Journal 30:2 (Spring 1998), pp. 300-308**

*"Romanian 'AKM' Semi-Automatic Rifles and Ammunition in 5.45x39mm:*
*Characteristics and Performance"*
**AFTE Journal 30:3 (Summer 1998)**

*"Firearms Evidence and Shooting Scene Reconstruction"*
*Utah DPS and Forensic Science Association*
**Salt Lake City, Utah (April 1998)**
*CDAA Forensic Evidence Seminar*
**Newport Beach, CA (May 1998)**
*Arizona Homicide Investigators Association Seminar*
**Scottsdale, AZ (August 1998)**

*"The Physical and Chemical Properties of Black Powder Substitutes"*
*"Firearms and Toolmark Identification: Is It Really Science?"*
**AFTE Seminar, Tampa, FL (July 1998)**

*"Firearms Trajectory Analysis" - Instructor, 5-Day Training Class*
**California Department of Justice**
**Sacramento, CA (September 21-25, 1998)**

0055

**Lucien C. Haag**
**Presentations/Publications  10**

*"The Design, Composition, Exterior Ballistic-, Terminal Ballistic-, and Wound Ballistic Properties of Contemporary Frangible Ammunition"*
**CAC Fall Seminar, San Diego, CA (October 1998)**
<received the *Alfred A. Biasotti - Most Outstanding Presentation Award*>
**CAC News, Second Quarter 1999  pp. 18-27**
**AFTE Journal 31:3 (Winter 1999), pp.344-362**

*"Firearms Evidence -Shooting Reconstruction"*
National Homicide Symposium XII - CDAA
**Costa Mesa, CA (May 1999)**

*"Firearms Evidence and Shooting Scene Reconstruction"*
Maricopa County Attorney's Office Advanced Trial Advocacy Course
**Phoenix, AZ (June and October 1999)**

*"The Sound of Bullets"*
*"5.56x45mm SS109/M855 Bullets:*
*Design, Exterior and Terminal Ballistic Performance"*
*"Base Deformation as an Index of Impact Velocity for Full Metal Jacketed Rifle Bullets"*
**International Association of Forensic Scientists, Los Angeles, CA (August 1999)**

*"Shooting Scene Reconstruction"*
Arizona Homicide Investigator's Association Seminar
**Mesa, AZ (September 1999)**

*"Russian 5.56mm Ammunition"*
**AFTE Journal 31:4 (Fall 1999), pp. 490-492**

*"Rates of Fire for Some Common Semi-Automatic and Full Automatic Firearms"*
**SWAFS Journal 22:1 (February 2000), pp. 31-43**

*"Firearms Evidence -Shooting Reconstruction"*
California District Attorneys Association
**Monterey, CA (April 2000)**

*"Reference Ammunition for Gunshot Residue Testing"*
**CACNews Journal (Second Quarter 2000), pp. 24-29**

*"Firearms Evidence -Shooting Reconstruction"*
Maricopa County Public Defender's Office
**Phoenix, AZ (April 2000)**

*Shooting Incident Investigation and Reconstruction Class*
Arizona Homicide Investigators Association
**Glendale, AZ (April 24-25, 2000)**

*"Contemporary Russian 7.62x39mm Ammunition"*
California Association of Criminalists Seminar
<received the *Alfred A. Biasotti - Most Outstanding Presentation Award*>
**Napa, CA (May 2000)**

**Lucien C. Haag**
**Presentations/Publications  11**

*"A Rapid Non-Destructive Method for Analyzing and Comparing Bullet Lubricants*"*
**AFTE Journal 32:2 (Spring 2000), pp. 143-153**
**SWAFS Journal 23:1 (February 2001), pp. 38-52**
*Co-authored with Michael G. Haag
*"Drop-Fired or Fired and Dropped?"*
**AFTE Journal 32:2 (Spring 2000), pp. 154-157**

*"Firearms Evidence and Shooting Scene Reconstruction"*
Maricopa County Attorney's Office Advanced Trial Advocacy Course
**Phoenix, AZ (June 2000 / October 2000)`**

*"The Enigmatic Bullet- the Case of Private Clegg, Belfast, Northern Ireland"*
*"Design, Exterior and Terminal Ballistic Performance
of 5.56x45mm SS109/M855 Bullets"*
*"Base Deformation as an Index of Impact Velocity for Full Metal Jacketed Rifle Bullets"*
**AFTE Seminar, St. Louis, MO (June 2000)**

*Shooting Incident Investigation and Reconstruction Class*
Pima County Attorney's Office
**Tucson, AZ (July 31, 2000)**
Northwestern University -School of Law-Short Course
**Chicago, IL (August 10, 2000)**

*"Contemporary Russian 7.62x39mm Ammunition"*
*"Bullets through Glass: Sequence and Orientation at Impact"*
European Academy of Forensic Science
**Krakow, Poland (September 16, 2000)**

*"The Firearms Evidence in the 1959 Clutter Murder Case-Holcomb, KS"*
NIJ Conference on Science and the Law
**San Diego, CA  (Oct. 11-14, 2000)**

*"Drop-Fired or Fired and Dropped?"*
**AFTE Journal 32:2 (Spring 2000), pp. 154-157**

*"Rates of Fire for Some Common Semi-Automatic and Full Automatic Firearms"*
**AFTE Journal 32:3 (Summer 2000), pp. 252-258**

*"The Analysis and Comparison of Shotshell Buffers"**
*Co-authored with Michael G. Haag
**AFTE Journal 32:3 (Summer 2000), pp. 277-284**

*"Contemporary Russian 7.62x39mm Ammunition"*
**The CACNews First Quarter 2001, pp. 31-37**

*"Reference Ammunition for Gunshot Residue Testing"*
**CACNews Second Quarter 2000, pp. 24-29**
**AFTE Journal 32:4 (Fall 2000), pp. 332-336**
**SWAFS Journal 23:1 (February 2001), pp. 27-37**

*"Preliminary Study to Evaluate the Deposition of GSR on Unfired Cartridges
in the Adjacent Chambers of a Revolver"*
**AFTE Journal 32:4 (Fall 2000), pp. 346-351**

Lucien C. Haag
Presentations/Publications   12

*"A "Drop-Fired Cartridge"*
**AFTE Journal 32:4 (Fall 2000), pp. 352-353**

*Shooting Incident Investigation and Reconstruction*
Los Angeles District Attorney's Office Seminar
**Los Angeles, CA (January 27, 2001)**

*"Sunday, Bloody Sunday- It's Not Just the Name of a Song"*
American Academy of Forensic Sciences
**Seattle, WA  (February 20, 2001)**

*"Übungspatronen"*
American Academy of Forensic Sciences
**Seattle, WA  (Feb. 21, 2001)**

*"Design, Exterior and Terminal Ballistic Performance*
*of 5.56x45mm SS109/M855 Bullets"*
*"Base Deformation as an Index of Impact Velocity for Full Metal Jacketed Rifle Bullets"*
**AFTE Journal Vol. 33, No. 1 (Winter 2001)**

*"Contemporary Russian 7.62x39mm Ammunition"*
**AFTE Journal Vol. 33, No. 2 (Spring 2001) pp. 152-160**

*"Zee Bullets- Another Entry into the Lead-Free Market"*
**AFTE Journal Vol. 33, No. 2 (Spring 2001) pp. 149-152**

*"The Sound of Bullets"*
*"Once Fired, Twice Fired, Thrice Fired-More?"*
Co-Instructor: *Ricochet Workshop*
**AFTE Seminar (July 2001)**

*"Black Powder Substitutes: Their Physical and Chemical Properties and Performance"*
**The CACNews Third Quarter 2001, pp. 20-33**

*"Sources of Lead in Gunshot Residue"*
**AFTE Journal Vol. 33, No. 3 (Summer 2001), pp. 212-218**

*"Two Unique .22 Caliber Rimfire Bullets from Aguila:*
*Performance and Properties of Forensic Interest"*
**AFTE Journal Vol. 33, No. 3 (Summer 2001), pp. 276-279**

*"Übungspatronen: an Unusual Cartridge with some Unusual Properties of Forensic Interest"*
**European Network of Forensic Science Institutes-F/A Working Group meeting**
**Brugge, Belgium (September 24, 2001)**

*"Black Powder Substitutes: Their Physical and Chemical Properties and Performance"*
**AFTE Journal Vol. 33, No. 4 (Fall 2001), pp. 313-325**
*"Some Basic Analytical Techniques for Unfired Primer Compositions"*
**AFTE Journal Vol. 33, No. 4 (Fall 2001), pp. 326-331**

*Shooting Incident Investigation and Reconstruction*
Arizona Prosecuting Attorneys' Advisory Council Seminar
**Tucson, AZ (August, 2001)**
National College of District Attorneys Forensic Evidence Conference
**San Diego, CA (December, 2001)**

*Shooting Scene Reconstruction Class*
Arizona Homicide Investigator's Association
3-day class with live-fire demonstrations
**Glendale, AZ (March, 2002)**

*"Once Fired, Twice Fired, Thrice Fired, More?*
*A Novel Method for Assessing the Number of Firings of Shotshells with Plastic Bodies"*
**AFTE Journal Vol. 34, No. 1 (Winter 2002), pp. 11-15**

*"The Forensic Uses of the Oehler Model 43 Personal Ballistics Laboratory System"*
**AFTE Journal Vol. 34, No. 1 (Winter 2002), pp. 16-25**

*"Balloting Bullets: Exterior and Wound Ballistics of Fired Bullets,*
*Physical Characteristics of Fired Bullets and Cartridge Cases"*
*"The Calibration of Ballistic Chronographs"*
*"The Effects of Cyanoacrylate Fuming on Trigger Pull Measurements*
*and Bullet Identification"*
**AFTE Seminar (May 2002)**

*Ricochet Workshop*
Instructor
**AFTE Seminar (May 2002)**

*"RE: Comet Tailing"*
**AFTE Journal Vol. 34, No. 2 (Spring 2002), pp. 134-135**

*"Average Pellet-to-Pellet Distance for Estimating Range of Fire*
*in Cases Involving Partial Pellet Patterns"*
**AFTE Journal Vol. 34, No. 2 (Spring 2002), pp. 139-143**

*"The Exterior and Terminal Ballistics of 00 Buckshot"*
**AFTE Journal Vol. 34, No. 2 (Spring 2002), pp. 148-153**

*"The Sound of Bullets"*
**SWAFS Journal Vol. 24, No. 1 (May 2002) pp. 31-42**
**AFTE Journal Vol. 34, No. 3 (Summer 2002), pp. 255-263**

*"Skin Perforation and Skin Simulants"*
**AFTE Journal Vol. 34, No. 3 (Summer 2002), pp. 232-345**
[Co-authored with Michael Haag]
*"Custom-Made Molds for Ballistic Gelatin"*
**AFTE Journal Vol. 34, No. 3 (Summer 2002), pp. 321-322**

*"The Basics of Bullet Ricochet"*
*"The Bizarre and Mysterious Death of Sgt. 'C'"*
**ENFSI Firearms Working Group- Bratislava, Slovakia (Sept. 2002)**

**Lucien C. Haag**
**Presentations/Publications  14**

**5-day Shooting Reconstruction Course – *Gunsite Training Center* (Oct. 2002)**
**co-instructor with Michael Haag**

Instructor - *Ricochet Workshop*
*"The Bizarre and Mysterious Death of Sgt. 'C'"*
**SWAFS Seminar -  Scottsdale, AZ (Nov. 2002)**
**CAC/NWAFS Seminar -  Reno, NV (April, 2003)**
**AFTE Seminar -  Philadelphia, PA (May, 2003)**
**Maricopa County Medical Examiner's Office presentation (Aug. 2004)**
**Arizona Homicide Investigators Association Seminar (Oct. 2004)**

*"Balloting Bullets: Exterior and Wound Ballistics of Fired Bullets,*
*Physical Characteristics of Fired Bullets and Cartridge Cases"*
**AFTE Jour. 34:4 (Fall 2002) pp. 375-378**

*"Sound as Physical Evidence in a Shooting Incident"*
**SWAFS Jour. 25:1 (January 2003) pp. 36-41**

*"The Exterior and Terminal Ballistics of 00 Buckshot"*
**AFTE Jour. 35:1 (Winter 2003) pp. 25-34**

*"The SVD (Dragunov) Sniper Rifles: Features of Forensic Interest"*
*"Identifiable Bullets from Glocks in 60 Seconds"*
**AFTE Seminar -  Philadelphia, PA (May, 2003)**

*"Multiple Collector ICPMS: A New Tool for Isotopic Analysis of Bullet Lead"*
*co-authored with Dr. Michael Ketterer, J.R. Vargas, M.T. Beddow and D.W. Smith*
**AFTE Seminar -  Philadelphia, PA (May, 2003)**

*"Projectile-Induced Mechanical and Thermal Effects in Fibers"*
*"Contemporary Less Lethal Munitions: Their Source, Design,*
*Exterior and Terminal Ballistic Properties"*
**EAFS Seminar -  Istanbul, Turkey (September, 2003)**

*"Light and Sound as Physical Evidence in Shooting Incidents"*
**AFTE Jour. 35:3 (Summer 2003) pp. 317-321**

*Contemporary Firearms Evidence and Wound Ballistic Properties of Selected Projectiles*
*of Importance to Forensic Pathologists*
**Presentations at the Forensic Science Center/Medical Examiner's Office**
**Phoenix, AZ  -  March 10, 2004**

*"Ballistic ID Tagging – A Further Look"*
*"Distance Determination Based on Pseudo-Stippling by Shotshell Plastic Buffer Material"*
*"MAKI Ballistic Medium"*
**AFTE Seminar -  Vancouver, B.C.  (May, 2004)**

*"Sequence of Shots through Tempered Glass"*
**AFTE Jour. 36:1 (Winter 2004) pp. 54-64**

*"The Case of the Talking Cartridge Case"*
**ENFSI Firearms Working Group Conference – Madrid, Spain (Oct. 2004)**

Lucien C. Haag
Presentations/Publications  15

**Instructor**
**5-day Shooting Incident Reconstruction Course**
*Gunsite Training Academy – Paulden, AZ*
**November 8-12, 2004**

*"Ballistic ID Tagging and Microstamping – Performance and Practice"*
**National Academy of Sciences – Washington D.C.**
**December 9, 2004**

*"Extreme Pressure during Discharge or Something Else?"*
**AFTE Jour. 36:3 (Summer 2004) pp. 230-236**
*"Physical Forms of Small-Arms Propellants and Their Forensic Value"*
**Am Jour For Med & Path 26:1 March 2005) pp. 5-10**

*"Firearms Misadventures"*
*1-day workshop by L. Haag, A. Jones & Fred Schmidt*
*"The Case of the Talking Cartridge Case"*
**AFTE Seminar -  Indianapolis, IN  (June, 2005)**

*"The Source and Persistence of Lead in Gun Barrels"*
*"The Dimethylglyoxime Test for Nickel Residues"*
**ENFSI Firearms Working Group Conference - Oslo, Norway  (Sept, 2005)**

Lecture & Demonstration: *"Projectile Ricochet and Deflection"*
**Shooting incident Reconstruction Course**
**Gunsite Training Academy, Paulden, AZ**
**October 2005**

Lecture: *"Firearms Identification and Shooting Reconstruction"*
**Maricopa County Attorney's Office Seminar**
**December 16, 2005, Phoenix, AZ**

*"Buried Secrets"* (Tool Marks on Bone – the Alferd Packer Case)
**National Geographic / New Dominion Pictures –August 2005**

Lecture: *"Shooting to Kill-From the Expert's Eyes:*
*Firearms- What the Expert Can and Can't Tell You"*
**National College of District Attorneys**
**National District Attorneys Association-**
**Seminar on Prosecuting Homicide Cases**
**May 7, 2006, Mesa, AZ**

*"Bullet Holes in Wood and What We Can Tell from Them"*
*"The Lincoln Target Board"*
**CAC/FSS of the UK Seminar -  Concord, CA (May, 2006)**

*"Some Thoughts, Observations and Suggestions*
*on the ENFSI FAID2005 Proficiency Test*
**ENFSI FA/WG Meeting -  Høje Taastrup, Denmark (June, 2006)**

*"Bullet Holes in Wood- What Can We Tell from Them?"*
*"The Lincoln Target Board"*
**AFTE Seminar -  Springfield, MA  (June, 2006)**

**Lucien C. Haag
Presentations/Publications   16**

*"Long Distance Shootings, Sniper Cases and Falling Bullets"*
*1-day workshop by L. Haag*
**AFTE Seminar -  Springfield, MA  (June, 2006)**

*"Anatomy of a Shooting: a Civilian's Death in Iraq"*
**National Public Radio (NPR) – All Things Considered 6/23/06**

*"Firearms Evidence and Shooting Scene Reconstruction"*
**APAAC Seminar -  Tucson, AZ  (July, 2006)**

*Letter to the Editor – "Identifiable Bullets from Glocks in 60 Seconds"*
*"The Effect of Revolver Cylinder Gap on GSR Production and Projectile Velocity"*
[co-authored with Jon Tew]
**AFTE Jour. 38:3 (Summer 2006)**

*"A Trail of Evidence"*
**NBC's Dateline – October 2006**
(supplied ballistic data on 10mm pistol & ammunition)

*"Firearms Evidence and Shooting Scene Reconstruction"*
**MCAO Fall Seminar -  Phoenix, AZ  (November, 2006)**

*"Licht und Knall als Beweismittel"*
**BKA/LKA Schusswaffensymposium -  Dresden, Germany  (November, 2006)
Der Auswerfer, 18. Ausgabe, Jan. 2007 pp. 85-101**

*"Trace Bullet Metal Testing for Copper and Lead at Suspected Projectile Impact Sites"*
**AFTE Jour. 38:4 (Fall 2006) pp. 301-301**
[co-authored with Michael Haag]

*"The Lincoln Target Board"*
**American Academy of Forensic Sciences – Last Word Society
San Antonio, TX  (February, 2007)**

*"Firearms Evidence and Shooting Scene Reconstruction-Four Case Examples"*
**AHIA Spring Seminar -  Glendale, AZ  (March, 2007)**

*"Wound Production by Ricocheted and Destabilized Bullets"*
**Am. Jour. of For. Med. and Path. 28:1 (March 2007) pp. 4-12**

Technical Contributor
***Ruby Ridge: The Final Report***
**National Geographic Channel – March 13, 2007**

*"The Source and Persistence of Lead in Gun Barrels"*
**AFTE Jour. 39:1 (Winter 2007) pp. 8-23**
[co-authored with Dr. Ludwig Niewöhner]

*"Bullet Length to Diameter Ratios and Caliber Determination of Bullets*
*in Surviving Gunshot Victims"*
**AFTE Jour. 39:1 (Winter 2007) pp. 31-43**
[co-authored with Melvin Lee Garrett]

**Lucien C. Haag**
**Presentations/Publications  17**

*"Shotgun Range of Fire Determinations from Skin Stippling by Plastic Buffer Material"*
**AFTE Jour. 39:1 (Winter 2007) pp. 50-61**

*"Firearms Identification and Battlefield Archaeology"*
**Scottsdale Community College Lecture**
**Scottsdale, AZ  (April 26, 2007)**

*"Muzzle Flash: Why Many See It and a Few Do Not"*
*"Words We Use and What They Tell Us About Our Thinking"*
**CAC Spring Seminar -  Anaheim, CA  (May, 2007)**

*"Listen to the Minié Balls: Identifying Firearms in Battlefield Archaeology", pp. 102-120,*
**Fields of Conflict: Battlefield Archaeology from the Roman Empire to the Korean War –**
**Vol. 1,** Praeger Security International, Westport, CN-London (2007)
[co-authored with Dr. Doug Scott]

*"Words We Use and What They Tell Us About Our Thinking"*
*"Who Shot Sammy Weaver?"*
*"The Matching of Cast Bullets to the Moulds that Made Them"*
Instructor: 2-day Workshop on-
*Long Distance Shootings, Sniper Cases and Falling Bullets*
**AFTE 2007 Seminar -  San Francisco, CA  (May-June, 2007)**

*"Muzzle Flash: Why Many See It and a Few Do Not"*
**CACNews  3rd Quarter 2007 pp. 30-33**
**AFTE Jour. 39:2 (Spring 2007) pp. 116-126**

*"Muzzle Flash! Documenting the Demon"*
**The American Handgunner, Nov/Dec 2007**

*"Firearms Identification and Battlefield Archaeology"*
**Ft. Verde Days Lecture**
**Camp Verde, AZ  (Oct. 13, 2007)**

**Co-Instructor with Michael Haag**
**5-Day Shooting Incident Reconstruction Course-Gunsite Training Facility**
Paulden, AZ  Oct. 29-Nov. 2, 2007, Sept. 29-Oct. 3, 2008

*"The Matching of Cast Bullets to the Moulds that Made Them"*
**AFTE Jour. 39:4 (Fall 2007) pp. 313-322**

*"Talking Bullets"*
*"Falling Bullets"*
Instructor: 1-day Workshop on-
*Basic Trajectory Reconstruction*
**AFTE 2008 Seminar -  Honolulu, HI  (May, 2008)**

*"The Lincoln Target Board"*
**AFTE Jour. 40:1 (Winter 2008) pp. 47-56**

*"The Exterior and Wound Ballistics Aspects*
*of Billy Dixon's Long Shot*
*and the Battle of Adobe Walls"*
**AFTE Jour. 40:2 (Spring 2008) pp. 195-213**

Lucien C. Haag
Presentations/Publications   18

*"Letter to the Editor-Microstamping Legislation"*
**AFTE Jour. 40:2 (Spring 2008) pp. 126-136**

Book review (Human Factors Issues in Handgun Safety and Forensics)-
**Journal of Forensic Sciences**, 53:5, Sept. 2008, p. 1236

*"Soft Damage – Hard Damage"*
**So. Cal Firearms Study Group -  Santa Ana, CA  (March 5, 2009)**

*"Cartridge Case Aging"*
**Arizona Firearms Study Group -  Mesa, AZ  (March 19, 2009)**

*"On the Matter of Chronograph Calibration"*
**AFTE Jour. 41:1 (Winter 2009) pp. 4-23**

*"Blackhorn 209 Propellant-A New Black Powder Substitute"*
[Co-authored with Mahesh Patel – Phoenix PD Crime Laboratory]
**AFTE Jour. 41:1 (Winter 2009) pp. 66-33**

*"Was That a Gunshot I Heard?"*
**CAC 2009 Spring Seminar -  Lake Arrowhead, CA  (May, 2009)**
**AFTE 2009 Seminar – Miami Beach, FL (June 2009)**

*"Is It a Bullet Hole?"*
1-day Workshop
**AFTE 2009 Seminar – Miami Beach, FL (May 31, 2009)**

*"Quo Vadis"*
**AFTE 2009 Seminar – Miami Beach, FL (June 2009)**

*"Flash Suppressors for AR-15 Type Firearms"*
Co-authored with Aaron Brudenell – Tucson DPS Crime Laboratory,
Torrey Johnson – CA Criminalistics Institute, Sacramento, CA
Idan Greenberg – Firearms Advisor, Phoenix, AZ
**AFTE Jour. 41:2 (Spring 2009) pp. 138-152**
**Small Arms Review Vol. 12 No. 12 (Sept. 2009) pp. 33-40**

Co-Instructor with Michael Haag
**5-Day Shooting Incident Reconstruction Course-Swiss Army Facility**
**Zürich, Switzerland  June 22-26, 2009**

*"The Death of Huey Long, The Enigmatic Bullet and other New Evidence of Historic Interest"*
**AFTE Jour. 41:3 (Summer 2009) pp. 268-282**
*"Bore Lapping Compounds and Their Effect on Traditional Firearms Identification"*
**AFTE Jour. 41:3 (Summer 2009) pp. 232-245**
Co-authored with Michael Haag, Lee Garrett, John Knell and Mahesh Patel
*"Comet Tail / Vortex Effect"*
**AFTE Jour. 41:3 (Summer 2009) pp. 257-267**
Co-authored with Evan Thompson

Lucien C. Haag
Presentations/Publications   19

*"Chemical and Instrumental Tests for Suspected Bullet Impact Marks",* **European Network of Forensic Science Institutes, 16th Annual Meeting of the Expert Working Group-Firearms/GSR**, Wiesbaden, Germany, October 20-22, 2009
[co-authored with Mahesh Patel]

*"Firearm Sound Level Measurements: An Impulse Sound Control Source of dB Measurements of Gunshots, Part 1"*
**AFTE Jour. 41:4 (Fall 2009) pp. 349-357**

*"The Tom Horn Affair: A Ballistic View"*
**American Academy of Forensic Sciences 2010 – Seattle, WA (Feb. 25, 2010)**
Last Word Society

*"Standard Steel BB Perforation of Pigskin over Standard Ordnance Gelatin"*
**AFTE Jour. 42:1 (Winter 2010) pp. 56-60**

*"Firearm Sound Level Measurements: A Study of Selected Parameters and Variables, Part 2"*
**AFTE Jour. 42:1 (Winter 2010) pp. 34-41**

Author of the manual *"Forensic Pathology of Gunshot Wounds-Recognizing and Collecting Firearms Evidence",*
2-day course, April 6-7, 2010, California DOJ/Criminalistics Institute
co-instructor with Dr. Frank Sheridan, Forensic Pathologist

*"The Behavior of Expelled Glass Fragments during Projectile Penetration and Perforation"*
*"Chemical and Instrumental Tests for Suspected Bullet Impact Sites"*
**California Association of Criminalists – Yosemite, CA (April, 2010)**
**AFTE Seminar – Henderson, NV (May, 2010)**

*Terminal Ballistic Workshop*
Instructor: 1-day class
May 7, 2010
**AFTE 2010 – Henderson, NV**

Class for AZ DPS Firearms Examiners:
*Recognizing Reloaded Ammunition*
May 26, 2010
**FSSI-Carefree, AZ**

*"Chemical and Instrumental Tests for Suspected Bullet Impact Sites"*
**AFTE Jour. 42:2** (Spring 2010) pp. 132-144
**CACNews**, 3rd Quarter, 2010 pp. 11-25
Co-authored with Mahesh Patel

*"Firearm Sound Level Measurements: Suppressed and Unsuppressed Firearms, Supersonic Bullets and Comparable High Amplitude Impulse Sounds, Part 3"*
**AFTE Jour. 42:3 (Summer 2010) pp. 209-228**

*"The Exterior and Wound Ballistic Aspects of Billy Dixon's Long Shot and the Battle of Adobe Walls"*
**CACNews**, 4th Quarter, 2010 pp. 31-41

Lucien C. Haag
Presentations/Publications   20

*"Firearms Identification, Shooting Scene Reconstruction and*
*Who Shot Sammy Weaver?*
**MindQuest** presentation
October 12, 2010

*"Bullets that Aren't"*
*"Handheld Portable XRF Testing*
*of*
*Suspected Bullet Holes and Bullet Impact Sites"*
**European Network of Forensic Science Institutes-F/A-GSR Group**
Paphos, Cyprus
November 10-11, 2010

*"The Behavior of Expelled Glass Fragments*
*during Projectile Penetration and Perforation of Glass"*
**AFTE Jour. 43:1** (Winter 2011) pp. 5-15
**Am Jour For Med & Pathology**, Vol. 33, No. 1(March 2012), pp. 47-52

*"Drywall: Terminal Ballistic Properties of Forensic Interest"*
**AFTE Jour. 42:3** (Summer 2010) pp. 229-252
Co-authored with Alec Jason

*Founder's Lecture*
*"Polythinking: Does It Have a Place and a Chance in the Modern Crime Laboratory?"*
CAC Spring 2011 Seminar
Long Beach, CA May 17-20, 2011

*"Talking Bullets-Talking Cartridge Cases"*
Instructor – 1 Day Workshop – May 29, 2011
**AFTE 2011 – Chicago, IL**

*"Bullets that Aren't Bullets"*
*"A Fatal SKS Incident"*
June 1, 2011
**AFTE 2011 – Chicago, IL**

*"Letter to the Editor-An Evaluation Study of Blood Elimination Solutions and Gunshot Residue"*
*"Letter to the Editor-A Comparison of Several Substrates*
*Used for Gunpowder Stippling Evaluations"*
**AFTE Jour. 43:2** (Spring 2011) p. 105

*Shooting Incident Reconstruction:*
*Case Examples and New Technology*
AZ Attorney General's Forensic Science Academy
October 7, 2011

Lucien C. Haag
Presentations/Publications   21

*"Bone Particles in Bullets: Their Recognition, Identification and Forensic Value"*
*"The Standard Bullet: Part 1 of 2"*
**European Network of Forensic Science Institutes-F/A-GSR Group**
Lisbon, Portugal
October 25-28, 2011

Author of the manual *"Forensic Pathology of Gunshot Wounds-*
*Recognizing and Collecting Firearms Evidence",*
2-day course, November 15-16, 2011, **California DOJ/Criminalistics Institute**
Sacramento, CA
co-instructor with Dr. Frank Sheridan, Forensic Pathologist

*"Some Exterior and Wound Ballistics of BB Guns, Pellet Guns and Airsoft Guns"*
Southern California Firearms Study Group
Los Angeles, CA Dec. 8, 2011
*"Hot Bullets vs. Cold Bullets: Are They Ballistically Stable - - "*
**Small Arms Review,** Vol. 15, No. 4, (January 2012) pp.38-43
Co-authored by Idan Greenberg

*Recognizing and Collecting Firearms Evidence*
Sponsored by the Coconino County Medical Examiner's Office
Flagstaff, AZ
March 20, 2012

*"Contemporary and Historical Black Powder:*
*Physical and Chemical Properties of Forensic Interest"*
**AFTE Jour.** 44:2 (Spring 2012) pp. 92-105
Co-authored with Mahesh Patel

*"Bone Particles in Bullets:*
*Their Recognition and Forensic Value"*
**AFTE Jour.** 44:2 (Spring 2012) pp. 156-162
Co-authored with Mahesh Patel

*Lecture and Demonstration of Infinition® Doppler Radar System-*
*Chronograph Calibration*
**SoCal Firearms Study Group**, April 26, 2012
San Bernardino, CA

*Firearms Evidence for Death Investigators*
**Harris County Institute of Forensic Science**
May 17, 2012
Houston, TX

*Bullets through Bone: Hole Size as it Relates to Caliber*
**AZ Firearms Study Group Meeting**
May 31, 2012

*"Bone Particles in Bullets:*
*Their Recognition and Forensic Value"*
*"Where Are the Bullets?"*
*1-day Ricochet Workshop*
**AFTE 2012 Training Seminar**
Buffalo, NY June 2012

0067

*"Where are the Bullets?"*
Co-authored with Alexander Jason
**AFTE Jour.** 44:3 (Summer 2012) pp. 196-207
*"A Stable Reagent for Nitrite/Nitrate Detection and the Verification of Suspected Gunpowder Particles"*
Co-authored with Michael Haag
**AFTE Jour.** 44:3 (Summer 2012) pp. 233-238

*"A Fatal Misadventure with a Chinese Type 56 Carbine"*
**AFTE Jour.** 44:4 (Fall 2012) pp. 63-70
*"An Extreme Misadventure with an Inappropriate Propellant in an Otherwise Fine Rifle"*
**AFTE Jour.** 44:4 (Fall 2012) pp. 71-79

*Shooting Incident Reconstruction:*
*Case Examples and New Technology*
AZ Attorney General's Forensic Science Academy
October 5, 2012

*1-1/2 Day Shooting Incident Reconstruction Workshop*
Co-instructor with Michael Haag
SWAFS Seminar-Scottsdale, AZ
October 22-23, 2012

*1/2 Day Workshop- "Is It a Bullet Hole-Impact Site?"*
SWAFS Seminar-Scottsdale, AZ
October 24, 2012

*"The Ballistic Evidence in the Assassination of John Fitzgerald Kennedy"*
Breakfast Seminar – American Academy of Forensic Sciences
Washington, D.C.
February 21, 2013

*"The Forensic Aspects of Contemporary Disintegrating Rifle Bullets"*
**Am Jour For Med & Pathology,** Vol. 34, No. 1 (April 2013), pp.50-55

*"Range of Fire Determination from the Pseudo-stippling of Skin by Shotshell Buffer Material"*
**Am Jour For Med & Pathology,** Vol. 34, No. 1 (April 2013), pp.56-62

*"Revisitation of the 'Standard Bullet' and the Genesis of the Ballistic Coefficient"*,
**AFTE Jour.** 45:2 (Spring 2013) pp. 102-114

*"Penetration Depth as a Statement of Impact Velocity: Forensic Implications and Importance"*,
**AFTE Jour.** 45:2 (Spring 2013) pp. 140-149

*"Detecting and Identifying Bullet Holes by Tracer Bullets"*
*"The Assassination of John Fitzgerald Kennedy-*
*A 2hr. Special Presentation"*
June, 2013
AFTE 2013 – Albuquerque, NM

Instructor – 1 Day *Wound Ballistics Workshop*
June, 2013
AFTE 2013 – Albuquerque, NM

*"The Recognition, Collection and Preservation of Critical Firearms Evidence
at Scenes and at Autopsy"*
Masters 15 Seminar for Pathologists and Death Investigators
St. Louis School of Medicine, St. Louis, MO
July 23, 2013

*"The Assassination of John Fitzgerald Kennedy-
A Special Presentation"*
August 15, 2013
Southern California Firearms Study Group, Santa Ana,, CA
September 18, 2013
Arizona Firearms Study Group, Phoenix, AZ
NEAFS Seminar, Cromwell, CT
September 26, 2013
National Association of Medical Examiners (N.A.M.E.)
Milwaukee, WI
October 13, 2013

*"The Ballistic Coefficients of Ricocheted and Destabilized Bullets"*, **AFTE Jour.**, 45:4 (Fall 2013),
pp.309-335

Radio Interview- *America Weekend Nov. 9, 2013*
Television Program: *Fox News Reporting: 50 Years of Questions-The JFK Assassination*
*Aired Nov. 9, 2013*
Television Program: *CBS: This Morning with Charlie Rose*
*Aired Nov. 11, 2013*
Television Program: *MSNBC:* **The Cycle**
*Aired Nov. 21, 2013*
Television Program: **PBS NOVA** *"Cold Case:JFK"*
*Aired Nov. 13, 2013*
Radio Program: *PBS:* **Science Friday** *with Ira Flatow*
*Aired Nov. 22, 2013*

*"The Ballistic Evidence in the Assassination of John Fitzgerald Kennedy"*
MINDQUEST – November 12, 2013
Phoenix, AZ

*"A Firearms Examiner's Lament"*,
**Acad. Forensic Pathol**. (N.A.M.E. Jour) 2013 3(2): pp. 164-170

*"The Use of Radio-Controlled Drones at the JFK Assassination Scene"*
*"Demonstration of Momentum Transfer in Wound Ballistics"*
*"Thoughts and Observations Regarding Wound Ballistic Media"*
Arizona Firearms Study Group Meeting, Scottsdale, AZ – Jan. 29, 2014
SoCal Firearms Study Group Meeting, Los Angeles, CA – Feb. 6, 2014

*"A Preliminary Look at Thermal Imaging of Firearms"*, **AFTE Jour.**, 46:1 (Winter 2013), pp.67-71

Lucien C. Haag
**Presentations/Publications   24**

Instructor
*2-Day Firearms Evidence-Wound Ballistics Course*
Santa Ana-Orange Co, California
March 3&4, 2014

Instructor
*3-Day Lecture*
*CCI Firearms Academy*
*Research and Research Methods in Forensic Firearms*
Sacramento, California
March 17-19, 2014

*"Tracking the 'Magic' Bullet in the JFK Assassination"*, **AFTE Jour.**, 46:2 (Spring 2014), pp.104-113
**New England Div. of IAI Jour.**, Vol. 3, 2014, pp.6-19
*"The Production and Persistence of Gunpowder Tattooing and Stippling of Living Human Skin"*, **AFTE Jour.**, 46:2 (Spring 2014), pp.125-132
*"Identifying Bullet Holes and Gunshot Wounds Produced by Tracer Bullets: Elemental Mapping of Bullet Holes"*, **AFTE Jour.**, 46:2 (Spring 2014), pp.114-124
*"Bullet Entry Holes in Fabric: Fibers, Facts and Fallacies"*, **AFTE Jour.**, 46:2 (Spring 2014), pp.133-137

*"The Gun that Really Won the West"*
May, 2014
AFTE 2014 – Seattle, WA

Instructor- 3 Day Shooting Incident Reconstruction Class
Brigham City, UTAH
June 9-11, 2014

*"President Kennedy's Fatal Gunshot Wound and the Seemingly Anomalous Behavior of the Fatal Bullet"*, **AFTE Jour.**, 46:3 (Summer 2014), pp.218-223

Co-author with Rick Wyant
Chapter 5
*Less Lethal Impact Munitions: The Forensic Testing Model*
**Risk Management of Less Lethal Options:**
**Evaluation, Deployment, Aftermath and Forensics**
By Wyant and Burns, CRC Press (2014)

PBS-NOVA **"COLD CASE: JFK"**
Presented at the ENFSI Conference,
Leeds, England
September 2014

*"President Kennedy's Fatal Head Wound and His Rearward Head 'Snap'"*,
**AFTE Jour.**, 46:4 (Fall 2014), pp.279-289

*"The Gun that Really Won the West"*
*"PCP Airguns-Characteristics and Performance"*
*"The Soviet PSM Pistol"*
December 3, 2014
SoCal Firearms Study Group – Fontana, CA

**Lucien C. Haag**
**Presentations/Publications  25**

*"Base Deformation of Full Metal-Jacketed Rifle Bullets as a Measure of Impact Velocity and Range of Fire"*, **Am. Jour. For. Med. and Path.**, 36:1 (March 2015), pp.16-22

*"Wood Hardness via the Lowly Steel BB"*, **AFTE Jour.**, 47:1 (Winter 2015), pp.34-40
**CACNews**, 1ˢᵗ Quarter 2015 pp. 9-15

*"The Gun that Really Won the West"*
(Meriwether Lewis's Airgun)
Desert Foothills Library Lecture Series
February 19, 2015

"A Full-Auto Bryco: Measuring Cyclic Rate with *SoundForge"*
Projectile Momentum or Kinetic Energy: What if Anything Moves You?"
"Confronting and Exposing Unqualified 'Expert' Witnesses"
Arizona Firearms Study Group Meeting-Tucson, AZ
March 5, 2015

*"The Ballistic Evidence in the Assassination of John Fitzgerald Kennedy"*
The Forensic Science Academy
March 27, 2015
Phoenix, AZ
Desert Foothills Library Series
May 13, 2015

*"The Missing Bullet in the JFK Assassination"*, **AFTE Jour.**, 47:2 (Spring 2015), pp.71-82
*"The Russian PSM Pistol: A Unique Pistol and Unique Ammunition"*, **AFTE Jour.**, 47:2 (Spring 2015), pp.116-120

*"Base Deformation of Full Metal-Jacketed Rifle Bullets as a Measure of Impact Velocity and Range of Fire"*, **Amer. Jour. of Foren. Med. and Pathology**, 36:1 (March 2015), pp.16-22

"The Sound of Gunshots and Measuring Cyclic Rate with *SoundForge"*
SoCal Firearms Study Group Meeting-San Bernardino, CA
April 23, 2015

"A Momentous and Moving Case"
CAC Spring 2015 Seminar
May 7. 2015
Ventura, CA.

*"The Ballistic Evidence in the Assassination of John Fitzgerald Kennedy"*
AFTE 2015 Seminar
May 26, 2015
Dallas, TX

Instructor-AFTE 2015 Workshop:
*"Exterior and Terminal Ballistic Testing in the Assassination of John Fitzgerald Kennedy"*
May 24, 2015
Dallas Police Department Range & Training Facility, Dallas, TX

**Lucien C. Haag**
**Presentations/Publications  26**

*"Firearms Evidence for Forensic Pathologists and Death Investigators"*
[PowerPoint presentation and Syllabus]
International Association of Coroners and Medical Examiners Conference
Las Vegas, NV
July 30, 2015

3 Part Presentation – Arizona Homicide Investigator's Association
Flagstaff, AZ
July 31, 2015
Part 1: *"Shooting Incident Reconstruction-Avoiding Errors and Omissions"*
Part 2: *"The Ballistic Evidence in the Assassination of John Fitzgerald Kennedy"*
Part 3: *"Using the Kennedy Assassination as a Planning and Learning Exercise"*

*"Death of the Shooter on the Grassy Knoll"*, **AFTE Jour.**, 47:3 (Summer 2015), pp.144-148

*"The September 8, 1935 Assassination of Senator Huey Long, the Subsequent Shooting of Dr. Carl Austin Weiss and the Enigmatic Bullet"*
Desert Foothills Library Series
September 29, 2015

*"Gunshots, Bullet Sounds and Bullet Impacts"*
SoCal Firearms Study Group Meeting-Santa Ana, CA
October 20, 2015

CBS-KPHO Phx. JFK Interview & Ballistics Demonstration
Nov. 22, 2015

*"Bullet Impact, Kinetic Energy, Momentum, and What Will Move You"*, **CACNews**, 1st Quarter
2016, pp. 33-38

*"Basic Forensic Firearms: Evidence-Chemical & Instrumental Aspects"*
Lecture
Metropolitan State University of Denver
Chemistry Department – Instrumental Analysis Class
Jan. 28, 2016

"The *Lindbergh Case Revisited – The Case that Never Dies*"
Desert Foothills Library Series
February 13, 2016

*"Misfired, Snap-Fired, Drop-Fired, Bang&Drop Firing Pin Impressions*"
SoCal Firearms Study Group Meeting
Feb. 18, 2016
Az. Firearms Study Group Meeting
April 13, 2016

*Author's Response to Aguilar/Wecht letter RE: Haag JFK articles,* **AFTE Jour.**, 48:2 (Spring
2016, pp. 86-91
*"Bullet Impact, Kinetic Energy, Momentum, and the Physics of What Will Move You"*, **AFTE Jour.**,
48:2 (Spring 2016), pp. 102-109

**Lucien C. Haag**
**Presentations/Publications   27**

*"The September 8, 1935 Assassination of Senator Huey Long, the Subsequent Shooting of Dr. Carl Austin Weiss and the Enigmatic Bullet"*
*"Misfired, Snap-Fired, Drop-Fired, Bang&Drop, Drop&Bang Firing Pin Impressions"*
*"Federal TSJ Syntech Ammunition"*
*"The MagnetoSpeed Chronograph"*
AFTE 2016 Seminar – May-June 2016, New Orleans, LA

Instructor- 5 Day Shooting Incident Reconstruction Class
for the
Forensic Science Society of the UK
Lincoln, England
June 20-24, 2016

*"The Exterior and Terminal Ballistics of the Model 1780 Girardoni Air Rifle Carried by Meriwether Lewis During the Voyage of Discovery-1803-1806"*, **AFTE Jour.**, 48:3 (Summer 2016), pp. 131-137
*"PCP Airguns: A Not so New Technology"*, **AFTE Jour.**, 48:3 (Summer 2016), pp. 155-162

*"Gun Sounds, Gunshots, Bullet Sounds and Bullet Impacts:The Need for Consideration and Practical Research"*, **AFTE Jour.**, 48:3 (Summer 2016), pp. 138-154

"50 years of Reduced Loads"
"The Use of Downloads for Bullet Recovery and the Potential Effects of Striae Production"
"A Renewed Look at the Determination of Twist Rate in Certain Firearms"
"The LabRadar™ and MagnetoSpeed™ Chronographs
SoCal Firearms Study Group meeting September 28, 2016
Fontana, CA

Co-Instructor- 3 Day Shooting Incident Reconstruction Class
Bend, Oregon
Oct. 18-20, 2016

"The Use of Downloads for Bullet Recovery and the Potential Effects on Firearms Identification"
AZ Firearms Study Group meeting November 2, 2016, Scottsdale, AZ

Letters to the (AFTE) Editor RE: Gunshot Sounds and Max Holland's "The Lost Bullet"
**AFTE Jour.**, 48:4 (Fall 2016), pp. 197-214

"Firearms Identification: Historical Development and Practice"
Arizona Supreme Court Judicial Conference,
Tempe, AZ
December 1, 2016

"The Use of 3D Laser Scanning in the Kennedy Assassination Scene-Dallas, TX"
Forensic Mapping Seminar
Phoenix, AZ
Dec. 16, 2016
"Firearms Identification and Evidence"
Maricopa County Attorney's Office Training Program
Phoenix, AZ
December 16, 2016

**Lucien C. Haag**
**Presentations/Publications   28**

*"Chlorindazon DS: a New Reagent for the Detection of Trace Amounts of Copper"*
SoCal Firearms Study Group meeting February 9, 2017
Fontana, CA

Letters to the AFTE Editor RE: Holland & DeRonja "The Missing Bullet in the JFK Assassination"
**AFTE Jour.**, 49:1 (Winter 2017), pp. 67-78
*"Re-examination of the Value of Bunter Marks"*,
<Co-authored with Sergey Perunov and John Knell>
**AFTE Jour.**, 49:1 (Winter 2017), pp. 23-35
*"The Application of Doppler Radar to Bullet Ricochets from Water"*,
**AFTE Jour.**, 49:1 (Winter 2017), pp. 36-42


Lecture:
*Three Assassinations as Learning Exercises and Future Planning:*
*Huey Long,*
*JFK*
*and*
*Yitzhak Rabin*
Forensic Science Academy
Phoenix, AZ
April 7, 2017

Keynote Speaker
*The John F. Kennedy Assassination as a Learning and Planning Exercise*
Topics in Forensic Science
Harris County Institute of Forensic Sciences
Houston, TX
April 28, 2017


*The John F. Kennedy Assassination as a Learning and Planning Exercise*
American Society of Crime Laboratory Directors (ASCLD) Annual Meeting
Guest Speaker – Sixth Floor Museum – Texas School Book Depository
Dallas, TX
May 2, 2017


"The *Lindbergh Case Revisited – The Case that Never Dies*"
AFTE 2017 – May 2017, Denver, CO

Instructor – 1 day workshop – May 19, 2017
The Reconstruction of Shootings of Motor Vehicles
Denver, CO


"Accidental Discharge or Suicide: Normally-Fired or 'Drop-Fired' Cartridge"
(the application of new technology to the measurement of firing pin impressions)
AFTE 2017 BYOS session

"Reading Primers", **AFTE Jour.**, 49:3 (Summer 2017), pp. 133-149
"The Beretta 'Swoosh' Mark", **AFTE Jour.**, 49:3 (Summer 2017), pp. 153-158


B. Planka, L. Haag and A Jason, "Methodology of Identification the Non-Standard Discharge from
Firearm CZ82 Pistol, 9mm Makarov and Revolver Colt .22LR Scout", (in Czech), **Podokroky v
Kriminalistice 2017**

"The *Lindbergh Case*"
*"Contemporary Frangible Ammunition: A New Challenge for the Forensic Firearms Examiner and GSR Analyst"*
California Association of Criminalists Seminar – Oct. 2017, Newport Beach, CA

*"The Ballistics Evidence in the Assassination of John F. Kennedy"*
*"The JFK Assassination as a Learning Exercise"*
SW Regional Homicide Investigators Conference
Las Vegas, NV
Oct. 9, 2017

*"Contemporary Frangible Ammunition: A New Challenge for the Forensic Firearms Examiner and GSR Analyst"*
ENFSI Conference – Helsinki, Finland
October 11, 2017

"The Effective Ballistic Coefficients of Some Bullets in Imported 7.62x39mm Ammunition", **AFTE Jour.**, 49:4 (Fall 2017), pp. 197-207

Ballistic Chronograph Accuracy Assessment", **AFTE Jour.**, 50:1 (Winter 2018), pp. 13-30
Primary author- Duncan MacPherson

*"The Ballistics Evidence in the Assassination of John F. Kennedy"*
*"The JFK Assassination as a Learning Exercise"*
Western States Joint IAI Conference
Las Vegas, NV
April 30, 2018

*"The JFK Assassination as a Learning Exercise"*
Western IAI Conference
Las Vegas, NV
April 2018

*"The JFK Assassination as a Learning Exercise"*
*"Trace Evidence on Bullets – Forensic Importance"\**
\*Al Biasotti Best Presentation Award
CAC Conference – Concord, CA
May 2018

"Bullets through Windshields – Some Recent Studies"
"Some Tests and Observations Regarding So-Called Bump-Stocks"
"The Application of a Contemporary Portable XRF Device to Firearms Evidence"
SoCal Study Group Meeting
Fontana, CA
May 2018

*"Talking Bullets"*
AFTE Training Seminar – Charleston, WV
June 2018

**Lucien C. Haag**
**Presentations/Publications   30**

"Bullets through Glass"
Instructor
1-day Workshop with Live Fire Demonstrations
AFTE Training Seminar – Charleston, WV
June 6, 2018

Co-Instructor with Michael Haag
5-day Shooting Incident Reconstruction Course
Billings, MT
July 23-27, 2018

"The Forensic Aspects of High Angle Gunfire",
**AFTE Jour.**, 50:3 (Summer 2018), pp. 161-168

"Some Tests and Observations Regarding So-Called Bump-Stocks"
"Bullets through Windshields – Some Recent Studies"
"The Application of a Contemporary Portable XRF Device to Firearms Evidence"
AZ Firearms Study Group Meeting
Phoenix, AZ
Sept. 2018

"The Assassination of John F. Kennedy: Part 1-The Ballistic Evidence and Events"
"Part 2: Wound Ballistic Behavior – Some Comparisons"
7th International Wound Ballistics Workshop,
Hitzkirch, Switzerland
October 10-12, 2018

"The September 1935 Assassination of Senator Huey Long,
The Subsequent Shooting of Dr. Carl Austin Weiss
and
The Enigmatic Bullet"
Fall 2018 CAC meeting – Oct.-Nov. 2018, San Diego, CA
[Received the 'Best Paper' Award]

"Federal's New Syntech Ammunition: Properties of Forensic Interest", **AFTE Jour.**, 50:4 (Fall 2018), pp. 212-219

"The Forensic Aspects and Challenges of Winchester's Tin .22LR Bullets", **AFTE Jour.**, 50:4 (Fall 2018), pp. 230-242

"Slide-Stock Operation, Familiarization and Rates of Fire"
"A New and Novel 9mm Frangible Ammunition"
"Firing 'Pin Bounce' vs. Double-Struck .22LR Cartridges"
Mesa, AZ
March 2019

"Quo Vadis – Quo Tendimus?"
Spring 2019 CAC meeting – May 2019, Oakland, CA

"Frangible Bullets: Past and Present"
Annual AFTE Training Seminar- May 2019
Nashville, TN

**Lucien C. Haag**
**Presentations/Publications   31**

"Bullet Deflection Workshop"
Co-Instructor with Michael Haag
1-day Workshop with Live Fire Demonstrations
AFTE Training Seminar – Nashville, TN
May 31, 2019

"CCI Polymer-Coated .22LR Bullets"
**AFTE Jour.**51:3, (Summer 2019) pp.159-164

"Evofinder – Sensofar Comparisons"
Firing Pin Impression Depth Measurements
FBI Virtual Comparison Microscopy Meeting
Nov. 5-6, 2019
FBI Academy – Quantico, VA

"The Labradar Device as a Forensic Tool"
**AFTE Jour.**51:4, (Fall 2019) pp.198-219

"Book Review: Firearms Identification by Calvin Goddard"
**AFTE Jour.** 51:4, (Fall 2019) pp.195-197

"The Unique and Misunderstood Wound Ballistics in the John F. Kennedy Assassination",
**Am J Forensic Med Pathology**, 40:4, (December 2019) pp.336-346

"Chlorindazon DS: An Improved Reagent for the Detection of Trace Amounts of Copper",
**AFTE Jour.** 52:1, (Winter 2020) pp.40-47

"Synthetic Gelatin as a Soft Tissue Simulant**", AFTE Jour**., 52:2, (Spring 2020), pp.67-84

"A Study of Firing Pin Impressions"
Co-authored and co-presented with Brian Renegar (NIST)
TWG3D2D-FBI Virtual Comparison Microscopy Virtual Meeting
Nov. 9, 2020

"THE CCU Carbine:
The Settling-In Process
Ejector Mark Production and Identification
Evofinder and TopMatch Comparisons of Ejector Marks"
Combined SoCal and NoCal Firearm Study Group Meeting
December 8, 2020

"Atypical Bullet Behavior-Misleading Gunshot Wounds and Bullet Impact Sites"
**AFTE Jour.** 52:4, (Fall 2020) pp.214-229
(Co-authored with Alexander Jason)

"Perplexing Ballistic Identification Problems with Contemporary Hi-Point C9, 3-Left 9mm Pistols"
**AFTE Jour.** 53:1 (Winter 2021) pp. 9-19

"The Effect on Firearms Identification by Tubb's *Final Finish*TM Treatment", **AFTE Jour.** 53:2
(Spring 2021), pp. 61-66

**Lucien C. Haag**
**Presentations/Publications   32**

"Simultaneous Velocity Measurements by 3 Methods and 4 Devices", **AFTE Jour.** 53:2 (Spring 2021), pp. 84-89

"A Digital 3D Imaging and Computer Study of Consecutively Manufactured Beretta 9mm Barrels"
"Firearm Identification Based on Ejector Marks"
BYOS: "Bullets through Glass, But Which Glass?"
"Black Powder Workshop"
AFTE Training Seminar – Miami, FL
August 23-27, 2021

"The Shooting of Tires", **AFTE Jour.** 53:4 (Fall 2021), pp. 159-180

Lecture: "Forensic Firearms Identification: History and Practice"
March 25, 2022
University of North Dakota, Grand Forks, ND
(by Zoom connection)

Haag, L.C. and A. Jason, "Misleading Entry Wounds from Atypical Bullet Behavior",
**Am J Forensic Med Pathol** 43:2 June 2022 pp.174-182

"Firearm Identification Applied to Battlefield Archaeology"
AFTE Training Seminar – Atlanta, GA
May 30-June 3, 2022

"Lead Isotope Analyses in Ricochet Marks and Bullet Fragments"
<Co-speaker with Professor Gwyneth Gordon, ASU>
AIC Educational Conference – Gilbert, AZ
October 26, 2022

Lecture: "The Fundamental of Forensic Research"
January 26, 2023
University of North Dakota Forensic Science Club, Grand Forks, ND
(by Zoom connection)

"A Dangerous Glock Modification"
"A Fatal Incident"
"GSR Around Bullet Holes in Glass"
"Best Non-Matches-Ruger 10 Barrel Test"
SoCal Firearms Study Group – Fontana PD, CA
February 8, 2023

"Ricochet Workshop – Live Fire Demonstration"
AZ Firearms Study Group – DPS Range
February 17, 2023

Co-Instructor with Michael Haag
5-day Shooting Incident Reconstruction Course
West Palm Beach, Florida
Feb. 27 through March 3, 2023

**Lucien C. Haag**
**Presentations/Publications   33**

Lecture: "Forensic Firearms Identification: History and Practice"
March 24, 2023
University of North Dakota Forensic Science Club, Grand Forks, ND
(by Zoom connection)

Co-Instructor with Michael Haag
5-day Shooting Incident Reconstruction Course
Gilbert, Arizona
April 24-28, 2023

"Norma Eco-Speed .22 Ammunition"
"The Wound Ballistic Aspects of the Assassination of President Lincoln"
"Computer-identified, Best Non-Matches between
10 Consecutively Manufactured 9mm Ruger Barrels"
"Propellant Source and GSR Production" (co-authored with Evan Thompson)
AFTE Training Seminar – Austin, TX May 2022

"Firearms Identification by Ejector Marks", **AFTE Jour**. 55:1 (Spring 2023), pp. 8-18

"Norma Eco-Speed .22 Ammunition"
"The Exterior Ballistics of Small Shot from Shotguns"
"A New Winchester 9mm Product with Unusual Wound Ballistic Properties"
"A Dangerous Glock Modification"
AZ Firearms Study Group Meeting
August 10, 2023 - DPS-Phoenix

"The Wound Ballistic Aspects of the Assassination of President Lincoln"
XI Swiss Conference on Wound Ballistics, Hitzkirch, Switzerland
September 26, 2023

3-Part presentation on the History of Firearms Identification, the Techniques Employed, Thoughts
for Defending this Forensic Specialty in Court
Maricopa County Attorney's Training Facility
January 12, 2024

"A .38Spl. Cartridge Fired in a .30-30 Rifle"
"A Ported Glock Pistol"
Firing Pin Impression Depths: Mechanical Gauge vs. *Evofinder*"
AZ Firearms Study Group Meeting
Phoenix Police Department
February 15, 2024

2-Part Lecture
University of North Dakota
Forensic Science Department
Part 1: History of Firearms Identification
Part 2: The Practice of Firearms and Toolmark Identification
April, 5, 2024

"Meriwether Lewis and his Austrian Air Rifle-the Gun that Really Won the West"
Scottsdale Museum of the West
May 1, 2024

**Lucien C. Haag**
**Presentations/Publications   34**

Gwyneth Gordon, Aaron Flores, Shirly Montero and Lucien C. Haag, "Chemical Association between Bullets, Bullet Fragments and Evidence Lifts in Shooting Investigations", **AFTE Jour**. 56:1 (Spring 2024), pp.27-39

L. C. Haag and Evan Thompson, "Propellant Matching in GSR Production and Pattern Deposition", **AFTE Jour**. 56:1 (Spring 2024), pp.65-70

"The Perils of Downloads for Jacketed Bullets for Centerfire Rifles"
"The Forensic Aspects of a Ported Glock"
The Gyrojet Pistol-BYOS Session
AFTE Training Seminar – Anchorage, AK May 2024

"The Perils of Downloads for Jacketed Bullets for Centerfire Rifles (edited)"
"GARMIN-LX Comparisons"
"A .30-30 Winchester Misadventure"
AZ Firearms Study Group meeting – Tucson, AZ August 22, 2024

3-Part Presentation for the Maricopa Public Defender's Office
September 20, 2024
*Part 1: Firearms Identification – History and Development*
*Part 2: Firearms Evidence and Identification as Practices in the Crime Laboratory*
*The Historic Arizona Macumber Case*

Half-Day, Multiple PowerPoint Presentations
Firearms Identification, Various Forms of Shooting Reconstructions,
Interfacing with the Medical Examiner
November 13, 2024
Phoenix Police Academy

"Billy Dixon's Long Shot and the 2nd Battle of Adobe Walls"
Scottsdale Museum of the West
L.C. Haag, "Some Tests and Observations Regarding the Exterior and Terminal Ballistics of Small Lead Shot", **AFTE Jour**. 56:2 (Summer/Fall 2024), pp.115-125

**Current as of December 2024**