# EXHIBIT G

**Patient Name:** Botten, John

## CONFIDENTIAL

**EMS Agency Name:** San Bernardino County Fire Department

Division 11 Admin
1824 W St.
City of San Bernardino, CA 92415
Work: 909-357-1551
Work: 909-829-4441
Work: 760-947-5289
Work: 760-947-8023

**Complete ePCR w/attachments**

| Patient Information | | |
|---|---|---|
| **Name:** Botten, John | **Age:** 40 Years | **D.O.B.:** 8/9/1980 |
| **Address:** 17994 CATALPA ST HESPERIA, CA 92345 | **Gender:** Male | **Race:** White |
| **Is Patient Homeless?:** No | **Weight:** 108.9 kgEstimate | |
| | **SSN#:** 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 | |

**Patient's Phone Number** | **Type**
(999) 999-9999

**Has the patient traveled outside the United States in the last 30 days?:** No

| Call Type/Location/Disposition | |
|---|---|
| **Call Type:** Stab/Gunshot Wound/Penetrating Trauma | **Disposition:** Patient Treated, Transported |
| **Resp. Mode:** Emergent (Immediate Response) | **Primary Role of the Unit:** ALS Ground Transport |
| | **Transport Mode:** Emergent (Immediate Response) |
| **Response:** 911 Response (Scene) | **Destination:** Desert Valley Hospital 16850 Bear Valley Road Victorville, CA 92395 |
| **Location:** Private Residence/Apartment | **Dest. Determ.:** Protocol |
| **Incident Address:** 17994 CATALPA ST HESPERIA, CA 92345 | |
| **Response Delay:** None/No Delay | **Transport Delay:** Diversion |

| Response Times and Mileage | | |
|---|---|---|
| **PSAP:** 02/17/2021 02:58:55 | **Incident Number:** 21-040262 | |
| **Disp. Notified:** 02/17/2021 02:58:55 | **Call Sign:** MA302 | |
| **Unit Disp:** 02/17/2021 03:57:51 | **Veh. #:** MA302 | **To Dest:** 2.1 |
| **Enroute:** 02/17/2021 04:00:14 | | |
| **At Scene:** 02/17/2021 04:06:39 | **Scene Odom:** 0 | |
| **At Patient:** 02/17/2021 04:09:00 | **Dest. Odom:** 2.1 | |
| **Depart:** 02/17/2021 04:24:37 | | |
| **Arrive Dest.:** 02/17/2021 04:29:46 | | |
| **Destination PT:** 02/17/2021 04:37:00 | **EMS Transport Method:** Ground-Ambulance | |
| **Transfer of Care:** | | |
| **In Service:** 02/17/2021 05:01:59 | | |

| Unit Personnel | | |
|---|---|---|
| **Crew Member** | **Level of Certification** | **Role** |
| Rios, Daniel | EMT-Paramedic | Primary Patient Caregiver-At Scene |
| Chappell, Marc | EMT-Basic | Other Patient Caregiver-Transport ; Other Patient Caregiver-At Scene |

| Provider Impression | |
|---|---|
| **Primary Impression:** Traumatic Injury | **Secondary Impression:** Traumatic Injury |

| Patient Condition | | |
|---|---|---|
| **Complaint Type** | **Complaint** | **Duration** |
| Chief (Primary) | Gunshot wound right forearm | Not Applicable |

| | |
|---|---|
| **Date/Time of Symptom Onset:** Not Applicable | |
| **Primary Symptom:** Pain, Extremity | **Possible Injury:** Yes |
| **Alcohol/Drug Use:** None Reported | **Other Symptoms:** Pain, Extremity |
| **Chief Complaint Organ System:** Musculoskeletal/Skin | **Barriers to Patient Care:** Not Applicable |
| | **Chief Complaint Anatomic Location:** Extremity-Upper |
| **Mechanism of Injury:** Penetrating | **Initial Patient Acuity:** Emergent (Yellow) |
| **Cause of Injury:** Firearm injury | **Final Patient Acuity:** Emergent (Yellow) |

| Narrative |
|---|
| **Narrative:** MA302 AOS with units on scene prior, along with CHP and SBSO for reported gunshot wound victims. MA302 was directed towards ME22 engineer PM for patient, one deceased male was non viable. MA302 was then directed to the address given for 3rd patient, patient 1 and 2 both being flown out by airship. MA302 patient was a 40 y/o male a&o x4 GCS of 15 found standing by his front door with deputies. Patient ambulated to gurney placed fowlers position, complaining of right arm pain from gunshot wound, once in the back of the ambulance cardiac monitor applied, lung sounds auscultated and clear bilaterally. trauma findings shown a penetrating injury to the right forearm, along with abrasions/ lacerations to the left forearm. Bleeding controlled, penetrating injury wrapped with Israeli bandaging. No other findings. LLUMC base contacted, LLUMC requested patient be taken by ground ambulance, enroute to LLUMC, shortly after MA302 was requested to be diverted to the closest DVH. Arrived to DVH gave report to Rn and doctor. Patient was offloaded to Er bed 7. |

| Past Medical History |
|---|

**Patient Medications**

**Medication**
None Reported

**Medication Allergies**

| | | |
|---|---|---|
| **Unit Notified:** 02/17/2021 03:57:51 | **Patient Name:** Botten, John | **Call #:** 21-040262 |
| **Incident #:** 21-040262 | **Patient Care Report Number:** fed4a15f9d044d55b23fc95774d0e6f7 | **Date Printed:** 03/16/2021 14:58 |

## CONFIDENTIAL

CONFIDENTIAL

| Patient Name: | Botten, John | EMS Agency Name: | San Bernardino County Fire Department |
|---|---|---|---|

**Medication Allergies**

Penicillin

| Medical History: | None Reported |
|---|---|
| Medical History Obtained From: | Patient |
| Is this patient a suspected PUI?: | No |
| Is this patient a confirmed COVID-19? : | No |

## Assessment Exam

**Date/Time of Assessment**

04:10:00

## Assessment Summary

**02/17/2021 04:10:00**

**Detailed Findings**

| Location | Description | Details |
|---|---|---|
| Skin | Cool<br>Capillary Nail Bed Refill 2-4 seconds<br>Normal<br>Dry | |
| Mental Status | Oriented-Event<br>Oriented-Person<br>Oriented-Place<br>Oriented-Time | |
| Neurological | Gait-Normal<br>Speech Normal<br>Strength-Normal<br>Cerebellar Function-Normal | |
| Eye<br>Bilateral: | 3-mm | |
| Chest/Lungs | Breath Sounds-Equal<br>Breath Sounds-Normal-Right<br>Breath Sounds-Normal-Left | |
| Forearm<br>Forearm-Right: | Gunshot Wound<br>Motor Function-Normal<br>Pulse-Normal<br>Sensation-Normal<br>Bleeding Controlled | |

**Normal Findings**

Head ;  Face ;  Neck ;  Heart ;  Pelvis ;

**Not Done**

## Vitals

| Time | PTA | Response (AVPU) | BP | Method of Blood Pressure Measurement | B/Pressure Position | Patient Position | Airway | Pulse Rate | Method Heart Rate | Pulse Quality | Pulse Rhythm | Resp Rate | Resp Reg | Effort | SpO2 | Qual | CO2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04:16:00 | No | Alert | 154/102 | Cuff-Automated | Cuff-Automated | Fowlers | Patent | 109 | Electronic Monitor - Pulse Oximeter | Normal; Rapid | Regular | 24 | Regularly-Regular | Normal | Norm | 98 | At Room Air |
| 04:20:00 | No | Alert | / | | | Fowlers | Patent | 73 | | | Normal | Regular | 20 | Regularly-Regular | Normal | Norm | 95 | At Room Air |
| 04:28:46 | No | Alert | 94/78 | Cuff-Automated | Cuff-Automated | Fowlers | Patent | 74 | | | Normal | Regular | 22 | Regularly-Regular | Normal | Norm | 95 | At Room Air |

**Vitals**

| Date/Time | Mean Arterial Pressure | Temperature | Temperature Method | Pain Scale Score | Pain Scale Type | Blood Glucose Level |
|---|---|---|---|---|---|---|
| 04:16:00 | 119 | | | 8 | Numeric (0-10) | |
| 04:20:00 | | | | | Other | |
| 04:28:46 | 83 | | | | Other | |

**PQRST**

| Date/Time Vital Signs Taken | Provoked | Quality | Region | Pain Scale Score | Duration | Duration Units | PQRST Narrative |
|---|---|---|---|---|---|---|---|
| 04:16:00 | | | | 8 | | | |

**GCS**

| Unit Notified: | 02/17/2021 03:57:51 | Patient Name: | Botten, John | Call #: | 21-040262 |
|---|---|---|---|---|---|
| Incident #: | 21-040262 | Patient Care Report Number: | fed4a15f9d044d55b23fc95774d0e6f7 | Date Printed: | 03/16/2021 14:58 |

CONFIDENTIAL

CONFIDENTIAL

**Patient Name:** Botten, John    **EMS Agency Name:** San Bernardino County Fire Department

| Time | Total Glasgow Coma Score | Eye | Motor | Verbal | Score Qualifier |
|---|---|---|---|---|---|
| 04:16:00 | 15 | 4 - Opens Eyes spontaneously (All Age Groups) | 6 - Obeys commands (>2Years); Appropriate response to stimulation | 5 - Oriented (>2 Years); Smiles, oriented to sounds, follows objects, interacts | Initial GCS has legitimate values without interventions such as intubation and sedation |
| 04:20:00 | 15 | 4 - Opens Eyes spontaneously (All Age Groups) | 6 - Obeys commands (>2Years); Appropriate response to stimulation | 5 - Oriented (>2 Years); Smiles, oriented to sounds, follows objects, interacts | Initial GCS has legitimate values without interventions such as intubation and sedation |
| 04:28:46 | 15 | 4 - Opens Eyes spontaneously (All Age Groups) | 6 - Obeys commands (>2Years); Appropriate response to stimulation | 5 - Oriented (>2 Years); Smiles, oriented to sounds, follows objects, interacts | Initial GCS has legitimate values without interventions such as intubation and sedation |

### Cardiac Arrest

**Cardiac Arrest:** No

### Referred To

**Receiving Hospital Contacted Date/Time:** 02/17/2021 04:27:40

### Base Hospital

**Base Hospital Contact Date:** 02/17/2021 04:27:27

**Base Hospital Contacted:** Loma Linda University Medical Center

### Trauma Detail

**Cause of Injury:** Firearm injury
**Mechanism of Injury:** Penetrating
**Trauma Center Criteria:** Not Applicable
**Vehicular, Pedestrian, or Other Injury Risk Factor:** EMS Provider Judgment
**Work-Related Illness/Injury:** No

### Billing Information

**Payment:** No Insurance Identified    **Work Related?:** No

### Signatures

**Type of Person Signing:** EMS Primary Care Provider (for this event)

**Signature Reason:** EMS Provider

**Paragraph Text:**

**Status:** Signed



**Printed Name:** Daniel Rios

**Date/Time Signature Locked:**

**Signature Date:**

---

**Type of Person Signing:** Healthcare Provider

**Signature Reason:** Transfer of Patient Care

**Paragraph Text:**

**Status:** Signed

**Printed Name:** Alexis Rn

**Date/Time Signature Locked:** 02/17/2021 04:37:31

**Signature Date:**

**Unit Notified:** 02/17/2021 03:57:51    **Patient Name:** Botten, John    **Call #:** 21-040262
**Incident #:** 21-040262    **Patient Care Report Number:** fed4a15f9d044d55b23fc95774d0e6f7    **Date Printed:** 03/16/2021 14:58

CONFIDENTIAL    AG0384
Page 3 of 4
0131

CONFIDENTIAL

---

**Patient Name:**  Botten, John                                    **EMS Agency Name:**  San Bernardino County Fire Department

---

**Type of Person Signing:** Patient

**Signature Reason:** HIPAA acknowledgement/Release; Permission to Transport; Permission to Treat; Release for Billing

**Paragraph Text:**

**Status:** Signed



**Printed Name:** John Botten

**Date/Time Signature Locked:** 02/17/2021 04:38:02

**Signature Date:**

| MCI | |
|---|---|
| **Mass Casualty Incident:** No | **Number of Patients at Scene:** Multiple |

| Valuables | |
|---|---|

**Patient Belongings:** Cell Phone
**Patient Belongings Left With:** At Destination with Patient

**Unit Notified:** 02/17/2021 03:57:51          **Patient Name:** Botten, John                    **Call #:** 21-040262
**Incident #:** 21-040262          **Patient Care Report Number:** fed4a15f9d044d55b23fc95774d0e6f7          **Date Printed:** 03/16/2021 14:58

CONFIDENTIAL

| Patient Name: Botten, Tanja | EMS Agency Name: San Bernardino County Fire Department |
|---|---|

Division 11 Admin
1824 W St.
City of San Bernardino, CA
92415
Work: 909-357-1551
Work: 909-829-4441
Work: 760-947-5289
Work: 760-947-8023

**Complete ePCR w/attachments**

## Patient Information

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | Botten, Tanja | **Age:** | 43 Years | **D.O.B.:** | 10/21/1977 |
| **Address:** | 17994 CATALPA ST HESPERIA, CA 92345 | **Gender:** | Female | **Race:** | White |
| **Is Patient Homeless?:** | No | **Weight:** | 80 kgEstimate | | |

**Patient's Phone Number**

| | Type |
|---|---|
| (999) 999-9999 | Home |

## Call Type/Location/Disposition

| | | | |
|---|---|---|---|
| **Call Type:** | Stab/Gunshot Wound/Penetrating Trauma | **Disposition:** | Transported to Landing Zone, Care Transferred |
| **Resp. Mode:** | Emergent (Immediate Response) | **Primary Role of the Unit:** | Fire Apparatus, ALS (non-transport) |
| | | **Transport Mode:** | Emergent (Immediate Response) |
| **Response:** | 911 Response (Scene) | **Destination:** | Loma Linda University Medical Center 11234 Anderson Street Loma Linda, CA 92354 |
| | | **\*\*\* LZ Location \*\*\*:** | Victor Valley College |
| **Location:** | Private Residence/Apartment | **Dest. Determ.:** | Regional Specialty Center |
| **Incident Address:** | 17994 CATALPA ST HESPERIA, CA 92345 | | |
| **Response Delay:** | None/No Delay | **Transport Delay:** | None/No Delay |

## Response Times and Mileage

| | | | |
|---|---|---|---|
| **PSAP:** | 02/17/2021 02:58:55 | **Incident Number:** | 21-040262 |
| **Disp. Notified:** | 02/17/2021 02:58:55 | **Call Sign:** | ME22 |
| **Unit Disp.:** | 02/17/2021 03:52:53 | **Veh. #:** | ME22 |
| **Enroute:** | 02/17/2021 03:53:37 | | |
| **At Scene:** | 02/17/2021 04:00:35 | | |
| **At Patient:** | 02/17/2021 04:02:00 | **Dest. Odom.:** | 3 |
| **Arrive Dest.:** | 02/17/2021 04:20:00 | | |
| **Destination PT** | 02/17/2021 04:24:00 | | |
| **Transfer of Care:** | | | |
| **In Service:** | 02/17/2021 05:00:20 | | |

## Unit Personnel

| Crew Member | Level of Certification | Role |
|---|---|---|
| Topete, Carlos | EMT-Paramedic | Primary Patient Caregiver-At Scene |
| Pendergraft, Jeremy | EMT-Paramedic | Primary Patient Caregiver-At Scene ; Other Patient Caregiver-At Scene |
| Marshall, Brett | EMT-Basic | Other Patient Caregiver-At Scene |

## Provider Impression

| | | | |
|---|---|---|---|
| **Primary Impression:** | Pain/Swelling - Extremity - non-traumatic | **Secondary Impression:** | Traumatic Injury |

## Patient Condition

| Complaint Type | Complaint | Duration |
|---|---|---|
| Chief (Primary) | Right clavicle, arm and shoulder pain | 10 Minutes |

| | | | |
|---|---|---|---|
| **Date/Time of Symptom Onset:** | 02/17/2021 03:52:00 | | |
| **Primary Symptom:** | Pain, Extremity | **Possible Injury:** | Yes |
| **Alcohol/Drug Use:** | None Reported | **Other Symptoms:** | Pain, Chest Wall |
| | | **Barriers to Patient Care:** | None Noted |
| **Mechanism of Injury:** | Penetrating | **Initial Patient Acuity:** | Critical (Red) |
| **Cause of Injury:** | Firearm injury | **Final Patient Acuity:** | Critical (Red) |

## Narrative

**Narrative:** Upon arrival found numerous sheriff officers on-scene and MA22 on-scene with 4 GSW victims. Arrived to find our PT was a 43 y/o female GSW victim. Pt was c/o right clavicle, and right shoulder pain. Pt had possible GSW to right shoulder, right side of clavicle and front of neck/ suprasternal notch area. Pt also had an abrasion to her chin. Pt stated pain was 8/10 but was refusing pain meds. MA302 arrived on-scene and pt was loaded into amb due to low visibility and weather at scene.
Pt lungs CBL, - SOB, - chest pain, - access muscle use, - JVD. Pt stated she was having some nausea. Pt was loaded onto gurney and into amb. Pt was transported to LZ at VVC. En-route to LZ IV was placed in pt 18g left hand by ME22 medic. Pt vitals remained stable during transport. Secondary assessment was done en-route to LZ by MA302A medic. ME22 medic assisted MA302A medic with on going assessment. ME302A medic made BHC and pt was transported to LZ without changes to pt status. Pt care transferred over to Reach 43 nurse and medic. Pt was taken to LLUMC via Reach 43. All times are estimated. CET

## Past Medical History

### Patient Medications

**Medication**

| None Reported |
|---|

### Medication Allergies

**Medication Allergies**

| No Known Drug Allergy |
|---|

| | | | |
|---|---|---|---|
| **Medical History:** | None Reported | **Pregnancy:** | No |

| | | | | | |
|---|---|---|---|---|---|
| **Unit Notified:** | 02/17/2021 03:52:53 | **Patient Name:** | Botten, Tanja | **Call #:** | 21-040262 |
| **Incident #:** | 21-040262 | **Patient Care Report Number:** | 5f02ef1e70d64bedaf4a701ce7b673a4 | **Date Printed:** | 03/16/2021 14:58 |

CONFIDENTIAL

CONFIDENTIAL

| | | | |
|---|---|---|---|
| **Patient Name:** | Botten,Tanja | **EMS Agency Name:** | San Bernardino County Fire Department |
| **Is this patient a suspected PUI?:** | No | | |
| **Is this patient a confirmed COVID-19? :** | No | | |

## Assessment Exam

**Date/Time of Assessment**

04:11:06

## Assessment Summary

**02/17/2021 04:11:06**

### Detailed Findings

| Location | Description | Details |
|---|---|---|
| Face | Abrasion | Abrasion to chin. |
| Neck | Gunshot Wound | Poss GSW to suprasternal notch |
| Shoulder Shoulder-Right: | Bleeding Controlled Gunshot Wound Motor Function-Normal Pain Pulse-Normal Sensation-Normal Tenderness | Poss GSW to right shoulder |
| Chest/Lungs | Gunshot Wound Breath Sounds-Equal Breath Sounds-Normal-Left Breath Sounds-Normal-Right | Poss GSW to right clavicle |

### Normal Findings

Skin ;  Mental Status ;  Neurological ;  Head ;  Heart ;  Pelvis ;

### Not Done

## Interventions

### Procedures

| Procedure Performed Prior to this Units EMS Care | Time | Crew | Name | Location | Size of Equipment | Attempts | Response | Success | Procedure Comments |
|---|---|---|---|---|---|---|---|---|---|
| No | 04:14:21 | Topete, Carlos | Venous Access - Extremity Catheterization | Hand-Left | 18g | 1 | Unchanged | Yes | |

## Vitals

### Vitals

| Time | PTA | Response (AVPU) | BP | Method of Blood Pressure Measurement | B/Pressure Position | Patient Position | Airway | Pulse Rate | Heart Rate | Method Heart Rate | Pulse Quality | Pulse Rhythm | Resp Rate | Resp Reg | Effort | SpO2 | Qual | CO2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04:13:11 | No | Alert | 134/91 | Cuff-Automated | Cuff-Automated | Sitting | Patent | 76 | | Electronic Monitor - Pulse Oximeter | Normal | Regular | 18 | Regularly-Regular | Normal | 98 | At Room Air | |
| 04:21:15 | No | Alert | 139/82 | Cuff-Automated | Cuff-Automated | Sitting | Patent | 79 | | Electronic Monitor - Pulse Oximeter | Normal | Regular | 18 | Regularly-Regular | Normal | 97 | At Room Air | |

### Vitals

| Date/Time | Mean Arterial Pressure | Temperature | Temperature Method | Pain Scale Score | Pain Scale Type | Blood Glucose Level |
|---|---|---|---|---|---|---|
| 04:13:11 | 105 | | | 8 | Numeric (0-10) | |
| 04:21:15 | 101 | | | | Other | |

### PQRST

| Date/Time Vital Signs Taken | Provoked | Quality | Region | Pain Scale Score | Duration | Duration Units | PQRST Narrative |
|---|---|---|---|---|---|---|---|
| 04:13:11 | Palpation | Burning | Arm | 8 | 10 | Minutes | |

### ECG

| Date/Time Vital Signs Taken | Cardiac Rhythm / Electrocardiography (ECG) | ECG Type | Method of ECG Interpretation |
|---|---|---|---|
| 04:13:11 | Sinus Rhythm | 4 Lead | |
| 04:21:15 | Sinus Rhythm | 4 Lead | |

### GCS

| Time | Total Glasgow Coma Score | Eye | Motor | Verbal | Score Qualifier |
|---|---|---|---|---|---|
| 04:13:11 | 15 | 4 - Opens Eyes spontaneously (All Age Groups) | 6 - Obeys commands (>2Years); Appropriate response to stimulation | 5 - Oriented (>2 Years); Smiles, oriented to sounds, follows objects, interacts | Initial GCS has legitimate values without interventions such as intubation and sedation |

| | | |
|---|---|---|
| **Unit Notified:** 02/17/2021 03:52:53 | **Patient Name:** Botten, Tanja | **Call #:** 21-040262 |
| **Incident #:** 21-040262 | **Patient Care Report Number:** 5f02ef1e70d64bedaf4a701ce7b673a4 | **Date Printed:** 03/16/2021 14:58 |

CONFIDENTIAL

| | | Patient Name: Botten, Tanja | | EMS Agency Name: San Bernardino County Fire Department |
|---|---|---|---|---|
| 04:21:15 | 15 | 4 - Opens Eyes spontaneously (All Age Groups) | 6 - Obeys commands (>2Years); Appropriate response to stimulation | 5 - Oriented (>2 Years); Smiles, oriented to sounds, follows objects, interacts | Initial GCS has legitimate values without interventions such as intubation and sedation |

## Cardiac Arrest

**Cardiac Arrest:** No

## Trauma Detail

**Cause of Injury:** Firearm injury
**Mechanism of Injury:** Penetrating
**Trauma Center Criteria:** All penetrating injuries to head, neck, torso, and extremities proximal to elbow or knee
**Vehicular, Pedestrian, or Other Injury Risk Factor:** Not Applicable
**Work-Related Illness/Injury:** No

## Billing Information

**Work Related?:** No

## Signatures

**Type of Person Signing:** EMS Primary Care Provider (for this event)

**Signature Reason:** EMS Provider

**Paragraph Text:**

**Status:** Signed



**Printed Name:** Carlos Topete

**Date/Time Signature Locked:** 02/17/2021 05:00:02

**Signature Date:**

## MCI

**Mass Casualty Incident:** No

**Number of Patients at Scene:** Multiple

## Valuables

**Patient Belongings:** None

| | | |
|---|---|---|
| **Unit Notified:** 02/17/2021 03:52:53 | **Patient Name:** Botten, Tanja | **Call #:** 21-040262 |
| **Incident #:** 21-040262 | **Patient Care Report Number:** 5f02ef1e70d64bedaf4a701ce7b673a4 | **Date Printed:** 03/16/2021 14:58 |

CONFIDENTIAL

**EMS Agency Name:** REACH 13      Patient Name: Dudek-Botten, Tanja

**Prehospital Report (V 4.0) Rev Cycle**

## Patient Information

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | Dudek-Botten, Tanja | **Age:** | 43 Years | **D.O.B.:** | 10/21/1977 |
| **Address:** | 17994 Catalpa St | **Gender:** | Female | **Race:** | Not Recorded |
| | City of Hesperia, CA 92345 | | | | |
| | | **Weight:** 70 kg | | **IBW:** 75 | |
| **Social Security Number:** | - - | | | | |

### Medical Record / Registry / MCI Numbers

| Type | ID/Number |
|---|---|
| Hospital Medical Record Number - Receiving Facility | 9089336 |

**Mass Casualty Incident:** No
**Number of Patients at Scene:** Single

## Call Type/Location/Disposition

| | | | |
|---|---|---|---|
| **Call Type:** | Medical Transport | **Disposition:** | Patient Treated, Transported by this EMS Unit |
| **Response Type:** | (Scene) 911 Response | **Urgency:** | Immediate |
| | | **Primary Role of the Unit:** | Air Transport-Helicopter |
| **Location Type:** | High school | **Destination Type:** | Hospital-Emergency Department |
| **Incident Address:** | 18422 Bear Valley Road | **Destination:** | CA-Loma Linda University Medical Center |
| | City of Hesperia, CA 92345 | | 11234 Anderson Street |
| | San Bernardino County, United States | | Loma Linda, CA 92354 |
| | 34.47,-117.26 | | San Bernardino County, United States |
| **Resp. Mode:** | Emergent (Immediate Response) | **Hospital In-Patient Destination:** | Hospital-Emergency Department |
| **Response Delay:** | None/No Delay | | |
| **Scene Delay:** | None/No Delay | | |
| | | **Dest. Determ.:** | Regional Specialty Center |
| **Aircraft land at the Physical Incident Address?:** | Yes | | |
| | | **Transport Delay:** | None/No Delay |

## Response Times

| | | | |
|---|---|---|---|
| **PSAP:** | 02/17/2021 04:09:24 | **Incident Number:** | 0321005186A |
| **Disp. Notified:** | 02/17/2021 04:09:24 | **Call Sign:** | REACH 13 |
| **Unit Disp.:** | 02/17/2021 04:11:27 | **Veh. #:** | N36RX |
| **Disp. Ackd:** | 02/17/2021 04:11:34 | **Complaint Reported by Dispatch:** | Medical Transport |
| **Enroute:** | 02/17/2021 04:17:45 | | |
| **At Scene:** | 02/17/2021 04:23:00 | | |
| **Overhead Landing Zone:** | 02/17/2021 04:20:00 | **Care Transferred To (Name/Title):** | Richard |
| **At Patient:** | 02/17/2021 04:24:00 | | |
| **Prep Complete :** | 02/17/2021 04:29:00 | **Start Odom:** | |
| **Depart/Transport:** | 02/17/2021 04:33:32 | **Scene Odom:** | |
| | | **Mileage To Scene:** | |
| | | **Mileage To Destination:** | |
| **Arrive Dest.:** | 02/17/2021 04:45:59 | **Dest. Odom:** | |
| **Transfer of Care:** | 02/17/2021 04:55:00 | **Ending Odom:** | |
| **In Service:** | 02/17/2021 05:12:01 | **Mileage To End:** | |
| **In Quarters:** | 02/17/2021 05:27:44 | **Mileage Total:** | |

## Ground Intercept

**Was Ground Transportation used for the ENTIRE transport of the patient?:** No

**Was Ground Transportation used to move the patient from the INCIDENT SCENE/FACILITY to the AIRCRAFT?:** Yes

**Was Ground Transportation used to move the patient from the AIRCRAFT to the DESTINATION FACILITY?:** No

**Ambulance Service Name that provided Transport from Incident Location to Aircraft?:** SBcoFD

**Ambulance Service Mileage (Incident Location to Aircraft):** 3

| | | | |
|---|---|---|---|
| **Unit Notified:** 02/17/2021 04:11:27 | | **Patient Name:** Dudek-Botten, Tanja | **Date Printed:** 03/08/2021 22:09 |
| **CAD #:** 0321005186A | | | **Call #:** 0321005186A |

CONFIDENTIAL

| | | | |
|---|---|---|---|
| **EMS Agency Name:** | REACH 13 | **Patient Name:** | Dudek-Botten, Tanja |
| **Ambulance Service** | MA 302A | | |
| **Unit Number** | | | |
| **(Incident Location to** | | | |
| **Aircraft)** | | | |

### Unit Personnel

| Crew Member | Level of Certification | Role |
|---|---|---|
| P36049 | Paramedic | Primary Patient Caregiver-At Scene ; Primary Patient Caregiver-Transport |
| Berryman, Megan | Registered Nurse | Primary Patient Caregiver-At Scene ; Primary Patient Caregiver-Transport |
| PILOT118036 | Pilot | Pilot |

### Provider Impression

**Primary Impression:** Pain                                                **Secondary Impression:** Traumatic Injury

### Narrative

**Narrative:** REACH 13 responded to victor valley college for a scene flight rendezvous request. Upon arrival crew found a 43 year old female weighing approx. 70kg, A&Ox4 in moderate distress complaining of right shoulder pain/burning sensation secondary to possible gunshot wound. The patient states she was standing in front of her screen door inside her house when she heard gun fire and immediately felt pain in her arm. Secondary assessment reveals small wound to midline chest, small wound to right shoulder and small wound to chin. No active bleeding noted, no other complaints of pain or distress. REACH 13 was dispatched to expedite transport to loma linda trauma center.

### Patient Condition

**Date/Time of Symptom Onset:** 02/17/2021 03:45:04

| Complaint Type | Complaint | Duration |
|---|---|---|
| Chief (Primary) | Right Shoulder Pain | 20 Minutes |

**Primary Symptom:** Pain in arm, unspecified
**Alcohol/Drug Use:** None Reported
**Initial Patient Acuity:** Critical - Life Threatening Condition                **Final Patient Acuity:** Critical - Life Threatening

### Cardiac Arrest

**Cardiac Arrest:** No

### Trauma

**Possible Injury:** Yes                                     **Cause of Injury:** Accidental airgun, paintball gun, gas or spring-operated gun or firearm
**Mechanism of Injury:** Penetrating                         **Trauma Center Criteria:** All penetrating injuries to head, neck, torso, and extremities proximal to elbow or knee

### Assessment Exam

#### Exams

**Date/Time of Assessment**
04:24:47

### Assessment Summary

**02/17/2021 04:24:47**

**Detailed Findings**

| Location | Description | Details |
|---|---|---|
| Skin | Normal<br>Capillary Nail Bed Refill 2-4 seconds<br>Warm<br>Dry | |
| Mental Status | Normal Baseline for Patient<br>Oriented-Person<br>Oriented-Event<br>Oriented-Time<br>Oriented-Place | |
| Neurological | Normal Baseline for Patient<br>Cerebellar Function-Normal<br>Gait-Normal<br>Strength-Normal | |
| Head | Normal | Normocephalic with no trauma noted. |
| Face | Normal<br>Puncture/Stab Wound | Small puncture wound to chin, no active bleeding. |
| Eye<br>Bilateral: | Reactive<br>2-mm<br>PERRL | |
| Neck | Normal | Trachea midline, no trauma or DCAPBTLS noted. Airway patent. |
| Shoulder | | |

**Unit Notified:** 02/17/2021 04:11:27      **Patient Name:** Dudek-Botten, Tanja      **Date Printed:** 03/08/2021 22:09
**CAD #:** 0321005186A                                                          **Call #:** 0321005186A

CONFIDENTIAL

AG0390
Page 2 of 18
0137

CONFIDENTIAL

| EMS Agency Name: REACH 13 | | Patient Name: Dudek-Botten, Tanja | |
|---|---|---|---|
| Shoulder-Right: | Normal | Small puncture wound noted to with no active bleeding. | |
| **Chest/Lungs** | Normal | | |
| | Breath Sounds-Normal-Left | | |
| | Breath Sounds-Normal-Right | | |
| | Puncture/Stab Wound | Small puncture wound noted to midline chest, no active bleeding. Lungs clear and equal bilaterally with equal chest rise & fall. Chest wall stable and intact. | |
| **Heart** | Normal | | |
| | S1 | | |
| | S2 | | |
| **Abdomen** | | | |
| Generalized: | Normal | No trauma or DCAPBTLS noted. Soft and non-ridged with no rebound tenderness or swelling. | |
| **Pelvis** | Normal | Stable and intact with no trauma noted. | |
| **Hip** | | | |
| **Upper Leg** | | | |
| **Knee** | | | |
| Knee-Left: | Normal | | |
| | Pulse-Normal | | |
| Knee-Right: | Normal | | |
| | Pulse-Normal | | |
| **Lower Leg** | | | |
| **Ankle** | | | |
| **Foot** | | | |
| **Upper Arm** | | | |
| **Elbow** | | | |
| Elbow-Left: | Normal | | |
| | Pulse-Normal | | |
| Elbow-Right: | Normal | | |
| | Pulse-Normal | | |
| **Forearm** | | | |
| **Wrist** | | | |
| Wrist-Left: | Normal | | |
| | Pulse-Normal | | |
| Wrist-Right: | Normal | | |
| | Pulse-Normal | | |
| **Hand** | | | |
| Hand-Dorsal-Left: | Normal | 18G PIV placed PTA. Flushes well without infiltration. | |
| **Back/Spine** | | | |
| Back-General: | Normal | No trauma or DCAPBTLS noted. | |

**Normal Findings**

Eye ( Bilateral ) ;  Shoulder ( Shoulder-Left, Shoulder-Right ) ;  Abdomen ( Generalized ) ;  Hip ( Hip-Left, Hip-Right ) ;  Upper Leg ( Leg-Upper-Left, Leg-Upper-Right ) ;  Knee ( Knee-Left, Knee-Right ) ;  Lower Leg ( Leg-Lower-Left, Leg-Lower-Right ) ;  Ankle ( Ankle-Left, Ankle-Right ) ;  Foot ( Foot-Dorsal-Left, Foot-Dorsal-Right, Foot-Plantar-Left, Foot-Plantar-Right, Toe-1st (Big)-Left, Toe-1st (Big)-Right, Toe-2nd-Left, Toe-2nd-Right, Toe-3rd-Left, Toe-3rd-Right, Toe-4th-Left, Toe-4th-Right, Toe-5th (Smallest)-Left, Toe-5th (Smallest)-Right ) ;  Upper Arm ( Arm-Upper-Left, Arm-Upper-Right ) ;  Elbow ( Elbow-Left, Elbow-Right ) ;  Forearm ( Forearm-Left, Forearm-Right ) ;  Wrist ( Wrist-Left, Wrist-Right ) ;  Hand ( Finger-2nd (Index)-Left, Finger-2nd (Index)-Right, Finger-3rd (Middle)-Left, Finger-3rd (Middle)-Right, Finger-4th (Ring)-Left, Finger-4th (Ring)-Right, Finger-5th (Smallest)-Left, Finger-5th (Smallest)-Right, Hand-Dorsal-Left, Hand-Dorsal-Right, Hand-Palm-Left, Hand-Palm-Right, Thumb-Left, Thumb-Right ) ;  Back/Spine ( Back-General ) ;

**Not Done**

**Exams Details**

| Head Exam Details | Face Exam Details | Neck Exam Details | Chest Exam Details | Pelvis Exam Details |
|---|---|---|---|---|

| Unit Notified: 02/17/2021 04:11:27 | Patient Name: Dudek-Botten, Tanja | Date Printed: 03/08/2021 22:09 |
|---|---|---|
| CAD #:  0321005186A | | Call #:  0321005186A |

CONFIDENTIAL

| EMS Agency Name: REACH 13 | | Patient Name: Dudek-Botten, Tanja | | |
|---|---|---|---|---|
| Normocephalic with no trauma noted. | Small puncture wound to chin, no active bleeding. | Trachea midline, no trauma or DCAPBTLS noted. Airway patent. | Small puncture wound noted to midline chest, no active bleeding. Lungs clear and equal bilaterally with equal chest rise & fall. Chest wall stable and intact. | Stable and intact with no trauma noted. |

## Past Medical History

### Current Medications

| Medication | Dosage | Route |
|---|---|---|
| None Reported | | |

### Medication Allergies

**Medication Allergies**

No Known Drug Allergy

| **Medical History Obtained From:** Patient | **Medical History:** None Reported |
|---|---|
| **Advance Directives:** None | **Pregnancy:** No |

## Vitals

### Vitals

| Time | PTA | Crew | BP | MAP | BP Loc | BP Method | HR | Quality | Pulse Rhythm | HR Method | Resp | Effort | SPO2 | SPO2 Qualifier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04:32:41 | | P36049 | 138/71 | 93 | Left Arm | Cuff-Automated | 66 | Normal | Regular | Electronic Monitor - Cardiac | 16 | Normal | 98 | At Room Air |
| 04:38:52 | | P36049 | 127/75 | 92 | Left Arm | Cuff-Automated | 67 | Normal | Regular | Electronic Monitor - Cardiac | 16 | Normal | 99 | At Room Air |
| 04:45:15 | | P36049 | 124/79 | 94 | Left Arm | Cuff-Automated | 76 | Normal | Regular | Electronic Monitor - Cardiac | 20 | Normal | 100 | At Room Air |
| | Yes | P36049 | 139/82 | 101 | Left Arm | Cuff-Automated | 74 | Normal | Regular | Electronic Monitor - Cardiac | 22 | Normal | 100 | At Room Air |

### Vitals

| Time | PTA | Crew | Pain Score | Temp | EKG |
|---|---|---|---|---|---|
| 04:32:41 | | P36049 | 6 Numeric | 37.2 Skin Probe | Normal Sinus Rhythm |
| 04:38:52 | | P36049 | 5 Numeric | 37.2 Skin Probe | Normal Sinus Rhythm |
| 04:45:15 | | P36049 | 3 Numeric | 37.2 Skin Probe | Normal Sinus Rhythm |
| | Yes | P36049 | 4 Numeric | | Normal Sinus Rhythm |

### Glasgow Coma Score

| Time | PTA | Crew | GCS Score | Eye | Verbal | Motor | GCS Qualifier |
|---|---|---|---|---|---|---|---|
| 04:32:41 | | P360 49 | 15 | 4 - Opens Eyes spontaneously | 5 - Oriented (>2 Years); Smiles, oriented to sounds, follows objects, interacts | 6 - Obeys commands (>2Years); Appropriate response to stimulation | GCS has legitimate values without interventions |
| 04:38:52 | | P360 49 | 15 | 4 - Opens Eyes spontaneously | 5 - Oriented (>2 Years); Smiles, oriented to sounds, follows objects, interacts | 6 - Obeys commands (>2Years); Appropriate response to stimulation | GCS has legitimate values without interventions |
| 04:45:15 | | P360 49 | 15 | 4 - Opens Eyes spontaneously | 5 - Oriented (>2 Years); Smiles, oriented to sounds, follows objects, interacts | 6 - Obeys commands (>2Years); Appropriate response to stimulation | GCS has legitimate values without interventions |
| | Yes | P360 49 | 15 | 4 - Opens Eyes spontaneously | 5 - Oriented (>2 Years); Smiles, oriented to sounds, follows objects, interacts | 6 - Obeys commands (>2Years); Appropriate response to stimulation | GCS has legitimate values without interventions |

### Revised Trauma Score

| Date/Time Vital Signs Taken | Revised Trauma Score |
|---|---|
| 04:32:41 | 12 |
| 04:38:52 | 12 |
| 04:45:15 | 12 |
| | 12 |

## Treatment

### Medications

| Time | PTA | Crew | MED | Dosage | Route | Response | Medication Authorization | Complication |
|---|---|---|---|---|---|---|---|---|
| | Yes | Other, Pre-Hospital Personnel | Normal saline | 10 Milliliters (ml) | Intravenous (IV) | | | |
| 04:37:22 | No | Berryman, Megan | Fentanyl | 50 Micrograms (mcg) | Intravenous (IV) | Improved | Protocol (Standing Order) | None |

### Medications

| Time | PTA | Crew | Comments |
|---|---|---|---|
| | Yes | Other, Pre-Hospital Personnel | Saline Flush |

| **Medication Time Out (including patient 8 rights) practiced for all medication administrations:** Yes | **Procedural Time Out performed for all procedures: correct pt, correct site, agree procedure needs to:** Yes |
|---|---|

### Procedures

| Time | PTA | Crew | Procedure | Vascular Access Location | Size of Equipment | Attempts | Success |
|---|---|---|---|---|---|---|---|
| | Yes | Other, Pre-Hospital Personnel | Venous Access - Saline Lock | Hand-Left | 18 | 1 | Yes |

## Fluid Intake and Output

Intake
**IV Fluids Referring:** 0        **Total Fluids In:** 0        **IV Fluids Transport:** 0

Output

## Transport Information

### Flight Informations

| Flight Info Date | Altitude | Ambient Temp C | Lines Recalibrated Altitude | Lines Recalibrated Landing | Patient Hearing Protection |
|---|---|---|---|---|---|
| 04:40:07 | 6500 | 7.22 | No | No | Yes |

**Personal Protective Equipment (PPE) used during this incident?:** Yes

| **Unit Notified:** 02/17/2021 04:11:27 **CAD #:** 0321005186A | **Patient Name:** Dudek-Botten, Tanja | **Date Printed:** 03/08/2021 22:09 **Call #:** 0321005186A |
|---|---|---|

CONFIDENTIAL

| | |
|---|---|
| **EMS Agency Name:** REACH 13 | **Patient Name:** Dudek-Botten, Tanja |

**Patient Supply Items**

**Item Used**

Surgical Mask

Gloves

**Does the patient display/complain of ANY of the following symptoms? -Respiratory Symptoms,-Cough,-Sh:** No

| Patient Transport/Positioning | |
|---|---|
| **Patient's Position in Transport:** Semi-Fowlers | **Patient Moved to Aircraft/Ambulance:** Stretcher |
| | **Patient Moved From Aircraft/Ambulance:** Stretcher |
| **Patient Belongings:** ID Card/License; Wallet/Purse | **Patient Belongings Left With:** At Destination with Patient |

**Billing Information**

**Payment:** No Insurance Identified

**Time Notes**

**Time Notes ::** 0424: Patient contact made in back of MA 302A. Introductions made and initial assessment completed as documented. Received hospital rotation of LLUMC.

0429: Prep completed, patient secured to flight gurney and wrapped in lifeblanket for warmth. Loaded and locked into AC, hearing protection provided for flight.

0433: Lifted from scene without incident en-route to LLUMC.

0437: 50mcg Fentanyl given for pain with (+) results. LLUMC contacted with updated ETA and patient report.

0445: Landed at LLUMC without incident. Patient unloaded from AC. Assessment findings remain unchanged.

0455: Patient care and report transferred to ER RN Richard with updated vitals. No change in patients mentation, GCS 15 and pain score of 3.

**Timeline**

| | | |
|---|---|---|
| **Unit Notified:** 02/17/2021 04:11:27 | **Patient Name:** Dudek-Botten, Tanja | **Date Printed:** 03/08/2021 22:09 |
| **CAD #:** 0321005186A | | **Call #:** 0321005186A |

CONFIDENTIAL

AG0393
Page 5 of 18
0140

CONFIDENTIAL

**EMS Agency Name:** REACH 13

**Patient Name:** Dudek-Botten, Tanja

**Timeline:**

| Time | Type | Details | Crew Member |
|------|------|---------|-------------|
| 02/17/2021 03:45:04 | Symptom onset | | |
| 02/17/2021 04:09:24 | PSAP Call | | |
| 02/17/2021 04:09:24 | Dispatch Notified | | |
| 02/17/2021 04:11:27 | Unit Notified by Dispatch | | |
| 02/17/2021 04:11:34 | Dispatch Acknowledged | | |
| 02/17/2021 04:17:45 | Unit En Route | | |
| 02/17/2021 04:20:00 | Arrival at Overhead Landing Zone | | |
| 02/17/2021 04:23:00 | Unit Arrived on Scene | | |
| 02/17/2021 04:24:00 | Arrived at Patient | | |
| 02/17/2021 04:24:47 | Exam | | P36049 |
| 02/17/2021 04:29:00 | Depart Bedside | | |
| 02/17/2021 04:32:41 | Vitals | **BP:** *138/71* **Method of BP:** *Cuff-Automated* **Limb:** *Left Arm* **Pulse:** *66* **Pulse Rate Method:** *Electronic Monitor - Cardiac* **Rhythm:** *Regular* **Cardiac Rhythm:** *Normal Sinus Rhythm* **Resp:** *16* **Effort:** *Normal* **SPO2:** *98* **SPO2 Qual:** *At Room Air* **GCS Eye:** 4 - Opens Eyes spontaneously **GCS Verbal:** 5 - Oriented (>2 Years); Smiles, oriented to sounds, follows objects, interacts **GCS Motor:** 6 - Obeys commands (>2Years); Appropriate response to stimulation **GCS Qualifier:** *GCS has legitimate values without interventions* **GCS Total:** 15 **Pain:** 6 **ECG Type:** 4 Lead **Mean Arterial Pressure:** 93 **Temperature:** *37.2°C/99.0°F* **Temperature Method:** *Skin Probe* **Pain Scale Type:** *Numeric* **RTS:** *12* | P36049 |
| 02/17/2021 04:33:32 | Unit Left Scene | | |
| 02/17/2021 04:37:22 | Fentanyl | **Dosage:** *50 Micrograms (mcg)* **Route:** *Intravenous (IV)* **Response:** *Improved* **PTA:** *No* | Berryman, Megan |
| 02/17/2021 04:38:52 | Vitals | **BP:** *127/75* **Method of BP:** *Cuff-Automated* **Limb:** *Left Arm* **Pulse:** *67* **Pulse Rate Method:** *Electronic Monitor - Cardiac* **Rhythm:** *Regular* **Cardiac Rhythm:** *Normal Sinus Rhythm* **Resp:** *16* **Effort:** *Normal* **SPO2:** *99* **SPO2 Qual:** *At Room Air* **GCS Eye:** 4 - Opens Eyes spontaneously **GCS Verbal:** 5 - Oriented (>2 Years); Smiles, oriented to sounds, follows objects, interacts **GCS Motor:** 6 - Obeys commands (>2Years); Appropriate response to stimulation **GCS Qualifier:** *GCS has legitimate values without interventions* **GCS Total:** 15 **Pain:** 5 **ECG Type:** 4 Lead **Mean Arterial Pressure:** 92 **Temperature:** *37.2°C/99.0°F* **Temperature Method:** *Skin Probe* **Pain Scale Type:** *Numeric* **RTS:** *12* | P36049 |
| 02/17/2021 04:40:07 | Flight Information | | |
| 02/17/2021 04:45:15 | Vitals | **BP:** *124/79* **Method of BP:** *Cuff-Automated* **Limb:** *Left Arm* **Pulse:** *76* **Pulse Rate Method:** *Electronic Monitor - Cardiac* **Rhythm:** *Regular* **Cardiac Rhythm:** *Normal Sinus Rhythm* **Resp:** *20* **Effort:** *Normal* **SPO2:** *99* **SPO2 Qual:** *At Room Air* **GCS Eye:** 4 - Opens Eyes spontaneously **GCS Verbal:** 5 - Oriented (>2 Years); Smiles, oriented to sounds, follows objects, interacts **GCS Motor:** 6 - Obeys commands (>2Years); Appropriate response to stimulation **GCS Qualifier:** *GCS has legitimate values without interventions* **GCS Total:** 15 **Pain:** 3 **ECG Type:** 4 Lead **Mean Arterial Pressure:** 94 **Temperature:** *37.2°C/99.0°F* **Temperature Method:** *Skin Probe* **Pain Scale Type:** *Numeric* **RTS:** *12* | P36049 |
| 02/17/2021 04:45:59 | Patient Arrived at Destination | | |
| 02/17/2021 04:55:00 | Destination Patient Transfer of Care | | |
| 02/17/2021 05:12:01 | Unit Back in Service | | |
| 02/17/2021 05:27:44 | Unit Back at Home Location | | |
| 02/17/2021 06:26:57 | Signature | **Type:** *Crew Member* **Reason:** *EMS Provider* **Name:** *Wolfe, Sean* | P36049 |
| 02/17/2021 06:42:18 | Signature | **Type:** *Crew Member* **Reason:** *EMS Provider* **Name:** *Berryman, Megan* | Berryman, Megan |
| --:-- | External Record Number | | |
| --:-- | Vitals | **BP:** *139/82* **Method of BP:** *Cuff-Automated* **Limb:** *Left Arm* **Pulse:** *74* **Pulse Rate Method:** *Electronic Monitor - Cardiac* **Rhythm:** *Regular* **Cardiac Rhythm:** *Normal Sinus Rhythm* **Resp:** *22* **Effort:** *Normal* **SPO2:** *100* **SPO2 Qual:** *At Room Air* **GCS Eye:** 4 - Opens Eyes spontaneously **GCS Verbal:** 5 - Oriented (>2 Years); Smiles, oriented to sounds, follows objects, interacts **GCS Motor:** 6 - Obeys commands (>2Years); Appropriate response to stimulation **GCS Qualifier:** *GCS has legitimate values without interventions* **GCS Total:** 15 **Pain:** 4 **PTA:** *Yes* **ECG Type:** 4 Lead **Mean Arterial Pressure:** 101 **Pain Scale Type:** *Numeric* **RTS:** *12* | P36049 |
| --:-- | Venous Access - Saline Lock | **Size:** *18* **No. of Attempts:** *1* **Success:** *Yes* | Other, Pre-Hospital Personnel |
| --:-- | Normal saline | **Dosage:** *10 Milliliters (ml)* **Route:** *Intravenous (IV)* **PTA:** *Yes* **Comment:** *Saline Flush* | Other, Pre-Hospital Personnel |

**Signatures**

| | |
|---|---|
| **Type of Person Signing:** Crew Member | **Type of Person Signing:** Crew Member |
| **Signature Reason:** EMS Provider | **Signature Reason:** EMS Provider |
| **Paragraph Text:** | **Paragraph Text:** |
| **Status:** | **Status:** |

**Unit Notified:** 02/17/2021 04:11:27
**CAD #:** 0321005186A

**Patient Name:** Dudek-Botten, Tanja

**Date Printed:** 03/08/2021 22:09
**Call #:** 0321005186A

CONFIDENTIAL

**EMS Agency Name:** REACH 13

**Patient Name:** Dudek-Botten, Tanja

**Printed Name:** Sean Wolfe

**Signature Date:** 02/17/2021 06:26:57

**Printed Name:** Megan Berryman

**Signature Date:** 02/17/2021 06:42:18

**Unit Notified:** 02/17/2021 04:11:27
**CAD #:** 0321005186A

**Patient Name:** Dudek-Botten, Tanja

**Date Printed:** 03/08/2021 22:09
**Call #:** 0321005186A

CONFIDENTIAL

AG0395
Page 7 of 18
0142

CONFIDENTIAL

**EMS Agency Name:** REACH 13     **Patient Name:** Dudek-Botten, Tanja

**File Name:** 0321005186A_000048
**Modified By:** Sean Wolfe
**Modified On:** 02/17/2021 08:46:10

**Unit Notified:** 02/17/2021 04:11:27   **Patient Name:** Dudek-Botten, Tanja   **Date Printed:** 03/08/2021 22:09
**CAD #:** 0321005186A                   **Call #:** 0321005186A

CONFIDENTIAL

AG0396
Page 8 of 18
0143

CONFIDENTIAL

EMS Agency Name: REACH 13                    Patient Name: Dudek-Botten, Tanja

## Ambulance Billing Authorization Form – SUPPLIERS –(Revision date 5/26/2016)

*This authorization is valid for any AMGH supplier involved in the transport(s), including any combined shuttle transport, provided for this date of service*

Patient Name: Tanja Dudek-Botten    Transport Date: 2/17/21    Call #(s) 03-21-005180A

The person signing below in section I or II only, (for himself/herself as the patient or as the legal representative, or surrogate for consent to treatment, on behalf of the patient named above): (1) acknowledges that the medical care furnished to the patient was actually received and was limited solely to emergency treatment and transporation; (2) authorizes such medical treatment and transportation as being medically necessary; (3) authorizes the submission of a claim for payment to Medicare, Medicaid or any other payor for any services provided by the Supplier, now or in the past or in the future and authorizes and directs any holder of medical information or documentation, to include city, county and state accident or incident reports about the patient to release such information to Supplier, its billing agents, CMS, its carriers and agents and/or any other payers or insurers as may be appropriate to determine any benefits payable for these or any other medical services provided to the patient by Supplier now or in the future; (4) requests that payment of authorized Medicare, Medicaid or any other insurance benefits be made on the patient's behalf directly to Supplier for any medical services provided to the patient by Supplier now or in the future, and, to the extent permitted, assigns all rights to (and related or associated with) such payments to Supplier, including but not limited to the right to file appeals, grievances, complaints, litigation, or arbitration relating to a claim for payment, as well as all rights to recover expenses or fees incurred for pursuing the claim and all rights, statutory or contractual, to any additional recovery such as treble damages, punitive damages, or penalties; (5) authorizes any law firm appointed by Supplier to file the appeals, grievances, complaints, litigation, or arbitration referred to in point (4); (6) agrees that the patient is financially responsible for, and obligated to pay, the amount charged by Supplier for the medical services, including any amount that is not paid by any applicable insurance (unless Supplier is a contracted network provider for such applicable insurance, in which case any applicable co-pay, coinsurance, or deductible is owed); (7) agrees to use his/her best efforts to cooperate with, and to assist, Supplier in receiving payment in full for the medical services rendered to patient, including immediately remitting to Supplier any payments received directly from an insurer or any source whatsoever for the medical services provided to the patient by Supplier; (8) designates Supplier to act as patient's "authorized representative" under 29 C.F.R. §2560.503-1(b)(4) and the Employee Retirement Income Security Act of 1974 (and any other applicable statutory or common law, rule or regulation), with respect to all aspects of patient's claim (Claim) for benefits under any applicable benefit or welfare plan for payment of the medical services rendered to patient by Supplier; directs patient's benefit or welfare plan and those who administer it, or those who communicate with participants and beneficiaries regarding claims for benefits, to communicate directly with Supplier regarding the Claim and payment of benefits relating to the Claim; and agrees that, as an integral part of pursuing the Claim (or an appeal of an adverse benefit determination) to its conclusion, **Supplier shall receive any and all original information and notices, including without limitation checks or other forms of payment** which are made to or on behalf of patient, or to which patient is entitled, with respect to the Claim (**only copies may be sent to patient**); (9) agrees that Supplier is not liable for any personal items that are lost or damaged during patient transport; (10) agrees that if collection proceedings take place, all Supplier legal costs (including attorney fees) are the responsibility of the patient; (11) agrees that the provisions of this agreement are severable; and (12) agrees that a copy of this document is valid as an original for all purposes.

**Supplier: REACH Air Medical Services, LLC & its subsidiaries**

**SECTION I - PATIENT SIGNATURE:** Patient must sign here unless physically or mentally incapable of signing. If patient signs with an "X" or other mark, it is recommended that someone sign below as a witness.

| X | | X | |
|---|---|---|---|
| Patient Signature or Mark | Date | Witness Signature | Date |

**SECTION II - AUTHORIZED REPRESENTATIVE SIGNATURE:** Complete this section only if the patient is physically or mentally incapable of signing.

**\*On the line below, explain the circumstances that make it impractical for the patient to sign:**
**REASON:**
I am signing on behalf of the patient to authorize the submission of a claim for payment to Medicare, Medicaid or any other payor for any services provided to the patient by Supplier (named above) now or in the past (or in the future, where permitted). By signing below, I acknowledge that I am one of the authorized signers listed below. **Unless I am the legal guardian** as indicated below, my signature is not an acceptance of financial responsibility for the services rendered.
Authorized representatives include only the following individuals:

☐ Minor patient's legal guardian
☐ Patient's legal guardian
☐ Relative or other person who receives social security or other governmental benefits on behalf of the patient
☐ Relative or other person who arranges for the patient's treatment or exercise other responsibility for the patient's affairs
☐ Representative of an agency or institution (referring hospital /facility) that did not furnish the services for which payment is claimed (i.e., ambulance services) but furnished other care, services, or assistance to the patient

| X | | |
|---|---|---|
| Representative Signature | Date | Printed Name of Representative |

**SECTION III - AMBULANCE CREW AND RECEIVING FACILITY SIGNATURES:** Complete this section only if: (1) patient was physically or mentally incapable of signing, and (2) no authorized representative (Section II) was available or willing to sign on behalf of patient at time of service.

**A. Ambulance Crew Member Statement (must** be completed by crewmember **at time of transport)** ☑ Scene Transport ☐ Interfacility Transport
My signature below indicates that, at the time of service, the patient named above was physically or mentally incapable of signing, and that none of the authorized representatives listed in Section II of this form were available or willing to sign on the patient's behalf.
In the event the patient expired, name of person/facility cancelling transport:

Name and Location of Receiving Facility: Loma Linda University Medical Center, Loma Linda CA    Time at Receiving Facility: 0455

| X | | |
|---|---|---|
| Signature of Crewmember | Date 2/17/21 | Printed Name and Title of Crewmember  Megan Berryman RN |

**B. Receiving Facility Representative Signature:**
The patient named on this form was received by this facility at the date and time indicated above. **My signature is not an acceptance of financial responsibility for the services rendered to this patient.**

| X | | |
|---|---|---|
| Signature of Receiving Facility Representative | Date 2/17/21 | Printed Name and Title of Receiving Facility Representative  Richard Fenn RN |

**OR   Secondary Documentation:** If no facility representative signature is obtained above, the ambulance crew should obtain the receiving facility Face Sheet and/or the Patient Care report (signed by a receiving facility representative) that indicated that the patient was transported to that facility by ambulance on the date and time indicated above. The release of this information to the ambulance service is expressly permitted by § 164.506(c) of HIPAA.

Unit Notified: 02/17/2021 04:11:27        Patient Name: Dudek-Botten, Tanja        Date Printed: 03/08/2021 22:09
CAD #: 0321005186A                                                              Call #: 0321005186A

CONFIDENTIAL

**EMS Agency Name:** REACH 13

**Patient Name:** Dudek-Botten, Tanja

**Unit Notified:** 02/17/2021 04:11:27
**CAD #:** 0321005186A

**Patient Name:** Dudek-Botten, Tanja

**Date Printed:** 03/08/2021 22:09
**Call #:** 0321005186A

CONFIDENTIAL

AG0398
Page 10 of 18
0145

CONFIDENTIAL

**EMS Agency Name:** REACH 13                    **Patient Name:** Dudek-Botten,Tanja

 LOMA LINDA UNIVERSITY
MEDICAL CENTER

## Loma Linda University Medical Center
11234 Anderson St
Loma Linda, CA 92354
EIN#: 95-3522679 - NPI#: 1912914821
### DOE, PHOENIXVILLE HUNTER

Patient ID:          9089336

Hosp Acct ID:     34416823                          Fin. Class:        Self-pay
Private?            Strict confidentiality

## DEMOGRAPHICS
Street:                                              DOB:               2/17/1976 (45 yrs)
City/St/ZIP:                                         Age:               45 yrs
Phone:                                               Sex:               Female
Mobile Phone:     No Mobile Phone                    Interpreter Needed:
Marital Status:                                      Language:
Religion:
Clergy Visit:                                        Ethnicity:
Race:

## ADMISSION INFORMATION
Adm Date:                                            Adm Time:
Patient Class:     Emergency                         Service:           Emergency - adult
Adm Source:                                          Adm Type:          Emergency
Admitting Provider:                                  Attending Provider: No att. providers found
Unit:              MC EMERGENCY                      Room/Bed:          Adult01/A-01
Observation Time:  N/A N/A
Adm Diagnosis:     No admission diagnoses are documented for this encounter.
Procedure:         No admission procedures for hospital encounter.
Comment:           No comment available
Disch Date:                                          Disch Time:
Disch Disp:
Advanced Directive Status:   <no information>        Est Length of Stay:

## EMERGENCY CONTACTS

| Name | Home Phone | Work Phone | Mobile Phone | Relationship | Lgl Grd |
|------|-----------|-----------|-------------|-------------|---------|

## GUARANTOR INFORMATION

| Acct ID - Guarantor | Home Phone | Work Phone | Relationship | Acct Type |
|---------------------|-----------|-----------|-------------|-----------|
| 104275640 - DOE,PHOENIX* | | | Self | P/F |

## COVERAGE INFORMATION

| Payor/Plan | Subscriber Name | Rel | Member # | Group # |
|-----------|----------------|-----|----------|---------|

## PROVIDER INFORMATION

| | Phone # | Address |
|--|---------|---------|
| PCP: | None | |
| Ref: No ref. provider found | N/A | |

**Unit Notified:** 02/17/2021 04:11:27        **Patient Name:** Dudek-Botten,Tanja        **Date Printed:** 03/08/2021 22:09
**CAD #:** 0321005186A                                                                      **Call #:** 0321005186A

CONFIDENTIAL

AG0399
Page 11 of 18
0146

CONFIDENTIAL

**EMS Agency Name:** REACH 13                                    **Patient Name:** Dudek-Botten, Tanja

**Unit Notified:** 02/17/2021 04:11:27
**CAD #:** 0321005186A                          **Patient Name:** Dudek-Botten, Tanja                          **Date Printed:** 03/08/2021 22:09
**Call #:** 0321005186A

CONFIDENTIAL                                                                AG0400
Page 12 of 18
0147

CONFIDENTIAL

**EMS Agency Name:** REACH 13                    **Patient Name:** Dudek-Botten, Tanja

**REACH** ℠
*Air Medical Services*
2360 Becker Boulevard, Santa Rosa, CA 95403
Tel: 707 324 2400  Fax: 707 324 2478  Dispatch: 800 338 4045

EC135 49753

| | |
|---|---|
| Date | 02/17 1202 |
| A/C # | N36RX |
| Pilot | |
| Crew | |

REACH R13
A/C Type EC 135
Crew

MAX. WT. **2910 kgs**      BASIC WT.*

| LOCATION | HOBBS TIME | FLT. TIME LEG | FLT. TIME IFR | D/N | MILEAGE | ARR TIME | DEP TIME | FUEL WT | TK OFF WT | TK OFF CG | MX ALLOW FWD CG | MX ALLOW AFT CG | TER OB ALT | XFR | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Depart | KVCV | 5000.9 | | | N | | 04/19 | 742 | 7268 | 4301 | 457 | 4396 | 600 | | |
| VD | | 5000.0 | 1 | | N | 04:23 | 04:31 | 755 | 7231 | 4325 | 400 | 4379 | 600 | | |
| VD | IUMM | 5001.3 | 2 | | N | 04:46 | 05:07 | 140 | 600 | 4314 | 4717 | 4483 | 600 | | |
| VD | 5256 | 5001.6 | 3 | | N | 05:14 | | | | | | | | | |
| VD | | | | | | | | | | | | | | | |
| VD | | | | | | | | | | | | | | | |
| VD | | | | | | | | | | | | | | | |
| VD | | | | | | | | | | | | | | | |
| | TOTALS | | | 3/N | | | | | | | | | MAX ALT. 6500 | | |

CREW/PASSENGER

| NAME | WT. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|
| | 100 | 2 | 2 | 2 | | | | | |
| | 77 | 1 | 3 | 1 | | | | | |
| | 70 | 4 | 4 | 4 | | | | | |
| | 100 | 1 | 3 | | | | | | |

N1          N2          NP

REMARKS

| 2 | 4 | 6 |
|---|---|---|
| 1 | 3 | 5 |

For each leg, note seat position for each crew member and passenger as indicated in diagram.

RM 2000A – EC 135 (05/19)

**Unit Notified:** 02/17/2021 04:11:27
**CAD #:** 0321005186A

**Patient Name:** Dudek-Botten, Tanja

**Date Printed:** 03/08/2021 22:09
**Call #:** 0321005186A

CONFIDENTIAL

AG0401
Page 13 of 18
0148

CONFIDENTIAL

**EMS Agency Name:** REACH 13                    **Patient Name:** Dudek-Botten, Tanja

**Unit Notified:** 02/17/2021 04:11:27          **Patient Name:** Dudek-Botten, Tanja          **Date Printed:** 03/08/2021 22:09
**CAD #:** 0321005186A                                                                                          **Call #:** 0321005186A

CONFIDENTIAL

AG0402
Page 14 of 18
0149

CONFIDENTIAL

**REACH** | CAL·ORE Life Flight | **CALSTAR** | Care Connect | **SIERRA LIFEFLIGHT** | **Interim Patient Care Report**

EMS Agency Name: REACH 13

Unit Notified: 02/17/2021 04:11:27
CAD #: 03210051 86A

**Call Info**

Date: 2/17/21   CAD: 03-21-005186A   Base: R13   Crew: WOlFe   Crew: Berryman   ☒ Scene  ☐ IFT

Sending Facility: _____   Dept: _____   ☐ Facesheet  ☐ ABA   Pt Belongings: purse

Sending Physician: _____   RN: _____   ☐ Imaging Studies  ☐ PCS

**Pt Info**

Pt Name: Tanja Dudek-Botten   DOB: 10/21/77   Age: 43  ☐ M  ☒ W   MRN: _____   Last 4 of SSN: _____

Wt: 70 kg   IBW: 75 kg   Allergies: NKA   Family: _____   Contact#: _____

PMH: Denies   Home Meds: ∅

**HPI**

HPI: _____

*CVA LKN: _____   Airway: +
☐ tPA given: _____   Breathing: +
*STEMI Onset: _____   Circulation: +
☐ ASA Given/Considered

**ABC's**

| | Time | SBP/DBP | Pulse | Resp | SpO₂ | ETCO₂ | Temp | PIP / VTE | Pain | GCS | Pupils |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | PCT | 139/82 | 74 | 22 | 100 | | 98.9 | / | 4 | 4/3/6 | 3/3 |
| | 0432 | 138/71 | 66 | 16 | 98 | | | / | 6 | 4/5/6 | 3/3 |
| | 0438 | 127/75 | 67 | 16 | 99 | | | / | 5 | 4/5/6 | 3/3 |
| | 0445 | 124/79 | 76 | 20 | 100 | | | / | 5 | 4/5/6 | 3/3 |
| | | | | / | | | / | | / / | / |
| | | | | / | | | / | | / / | / |
| | | | | / | | | / | | / / | / |
| | | | | / | | | / | | / / | / |
| | | | | / | | | / | | / / | / |
| | | | | / | | | / | | / / | / |
| | TOC | 116/80 | 87 | 11 | 100 | | | / | | / / | / |

**Vital Signs**

Pertinent Findings:
GSW Midline chest
Flesh wound
① Chin
② Chest

**Imaging**

**Labs**

Time: _____   WBC: _____   PT: _____
Na: _____   CO₂: _____   Hgb: _____   PTT: _____
K: _____   BUN: _____   Hct: _____   INR: _____
Cl: _____   Cr: _____   Plts: _____
Other: _____

| | Time | Mode | Freq | V_T/PC | I-time | FiO₂ | PEEP | | Time | Site | Size/Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PTA | | L Hand | 18g |

**Vent**

**IV Access**

**ABG**

Time: _____   pH: _____   pO₂: _____   O₂Sat: _____
pCO₂: _____   HCO₃: _____   BE: _____

**I/O**

PTA:   I: _____   O: _____
Transport: I: _____   O: _____
Drains: _____

| | Time | Medication | Dose | Route | Effect | | Time | Infusion | Dose | Rate | Effect |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0437 | Fentanyl | 50mcg | IV | + | | | | | | |

**Medications**

**Continuous Infusions**

**Times**

Dispatch: _____
En Route: _____
At Scene: _____
Pt Contact: _____
Prep Comp: _____
Transport: _____
At Dest: _____
TOC: _____

**Notes**

**TOC**

Facility: LLUMC   Dept: ER   Physician: _____   RN: Richard
Pt Belonging Disposition: _____   Airway Confirmed by: _____   ☐ N/A

Patient Name: Dudek-Botten, Tanja

Date Printed: 03/08/2021 22:09
Call #: 03210051 86A

Page 15 of 18

Patient Name: Dudek-Botten, Tanja

CONFIDENTIAL

AG0403

0150

CONFIDENTIAL

**EMS Agency Name:** REACH 13                              **Patient Name:** Dudek-Botten, Tanja

**Unit Notified:** 02/17/2021 04:11:27     **Patient Name:** Dudek-Botten, Tanja        **Date Printed:** 03/08/2021 22:09
**CAD #:** 0321005186A                                                                    **Call #:** 0321005186A

CONFIDENTIAL

AG0404
Page 16 of 18
0151

CONFIDENTIAL

EMS Agency Name:  REACH 13                         Patient Name:  Dudek-Botten, Tanja



### EKG Strip

Patient's Name (Last, First): Dudek-Botten, Tanja

CAD #: 03-21-0005186A

Transport Date: 2/17/21

Attach EKG Strip Below:

NSK

ID: Patient 0437  2021-02-17  04:47:54  HR = 78bpm  RR = 10br/min  SpO2 = 100%  NIBP =127/75(93)mmHg  2021-02-17  04:38:48

Unit Notified:  02/17/2021 04:11:27        Patient Name:  Dudek-Botten, Tanja        Date Printed:  03/08/2021 22:09
CAD #:  0321005186A                                                                    Call #:  0321005186A

CONFIDENTIAL                                                                           AG0405
                                                                                      Page 17 of 18
                                                                                      0152

CONFIDENTIAL

**EMS Agency Name:** REACH 13                          **Patient Name:** Dudek-Botten, Tanja

**EKG**

**Unit Notified:** 02/17/2021 04:11:27          **Patient Name:** Dudek-Botten, Tanja          **Date Printed:** 03/08/2021 22:09
**CAD #:** 0321005186A                                                                          **Call #:** 0321005186A

R

John Botton Sr.



gsw

L

John Botton Sr.

John Botton Sr.



John Botton Sr.

gsw

R

John Botton Sr.

gsw

R

John Botton Sr.





John Botton Sr.



John Botton Sr.

John Botton Sr.

DUDEK-BOTTEN TANJA
F
09089336
21-October-1977
CR

Loma Linda University Med. Ctr. ER
DXD60_3000C
EMER
13-March-2021
7:48:51

L: 13367.00
W: 26708.00
0164

Rt shoulder OBLI



DUDEK-BOTTEN TANJA
F
09089336
21-October-1977
CR

Loma Linda University Med. Ctr. ER
DXD30_Wireless
EMER
13-March-2021
7:52:13

Rt hand PA

L: 16483.50
0165

DUDEK-BOTTEN TANJA
09089336
21-October-1977
CR

Loma Linda University Med. Ctr. ER
DXD60_3000C
EMER
13-March-2021
7:48:51

Rt Shoulder Y (Lat.) View

L: 15154.00
W: 24550.00
0166



DUDEK-BOTTEN TANJA
F
09089336
21-October-1977
CR

Loma Linda University Med. Ctr. ER
DXD30_Wireless
EMER
13-March-2021
7:52:13

R
JMK

Rt hand OBLIQUE

L: 17424

0167

DUDEK-BOTTEN TANJA
F
09089336
21-October-1977
CR

Loma Linda University Med. Ctr. ER
DXD30_Wireless
EMER
13-March-2021
7:52:13

L: 16382,50
W: 32763,00
0168

Rt hand LAT









