# **<u>EXHIBIT J</u>**

0178

