|   |   |
|---|---|
| Shannon L. Gustafson (SBN 228856)<br>sgustafson@lynberg.com<br>Amy R. Margolies (SBN 283471)<br>amargolies@lynberg.com<br>Anita K. Clarke (SBN 321015)<br>aclarke@lynberg.com<br>**LYNBERG & WATKINS**<br>A Professional Corporation<br>1100 W. Town & Country Road, Suite #1450<br>Orange, California 92868<br>(714) 937-1010 Telephone<br>(714) 937-1003 Facsimile<br><br>Attorneys for Defendants, COUNTY OF SAN BERNARDINO, ROBERT VACCARI and JAKE ADAMS | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN WAYNE BOTTEN, SR.; TANJA DUDEK-BOTTEN; ANNABELLE BOTTEN; and J.B., a minor by and through his guardian JONATHAN WAYNE BOTTEN, SR.,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; ISAIAH KEE; MICHAEL BLACWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 1-10 inclusive,<br><br>Defendants. | CASE NO. 5:23-cv-00257-KK-(SHKx)<br><br>*Assigned for All Purposes to:*<br>*Hon. Kenly Kiya Kato– Courtroom #3*<br><br>**DECLARATION OF KEN HUBBS IN SUPPORT OF COUNTY DEFENDANTS' MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE SUMMARY ADJUDICATION**<br><br>Date:         March 20, 2025<br>Time:         9:00 a.m.<br>Courtroom:  3<br><br>*Trial:  July 28, 2025*<br><br>*Complaint filed:  02/16/23*<br>*FAC filed:  06/08/23* |

**1**
**DECLARATION OF KEN HUBBS**

0180

## DECLARATION OF KEN HUBBS

I, Ken Hubbs, declare as follows:

1. I have been actively involved in law enforcement and police practices since 1980. I was employed with the San Diego Police Department for 34 years and retired in 2014 at the rank of Lieutenant. Since my retirement, I have continued to be involved in law enforcement practices and training as a consultant and instructor.

2. For 20 years, from 1998 – 2018, I served as the Director of Training for the California Association of Tactical Officers (CATO) overseeing law enforcement training programs and conferences. I have been the program manager and developer of California Commission on Peace Officer Standards and Training (POST) Advanced SWAT Commander, SWAT Command and Leadership training programs, as well as Tactical Operations Liability, Training Safety, and Supervising High-Risk Warrant Operation programs. I have instructed several thousand law enforcement commanders and supervisors from across California, the United States, and internationally.

3. During my 34-year police career, I was involved in over 2,000 SWAT operations, (conservative estimate) as an operator, breacher, sniper, team leader, mission leader, SWAT commander, and incident commander.

4. I have completed approximately 4000 hours of law enforcement-related training courses, including over 2500 hours of California POST-certified training.

5. I served as a member of the San Diego Police Use of Force Review Committee for 21 years, from 1993 to my retirement in 2014. I have reviewed hundreds of significant use-of-force cases, in addition to conducting internal investigations of officer-involved shootings, in-custody deaths, and serious allegations of excessive force, as an investigative supervisor.

6. I have participated in, managed, instructed and reviewed law enforcement critical incidents and tactical operations for over 40 years and have authored a dozen published articles in the field of police practices and use of force.

**2**
**DECLARATION OF KEN HUBBS**

0181

7. A true and correct copy of my *curriculum vitae* is attached hereto as Exhibit K.

8. I have qualified as an expert witness on the subject of police practices and use of force in both United States Federal Courts and state courts.

9. The following facts are within my personal knowledge. If called as a witness, I could and would testify competently thereto. I make this declaration in support of County of San Bernardino, Sergeant Vaccari's, and Deputy Adams' ("County Defendants") Motion for Summary Judgment or in the Alternative Motion for Summary Adjudication in this matter.

10. In making this declaration, in relevant part, I reviewed the following:
- California Highway Patrol Incident Report F03885021;
- SBCSD Lethal Force Investigation and materials;
- California Highway Patrol (CHP) dashcam videos of the incident;
- Cell phone videos of the incident;
- Scene photographs;
- Audio interviews of involved parties and witnesses;
- The autopsy report for Hector Puga and the autopsy photographs.

The materials I reviewed include the concurrently lodged Exhibit A – Sergeant Kee's dashcam footage of the incident, and Exhibit B – cell phone video from Erin Mangerino.

11. A review of these materials revealed that at the time of the lethal force encounter, when Hector Puga was out of his vehicle, standing in front of the hood of his vehicle, SBCSD Sergeant Robert Vaccari armed himself with a **40mm less-lethal, launcher**.

///
///
///

12. A review of the scene investigation and photographs from the scene, show a 40mm less-lethal launcher loaded with three live cartridges and one expended cartridge indicating that one 40mm less lethal impact round was fired. (See images below) And, one 40mm less-lethal projectile was located in the roadway on Catalpa Street (See image below). The 40mm less-lethal projectile deployed is best described as a "extended range sponge round," which consists of a plastic body and a blue sponge cap. Notably, the sponge round is still intact and did not break or fragment.




40mm Less-lethal launcher and ammo. AG01025 & AG01029



I declare under penalty of perjury under the laws of the State of California that the above statement is true and correct. Executed this 29th day of January 2025, in San Diego, California.

**DECLARANT**
**KEN HUBBS**