# EXHIBIT K

(Puga) L.C., I.H., A.L. and Antonia Salas Ubaldo et al. & Botten et al. v. State of California et al.
Report of Ken Hubbs

---

### EXPERT'S BACKGROUND

**Name of Expert:** Ken Hubbs

**Jurisdiction:** United States Central District of California

**Representing:** County of San Bernardino

**Background and Experience:**

1. I have been actively involved in law enforcement and police practices since 1980. I was employed with the San Diego Police Department for 34 years and retired in 2014 at the rank of Police Lieutenant. Since my retirement, I have continued to be involved in law enforcement practices and training as a private consultant and instructor.

2. I have attained Basic, Intermediate, Advanced, Supervisory, and Police Management certificates from the California Commission on Peace Officer Standards and Training (POST).

3. For 20 years, from 1998 – 2018, I served as the Director of Training for the California Association of Tactical Officers (CATO) overseeing law enforcement training programs and conferences. I have been the program manager and developer of California Commission on Peace Officer Standards and Training (POST) Advanced SWAT Commander, SWAT Command and Leadership training programs, as well as Tactical Operations Liability, Training Safety, and Supervising High-Risk Warrant Operation programs. I have instructed several thousand law enforcement commanders and supervisors from across California, the United States, and internationally.

4. I served as a member of the San Diego Police Use of Force Review Committee for 21 years, from 1993 to my retirement in 2014. I have reviewed hundreds of significant use-of-force cases, in addition to conducting internal investigations of officer-involved shootings, in-custody deaths, and serious allegations of excessive force, as an investigative supervisor assigned to the Internal Affairs unit.

5. During my 34-year police career, I was involved in over 2,000 SWAT operations, (conservative estimate) as an operator, breacher, sniper, team leader, mission leader, SWAT commander, and incident commander.

6. I have completed approximately 4000 hours of law enforcement-related training courses, including over 2500 hours of California POST-certified training.

(Puga) L.C., I.H., A.L. and Antonia Salas Ubaldo et al. & Botten et al. v. State of California et al.
Report of Ken Hubbs

_____

7. I have developed an abundance of expertise in critical incident management, tactical operations, training, investigating officer-involved shootings, in-custody deaths, and use-of-force incidents, as well as conducting major incident reviews, and tactical team assessments.

8. I was responsible for tactical planning, preparations, and deployment of resources for major events in San Diego such as: the Republican National Convention (RNC '96), World Trade Organization (WTO) Conference, Bio-Tech Conference ('01), Rodney King protests ('92), and three SuperBowls ('88, '98 '03).

9. In 2010, I was contracted by the Oakland Police Department to review over 500 use-of-force incidents involving their personnel. I drafted a synopsis for a sampling of the incidents provided, as well as, an assessment as to whether the officers' actions were within agency policy and reasonable based on the circumstances.

10. I have participated in, managed, instructed and reviewed law enforcement critical incidents and tactical operations for over 40 years.

11. As a San Diego Police Officer, I was a certified Drug Recognition Expert (DRE) and trainer. As such, I have provided training to several hundred other officers in the use and effects of illicit drugs. I have received specific training from the California Narcotics Officers Association (CNOA), in the areas of Methamphetamine Manufacturing & Lab Safety, Methamphetamine and Rock Cocaine, Opiates use and abuse, and Cocaine use and abuse. I have received Narcotic Enforcement training from the Department of Justice, Narcotic Enforcement & Influence training from Gavilan College, Drug Identification and Heroin Symptomatology training from the San Diego County Integrated Narcotics Task Force, and Designer Drugs training from the San Diego Regional Law Enforcement Training Center.

12. During my 34 years as a San Diego Police Officer, Supervisor, Lieutenant, and Commanding Officer, I have been involved in the assessment, investigation, and prosecution of hundreds of persons for being intoxicated, under the influence of, sales of, overdosed on, or in possession of controlled substances.

13. I have developed a great deal of experience in Narcotics enforcement. As the Commanding Officer of the San Diego Police Department Narcotics Section, I was responsible for the supervision and management of seven centralized narcotics enforcement teams, as well as nine additional teams assigned to area commands.

(Puga) L.C., I.H., A.L. and Antonia Salas Ubaldo et al. & Botten et al. v. State of California et al.
Report of Ken Hubbs

_____

14. I have been heavily involved in law enforcement training in California. I served as a member of the California POST SWAT Executive Committee tasked with developing the landmark CA POST SWAT Guidelines and Standardized Training Recommendations. In addition, I served on the SWAT Command, Leadership, and Legal sub-committees.

15. I served as the President of the California Association of Tactical Officers (CATO) for 15 years (1998 – 2013). I continue to serve as an Emeritus Adviser to the Board of Directors.

16. I have received California POST certified training in conducting Internal Investigations such as Officer Involved Shootings, In-Custody deaths, allegations of excessive force, and misconduct, from San Jose State University, as well as California State University Long Beach.

17. I have been a requested conference speaker and authored articles published in national journals, relating to responding to civil disturbances, protest provocateurs, unlawful assemblies, and the use of less-lethal munitions.

18. I have been actively involved in the research, development, use, and training of Less-Less munitions since the early 1990s. I was the creator of the original user training courses, as well as instructor-level training courses, for major less-lethal manufacturers such as Sage International and MK Ballistic Systems.

19. In 2002, I was awarded a U.S. Department of Justice, National Institute of Justice grant to conduct Less-Lethal Use and Effects data collection and research. This resulted in the comprehensive *Hubbs/Klinger Less-Lethal study*.

20. I have been an adjunct instructor for Eastern Michigan University, Gavilan College, and the South Bay Regional Training Consortium. I have been invited to speak at numerous law enforcement training conferences across the country and provided instruction to several thousand law enforcement attendees.

21. As a lieutenant and field commander, I was a lead instructor for the San Diego Police Department's Crisis Response Team (CRT). I provided instruction and guidance on de-escalation tactics and strategies along with examples of current real-world incidents involving the mentally ill and persons in crisis throughout the city.

22. Additional background information available via my CV upon request.