Shannon L. Gustafson (SBN 228856)
sgustafson@lynberg.com
Amy R. Margolies (SBN 283471)
amargolies@lynberg.com
Anita K. Clarke (SBN 321015)
aclarke@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, ROBERT VACCARI and JAKE ADAMS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN WAYNE BOTTEN, SR.; TANJA DUDEK-BOTTEN; ANNABELLE BOTTEN; and J.B., a minor by and through his guardian JONATHAN WAYNE BOTTEN, SR., <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; ISAIAH KEE; MICHAEL BLACWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 1-10 inclusive, <br><br> Defendants. | CASE NO. 5:23-cv-00257-KK-(SHKx) <br><br> *Assigned for All Purposes to:* <br> *Hon. Kenly Kiya Kato– Courtroom #3* <br><br> **DECLARATION OF ANITA K. CLARKE, ESQ. IN SUPPORT OF COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION** <br><br> *[Filed Concurrently Defendants' Motion for Summary Judgment; Defendants' Separate Statement; Exhibits; Proposed Judgment]* <br><br> Date:       March 20, 2025 <br> Time:       9:00 a.m. <br> Courtroom:  3 <br><br> *Trial: July 28, 2025* <br><br> *Complaint filed: 02/16/23* <br> *FAC filed: 06/08/23* |

1
**DECLARATION OF ANITA K. CLARKE, ESQ.**

## DECLARATION OF ANITA K. CLARKE

I, Anita K. Clarke, declare as follows:

1. I am an attorney at law duly authorized to practice before this Court and am an associate with Lynberg & Watkins, attorneys for Defendants County of San Bernardino, Sergeant Robert Vaccari, and Deputy Jake Adams ("County Defendants") in this action. I have personal knowledge of the facts stated herein, except those stated upon information and belief, and as to those matters, I believe them to be true. If called upon to testify to the matters herein, I could and would competently do so.

2. Exhibit L is a true and correct copy of Plaintiffs Jonathan Botten Sr., Tanja Dudek-Botten, Annabelle Botten, and Jonathan Botten Jr.'s First Amended Complaint (Dkt. 27) filed in this action Case No. 5:23-cv-00257-KK-(SHKx) on June 8, 2023.

3. Exhibit M is a true and correct copy of County Defendants' Answer to Plaintiffs' First Amended Complaint (Dkt. 52) filed in this action Case No. 5:23-cv-00257-KK-SHK(x) on September 12, 2023.

4. Exhibit N is a true and correct copy of Plaintiffs' counsel's January 27, 2025 response to defense counsel's additional meet and confer efforts pursuant to Local Rule 7-3 prior to filing the Motion for Summary Judgment that contained Plaintiffs' new alternative Negligence theory against the County Defendants.

5. Exhibit O is a screen shot I prepared, taken from Exhibit B – the video captured by the Plaintiffs' neighbor, Erin Mangerino. It is a true and accurate screenshot prepared to assist the Court in showing the positions of the deputies.

6. Exhibit P is a true and correct copy of the relevant portions of Plaintiff Jonathan Botten Sr.'s deposition transcript.

7. Exhibit Q is a true and correct copy of the relevant portions of Plaintiff

Tanja Dudek-Botten's deposition transcript. Exhibit Q includes Exhibits 40 and 41 from the deposition that Plaintiff Tanja Dudek-Botten identifying her house.

8. Exhibit R is a true and correct copy of the relevant portions of Plaintiff Annabelle Botten's deposition transcript.

9. Exhibit S is a true and accurate copy of the relevant portions of Plaintiff Jonathan Botten Jr.'s deposition transcript.

10. Exhibit T is a true and accurate copy of Jonathan Botten Sr.'s tort claim against the County of San Bernardino, dated April 6, 2021.

11. Exhibit U is a true and accurate copy of Tanja Dudek-Botten's tort claim against the County of San Bernardino, dated April 6, 2021.

12. Exhibit V is a true and accurate copy of Annabelle Botten's tort claim against the County of San Bernardino, dated April 6, 2021.

13. Exhibit W is a true and accurate copy of Jonathan Botten Jr.'s tort claim against the County of San Bernardino, dated April 6, 2021.

14. Exhibit X is a true and correct copy of the relevant portions of County Defendant Deputy Jake Adams' deposition transcript.

15. Exhibit Y a true and correct copy of the relevant portions of County Defendant Sergeant Robert Vaccari's deposition transcript.

16. Exhibit Z a true and correct copy of the relevant portions of Defendant CHP Sergeant Isaiah Kee's deposition transcript.

17. Exhibit AA a true and correct copy of the relevant portions of Defendant CHP Officer Bernardo Rubalcava's deposition transcript.

18. Exhibit BB a true and correct copy of the relevant portions of Defendant CHP Officer Michale Blackwood's deposition transcript.

19. Exhibit CC is a copy of a video State Defendants produced in response to Request for Production of Documents Set 1, the video is bates stamped AG0811 which is Fragment 1 of Officer Blackwood's MVARs.

I declare under penalty of perjury under the laws of the State of California that the above statement is true and correct. Executed this 30 day of January 2025, in Orange, California.

*/s/ Anita K. Clarke*
**DECLARANT**
**ANITA K. CLARKE**