# **EXHIBIT O**

