# **<u>EXHIBIT P</u>**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

——————————————————————————— )
JONATHAN WAYNE BOTTEN, SR.; TANJA    )
DUDEK-BOTTEN; ANNABELLE BOTTEN; AND  )
J.B., A MINOR BY AND THROUGH HIS     )
GUARDIAN JONATHAN WAYNE BOTTEN, SR., )
                                     )
                                     ) CASE NO.
                Plaintiffs,          ) 5:23-CV-00257-KK-
                                     ) (KSHKX)
        vs.                          )
                                     )
STATE OF CALIFORNIA; COUNTY OF       )
SAN BERNARDINO; ISAIAH KEE; MICHAEL  )
BLACWOOD; BERNARDO RUBALCAVA; ROBERT )
VACCARI; JAKE ADAMS; AND DOES 1-10,  )
INCLUSIVE,                           )
                                     )
                Defendants.          )
——————————————————————————— )


VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

JONATHAN WAYNE BOTTEN, SR.

DECEMBER 16, 2024


REPORTED BY SANDRA NALLEY, CSR NO. 13607

1

```
 1                   UNITED STATES DISTRICT COURT

 2                  CENTRAL DISTRICT OF CALIFORNIA

 3

 4   _____ )

     JONATHAN WAYNE BOTTEN, SR.; TANJA          )
 5   DUDEK-BOTTEN; ANNABELLE BOTTEN; AND         )
     J.B., A MINOR BY AND THROUGH HIS           )
 6   GUARDIAN JONATHAN WAYNE BOTTEN, SR.,        )
                                                 )
 7                                               ) CASE NO.
                           Plaintiffs,           ) 5:23-CV-00257-KK-
 8                                               ) (KSHKX)
                      vs.                        )
 9                                               )
     STATE OF CALIFORNIA; COUNTY OF             )
10   SAN BERNARDINO; ISAIAH KEE; MICHAEL         )
     BLACWOOD; BERNARDO RUBALCAVA; ROBERT        )
11   VACCARI; JAKE ADAMS; AND DOES 1-10,         )
     INCLUSIVE,                                  )
12                                               )
                           Defendants.           )
13   _____ )

14

15      VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF JONATHAN WAYNE

16      BOTTEN, SR., taken remotely on Monday, December 16, 2024,

17      at 10:04 a.m., before Sandra Nalley, Certified Shorthand

18      Reporter, CSR No. 13607.

19

20

21

22

23

24

25
```

Botten, Jonathan
Botten v. State of California

```
 1                A P P E A R A N C E S :

 2

 3   FOR THE PLAINTIFFS:

 4            LAW OFFICES OF DALE K. GALIPO
              BY:   HANG LE, ESQ.
 5                  (Appearing via videoconference)
              21800 Burbank Blvd., Suite 310
 6            Woodland Hills, California 91367
              818.347.3333
 7            Hlee@galipolaw.com

 8
     FOR THE DEFENDANTS MICHAEL BLACKWOOD, BERNARDO RUBALCAVA,
 9   AND STATE OF CALIFORNIA:

10            OFFICE OF THE DEPUTY ATTORNEY GENERAL
              BY:   DIANA ESQUIVEL, ESQ.
11                  (Appearing via videoconference)
              1300 I Street, Suite 125
12            Sacramento, California 94222
              916.210.7320
13            Diana.esquivel@doj.ca.gov

14   FOR THE DEFENDANTS COUNTY OF SAN BERNARDINO,
     ROBERT VACCARI AND JAKE ADAMS:
15
              LYNBERG & WATKINS
16            BY:   SHANNON L. GUSTAFSON, ESQ.
                    (Appearing via videoconference)
17            1100 W. Town & Country Road, Suite 1450
              Orange, California 92868
18            714.937.1010
              Sgustafson@lynberg.com

19

20   ALSO PRESENT:

21            JOSE FONTAO, VIDEOGRAPHER

22

23

24

25
```

3

```
 1                   I N D E X

 2

 3

 4   WITNESS:  JONATHAN WAYNE BOTTEN, SR.

 5   EXAMINATION                                    PAGE

 6   BY MS. GUSTAFSON:                           6, 130

 7   BY MS. LE:                                     129

 8   BY MS. ESQUIVEL:                               105

 9

10                 E X H I B I T S

11

12

13   DEFENDANTS'                                  MARKED

14   EXHIBIT 47   Set of four photos               88

15   EXHIBIT 48   Set of three photos              89

16   EXHIBIT 49   Photo                            91

17   EXHIBIT 50   Set of four photos               92

18   EXHIBIT 51   E-mail dated 2/17/21, Bates stamped   104

19                COSB009059

20

21

22        QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER

23

24                     (None.)

25
```

4

| | | |
|---|---|---|
| 10:04 | 1 | THE VIDEOGRAPHER:  Good morning. |
| 10:04 | 2 | This is the video deposition of Jonathan Wayne |
| 10:04 | 3 | Botten, Sr. taken remotely on Monday, December 16th in |
| 10:04 | 4 | the year 2024.  We're here in the matter of Jonathan |
| 10:04 | 5 | Wayne Botten, Sr. et al. vs. State of California et al., |
| 10:04 | 6 | Case No. 5:23-CV-00257-KK-(SHKX).  This case is being |
| 10:05 | 7 | heard in the United States District Court for the Central |
| 10:05 | 8 | District of California. |
| 10:05 | 9 | My name is Jose Fontao, legal videographer |
| 10:05 | 10 | contracted through Dean Jones Legal Videos, Inc. of |
| 10:05 | 11 | Los Angeles and Santa Ana, California.  This deposition |
| 10:05 | 12 | is commencing at 10:05 a.m. |
| 10:05 | 13 | Would all present please identify themselves, |
| 10:05 | 14 | beginning with the deponent.  Go ahead, Mr. Botten. |
| 10:05 | 15 | THE WITNESS:  Jonathan Wayne Botten, Sr. |
| 10:05 | 16 | MS. GUSTAFSON:  Shannon Gustafson for the |
| 10:05 | 17 | County defendants. |
| 10:05 | 18 | MS. ESQUIVEL:  Good morning.  Diana Esquivel on |
| 10:05 | 19 | behalf of the State defendants, appearing from |
| 10:05 | 20 | Sacramento. |
| 10:05 | 21 | MS. LE:  Hang Le on behalf of the deponent, |
| 10:05 | 22 | Jonathan Wayne Botten, Sr., and the plaintiffs. |
| 10:05 | 23 | THE VIDEOGRAPHER:  Would the court reporter |
| | 24 | please administer the oath. |
| | 25 | /// |

5

```
 1              JONATHAN WAYNE BOTTEN, SR.,

 2       having been first duly sworn, testified as follows:

 3

 4                       EXAMINATION

 5   BY MS. GUSTAFSON:

 6       Q.   Have you ever used any name other than Jonathan

 7   Wayne Botten, Sr.?

 8       A.   Yes.

 9       Q.   What other names have you used?

10       A.   Jonathan Wayne Botten.

11       Q.   Anything else?

12       A.   No.

13       Q.   Have you ever had your deposition taken before?

14       A.   Yes.

15       Q.   How many times?

16       A.   Once.

17       Q.   And what was the reason you had your deposition

18   taken?

19       A.   A vehicle accident.

20       Q.   Was that a lawsuit that you were a party to?

21       A.   Yes.

22       Q.   And you brought the lawsuit for injuries that

23   you received during that accident?

24       A.   Correct.

25       Q.   What were the injuries that you had as a result
```

The time stamps in the left margin read "10:06" for lines 6 through 25.

Jilio-Ryan Court Reporters
ph. 714.424.9902  info@jilioryan.com

Botten, Jonathan
Botten v. State of California

| | | |
|---|---|---|
| 10:29 | 1 | enforcement, just anything where you think they did a bad |
| 10:30 | 2 | job or they could -- they should have done something |
| 10:30 | 3 | better by you, anything like that. |
| 10:30 | 4 | A.   No. |
| 10:30 | 5 | Q.   Now, moving to February 17th, 2021, how was it |
| 10:30 | 6 | that you were first alerted to law enforcement presence |
| 10:30 | 7 | that day? |
| 10:30 | 8 | A.   The lights and sirens outside my house.  My |
| 10:30 | 9 | wife had got woken up and she had woke me up. |
| 10:30 | 10 | Q.   So the first you learned that there was |
| 10:30 | 11 | something going on outside your house was because your |
| 10:30 | 12 | wife woke you up and then you -- |
| 10:30 | 13 | A.   Correct. |
| 10:30 | 14 | Q.   -- heard the sirens and saw the lights? |
| 10:30 | 15 | A.   Correct. |
| 10:30 | 16 | Q.   And were you in your bedroom when you heard the |
| 10:30 | 17 | sirens and saw the lights? |
| 10:30 | 18 | A.   Yes. |
| 10:30 | 19 | Q.   Did you look outside of your bedroom window? |
| 10:31 | 20 | A.   No. |
| 10:31 | 21 | Q.   What did you do? |
| 10:31 | 22 | A.   Walked to the front of my house, to the kitchen |
| 10:31 | 23 | window. |
| 10:31 | 24 | Q.   And did you look outside the kitchen window? |
| 10:31 | 25 | A.   Yes. |

25

Botten, Jonathan
Botten v. State of California

10:31  1      Q.   And what did you see when you looked outside
10:31  2  the kitchen window?
10:31  3      A.   A white Ford Expedition and two to three cop
10:31  4  cars behind him.
10:31  5      Q.   The cars that were behind the white Ford
10:31  6  Expedition, did they have their headlights on?
10:31  7      A.   Yes.
10:31  8      Q.   Did they have their overhead red and blue
10:31  9  lights?
10:31 10      A.   Yes.
10:31 11      Q.   Did you see -- when you first looked out the
10:31 12  kitchen window, did you see any law enforcement officers?
10:31 13      A.   Just their vehicles.
10:31 14      Q.   Could you tell at this point whether there was
10:32 15  anybody inside the white Ford Expedition?
10:32 16      A.   I didn't see anybody inside the white Ford
10:32 17  Expedition.
10:32 18      Q.   Did you notice anything -- or strike that.
10:32 19           When you first looked outside the kitchen
10:32 20  window, was the white Ford Expedition already stopped?
10:32 21      A.   Yes.
10:32 22      Q.   Do you have any idea how it came to be that
10:32 23  this white Ford Expedition was stopped near your
10:32 24  residence?
10:32 25      A.   Visually, there was a right passenger side

| | | |
|---|---|---|
| 10:33 | 1 | A.   After the three- or four-minute mark, probably. |
| 10:33 | 2 | **Q.   So you were still at your kitchen window?** |
| 10:34 | 3 | A.   No.   I had moved to the front door.   I opened |
| 10:34 | 4 | the front door to smoke a cigarette, and that was when I |
| 10:34 | 5 | noticed the passenger exiting the vehicle. |
| 10:34 | 6 | **Q.   Could you tell whether the passenger was a male** |
| 10:34 | 7 | **or female?** |
| 10:34 | 8 | A.   Could not tell. |
| 10:34 | 9 | **Q.   Did you -- did you see what the passenger did?** |
| 10:34 | 10 | A.   They walked backwards with their hands up along |
| 10:34 | 11 | the street.   I'm not sure if they were in the dirt or if |
| 10:34 | 12 | they were actually physically on the street, but they did |
| 10:34 | 13 | walk backwards to the police officer's commands with |
| 10:34 | 14 | their hands up. |
| 10:34 | 15 | **Q.   So the -- you could hear the police officers** |
| 10:34 | 16 | **telling the passenger to walk backwards with their hands** |
| 10:34 | 17 | **up?** |
| 10:34 | 18 | A.   Yes. |
| 10:34 | 19 | **Q.   And the passenger complied with those commands?** |
| 10:34 | 20 | A.   Correct. |
| 10:34 | 21 | **Q.   During this time, did you hear any commands** |
| 10:34 | 22 | **being given to the driver of the vehicle?** |
| 10:35 | 23 | A.   Yes. |
| 10:35 | 24 | **Q.   What were those commands?** |
| 10:35 | 25 | A.   To get out of the vehicle. |

28

10:35  1      Q.   And at this point did you see the driver get

10:35  2   out of the vehicle?

10:35  3      A.   No.

10:35  4      Q.   Could you hear anything the driver was saying

10:35  5   to the officers?

10:35  6      A.   No.

10:35  7      Q.   And when you say you went to smoke a cigarette

10:35  8   at the front door, I think you mentioned you opened the

10:35  9   front door?

10:35 10      A.   The inside door, I opened it.  We have two

10:35 11   doors, and one is a security door and one is the main

10:35 12   house door.  I opened the main house door.

10:35 13      Q.   So the main house door was open and the

10:35 14   security door was closed when you were smoking the

10:35 15   cigarette and saw the passenger?

10:35 16      A.   Yes.  Correct.

10:35 17      Q.   Did you ever open the security door?

10:35 18      A.   Yes.

10:35 19      Q.   When did you do that?

10:35 20      A.   To make a video of the passenger being

10:35 21   arrested -- or being taken into custody.

10:35 22      Q.   And is that the video that you reviewed to

10:36 23   prepare for today?

10:36 24      A.   It's just -- I didn't use it to prepare.  I

10:36 25   just used it to watch.

29

0249

| | | |
|---|---|---|
| 10:41 | 1 | A.   Correct. |
| 10:42 | 2 | Q.   **During the time that you were getting ready for** |
| 10:42 | 3 | **work, did you ever look outside to see what was going on** |
| 10:42 | 4 | **during that time frame?** |
| 10:42 | 5 | A.   Periodically I'd take -- take a look outside |
| 10:42 | 6 | just to see what's going on. |
| 10:42 | 7 | Q.   **And --** |
| 10:42 | 8 | A.   See -- just to see if he had been detained yet. |
| 10:42 | 9 | Q.   **And when you say you would periodically look** |
| 10:42 | 10 | **outside, what -- were you looking out the kitchen window,** |
| 10:42 | 11 | **front door, somewhere else?** |
| 10:42 | 12 | A.   Front door mainly. |
| 10:42 | 13 | Q.   **So the front door was open and the screen was** |
| 10:42 | 14 | **closed?** |
| 10:42 | 15 | A.   Correct.  And we have -- there's side windows |
| 10:42 | 16 | that go down the side of our front door so you can |
| 10:42 | 17 | actually look outside through the windows without even |
| 10:42 | 18 | opening the door. |
| 10:42 | 19 | Q.   **My understanding is the side window has blinds,** |
| 10:42 | 20 | **but some of the blinds are -- were broken?** |
| 10:42 | 21 | A.   Yeah. |
| 10:42 | 22 | Q.   **And were the blinds --** |
| 10:42 | 23 | A.   And we -- |
| 10:42 | 24 | Q.   **-- closed?** |
| 10:42 | 25 | A.   So a lot of times we leave them pulled up. |

| | | |
|---|---|---|
| 10:50 | 1 | that was when I was preparing to leave to go to work.  I |
| 10:50 | 2 | put my lunchbox next to the front door.  I opened the |
| 10:50 | 3 | front door.  Mr. Puga was standing outside of his |
| 10:50 | 4 | vehicle.  And I felt that it was not safe for me to go |
| 10:50 | 5 | outside since he was outside of his vehicle. |
| 10:50 | 6 | Q.    When you say he was outside of the -- so at |
| 10:51 | 7 | this point you're getting ready to leave for work and you |
| 10:51 | 8 | got your lunchbox, right? |
| 10:51 | 9 | A.    Correct.  Yes. |
| 10:51 | 10 | Q.    And you look outside and you see Mr. Puga |
| 10:51 | 11 | outside the vehicle? |
| 10:51 | 12 | A.    Standing in front of his vehicle. |
| 10:51 | 13 | Q.    Did you ever see him standing on the side of |
| 10:51 | 14 | the vehicle? |
| 10:51 | 15 | A.    No. |
| 10:51 | 16 | Q.    Did you see when Mr. Puga got out? |
| 10:51 | 17 | A.    No. |
| 10:51 | 18 | Q.    Did you see how Mr. Puga got from the driver's |
| 10:51 | 19 | side of the vehicle to the front of the vehicle? |
| 10:51 | 20 | A.    No. |
| 10:51 | 21 | Q.    Did you ever see Mr. Puga on the driver's side |
| 10:51 | 22 | of the vehicle? |
| 10:51 | 23 | A.    No. |
| 10:51 | 24 | Q.    So when you went to the front door with your |
| 10:51 | 25 | lunchbox, he is now in the front of the car? |

40

0251

| | | |
|---|---|---|
| 10:51 | 1 | A.   Correct. |
| 10:51 | 2 | MS. GUSTAFSON:  And I think we've got to take |
| 10:51 | 3 | our break now to head over to the hearing, so if we can |
| 10:51 | 4 | go off the record. |
| 10:51 | 5 | THE VIDEOGRAPHER:  Videotaped deposition is |
| 10:52 | 6 | going off the record at 10:52 a.m. |
| 11:53 | 7 | (Recess taken.) |
| 12:00 | 8 | THE VIDEOGRAPHER:  Videotaped deposition is |
| 12:00 | 9 | returning to record at 12:00 p.m. |
| 12:00 | 10 | BY MS. GUSTAFSON: |
| 12:00 | 11 | Q.   Mr. Botten, we took a break.  You understand |
| 12:00 | 12 | that you're still under oath? |
| 12:00 | 13 | A.   Yes. |
| 12:00 | 14 | Q.   Any reason you cannot continue to be truthful |
| 12:00 | 15 | with us today? |
| 12:00 | 16 | A.   No. |
| 12:00 | 17 | Q.   I want to ask you, before Mr. Puga was in the |
| 12:00 | 18 | front of the vehicle, did you -- strike that. |
| 12:01 | 19 | When did you -- did you ever learn the name of |
| 12:01 | 20 | the individual that the police were dealing with? |
| 12:01 | 21 | A.   Yes. |
| 12:01 | 22 | Q.   And what is -- what was his name? |
| 12:01 | 23 | A.   Hector. |
| 12:01 | 24 | Q.   And when did you learn that the driver of the |
| 12:01 | 25 | vehicle was named Hector? |

41

12:01  1          A.    When the Highway Patrol were shouting commands

12:01  2    at him, they were calling him by his first name.

12:01  3          Q.    When you say the Highway Patrol were shouting

12:01  4    commands, how did you know they were Highway Patrol?

12:01  5          A.    Because he announced himself as Highway Patrol.

12:01  6          Q.    Did this individual also provide his name?

12:01  7          A.    I believe so.

12:01  8          Q.    What did the officer say his name was?

12:01  9          A.    It's hard to remember.  I can't remember off

12:01 10    the top of my head what his name was, but it -- it was --

12:01 11    I know you guys interviewed him already.

12:02 12          Q.    How do you know we -- or strike that.  I don't

12:02 13    want to know anything your attorneys may have told you.

12:02 14                On the night of the incident, you recall the

12:02 15    individual that was -- or strike that.

12:02 16                On the morning of the incident, when -- there

12:02 17    was a CHP officer speaking to the individual that was in

12:02 18    the car and calling him Hector, correct?

12:02 19          A.    Correct.

12:02 20          Q.    And the officer that was speaking to Hector

12:02 21    also gave his name?

12:02 22          A.    Correct.

12:02 23          Q.    And it's just as you sit here today, you can't

12:02 24    recall what that name was?

12:02 25          A.    Right.  Correct.

12:26  1          Q.    Okay.  So best recollection --

12:26  2          A.    Yeah.

12:26  3          Q.    -- that the helicopter was there for about 15

12:26  4    to 20 minutes towards the beginning of the incident?

12:26  5          A.    Correct.

12:26  6          Q.    And that the helicopter was gone at the point

12:26  7    that Mr. Puga was in front of the vehicle?

12:26  8          A.    Yes.

12:26  9          Q.    During the time that the helicopter was there,

12:26 10    did you ever hear any commands being given from the

12:26 11    helicopter?

12:26 12          A.    No.

12:26 13          Q.    Prior to the shooting, did any officers give

12:26 14    any commands towards you?

12:26 15          A.    No.

12:26 16          Q.    Were all of the commands being given directed

12:27 17    at the individual inside the vehicle, to the best of your

12:27 18    recollection?

12:27 19          A.    Yes.

12:27 20          Q.    So after the shooting starts, how do you

12:27 21    first -- what's the first injury you recall being aware

12:27 22    of?

12:27 23          A.    It felt like my arm was throbbing, so I -- I

12:27 24    initially thought that my arm was broken, because when --

12:27 25    I fell back into the house.  I don't know how I fell.  I

**Botten, Jonathan**
**Botten v. State of California**

| | | |
|---|---|---|
| 12:27 | 1 | don't know if I tripped.  I don't know what happened.  I |
| 12:27 | 2 | just know that I ended up on the ground, my right arm was |
| 12:27 | 3 | throbbing, and I heard my wife screaming. |
| 12:27 | 4 | Q.   So at the time that Mr. Puga's in front of the |
| 12:27 | 5 | car immediately before the shooting, I just want to make |
| 12:28 | 6 | sure I have you positioned correctly, you are inside of |
| 12:28 | 7 | your house with the security door shut and the front door |
| 12:28 | 8 | open? |
| 12:28 | 9 | A.   Correct. |
| 12:28 | 10 | Q.   I want to pull back up, I want to say it was |
| 12:28 | 11 | Exhibit 43, just to kind of get your placement.  So if |
| 12:28 | 12 | we're looking at Exhibit 43, where were you roughly in |
| 12:28 | 13 | relation to the security door, which I understand this |
| 12:28 | 14 | picture shows it open.  It would have been closed that |
| 12:28 | 15 | day. |
| 12:28 | 16 | A.   It would have been center mass of the door, of |
| 12:28 | 17 | the screen door. |
| 12:28 | 18 | Q.   How far back from the door, if you can recall? |
| 12:28 | 19 | A.   Six inches. |
| 12:28 | 20 | Q.   So you were pretty much right up against the |
| 12:29 | 21 | screen looking out? |
| 12:29 | 22 | A.   Correct. |
| 12:29 | 23 | Q.   Do you know where anybody else in your family |
| 12:29 | 24 | was at that moment before the shooting started? |
| 12:29 | 25 | A.   I believe I made a comment, and when I made |

63

**Botten, Jonathan**
**Botten v. State of California**

| | | |
|---|---|---|
| 12:29 | 1 | that comment, my wife had walked up behind me and my son |
| 12:29 | 2 | had walked up behind him -- behind her. |
| 12:29 | 3 | Q.   How far behind you was your wife, if you |
| 12:29 | 4 | remember? |
| 12:29 | 5 | A.   I could not tell you. |
| 12:29 | 6 | Q.   Was -- would she have been in view of this |
| 12:29 | 7 | photo that we're looking at on Exhibit 43? |
| 12:29 | 8 | A.   Yes.  If I was standing at the door slightly |
| 12:29 | 9 | turned at an angle, she would have walked up behind me |
| 12:29 | 10 | to -- at -- probably at the same angle to see the same |
| 12:29 | 11 | view that I was looking at. |
| 12:29 | 12 | Q.   And then what about your son?  Do you know |
| 12:29 | 13 | where he was at?  Would he have been in view of this |
| 12:29 | 14 | picture or farther back? |
| 12:29 | 15 | A.   I have no idea. |
| 12:29 | 16 | Q.   What about your daughter?  Do you know where |
| 12:30 | 17 | she was? |
| 12:30 | 18 | A.   Not at the moment of the shooting, but after |
| 12:30 | 19 | the shooting, she was on the kitchen floor. |
| 12:30 | 20 | Q.   And I believe you told me you fell back into |
| 12:30 | 21 | the house and you were on the ground temporarily? |
| 12:30 | 22 | A.   Yes.  Yes. |
| 12:30 | 23 | Q.   And you felt a throbbing to your right arm? |
| 12:30 | 24 | A.   Correct. |
| 12:30 | 25 | Q.   What is the next thing you recall? |

64

0256

| | | |
|---|---|---|
| 12:38 | 1 | Q. And did you also go in an ambulance? |
| 12:38 | 2 | A. Yes, I did. |
| 12:38 | 3 | Q. And where did you go? |
| 12:38 | 4 | A. Desert Valley Medical Center. |
| 12:38 | 5 | Q. And were you treated for your injuries at |
| 12:38 | 6 | Desert Valley Medical Center? |
| 12:38 | 7 | A. Yes. |
| 12:38 | 8 | Q. And how long were you at Desert Valley Medical |
| 12:38 | 9 | Center? |
| 12:38 | 10 | A. Maybe four hours. |
| 12:38 | 11 | Q. And what do you recall -- what treatment did |
| 12:38 | 12 | you receive for your injuries? |
| 12:38 | 13 | A. They poured, like, a saline solution through my |
| 12:38 | 14 | arm and my hand and then bandaged it up and gave me some |
| 12:38 | 15 | ibuprofen and some type of pain medication. |
| 12:38 | 16 | Q. Did you receive any stitches? |
| 12:38 | 17 | A. No. |
| 12:38 | 18 | Q. Did they bandage up your arms? |
| 12:39 | 19 | A. Yes. |
| 12:39 | 20 | Q. Did they remove any shrapnel or bullet |
| 12:39 | 21 | fragments? Did they remove anything from your injuries |
| 12:39 | 22 | that you're aware of? |
| 12:39 | 23 | A. No. It's still in my arm. |
| 12:39 | 24 | Q. And how do you know that something is still in |
| 12:39 | 25 | your arm? |

71

| | | |
|---|---|---|
| 12:39 | 1 | A.  Because I can see it. |
| 12:39 | 2 | Q.  And which arm is it? |
| 12:39 | 3 | A.  My right arm. |
| 12:39 | 4 | Q.  Where in your right arm? |
| 12:39 | 5 | A.  Right bicep. |
| 12:39 | 6 | Q.  Are you able to -- well, I don't want -- |
| 12:39 | 7 | can you -- you can see it through the skin still? |
| 12:39 | 8 | A.  Yeah.  Yes. |
| 12:39 | 9 | Q.  Yeah, if you don't mind showing us just so -- |
| 12:39 | 10 | I'm trying to figure out -- |
| 12:39 | 11 | A.  Where's the camera -- |
| 12:39 | 12 | Q.  You went a little off camera.  Sorry.  There -- |
| 12:39 | 13 | A.  Yeah, it would be right there. |
| 12:39 | 14 | Q.  Can you move a little bit farther over?  Okay. |
| 12:39 | 15 | There you go. |
| 12:39 | 16 | A.  Yeah, it's backwards on my side, so it's -- |
| 12:39 | 17 | Q.  No worries.  So it's right where you're |
| 12:39 | 18 | pointing? |
| 12:39 | 19 | A.  Yeah, right there. |
| 12:39 | 20 | Q.  You can feel something in your arm there? |
| 12:39 | 21 | A.  Yeah. |
| 12:39 | 22 | Q.  Okay.  Thank you. |
| 12:40 | 23 | A.  Sorry.  The camera is backwards. |
| 12:40 | 24 | Q.  No worries.  Did any of the doctors at Desert |
| 12:40 | 25 | Valley tell you why they did not remove that piece from |

72

| | | |
|---|---|---|
| 12:40 | 1 | your arm? |
| 12:40 | 2 | A.    They said that the -- the human body would |
| 12:40 | 3 | naturally push it out eventually. |
| 12:40 | 4 | Q.    Other than what you've just showed us in your |
| 12:40 | 5 | right arm, are there any other bullet fragments or |
| 12:40 | 6 | shrapnel that you believe is still inside your body? |
| 12:40 | 7 | A.    No. |
| 12:40 | 8 | Q.    When you received the treatment at the Desert |
| 12:40 | 9 | Valley Medical Center, did they tell you to come back for |
| 12:40 | 10 | a follow-up? |
| 12:40 | 11 | A.    No. |
| 12:40 | 12 | Q.    Did they suggest that you would need any type |
| 12:40 | 13 | of follow-up? |
| 12:40 | 14 | A.    Just the cleaning of the bandages. |
| 12:40 | 15 | Q.    And did you go back for that? |
| 12:40 | 16 | A.    Yes, I did. |
| 12:40 | 17 | Q.    When did you go back to Desert Valley to -- for |
| 12:40 | 18 | the cleaning of the bandages? |
| 12:41 | 19 | A.    Seven days, and then 15 days, and then I did it |
| 12:41 | 20 | myself. |
| 12:41 | 21 | Q.    So you went back about a week later and then |
| 12:41 | 22 | again a week after that? |
| 12:41 | 23 | A.    Correct. |
| 12:41 | 24 | Q.    Is that the only treatment that you've received |
| 12:41 | 25 | related to any injuries from the shooting that you -- |

73

| | | |
|---|---|---|
| 12:41 | 1 | that were attributed to you? |
| 12:41 | 2 | A.   Yes. |
| 12:41 | 3 | Q.   And so the last time that you went to a doctor |
| 12:41 | 4 | related to any injuries would have been some time in the |
| 12:41 | 5 | February, March 2021 period? |
| 12:41 | 6 | A.   Yes. |
| 12:41 | 7 | Q.   You -- we talked about your right arm with the |
| 12:41 | 8 | bullet still being in there.  I know you said there was |
| 12:41 | 9 | blood on your left arm.  What were the injuries to your |
| 12:41 | 10 | left arm? |
| 12:41 | 11 | A.   Metal fragments on my left arm and then one of |
| 12:42 | 12 | the bullets went through my left hand. |
| 12:42 | 13 | Q.   There were fragments in your left forearm and a |
| 12:42 | 14 | bullet went through your left hand? |
| 12:42 | 15 | A.   Correct. |
| 12:42 | 16 | Q.   And you were treated for those injuries at |
| 12:42 | 17 | Desert Valley? |
| 12:42 | 18 | A.   Yes. |
| 12:42 | 19 | Q.   And no stitches? |
| 12:42 | 20 | A.   No. |
| 12:42 | 21 | Q.   Did they do anything to close the wound? |
| 12:42 | 22 | A.   They just wrapped it.  I don't know if they put |
| 12:42 | 23 | any type of, like, glue, medical glue or anything like |
| 12:42 | 24 | that on it.  I was pretty -- I was feeling pretty good |
| 12:42 | 25 | when I got to the hospital you can say. |

74

0260

| | | |
|---|---|---|
| 12:54 | 1 | Q.    And why -- why did you not take that? |
| 12:55 | 2 | A.    From when I had previous prescriptions of |
| 12:55 | 3 | oxycodeine, it didn't work out well for me, so I didn't |
| 12:55 | 4 | take them. |
| 12:55 | 5 | Q.    When you say didn't work out for you, is it |
| 12:55 | 6 | some -- |
| 12:55 | 7 | A.    Side effects, yeah. |
| 12:55 | 8 | Q.    And did you ever fill the prescription for |
| 12:55 | 9 | oxycodone or you just were given it by the doctor? |
| 12:55 | 10 | A.    I never even filled it. |
| 12:55 | 11 | Q.    And then the ibuprofen, do you recall how much |
| 12:55 | 12 | that cost? |
| 12:55 | 13 | A.    $97, I believe. |
| 12:55 | 14 | Q.    And that was total? |
| 12:55 | 15 | A.    Yes. |
| 12:55 | 16 | Q.    When was the next time you saw your wife after |
| 12:55 | 17 | she was taken away in the ambulance? |
| 12:55 | 18 | A.    Probably around between 11:00 and 12:00 same |
| 12:55 | 19 | day, down at Loma Linda. |
| 12:55 | 20 | Q.    Did you ever talk to any of the doctors about |
| 12:56 | 21 | your wife's injuries? |
| 12:56 | 22 | A.    No.  They -- they made comments, but I didn't, |
| 12:56 | 23 | like, sit down and have an in-depth conversation with |
| 12:56 | 24 | them. |
| 12:56 | 25 | Q.    What are the comments you recall? |

85

12:56  1        A.    Was that she had metal fragments in her eye --

12:56  2   in her eyes and that they were working on pulling those

12:56  3   out with tweezers.  And that was when I told them, Well,

12:56  4   I can't be in here with that because it's going to make

12:56  5   my eyes start watering and I won't be able to see

12:56  6   anything.

12:56  7        Q.    Does your wife still tell you about any

12:56  8   injuries that she has to this day that she believes were

12:56  9   caused by the shooting?

12:56 10        A.    Yes.

12:56 11        Q.    What does she tell you about?

12:56 12        A.    She says that there's a scrap -- like a scrap

12:56 13   metal or something in her right shoulder and it hurts her

12:57 14   shoulder.

12:57 15        Q.    Have you seen or felt this scrap metal in her

12:57 16   right shoulder?

12:57 17        A.    Yes.

12:57 18        Q.    And other than her right shoulder hurting,

12:57 19   anything else that she still complains about?

12:57 20        A.    Sometimes her left hand I believe it is.

12:57 21        Q.    What does she tell you about her left hand?

12:57 22        A.    That it hurts from -- like, in her fingers.

12:57 23        Q.    Any other injuries that your wife still

12:57 24   complains about?

12:57 25        A.    Other than those two major ones, I mean, every

```
 1   I, SANDRA NALLEY, Certified Shorthand Reporter for the

 2   State of California, do hereby certify:

 3

 4   That the witness in the foregoing deposition was by me

 5   first duly sworn to testify to the truth, the whole truth

 6   and nothing but the truth in the foregoing cause; that

 7   the deposition was taken by me in machine shorthand and

 8   later transcribed into typewriting, under my direction,

 9   and that the foregoing contains a true record of the

10   testimony of the witness.

11

12   Dated:   This 30th day of December, 2024, at Temecula,

13   California.

14

15

16

17

18   _____

19              SANDRA NALLEY
            CSR NO. 13607

20

21

22

23

24

25
```

133

0263