# EXHIBIT Q

0264

```
               UNITED STATES DISTRICT COURT

             CENTRAL DISTRICT OF CALIFORNIA


JONATHAN WAYNE BOTTEN, SR.;    )
TANJA DUDEK-BOTTEN;            )
ANNABELLE BOTTEN; AND J.B.,    )
A MINOR BY AND THROUGH HIS     )
GUARDIAN JONATHAN WAYNE        ) CASE NO.
BOTTEN, SR.,                   ) 5:23-CV-00257-KK-
                               ) (SHKx)
        PLAINTIFFS,            )
                               )
    VS.                        )
                               )
STATE OF CALIFORNIA; COUNTY    )
OF SAN BERNARDINO; ISAIAH      )
KEE; MICHAEL BLACKWOOD;        )
BERNARDO RUBALCAVA; ROBERT     )
VACCARI; JAKE ADAMS; AND       )
DOES 1-10, INCLUSIVE,          )
                               )
        DEFENDANTS.            )
_____)




              VIDEOTAPED DEPOSITION OF:

                    TANJA BOTTEN

             DECEMBER 13, 2024, 10:02 A.M.




REPORTED BY:

    SANDRA I. SCHOETTLIN

      C.S.R. NO. 8308
```

1

```
 1                UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3
     JONATHAN WAYNE BOTTEN, SR.;    )
 4   TANJA DUDEK-BOTTEN;            )
     ANNABELLE BOTTEN; AND J.B.,    )
 5   A MINOR BY AND THROUGH HIS     )
     GUARDIAN JONATHAN WAYNE        ) CASE NO.
 6   BOTTEN, SR.,                   ) 5:23-CV-00257-KK-
                                    ) (SHKx)
 7            PLAINTIFFS,           )
                                    )
 8        VS.                       )
                                    )
 9   STATE OF CALIFORNIA; COUNTY    )
     OF SAN BERNARDINO; ISAIAH      )
10   KEE; MICHAEL BLACKWOOD;        )
     BERNARDO RUBALCAVA; ROBERT     )
11   VACCARI; JAKE ADAMS; AND       )
     DOES 1-10, INCLUSIVE,          )
12                                  )
              DEFENDANTS.           )
13   _____)

14

15

16

17

18

19           Videotaped Deposition of TANJA BOTTEN, taken

20   on behalf of the Defendants County of San Bernardino,

21   Robert Vaccari, Jake Adams, Via Zoom Video Conferencing,

22   commencing at 10:02 a.m., Friday, December 13, 2024,

23   before Sandra I. Schoettlin, C.S.R. No. 8308.

24

25
```

2

```
 1    APPEARANCES OF COUNSEL:

 2        FOR THE PLAINTIFFS:

 3            LAW OFFICES OF DALE K. GALIPO

 4            By:  Hang Le, Esq.

 5            21800 Burbank Boulevard

 6            Suite 310

 7            Woodland Hills, California  91367

 8            (818)347-3333

 9            Hlee@galipolaw.com

10

11        FOR THE DEFENDANTS COUNTY OF SAN BERNARDINO,

12        ROBERT VACCARI, JAKE ADAMS:

13            LYNBERG & WATKINS

14            By:  Shannon L. Gustafson, Esq.

15            1100 Town & Country Road

16            Suite 1450

17            Orange, California  92868

18            (714)937-1010

19            sgustafson@lynberg.com

20

21

22

23

24

25
```

3

```
1        FOR THE DEFENDANTS MICHAEL BLACKWOOD,

2        BERNARDO RUBALCAVA, STATE OF CALIFORNIA:

3            OFFICE OF THE ATTORNEY GENERAL

4            By:  Diana Esquivel,

5                 Deputy Attorney General

6            1300 I Street

7            Suite 125

8            Sacramento, California  94222

9            (916)210-7320

10           Diana.Esquivel@doj.ca.gov

11

12       THE VIDEOGRAPHER:

13           Jose Fontao

14

15

16

17

18

19

20

21

22

23

24

25
```

4

0268

```
            1              Friday, December 13, 2024, 10:02 a.m.
            2                   Via Zoom Video Conferencing
            3
            4              THE VIDEOGRAPHER:  Good morning.  This is the
10:02:47    5    video deposition of Tanja Botten taken remotely on
            6    Friday, December 13th, in the year 2024.
            7              We are here in the matter of
            8    Jonathan Wayne Botten, et al., versus State of
            9    California, et al.  Case Number 5:23-CV-00257-KK-(SHKx).
10:03:15   10    This case is being heard in the United States District
           11    Court for the Central District of California.
           12              My name is Jose Fontao, legal videographer,
           13    contracted through Dean Jones Legal Videos, Inc., of
           14    Los Angeles and Santa Ana, California.
10:03:33   15              This deposition is commencing at 10:03 a.m.
           16              Would all present please identify themselves
           17    beginning with the deponent.
           18              Go ahead, Ms. Botten.
           19              THE WITNESS:  I'm Tanja Botten.
10:03:49   20              MS. GUSTAFSON:  Shannon Gustafson for the
           21    County defendants.
           22              MS. ESQUIVEL:  Good morning.  Diana Esquivel
           23    for the State defendants appearing from Sacramento.
           24              MS. LE:  Hang Le on behalf of the deponent,
10:04:02   25    Tanja Botten, and the plaintiffs in Botten, et al.,
```

7

0269

```
 1   versus State of California, et al.
 2              THE VIDEOGRAPHER:  And would the court reporter
 3   please administer the oath.
 4
 5                      TANJA BOTTEN,
 6              having been first duly sworn,
 7           was examined and testified as follows:
 8
 9                      EXAMINATION
10   BY MS. GUSTAFSON:
11       Q.    Have you ever used any name other than
12   Tanja Botten?
13       A.    Yes.
14       Q.    What other names have you used?
15       A.    My maiden name.  Dudek, D-u-d-e-k.
16       Q.    Sorry.  You cut out, ma'am.  Can you spell that
17   again.
18       A.    My maiden name.  It's D-u-d-e-k, Dudek.
19       Q.    D-u-d-e-k?
20       A.    Uh-huh.
21       Q.    I'm sorry.  Is that a yes?
22       A.    D-u-d-e-k, yes.
23       Q.    Okay.  And how long have you used the name
24   Tanja Botten?
25       A.    For the last 21 years of marriage.
```

10:04:33 on line 15
10:04:50 on line 20
10:05:01 on line 25

8

```
            1    A.    I don't remember.  It's on record, I'm sure.
            2    Q.    And you also -- your hand was bleeding when you
            3    went back to the hospital two weeks later?
            4    A.    It would not stop bleeding.  I needed stitches,
10:45:15    5    and the fragments needed to be removed.  It was a lot of
            6    irritation over and over.
            7    Q.    So when you went to the hospital two weeks
            8    later, you got stitches and also had fragments removed
            9    from your hand?
10:45:28   10    A.    I had -- I -- okay.  I had stitches on my
           11    middle finger and fragments removed from there.  I had
           12    little fragments removed from the rest of the hand that
           13    they could, and then they had to make a separate
           14    incision for the bullet to go under and pull it out with
10:45:47   15    pliers, and they had to -- they had to get two or three
           16    different stronger pliers because the bullet was so
           17    embedded into my bone.  I still had my robe attached to
           18    it and my -- my nightgown.
           19    Q.    When you're talking about this bullet being
10:46:06   20    embedded in your bone and being removed, that's
           21    something that happened two weeks after the incident?
           22    A.    Correct.
           23    Q.    And you got stitches as a result of that
           24    injury?
10:46:18   25    A.    The bullet -- when it was removed, she had used
```

1    A.    No.

2    Q.    And the left eye -- you described something

3    about flesh coming out of your eye.  Was that something

4    that was happening after the shooting?

11:46:30  5    A.    That -- because -- that happened because the

6    fragments went into my eye, and I had -- I had fragments

7    all over my face.  At one point my face was bleeding and

8    squirting blood as if it was like one of those -- you

9    know, I would compare it to, you know, the watering cans

11:46:49 10    that has the squirting water.  I could see my own face

11    squirting blood.  So there was fragments all over my

12    face and my screen door and things had paint too, and

13    it's an old screen door.  So all the pieces went in

14    there.

11:47:06 15         And they were -- when they did this in the

16    hospital, they had tightened -- they put my head in a

17    clamp.  They had me look to the right side, and they

18    were poking me with needles and poking in there and

19    trying to get the pieces out of my eye as they kept

11:47:21 20    re-sticking me in the flesh to get more pushed out to

21    the point where I started passing out and vomiting, and

22    they had to stop and take me out of the clamp.  And then

23    I had to try to do it one more time, and that was a

24    process of I want to say a couple of hours.

11:47:39 25    Q.    Best estimate, it took them a couple hours to

1    don't think he ever told me, really.

2        Q.    How is it that you first became aware that

3    there were police in your neighborhood that night?

4        A.    Well, at first I heard a helicopter and a

12:00:12 5    siren, and then it went away, and then they came back,

6    and it was so loud the dogs started barking.

7            I told my husband, "Something's not right."

8            And I seen lights throughout the windows.

9            And my husband was already going to get up

12:00:30 10    anyways for work, and he may have been up and went back

11    to bed for a minute.  I don't know.

12            But at that point, I got up, and I was, like,

13    "There's police all around our house, John."

14        Q.    Are you able to estimate how much time passed

12:00:45 15    between when you first heard the helicopter and then you

16    no longer heard it and then you heard it again?

17        A.    It was sleep time.  It could have been any time

18    'cause I was laying in bed, you know, hearing it.  So

19    I'm not exactly sure.

12:01:02 20        Q.    At some point your dogs started barking, there

21    was the helicopter, and then also the lights that you

22    saw?

23        A.    That's when I thought it would be a good time

24    to get up to see what's going on, and I could see in the

12:01:15 25    other rooms 'cause I didn't know what's going on.

1    Q.    Where were you when you heard the helicopter

2    and saw the lights that caused you to get up?

3    A.    I was laying in my bed.

4          I could see the window on my left side -- my

12:01:31    5    back window of my bedroom.  I could see lights there,

6    and I seen them also shining through my kids' window,

7    which I could see through the door that was the opposite

8    side of my bedroom window.  And those windows were going

9    to the front of the house, and I could see lights coming

12:01:48 10    through them.

11    Q.    So can you describe where was your bedroom in

12    the house.

13    A.    If you were walking in the house, on the

14    right side would be a kitchen.  Straight ahead would be

12:01:57 15    a living room, and to the left is a hallway.  First door

16    to the right would be a bathroom.  The second door to

17    the right would be our master bedroom.  Those were the

18    back of the house.  And then the other -- the bedrooms

19    to the left of that hallway was the ones facing the

12:02:14 20    front of the house, and those were -- the first glass is

21    my son's room, and the second glass in the back was my

22    daughter's room.

23    MS. GUSTAFSON:  I'm going to put up a photo of

24    the house that I'm going to mark as Exhibit 40.

25    ///

```
         1            (Defendants' Exhibit 40 was marked

         2            for identification and attached hereto.)

         3   BY MS. GUSTAFSON:

         4       Q.    I'll just ask you some questions about what you

12:02:35 5   just described.

         6            So what I've marked as Exhibit 40, is that the

         7   front of the house that you lived in at the time?

         8       A.    Yes.

         9       Q.    And so your bedroom would have been in the back

12:03:08 10  not pictured from this view?

        11       A.    Correct.

        12       Q.    So if we're going left to right, this first

        13   window here -- that would be Annabelle's bedroom window?

        14       A.    Correct.

12:03:22 15      Q.    And then the next window would be John Junior's

        16   bedroom window?

        17       A.    Correct.

        18       Q.    And then it looks like the next area is where

        19   the door would be?

12:03:31 20      A.    Yeah.   There's an indented part.   That's our

        21   door -- the door and then you go through

        22   (indiscernible) --

        23            THE REPORTER:  I'm sorry?

        24            THE WITNESS:  There's an indented part.  So it

12:03:42 25  kind of goes in a little, and then there's our door --
```

92

0275

1  and your son go with you to the kitchen?

2      A.    Safer.  Safer there.

3      Q.    At this point had you seen anything that was

4  going on outside other than the reflection from the

12:06:21  5  lights?

6      A.    No.

7      Q.    And then when you moved into the kitchen, did

8  you see anything that was going on outside your house?

9      A.    I seen the lights all -- all my windows of the

12:06:34 10  whole house, and I didn't know at first where anything

11  was.

12         I just heard a helicopter and then dogs

13  barking.  Kids were in the kitchen area now at that

14  point looking through the window, and I was still

12:06:50 15  assessing the situation, making sure that, you know, I'm

16  looking and see what else there is something.  There's a

17  lot of police so I didn't -- I didn't understand really

18  what was going on right away.

19     Q.    Did you ever look outside the kitchen window to

12:07:03 20  see what was going on outside?

21     A.    Yeah.

22         I seen -- out the kitchen window, I seen that

23  there was a car broken in the street and a lot of police

24  presence.

12:07:14 25     Q.    When you say "a car broken in the street," how

95

0276

1   did you know the car was broken?

2        A.    I just seen the rims sitting on the ground.

3   The rim of the tire.

4        Q.    Can you describe the car that you saw.  What

12:07:29   5   type of car was it?

6        A.    I think it was just a white SUV.

7        Q.    Did you see if -- when you were first in the

8   kitchen with Annabelle and John Jr., could you tell

9   whether there was anybody inside of the car?

12:07:43   10        A.    I didn't get to look that good of it.  You

11   couldn't see.  There was a glare from the light that's

12   the streetlight that's above, and between all of the

13   police lights, it wasn't exactly something that I could

14   see that well.  I knew there was somebody in there.  I

12:07:59   15   couldn't tell you how many people (indiscernible) --

16             THE REPORTER:  I couldn't tell what?

17             THE WITNESS:  I couldn't tell how many people

18   were in there.

19             THE REPORTER:  Make sure you keep your voice

12:08:12   20   up, please.

21             THE WITNESS:  I'm sorry.

22   BY MS. GUSTAFSON:

23        Q.    When you say there was a lot of police

24   presence, describe for me what you're seeing out of your

12:08:19   25   kitchen window that you're calling "police presence."

96

```
 1    from back there.  I don't know how many.  I just seen
 2    the lights coming from back there.  So I went back
 3    there.
 4        Q.    Okay.  Let me stop you for a minute.  I want to
 5    pull up a photo that may help clarify this.
 6            So I'm going to pull up Exhibit -- I'm going to
 7    call it Exhibit 41.
 8            (Defendants' Exhibit 41 was marked
 9            for identification and attached hereto.)
10    BY MS. GUSTAFSON:
11        Q.    So this is an aerial view of your residence,
12    and so this area back here is your backyard?
13        A.    Right.
14        Q.    And so what you're saying is this -- this first
15    intersection behind your house -- that's where you saw
16    police?
17        A.    Right.
18            So I didn't know what was going on.  It was --
19    there was a lot more police there than it shows, it
20    seemed like, and it seemed like there was more.  But --
21    yeah.  There was a lot of police back there and a lot of
22    lights.  So I had to go with what my instincts told me
23    to say, okay, there might be something going on back
24    there.
25        Q.    Okay.  And so when you're in the kitchen, can
```

Time stamps:
12:09:46 (line 5)
12:09:56 (line 10)
12:10:26 (line 15)
12:10:38 (line 20)
12:10:51 (line 25)

98

1    Q.    I'm sorry?

2    A.    -- at the light.

3        I only remember an officer at the pole.  That's

4  the only thing I noticed that there was an officer

12:18:59  5  standing at the pole of the streetlight.

6    Q.    Okay.  So where we've got this utility pole on

7  the corner --

8    A.    Yeah.  Yeah.

9    Q.    -- there was an officer outside of the vehicle

12:19:09  10  near this pole?

11    A.    Yes.

12    Q.    Okay.  So I just want to focus on vehicles now.

13  We've got police vehicles that you saw behind the house

14  at the intersection.  Police vehicles behind the SUV.

12:19:20  15  Anywhere else you saw police vehicles before the

16  shooting?

17    A.    That's the only way I could see anything in the

18  other direction.  I had my cars in the way.  So the only

19  thing I seen going down that way was lights.  So I don't

12:19:34  20  know if -- what kind of police -- I know that the other

21  direction there was also police officer lights somehow

22  there 'cause I seen the flashing.  I just couldn't see

23  the vehicle.

24    Q.    When you say "other direction," I'm not clear

12:19:46  25  what you're talking about.

106

0279

1     A.    I actually just experienced the shots.  There

2   was no time before that I heard shots.

3     Q.    **And then where were you in your house when you**

4   **first experienced something that you later realized was**

12:55:27  5   **a shooting?**

6     A.    I was walking towards the front entrance, and I

7   was shoving my daughter into the kitchen.  My son was

8   supposed to be behind me.  That was literally right

9   after he was supposed (indiscernible) --

12:55:40 10              THE REPORTER:  That was what?

11              THE WITNESS:  That was right after -- that was

12   right after he was supposed to save his game, and he

13   followed me out.

14              I remember my husband and I just together

12:55:52 15   flying backwards.  We both flew backwards because my

16   entrance to my house and the kitchen entrance are in the

17   same corner.

18              So my daughter went behind me into the kitchen,

19   my son was behind me period, and my husband was in front

12:56:10 20   of me by the door.

21   BY MS. GUSTAFSON:

22     Q.    **So you've got -- at the point when everything**

23   **happens, your -- best of your recollection, your**

24   **daughter is in the kitchen; true?**

12:56:23 25     A.    She is in the kitchen, yes.  She is in the

127

1    kitchen on the ground because I pushed her.  She heard

2    something.  She dropped.  That's how fast.  It was

3    seconds.

4        Q.    But before she -- before you get injured, your

12:56:35  5    daughter is in the kitchen?

6        A.    Before I got injured, she managed to listen and

7    go in the kitchen, but not all the way.  She was at the

8    doorway.  So when I walked down the hallway, I had to

9    shove her the rest of the way.

12:56:48  10       Q.    So she's at the doorway, and you shove her into

11    the kitchen?

12       A.    Yeah.

13             She's, like -- there's, like, a doorway to the

14    kitchen.  I just kind of wanted to make sure she's in

12:56:56  15   it, you know, because I'm behind her, and Johnny is

16    supposed to be right behind me.

17       Q.    Okay.  So Annabelle is either somewhere near

18    the door or shoved into the kitchen when the shooting

19    starts?

12:57:08  20       A.    Yeah.

21             Let me explain it a little better.  When we

22    come down the hallway, it makes -- we go right to our

23    front door, and that's also, like, the entrance.  That's

24    where the opening to the kitchen is.  It's, like, if you

12:57:21  25   were to come into my house --

128

| | | |
|---|---|---|
| | 1 | Q.    I've seen the pictures.  I'm aware of where |
| | 2 | things are, ma'am. |
| | 3 | A.    Okay. |
| | 4 | Q.    I'm just trying to figure out where you all |
| 12:57:31 | 5 | were when the shooting started. |
| | 6 | A.    Right there at the corner where the both the |
| | 7 | openings are for the kitchen and the entrance of the |
| | 8 | door. |
| | 9 | Q.    So if you're facing the door, Annabelle's to |
| 12:57:44 | 10 | the left of you because she's in the kitchen area? |
| | 11 | A.    Right. |
| | 12 | Q.    And your husband is in front of you? |
| | 13 | A.    Yes. |
| | 14 | Q.    And your son is somewhere behind you? |
| 12:57:53 | 15 | A.    Somewhere behind me. |
| | 16 | Q.    And in terms of your front door, you described |
| | 17 | the front door that has the windows.  You also have a |
| | 18 | security screen door; true? |
| | 19 | A.    Yes. |
| 12:58:08 | 20 | Q.    And from the time that you realized there were |
| | 21 | police in your neighborhood until the time you were |
| | 22 | injured, did anybody ever go outside of your house in |
| | 23 | the front yard or front entry area that you're aware of? |
| | 24 | A.    I know nobody went outside for a fact. |
| 12:58:34 | 25 | Q.    And during -- from the time that you first saw |

129

0282

1    Q.    Can you tell me anything that you heard any

2   officer say prior to the shooting.

3    A.    I heard one time Hector's name being hollered

4   out of a loud speaker, but that's one time, and I don't

01:03:46  5   remember exactly when in the time it was, but it was

6   throughout the whole entire time the helicopter was

7   there and the one time -- it had to be more further in

8   to the incident because my dogs finally stopped barking.

9    Q.    So, best of your recollection, at some point

01:04:04 10   during this incident you heard the name "Hector" being

11   stated over the loudspeaker?

12    A.    That's it, yeah.

13    Q.    Do you recall anything else any officer said at

14   any time before the shooting other than hearing "Hector"

01:04:19 15   over the PA?

16    A.    No.

17    Q.    Before the shooting, did any police officers

18   have any communications with your family?

19    A.    No.

01:04:44 20    Q.    And now going back to the time of the shooting,

21   how was it that you realized you were injured?

22    A.    I was squirting blood out of my face, and I

23   literally thought I had minutes left.  So I hurried up

24   and had my daughter call 911.  I called 911.  I don't

01:05:03 25   know why.  And I -- I thought I was going to die because

1    you have insurance at that time?

2        A.    No.

3            We were -- a lawyer paid for the surgery at

4    that point, and, like, put the money in -- I don't know

01:44:50  5    how that's called -- what is the name for that.

6        Q.    Is it called a lien?

7        A.    That's it.

8        Q.    So you were able to pay for the back surgery

9    and the neck surgery because you had a lien, and that if

01:45:02 10    you got money from a lawsuit, that lien would be paid?

11        A.    That's correct.

12        Q.    Did you ever consider taking John Jr. to the

13    hospital and asking the doctor to put the money on a

14    lien?

01:45:15 15        A.    I didn't know that was an option I had.  I have

16    no clue that that was an option.

17        Q.    Have you ever spoken to any members of Hector's

18    family about your lawsuit?

19        A.    Never.

01:45:29 20        Q.    Have you ever spoken to any of his family

21    members at all?

22        A.    I don't even know them.  I never spoke to them.

23        Q.    Have you ever learned anything outside of

24    conversations with your attorney about what happened

01:45:49 25    prior to Hector's vehicle ending up out in front of your

168

0284

1    **house?**

2    **A.    No.**

3    **Q.    Do you have any idea what happened that caused**

4    **there to be an incident between Mr. Puga and law**

01:46:03    5    **enforcement other than conversations with your**

6    **attorneys?**

7    **A.    I still don't know everything.  I still -- no,**

8    **I didn't.  And I still don't know everything because**

9    **it's none of my business.**

01:46:19    10    **Q.    You referred to slander on the Internet that**

11    **you're dealing with.  What were you talking about there?**

12    A.    Well, what happened is every news department

13    and TV channel, whatever, made an article about us, and

14    people were coming out of the woodwork.

01:46:36    15        You know, I was a manager before so I hire and

16    fire people, and some people are not too happy when I

17    let them go because they lost a deposit on the way to

18    the bank.  Okay?  Stuff like that.  So these people

19    would -- not to say that those are the people, but I

01:46:50    20    have had people in the past that are not exactly happy

21    with my decisions with them that came out of the

22    woodwork.

23        So I got to the point where I did read not any

24    of the social media.  I couldn't even look at it no more

01:47:00    25    because it was so derogatory.  And people were making up

0285

```
 1                      CERTIFICATION

 2                           OF

 3              CERTIFIED SHORTHAND REPORTER

 4

 5          The undersigned certified shorthand reporter

 6   of the state of California does hereby certify:

 7          That the foregoing deposition was taken before

 8   me at the time and place therein set forth, at which

 9   time the witness was duly sworn by me; that the

10   testimony of the witness and all objections made at the

11   time of the deposition were recorded stenographically by

12   me and thereafter transcribed, said transcript being a

13   true copy of my shorthand notes thereof.

14          In witness whereof, I have subscribed my name

15   this date January 1, 2025.

16

17

18

19               SANDRA I. SCHOETTLIN

20               Certificate No. 8308

21

22

23

24

25
```

220



EXHIBIT

40



EXHIBIT

41