# EXHIBIT R

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JONATHAN WAYNE BOTTEN, SR.; TANJA DUDEK-BOTTEN; ANNABELLE BOTTEN; AND J.B., A MINOR BY AND THROUGH HIS GUARDIAN JONATHAN WAYNE BOTTEN, SR., | ) ) ) ) ) ) |
| Plaintiffs, | ) CASE NO. ) 5:23-CV-00257-KK- ) (KSHKX) |
| vs. | ) ) |
| STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; ISAIAH KEE; MICHAEL BLACWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; AND DOES 1-10, INCLUSIVE, | ) ) ) ) ) ) |
| Defendants. | ) ) |

VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

ANNABELLE BOTTEN

DECEMBER 16, 2024

REPORTED BY SANDRA NALLEY, CSR NO. 13607

1

0290

```
 1                    UNITED STATES DISTRICT COURT

 2                   CENTRAL DISTRICT OF CALIFORNIA

 3

     _____
 4                                              )
     JONATHAN WAYNE BOTTEN, SR.; TANJA          )
 5   DUDEK-BOTTEN; ANNABELLE BOTTEN; AND        )
     J.B., A MINOR BY AND THROUGH HIS           )
 6   GUARDIAN JONATHAN WAYNE BOTTEN, SR.,       )
                                                )
 7                                              ) CASE NO.
                            Plaintiffs,         ) 5:23-CV-00257-KK-
 8                                              ) (KSHKX)
                     vs.                        )
 9                                              )
     STATE OF CALIFORNIA; COUNTY OF             )
10   SAN BERNARDINO; ISAIAH KEE; MICHAEL        )
     BLACWOOD; BERNARDO RUBALCAVA; ROBERT       )
11   VACCARI; JAKE ADAMS; AND DOES 1-10,        )
     INCLUSIVE,                                 )
12                                              )
                            Defendants.         )
13   _____)

14

15   VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF ANNABELLE

16   BOTTEN, taken remotely on Monday, December 16, 2024, at

17   2:47 p.m., before Sandra Nalley, Certified Shorthand

18   Reporter, CSR No. 13607.

19

20

21

22

23

24

25
```

2

```
1                     A P P E A R A N C E S:

2

3    FOR THE PLAINTIFFS:

4              LAW OFFICES OF DALE K. GALIPO
               BY:  HANG LE, ESQ.
5                   (Appearing via videoconference)
               21800 Burbank Blvd., Suite 310
6              Woodland Hills, California 91367
               818.347.3333
7              Hlee@galipolaw.com

8

     FOR THE DEFENDANTS MICHAEL BLACKWOOD, BERNARDO RUBALCAVA,
9    AND STATE OF CALIFORNIA:

10             OFFICE OF THE DEPUTY ATTORNEY GENERAL
               BY:  DIANA ESQUIVEL, ESQ.
11                  (Appearing via videoconference)
               1300 I Street, Suite 125
12             Sacramento, California 94222
               916.210.7320
13             Diana.esquivel@doj.ca.gov

14   FOR THE DEFENDANTS COUNTY OF SAN BERNARDINO,
     ROBERT VACCARI AND JAKE ADAMS:
15
               LYNBERG & WATKINS
16             BY:  SHANNON L. GUSTAFSON, ESQ.
                    (Appearing via videoconference)
17             1100 W. Town & Country Road, Suite 1450
               Orange, California 92868
18             714.937.1010
               Sgustafson@lynberg.com
19

20   ALSO PRESENT:

21             JOSE FONTAO, VIDEOGRAPHER

22

23

24

25
```

3

| | | |
|---|---|---|
| 02:48 | 1 | THE VIDEOGRAPHER:  Good afternoon. |
| 02:48 | 2 | This is the video deposition of |
| 02:48 | 3 | Annabelle Botten, taken remotely on Monday, December 16th |
| 02:48 | 4 | in the year 2024.  We're here in the matter of Jonathan |
| 02:48 | 5 | Wayne Botten, Sr. et al. vs. State of California et al., |
| 02:48 | 6 | Case No. 5:23-CV-00257-KK-(SHKX).  This case is being |
| 02:48 | 7 | heard in the United States District Court for the Central |
| 02:48 | 8 | District of California. |
| 02:48 | 9 | My name is Jose Fontao, legal videographer |
| 02:48 | 10 | contracted through Dean Jones Legal Videos, Inc. of |
| 02:48 | 11 | Los Angeles and Santa Ana, California.  This deposition |
| 02:48 | 12 | is commencing at 2:48 p.m. |
| 02:48 | 13 | Would all present please identify themselves, |
| 02:48 | 14 | beginning with the deponent.  Go ahead, Ms. Botten. |
| 02:48 | 15 | THE WITNESS:  Hi.  My name is Annabelle Marie |
| 02:48 | 16 | Botten.  I don't know what else I'm supposed to say. |
| 02:48 | 17 | MS. GUSTAFSON:  That's it.  You're doing great. |
| 02:48 | 18 | Shannon Gustafson for the County defendants. |
| 02:48 | 19 | MS. ESQUIVEL:  Diana Esquivel for the State |
| 02:48 | 20 | defendants, appearing from Sacramento. |
| 02:48 | 21 | MS. LE:  Hang Le on behalf of the deponent, |
| 02:48 | 22 | Annabelle Botten, and the plaintiffs. |
| 02:49 | 23 | THE VIDEOGRAPHER:  And would the court reporter |
| | 24 | please administer the oath. |
| | 25 | /// |

**Jilio-Ryan Court Reporters**
**ph. 714.424.9902  info@jilioryan.com**

|  |  |  |
|---|---|---|
| | 1 | ANNABELLE M. BOTTEN, |
| | 2 | having been first duly sworn, testified as follows: |
| | 3 | |
| | 4 | EXAMINATION |
| | 5 | BY MS. GUSTAFSON: |
| 02:49 | 6 | **Q.    Have you ever gone by any name other than** |
| 02:49 | 7 | **Annabelle Marie Botten?** |
| 02:49 | 8 | A.    No, ma'am. |
| 02:49 | 9 | **Q.    Have you ever had your deposition taken before?** |
| 02:49 | 10 | A.    No. |
| 02:49 | 11 | **Q.    I'm sorry?** |
| 02:49 | 12 | A.    No, ma'am.  Not that I'm aware of. |
| 02:49 | 13 | **Q.    Since this is the first you've ever done this,** |
| 02:49 | 14 | **we're going to just go ahead and go over some of the** |
| 02:49 | 15 | **rules and what's going to be happening today just to make** |
| 02:49 | 16 | **sure we're all on the same page.** |
| 02:49 | 17 | **So do you understand that the oath that was** |
| 02:49 | 18 | **just administered to you by the court reporter is the** |
| 02:49 | 19 | **same oath as if you were testifying in court with a judge** |
| 02:49 | 20 | **and jury present and that you have an obligation here to** |
| 02:49 | 21 | **tell the truth?** |
| 02:49 | 22 | A.    Yes, ma'am. |
| 02:49 | 23 | **Q.    Is there any reason that you cannot tell us the** |
| 02:49 | 24 | **truth today, for example, you're on medication that makes** |
| 02:50 | 25 | **it hard for you to think straight, you didn't get enough** |

6

| | | |
|---|---|---|
| 03:29 1 | | February 17th, 2021? |
| 03:29 2 | A. | When I was woken up by my mother. |
| 03:29 3 | Q. | And where were you when your mother woke you |
| 03:29 4 | | up? |
| 03:29 5 | A. | In my bed. |
| 03:29 6 | Q. | I assume you were sleeping? |
| 03:29 7 | A. | Yes, ma'am. |
| 03:29 8 | Q. | And what was it that your mother did that woke |
| 03:29 9 | | you up? |
| 03:29 10 | A. | She had yelled for me to wake up. |
| 03:30 11 | Q. | Did she yell anything else? |
| 03:30 12 | A. | No. |
| 03:30 13 | Q. | What -- what manner -- how did she appear to |
| 03:30 14 | | you when she was yelling? |
| 03:30 15 | A. | Scared. |
| 03:30 16 | Q. | Why do you say she was scared? |
| 03:30 17 | A. | The tone of her voice. |
| 03:30 18 | Q. | And what is the next thing that you recall? |
| 03:30 19 | A. | Getting up. |
| 03:30 20 | Q. | And what happened after you got up? |
| 03:30 21 | A. | I walked to the living room. |
| 03:30 22 | Q. | Do you recall what your mother was saying when |
| 03:30 23 | | she woke you up? |
| 03:30 24 | A. | No. |
| 03:30 25 | Q. | How did you know that your mother waking you up |

42

03:32  1     Q.    And you say you saw everyone go into the

03:32  2   kitchen.  Who's everyone?

03:32  3       A.    My mom and my little brother.

03:32  4       Q.    Do you know where your dad was?

03:33  5       A.    No.

03:33  6       Q.    And so you went into the kitchen to join your

03:33  7   mom and your little brother?

03:33  8       A.    Yes.

03:33  9       Q.    And from the kitchen, could you see what was

03:33 10   going on outside?

03:33 11       A.    Yes, from the kitchen window I could.

03:33 12       Q.    And what did you see going on outside?

03:33 13       A.    I just saw the red and blue flashing lights and

03:33 14   then I saw the vehicle.

03:33 15       Q.    When you say the -- you saw the vehicle, what

03:33 16   vehicle are you referring to?

03:33 17       A.    The -- the white vehicle that was involved with

03:33 18   the -- the high-speed chase.

03:33 19       Q.    And how did you know that there was a

03:33 20   high-speed chase?

03:33 21       A.    I had read about it -- or I don't know if I --

03:33 22   exactly if I had read about it or where I even -- I can't

03:33 23   remember if I learned about it on Facebook or TikTok or

03:33 24   whatever, but I had remembered seeing -- hearing about

03:33 25   there was a high-speed chase on the freeway and that the

| | | |
|---|---|---|
| 03:37 1 | Q. | Could you make out how many police vehicles |
| 03:37 2 | were outside of the residence? | |
| 03:37 3 | A. | No. |
| 03:37 4 | Q. | Where were the vehicles located? |
| 03:37 5 | A. | Behind his vehicle. |
| 03:37 6 | Q. | Behind the white vehicle that you saw? |
| 03:37 7 | A. | Yes, ma'am. |
| 03:37 8 | Q. | Can you give me any estimate as to how many |
| 03:37 9 | police vehicles were behind Mr. Puga's vehicle? | |
| 03:37 10 | A. | No. |
| 03:37 11 | Q. | Did you see police vehicles anywhere other than |
| 03:37 12 | behind Mr. Puga's vehicle prior to the shooting? | |
| 03:37 13 | A. | No. |
| 03:37 14 | Q. | When you looked out the kitchen window this |
| 03:37 15 | first time, did you see any police officers outside of | |
| 03:37 16 | their vehicles? | |
| 03:37 17 | A. | No. |
| 03:37 18 | Q. | During this time that you looked at the -- |
| 03:37 19 | through the kitchen window, did you see anybody exit the | |
| 03:37 20 | vehicle? | |
| 03:37 21 | A. | No. |
| 03:37 22 | Q. | How long were you in the kitchen looking out |
| 03:38 23 | the window this first time? | |
| 03:38 24 | A. | I would say maybe, like, five minutes. |
| 03:38 25 | Q. | And then what is the next thing you recall? |

49

04:04  1        A.    Yes, ma'am.

04:04  2        Q.    Is there any reason you cannot continue to be

04:04  3    truthful with us today?

04:04  4        A.    No.

04:04  5        Q.    When you walked up to Mr. Puga's body, was

04:04  6    there any -- you already told me there was nobody else

04:04  7    around.  Was there any type of crime scene tape or cover

04:04  8    or anything else around him?

04:04  9        A.    No.

04:04 10        Q.    And how long after your parents -- your brother

04:04 11    and your mom left in ambulances did you walk over to the

04:04 12    body?

04:04 13        A.    Give or take five minutes.

04:04 14        Q.    Did you see where any other law enforcement

04:05 15    officers were at this time?

04:05 16        A.    No.

04:05 17        Q.    How did you learn that the individual's name

04:05 18    was Hector?

04:05 19        A.    I don't remember how I learned.  I just know

04:05 20    that that was his name.

04:05 21        Q.    Do you recall hearing officers call him Hector

04:05 22    on that night?

04:05 23        A.    No, I do not remember.

04:05 24        Q.    I believe you told me your memory ends after

04:05 25    you look out the kitchen window and picks up again when

04:05  1    you see blood on your mom.  Is that fair to say?  I'm

04:05  2    sorry?

04:05  3         A.    Yes.

04:05  4         Q.    And so I want to go to your next memory, which

04:05  5    is you seeing blood on your mom.  Where were you when you

04:06  6    saw this?

04:06  7         A.    I was on the floor.

04:06  8         Q.    On the floor where?

04:06  9         A.    Between the front door and the kitchen.

04:06 10         Q.    Do you know how you got on the floor?

04:06 11         A.    No.

04:06 12         Q.    Do you know if you sustained any injuries by

04:06 13    going to the floor?

04:06 14         A.    No.

04:06 15         Q.    Where was your mom when you saw her?

04:06 16         A.    She was just standing there screaming.

04:06 17         Q.    Standing where?

04:06 18         A.    In between the -- she was, like, basically

04:06 19    where I was standing, so -- well, like, she was in front

04:06 20    of me, so she was in that walkway, and she -- like, it

04:06 21    was, like, where the carpet started in my living room and

04:06 22    where we had our china hutch in our house.

04:06 23         Q.    And where did you see the blood?

04:06 24         A.    It was coming out of her face.

04:06 25         Q.    Could you see what part of her face?

```
04:30   1    like, five minutes later.
04:30   2         Q.    Before the shooting, do you recall there being
04:31   3    a helicopter?
04:31   4         A.    No.
04:31   5         Q.    Before the shooting, do you remember any
04:31   6    officers on scene giving any commands or talking to your
04:31   7    family at all?
04:31   8         A.    Not that I can remember, no.
04:31   9         Q.    And after your grandparents arrived, what's the
04:31  10    next thing that you recall?
04:31  11         A.    I remember the officer, he was, like -- I don't
04:31  12    know who he was, but he was really young.  He was really
04:31  13    nice.  And I remember asking if he wanted coffee because
04:31  14    he looked really stressed and he looked really tired too.
04:31  15              And my grandparents were just trying to, like,
04:31  16    figure out, like, what was going on, like -- like, they
04:31  17    were in shock themselves and I was just trying to sit
04:31  18    there and just trying to, like, you know, calm everything
04:31  19    down, trying to make light of a horrible situation that
04:31  20    just happened because I didn't know what else to do, and
04:31  21    I was trying to keep myself from panicking.
04:32  22         Q.    Did you ever go to the hospital at any time?
04:32  23         A.    No.
04:32  24         Q.    So when was the next time that you saw your
04:32  25    dad?
```

83

```
 1    I, SANDRA NALLEY, Certified Shorthand Reporter for the

 2    State of California, do hereby certify:

 3

 4    That the witness in the foregoing deposition was by me

 5    first duly sworn to testify to the truth, the whole truth

 6    and nothing but the truth in the foregoing cause; that

 7    the deposition was taken by me in machine shorthand and

 8    later transcribed into typewriting, under my direction,

 9    and that the foregoing contains a true record of the

10    testimony of the witness.

11

12    Dated:    This 30th day of December, 2024, at Temecula,

13    California.

14

15

16

17

18    _____
                        SANDRA NALLEY
19                      CSR NO. 13607

20

21

22

23

24

25
```

121

0301

```
 1   CASE NAME: BOTTEN VS. STATE OF CALIFORNIA

 2   WITNESS NAME: ANNABELLE BOTTEN

 3   DATE TAKEN: December 16, 2024

 4                  TRANSCRIPT ERRATA SHEET

 5   The reasons for making changes are as follows:

 6       1.  To clarify the record;
         2.  To conform to the facts;
 7       3.  To correct major transcription errors.
     _____
 8   PAGE LINE CORRECTION & REASON

 9   _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21

22   _____  _____

23   Signature of Deponent          Date

24

25
```

122

0302