# EXHIBIT S

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WAYNE BOTTEN, SR.; TANJA DUDEK-BOTTEN; ANNABELLE BOTTEN; AND J.B., A MINOR BY AND THROUGH HIS GUARDIAN JONATHAN WAYNE BOTTEN, SR., | ) CASE NO. 5:23-CV-00257-KK-(SHKx) |
| PLAINTIFFS, | ) |
| VS. | ) |
| STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; AND DOES 1-10, INCLUSIVE, | ) |
| DEFENDANTS. | ) |

VIDEOTAPED DEPOSITION OF:

JONATHAN WAYNE BOTTEN JR.

DECEMBER 13, 2024, 3:31 P.M.

REPORTED BY:

SANDRA I. SCHOETTLIN

C.S.R. NO. 8308

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JONATHAN WAYNE BOTTEN, SR.; TANJA DUDEK-BOTTEN; ANNABELLE BOTTEN; AND J.B., A MINOR BY AND THROUGH HIS GUARDIAN JONATHAN WAYNE BOTTEN, SR.,

PLAINTIFFS,

VS.

STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; AND DOES 1-10, INCLUSIVE,

DEFENDANTS.

CASE NO. 5:23-CV-00257-KK-(SHKx)

Videotaped Deposition of JONATHAN WAYNE BOTTEN JR., taken on behalf of the Defendants County of San Bernardino, Robert Vaccari, Jake Adams, Via Zoom Video Conferencing, commencing at 3:31 p.m., Friday, December 13, 2024, before Sandra I. Schoettlin, C.S.R. No. 8308.

APPEARANCES OF COUNSEL:

FOR THE PLAINTIFFS:

LAW OFFICES OF DALE K. GALIPO
By: Hang Le, Esq.
21800 Burbank Boulevard
Suite 310
Woodland Hills, California 91367
(818)347-3333
Hlee@galipolaw.com

FOR THE DEFENDANTS COUNTY OF SAN BERNARDINO, ROBERT VACCARI, JAKE ADAMS:

LYNBERG & WATKINS
By: Shannon L. Gustafson, Esq.
1100 Town & Country Road
Suite 1450
Orange, California 92868
(714)937-1010
sgustafson@lynberg.com

FOR THE DEFENDANTS MICHAEL BLACKWOOD, BERNARDO RUBALCAVA, STATE OF CALIFORNIA:

OFFICE OF THE ATTORNEY GENERAL
By: Diana Esquivel,
Deputy Attorney General
1300 I Street
Suite 125
Sacramento, California 94222
(916)210-7320
Diana.Esquivel@doj.ca.gov

THE VIDEOGRAPHER:

Jose Fontao

Friday, December 13, 2024, 3:31 p.m.

Via Zoom Video Conferencing

03:32:00 THE VIDEOGRAPHER: Good afternoon. This is the video deposition of Jonathan Botten taken remotely on Friday, December 13th, in the year 2024.

We are here in the matter of Jonathan Wayne Botten Sr. {sic}, et al., versus State of California, et al. Case No. 5:23-CV-00257-KK-(SHKx). This case is
03:32:27 being heard in the United States District Court for the Central District of California.

My name is Jose Fontao, legal videographer, contracted through Dean Jones Legal Videos, Inc., of Los Angeles and Santa Ana, California.

03:32:44 This deposition is commencing at 3:32 p.m.

Would all present please identify themselves beginning with the deponent.

Go ahead, Mr. Botten.

THE WITNESS: Jonathan Wayne Botten Jr.

03:32:56 MS. GUSTAFSON: Shannon Gustafson for the County defendants.

MS. ESQUIVEL: Good afternoon. Diana Esquivel on behalf of the State defendants appearing from Sacramento.

03:33:06 MS. LE: Hang Le on behalf of the deponent

Jonathan Botten -- Wayne Botten Jr. and the plaintiff.

THE VIDEOGRAPHER: Would the court reporter please administer the oath.

JONATHAN WAYNE BOTTEN JR.,
having been first duly sworn,
was examined and testified as follows:

EXAMINATION

03:33:29 BY MS. GUSTAFSON:

**Q. Have you ever used any name other than Jonathan Wayne Botten Jr.?**

A. No.

**Q. Have you ever had your deposition taken before?**

03:33:40 A. Yes.

**Q. When was that?**

A. I can't remember the exact date, but it was when I was in a car accident.

**Q. Do you remember how old you were when you**
03:33:51 **were -- when you took your deposition the last time?**

A. No.

**Q. Do you know how old you were when you were in the car accident?**

A. No.

03:34:00 **Q. Are you able to estimate?**

**with your deposition?**

A. No.

**Q. Did you review any documents, video, audio recordings, anything like that to prepare for your testimony today?**

03:37:20 A. Yes.

**Q. What did you review?**

A. I reviewed my audio when I was in the hospital.

**Q. And that was a recording of a statement you gave detectives while you were in the hospital?**

03:37:30 A. Yes.

**Q. Did you review anything else to prepare for today other than that audio recording?**

A. No.

03:37:39 **Q. How many times did you listen to the audio recording?**

A. Once.

**Q. When was the last time that you listened to it?**

A. Yesterday.

03:37:48 **Q. What time yesterday?**

A. Seven o'clock p.m.

**Q. Was there anything when you listened to that audio recording that you think was inaccurate based on your memory today?**

03:38:03 A. I know I got his name wrong. I think I called

him Pedro, and I know his actual name was Hector. Last name was Puga.

03:38:21 **Q. Other than getting the individual's name wrong, is there anything else when you listened to the recording that you said to yourself, "Hey, that's not right. I don't know why I said that"? Anything along those lines?**

A. No.

03:38:33 **Q. When did you learn that the individual that the police were dealing with was named Hector?**

A. After the hospital I found out.

**Q. Did you ever hear any of the officers calling him Hector before you were shot?**

A. Yes.

03:38:47 **Q. And how did you -- how did that happen?**

A. Through the intercom from the cops.

**Q. Did you hear them yell his name voices, or were they using some kind of PA system or both?**

A. They were -- they were yelling his name out.

03:39:06 **Q. What is your date of birth?**

A. July 18th, 2006.

**Q. And my understanding, from talking to your mom earlier, is that you're in your senior year of high school?**

03:39:25 A. Yes.

A. I saw the cop cars and a white SUV.
**Q. Can you describe the white SUV for me.**
A. He had black rims. There was a white I believe a Dodge -- the older one. He had black rims.
03:55:08 **Q. Did you notice anything about whether the vehicle had any type of damage to it?**
A. His front right tire was flat.
**Q. When you looked outside your window, was the white SUV already stopped?**
03:55:25 A. Yes.
**Q. Did you ever see the white SUV move?**
A. No.
**Q. Did you ever hear the occupant of the vehicle trying to start the engine or rev the engine after it**
03:55:36 **stopped?**
A. Yes.
**Q. And where were you when you heard that?**
A. My room.
**Q. And when you saw the SUV, did you see any**
03:55:47 **police cars?**
A. Yes.
**Q. And where were the police cars when you saw them when you were looking out your bedroom window?**
A. Behind the car.
03:55:56 **Q. How many police cars did you see behind the**

**SUV?**

A. I can't recall.

**Q. Are you able to estimate?**

A. Maybe six. Maybe more.

03:56:07 **Q. So your best estimate is that when you looked out your bedroom window, you saw six, possibly more, police cars behind the SUV?**

A. Yes.

**Q. Did all of these police vehicles have their**

03:56:23 **overhead lights on -- the blue and red lights?**

A. Yes.

**Q. Did they also have their headlights on?**

A. I can't remember.

**Q. Did the overhead lights make it difficult for**

03:56:33 **you to see what was going on outside when you looked out of your bedroom window?**

A. At first, yes.

**Q. When you were -- when you looked out your bedroom window and you saw the SUV and the police cars,**

03:56:48 **did you see anybody outside of the cars?**

A. No.

Oh, I think some of the cop cars were next to -- I think some of the cops were next to the cop cars that they drove in.

03:57:01 **Q. Do you recall how many police officers you saw**

**outside of their cars when you first looked out your bedroom window?**

A. It's -- I saw two behind him with their doors open.

03:57:15 **Q. So you saw two officers outside of the car?**

A. Yes.

**Q. Could you tell what agency they were from?**

A. No.

**Q. Do you remember what their uniforms looked like? And I'm referring to just the two officers that you saw when you first looked out of your bedroom window.**

03:57:31

A. I think burgundy, like, tan.

**Q. How long were you looking out your bedroom window?**

03:57:49

A. Twenty, thirty minutes, maybe. I'm not sure.

**Q. At some point did your mom have you leave your bedroom?**

A. Yes.

03:58:02 **Q. Were you looking out the window for 20 to 30 minutes before your mom had you leave the bedroom?**

A. Yes.

**Q. What did you see happen in those 20 to 30 minutes?**

03:58:14 A. Nothing.

They were just standing there.
Q. So you just saw the officers standing there and the individual -- or strike that.
During those 20 to 30 minutes that you were watching, could you tell whether there was anybody in the SUV?
A. Yes.
Q. How many people?
A. Two.
Q. And where were they located inside the SUV?
A. The passenger and front seat.
Q. In those 20 to 30 minutes that you were watching before your mom made you leave your bedroom, did you ever see anybody exit the SUV?
A. No.
Q. Is it your recollection that the entire 20 to 30 minutes that you were watching, the driver and the passenger were still in the vehicle?
A. Yes.
Q. Could you hear any words being exchanged by the officers -- or strike that.
Did you hear any commands being given by the officers to the occupants of the vehicle?
A. They were telling Hector to get out of the car.
Q. Were they calling him Hector at this point?

A. Yes.

**Q. How many times did you hear the officers tell Hector to get out of the car while you were still in your bedroom for those 20 to 30 minutes?**

03:59:38 A. I don't remember.

**Q. Was it a lot?**

A. Yes.

**Q. And were they yelling it?**

A. Yes.

03:59:47 On the speaker of their car.

**Q. In those 20 to 30 minutes that you watched when the officers were telling Hector to get out of the car, did he ever get out of the car?**

A. No.

03:59:58 **Q. Other than hearing the officers yell for Hector to get out of the car and seeing two officers standing by a police vehicle, did you see the officers do anything else in those 20 to 30 minutes when you were first looking out of your bedroom window?**

04:00:16 A. No.

**Q. And where do you go when your mom has you leave your bedroom?**

A. She made me go towards the kitchen towards the -- it's, like -- it's, like, the front door and then the kitchen, and then all of it in the middle.

04:00:30

**Q. And from the location where your mom had you go in the hallway area, could you see outside?**
A. Yes.
**Q. And how are you able to see outside from that location?**
04:00:43
A. Pretty well.
There's, like, a little side window where you can see outside the front door.
**Q. That's what I'm asking.**
04:00:55
**When you were in that hallway, what window are you looking out of to see outside?**
A. The front door.
**Q. The front door window?**
A. Yeah.
04:01:02
**Q. And how far back from the front door were you when you were looking outside?**
A. I can't give an estimate.
**Q. Do you know if you were inches? A foot? Ten feet?**
04:01:18
A. Maybe four feet.
**Q. And was -- when you were in the hallway after your mom got you out of your room after those first 20 to 30 minutes and you're looking outside, is the front door open?**
04:01:34
A. No.

**Q. And when you're playing video games in your room, is your back facing the window, or are you facing towards the window?**
A. My back's facing the window.
04:09:54 **Q. So if you're playing the video game, can you see anything that's going on outside?**
A. No.
**Q. Do you remember ever seeing anything going on outside between the police and Hector after you went** 04:10:08 **back to your room to play video games while you were still in your room?**
A. No, not in that time period.
**Q. At some point did you leave your room again?**
A. Yes.
04:10:19 **Q. And why was that?**
A. My mom told me to get out of my room.
**Q. Did she tell you why she wanted you out of the room?**
A. It was unsafe 'cause how big my window was.
04:10:32 **Q. And that's something she said that night?**
A. Yes.
**Q. And where did you go when your mom said this to you?**
A. I went back in the same spot I was in the
04:10:43 hallway.

**Q. When you returned to this spot in the hallway, was the screen door still shut?**

A. Yes.

**Q. Was the front door still shut?**

04:10:55 A. Yes.

**Q. And this second time that you're in the hallway, did you ever get closer to the door than -- or strike that.**

**Let's put the photo back up. It's helpful.**

04:11:09 **We're going to put 43 back up on the screen.**

**Now, this would be the second time that you're in the general area of where 4- -- Exhibit 43 shows?**

A. I was a little bit closer. I was more next to the chair. Maybe more back.

04:11:37 **Q. Actually, it looks like there might be two chairs, or is that first one a table -- that one with the plant?**

A. That's also a chair. I'm talking about the one with the tow hitch.

04:11:48 **Q. Okay. So before when you were in the hallway, you were even with this chair that looks like it's got a -- I can't tell if it's a doorknob or something on it in the far right corner?**

A. Yeah.

04:12:00 **Q. Do you think -- and then the second time in the**

A. Yes.
**Q. Okay. When you first became aware of the helicopters and the sirens and what was going on, did you wake up on your own, or did your mother come and wake you up and make you aware of what was happening outside?**
A. I woke up on my own.
**Q. Okay. Do you remember if it was the sirens from the patrol vehicles that woke you up or if it was the helicopter overhead that woke you up?**
A. It was the lights of the police vehicles.
**Q. Okay. At any time did you hear any announcement from the helicopter? Could you make out if they were saying anything?**
A. I can't recall. No.
**Q. Okay. Do you recall if there were any announcements from the patrol vehicles other -- that were not directed at Hector meaning --**
A. No.
**Q. -- did you ever hear, like, any police announce "stay inside your houses"?**
A. I can't recall.
**Q. Did -- during the entire incident, did anybody come to your home and tell you to stay indoors?**
A. No.

Q. Based on what you could hear from the communications between -- because you said you could hear Hector coughing, I'm assuming at times you could also hear what the police were ordering him to do?

05:30:16 A. Yes.

Q. Okay. At any time, based on what you were seeing and hearing, could you figure out what it was that the police were planning to do to get Hector out of the car?

05:30:29 A. No.

Q. Were -- at any time did you see your father get ready for work?

A. Yes.

Q. Did you hear him say that he was going to go to work?

05:30:43

A. Yes.

Q. Okay. Did you have -- did you ask him not to leave the house because of what was transpiring outside your house?

05:30:54 A. No.

Q. Did your dad seem to have any concerns about leaving the house?

A. No.

Q. Did your mom say anything to your dad that you heard that -- that showed any concern that she might

05:31:09

**My other question was it was something that your mother testified to that she believes that you still have some kind of either fragments of bullet or other shrapnel in your chest; is that correct? Is that your understanding?**

05:49:57

A. I believe so 'cause that's probably why my chest acts the way it does from irritation.

**Q. Okay. Do you recall any of the doctors at Loma -- Loma Linda telling you that they couldn't take all the fragments out of your chest?**

05:50:17

A. I don't recall.

**Q. Okay. Do you recall them ever telling you that you still had pieces of metal in your chest?**

A. No. I don't remember.

05:50:28

**Q. Okay. So just your understanding -- your own belief, your belief is that the lesions -- or your mom described them as boils -- that you're getting on your chest -- you also believe it's because there's remaining metal somewhere in your torso?**

05:50:52

A. That or the irritation from the bullet.

**Q. Okay. Well, do you believe you still have parts of bullet in you?**

A. Yes. I'm not sure, though.

**Q. Okay. And that's just your own belief? It's not something that someone told you?**

05:51:10

A. Yes.

I get -- I get really bad pain there. That's why 'cause I believe there's something trying to come out.

05:51:23 **Q. Okay. I think -- oh.**

**And as far as the photos, can you provide those to your counsel, and then we'll just make sure we get them from your attorney?**

A. Yes.

05:51:34 MS. ESQUIVEL: And I think that's all the questions I have. Thank you very much for your time.

MS. GUSTAFSON: I have a follow-up.

FURTHER EXAMINATION

05:51:40 BY MS. GUSTAFSON:

**Q. Maybe I missed it. What is the name of the medication that you were taking?**

A. It's called doxy- -- I'm dyslexic so it's kind of hard. Doxycycline hyc. I can show you on the

05:51:56 camera, if that will help.

**Q. Sure. Okay. Perfect. Thank you.**

**Then the photos that you found on your phone -- can you tell me the dates that they were taken.**

A. Okay. I took a screenshot of them 'cause I

05:52:17 didn't want to look through my phone to find them again.

CERTIFICATION
OF
CERTIFIED SHORTHAND REPORTER

The undersigned certified shorthand reporter of the state of California does hereby certify:

That the foregoing deposition was taken before me at the time and place therein set forth, at which time the witness was duly sworn by me; that the testimony of the witness and all objections made at the time of the deposition were recorded stenographically by me and thereafter transcribed, said transcript being a true copy of my shorthand notes thereof.

In witness whereof, I have subscribed my name this date January 3, 2025.

Sandra I. Schoettlin

SANDRA I. SCHOETTLIN
Certificate No. 8308