# EXHIBIT U

0328

## CLAIM AGAINST COUNTY OF SAN BERNARDINO
### *(CLAIM FORM MUST BE FILLED OUT PROPERLY OR CLAIM WILL BE RETURNED WITHOUT FILING)*

**DATE:** April 6, 2021

Claim is hereby made against the treasury of the County of San Bernardino, State of California, as follows:

- Less than $10,000 – State the total amount claimed $    $50,000,000.00
- More than $10,000 – Check one of the boxes:
  - ☐ Municipal Court Jurisdiction ($10,000 - $25,000)    ☒ Superior Court Jurisdiction ($25,001 and up)

Claimant makes the following statements in support of the claim:

1. Name of Claimant:    Tanja      Dudek-Botten 760-914-5068
        *First*      *Middle*      *Last*      *(Area Code and Phone No.)*

2. Address of Claimant:    17994 Catalpa Street      Hesperia      92395
        *Street*      *City*      *Zip Code*

   Gender:   x   Male   x   Female   Date of Birth: 10/21/77   SS#: 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
        ***(The information Requested is Mandatory if Presenting a Claim for Bodily Injury)***

3. Notices concerning claim should be sent to:
   Law Offices of William D. Shapiro    893 East Brier Dr., San Bernardino, CA 92408    909-890-1000
      *Name*      *Address*      *Zip Code*      *(Area Code and Phone No.)*

4. Circumstances giving rise to claim are as follows:    SEE ATTACHED

5. Date, Time and Place (city, street, cross-street) damage occurred and nature thereof:
   2/17/21 at approximately 4:00 a.m., 17994 Catalpa Street, Hesperia, CA 92395

6. Public property and/or public officers or employees causing injury, damage or loss:
   San Bernardino County Sheriff's Department

7. Name, address and telephone number of witnesses:

8. Basis of computation of claimed amount is as follows: Victim suffered a gunshot with residual damages and injuries unknown at this time.

   Medical expenses to date    Unknown at this time      Loss wages    Unknown at this time
   Estimated future medical expenses   Unknown at this time    General damages   $50,000,000.00
   Other expenses    Unknown at this time      Property damage   Unknown at this time
   Other damages    Unknown at this time

   *Claimant or Representative (Signature)*

**RETURN COMPLETED FORM TO:**
Risk Management Division – County of San Bernardino, State of California      Office: (909) 386-8631
222 W. Hospitality Lane, 3rd Floor      Fax:    (909) 382-3212
San Bernardino, CA 92415-0016

Revised 9-2011

## Attachment to Government Claim Form - Tanja Dudek-Botten

### Circumstances giving rise to claim are as follows:

On or about February 17, 2021, various police agencies including the California
Highway Patrol were in pursuit of, and apprehending an alleged suspect at or
about the roadways near the home of claimants. There were shots fired by the
police agency employees. Respondent with family members were at their home
located at 17994 Catalpa Street, Hesperia, CA 92395. The bullets shot and fired in
the course of the pursuit and apprehension struck claimant resulting in serious
injuries and damage.  At the present time of presenting this claim, claimants have
not been provided with any investigation from any law enforcement entity and
claimant reserves the right to provide additional information. Claimant is
confident this law enforcement entity is well aware of the shooting incident above
described and has a great amount of information as to the circumstance that
occurred that led to the damage or injury.