# EXHIBIT V

Case 5:23-cv-00257-KK-SHK   Document 84-27   Filed 01/30/25   Page 1 of 3   Page ID #:1200

# CLAIM AGAINST COUNTY OF SAN BERNARDINO
*(CLAIM FORM MUST BE FILLED OUT PROPERLY OR CLAIM WILL BE RETURNED WITHOUT FILING)*

**DATE:** April 6, 2021

Claim is hereby made against the treasury of the County of San Bernardino, State of California, as follows:

- Less than $10,000 – State the total amount claimed $    $50,000,000.00
- More than $10,000 – Check one of the boxes:
  - ☐ Municipal Court Jurisdiction ($10,000 - $25,000)
  - ☒ Superior Court Jurisdiction ($25,001 and up)

Claimant makes the following statements in support of the claim:

1. **Name of Claimant:** Annabelle (First) _____ (Middle) Botten (Last)   442-230-5777 (Area Code and Phone No.)

2. **Address of Claimant:** 17994 Catalpa Street (Street), Hesperia (City), 92395 (Zip Code)

   **Gender:** ___ Male  _X_ Female   **Date of Birth:** 9/18/03   **SS#:** _____
   ***(The information Requested is Mandatory if Presenting a Claim for Bodily Injury)***

3. Notices concerning claim should be sent to:
   Law Offices of William D. Shapiro (Name)   893 East Brier Dr., San Bernardino, CA 92408 (Address/Zip Code)   909-890-1000 (Area Code and Phone No.)

4. Circumstances giving rise to claim are as follows: **SEE ATTACHED**

5. Date, Time and Place (city, street, cross-street) damage occurred and nature thereof:
   2/17/21 at approximately 4:00 a.m., 17994 Catalpa Street, Hesperia, CA 92395

6. Public property and/or public officers or employees causing injury, damage or loss:
   San Bernardino County Sheriff's Department

7. Name, address and telephone number of witnesses: _____

8. Basis of computation of claimed amount is as follows: Victim suffered a gunshot with residual damages and injuries unknown at this time.

   - Medical expenses to date: Unknown at this time
   - Estimated future medical expenses: Unknown at this time
   - Other expenses: Unknown at this time
   - Other damages: Unknown at this time
   - Loss wages: Unknown at this time
   - General damages: $50,000,000.00
   - Property damage: Unknown at this time

   *Claimant or Representative (Signature)*

**RETURN COMPLETED FORM TO:**
Risk Management Division – County of San Bernardino, State of California
222 W. Hospitality Lane, 3rd Floor
San Bernardino, CA 92415-0016

Office: (909) 386-8631
Fax: (909) 382-3212

Revised 9-2011

0332

## Attachment to Government Claim Form - Annabelle Botten

### Circumstances giving rise to claim are as follows:

On or about February 17, 2021, various police agencies including the California Highway Patrol were in pursuit of, and apprehending an alleged suspect at or about the roadways near the home of claimants. There were shots fired by the police agency employees. Respondent with family members were at their home located at 17994 Catalpa Street, Hesperia, CA 92395. The bullets shot and fired in the course of the pursuit and apprehension struck claimant resulting in serious injuries and damage. At the present time of presenting this claim, claimants have not been provided with any investigation from any law enforcement entity and claimant reserves the right to provide additional information. Claimant is confident this law enforcement entity is well aware of the shooting incident above described and has a great amount of information as to the circumstance that occurred that led to the damage or injury.