# EXHIBIT BB

JONATHAN WAYNE BOTTEN SR, ET AL. vs STATE OF CALIFORNIA, ET AL.
Michael Blackwood on 11/04/2024

```
 1                  UNITED STATES DISTRICT COURT

 2                  CENTRAL DISTRICT OF CALIFORNIA

 3

 4   JONATHAN WAYNE BOTTEN, SR.; TANIA             )
     DUDEK-BOTTEN; ANNABELLE BOTTEN; and           )
 5   J.B., a minor by and through his              )
     guardian JONATHAN WAYNE BOTTEN, SR.,          )
 6                                                 )
                     Plaintiffs,                   )
 7                                                 )
                     vs.                           ) Case No.
 8                                                 ) 5:23-CV-00257-JGB-SHK
     STATE OF CALIFORNIA; COUNTY OF SAN            )
 9   BERNARDINO; ISAIAH KEE; MICHAEL               )
     BLACKWOOD; BERNARDO RUBALCAVA; ROBERT         )
10   VACCARI; JAKE ADAMS; and DOES 1-10,           )
     inclusive,                                    )
11                                                 )
                     Defendants.                   )
12   _____       )

13

14

15

16            REMOTE VIDEOCONFERENCE DEPOSITION OF

17                     MICHAEL BLACKWOOD

18                  MONDAY, NOVEMBER 4, 2024

19

20

21

22

23   Reported Stenographically By:

24   Jinna Grace Kim, CSR No. 14151

25   Job No.:  112646
```

JONATHAN WAYNE BOTTEN SR ET AL. vs STATE OF CALIFORNIA, ET AL.
Michael Blackwood on 11/04/2024

0435

JONATHAN WAYNE BOTTEN SR, ET AL. vs STATE OF CALIFORNIA, ET AL.
Michael Blackwood on 11/04/2024

Page 2

```
 1                    UNITED STATES DISTRICT COURT

 2                    CENTRAL DISTRICT OF CALIFORNIA

 3

 4    JONATHAN WAYNE BOTTEN, SR.; TANIA           )
      DUDEK-BOTTEN; ANNABELLE BOTTEN; and         )
 5    J.B., a minor by and through his            )
      guardian JONATHAN WAYNE BOTTEN, SR.,        )
 6                                                )
                      Plaintiffs,                 )
 7                                                )
                      vs.                         ) Case No.
 8                                                ) 5:23-CV-00257-JGB-SHK
      STATE OF CALIFORNIA; COUNTY OF SAN          )
 9    BERNARDINO; ISAIAH KEE; MICHAEL             )
      BLACKWOOD; BERNARDO RUBALCAVA; ROBERT       )
10    VACCARI; JAKE ADAMS; and DOES 1-10,         )
      inclusive,                                  )
11                                                )
                      Defendants.                 )
12    _____)

13

14

15

16            The remote videoconference deposition of MICHAEL

17    BLACKWOOD, taken on behalf of the Plaintiffs, beginning at

18    2:09 p.m., and ending at 4:00 p.m., on Monday, November 4,

19    2024, before Jinna Grace Kim, Certified Stenographic

20    Shorthand Reporter No. 14151.

21

22

23

24

25
```

0436

**JONATHAN WAYNE BOTTEN SR, ET AL. vs STATE OF CALIFORNIA, ET AL.**
**Michael Blackwood on 11/04/2024**

Page 3

```
1   APPEARANCES OF COUNSEL:

2

    For the Plaintiffs:
3
            LAW OFFICES OF DALE K. GALIPO
4           BY:  DALE K. GALIPO, ESQ.
            BY:  HANG D. LE, ESQ.
5           21800 Burbank Boulevard, Suite 310
            Woodland Hills, California 91367
6           Tel:  818-347-3333
            Fax:  818-347-4118
7           E-mail:  dalekgalipo@yahoo.com
            E-mail:  hle@galipolaw.com
8

9   For the Defendants:

10          DEPUTY ATTORNEY GENERAL
            BY:  DIANA ESQUIVEL, ESQ.
11          1300 I Street, Suite 125
            P.O. Box 944255
12          Sacramento, California 94244
            E-mail:  diana.esquivel@doj.ca.gov
13

14          LYNBERG & WATKINS
            BY:  SHANNON L. GUSTAFSON, ESQ.
15          1100 W. Town & Country Road, Suite 1450
            Orange, California 92868
16          E-mail:  sgustafson@lynberg.com

17

18   Also Present:  Plaintiffs (previously stated on the record)

19

20

21

22

23

24

25
```

0437

**JONATHAN WAYNE BOTTEN SR, ET AL. vs STATE OF CALIFORNIA, ET AL.**
**Michael Blackwood on 11/04/2024**

```
                                                          Page 4
 1                         INDEX

 2    WITNESS:                                          PAGE

 3    MICHAEL BLACKWOOD

 4      BY: MR. GALIPO                                     5

 5      BY: MS. GUSTAFSON                                 50

 6      BY: MS. ESQUIVEL                                  50

 7      BY: MR. GALIPO                                    59

 8

 9                        EXHIBITS

10    MARKED FOR IDENTIFICATION                         PAGE

11    Exhibit 1              Photograph Previously Marked 12

12    Exhibit 6              Photograph 544              16

13    Exhibit 5              Photograph                  27

14

15

16

17

18

19

20

21

22

23

24

25
```

0438

JONATHAN WAYNE BOTTEN SR, ET AL. vs STATE OF CALIFORNIA, ET AL.
Michael Blackwood on 11/04/2024

Page 5

```
1                          CALIFORNIA

2                   MONDAY, NOVEMBER 4, 2024

3                          2:09 P.M.

4                   MICHAEL BLACKWOOD,

5   called as a witness on behalf of the Plaintiffs, having been

6   first duly sworn remotely via videoconference, was examined

7   and testified as follows:

8                          EXAMINATION

9   BY MR. GALIPO:

10       Q.   Can you please state your full name and spell it for

11   the record.

12       A.   Michael Blackwood.

13       Q.   Are you able to hear me okay so far?

14       A.   I am, yes.

15       Q.   Who do you currently work for?

16       A.   I'm a registered nurse in the City of Apple

17   Valley.

18       Q.   Nice.  How long have you been doing that for?

19       A.   I graduated this year in February and got hired in

20   June.  So since June of this year.

21       Q.   And when did you first go to nursing school?

22       A.   I -- it was -- I graduated in February.

23            It was about a 22-months program.  So I don't

24   know what the month was, but about 22 months before that.

25       Q.   At some point did you go to the police academy?
```

**JONATHAN WAYNE BOTTEN SR, ET AL. vs STATE OF CALIFORNIA, ET AL.**
**Michael Blackwood on 11/04/2024**

Page 10

1    representatives in your prior shooting that happened three

2    months earlier?

3        A.    Melanie Weaver was, yes.

4        Q.    Okay.  She was there as a representative in your

5    statement in the prior shooting as well?

6        A.    Yes.

7        Q.    Now, in this case that we're here to talk about with

8    Mr. Puga, how many shots did you fire?

9        A.    After like reviewing the final report, I fired 20

10    shots.

11        Q.    And what type of weapon did you fire the shots

12    from?

13        A.    It was a AR-15.

14        Q.    And was that in a automatic or semiautomatic mode at

15    the time?

16        A.    Semiautomatic.

17        Q.    So you have to press the trigger each time?

18        A.    Yes.

19        Q.    So to fire 20 shots, essentially you have to press

20    the trigger 20 times?

21        A.    Yes.

22        Q.    And what type of ammunition?

23              Is it 223?

24        A.    223, yes.

25        Q.    Did you hear any shots being fired before you fired

0440

JONATHAN WAYNE BOTTEN SR, ET AL. vs STATE OF CALIFORNIA, ET AL.
Michael Blackwood on 11/04/2024

JONATHAN WAYNE BOTTEN SR, ET AL. vs STATE OF CALIFORNIA, ET AL.
Michael Blackwood on 11/04/2024

Page 12

1    Q.   Did you have a partner that night?

2    A.   I did.

3    Q.   And who was your partner?

4    A.   Officer Rubalcava.

5    Q.   Okay.

6         MR. GALIPO:  Hang, could we show Exhibit 1 from the

7    last deposition, please.

8         (Exhibit 1 was marked for identification.)

9  BY MR. GALIPO:

10   Q.   Are you able to see that on your screen?

11   A.   I am.

12   Q.   The white vehicle, was that Mr. Puga's vehicle?

13   A.   Yes.

14   Q.   And would the white vehicle be facing northbound?

15   A.   Yes.

16   Q.   And the patrol vehicle that's facing northbound in

17   the southbound lane, that would be your vehicle?

18   A.   Yes.

19   Q.   And I take it that you're partner was driving the

20   vehicle that shift?

21   A.   I was driving.

22   Q.   You were driving.  And so when you fired, started

23   firing, are you saying you were on the passenger side, or the

24   driver's side of that vehicle?

25   A.   The passenger side.

0441

**JONATHAN WAYNE BOTTEN SR, ET AL. vs STATE OF CALIFORNIA, ET AL.**
**Michael Blackwood on 11/04/2024**

1  Q.   And where on the passenger side were you,

2  approximately?

3  A.   Maybe approximately like one to two feet from the

4  patrol vehicle from the passenger side at the door.

5  Q.   Were you in the "V" of the open door?

6  A.   I believe so, yes.

7  Q.   And where was Mr. Puga when you fired your first

8  shot?

9  A.   He was in front of his vehicle a little bit to the

10  left.

11  Q.   Was he stationary or moving when you fired your

12  first shot?

13  A.   He was -- he wasn't -- he was stationary.

14  Q.   And for how many of your shots was he stationary?

15  A.   I would -- I don't know.  I wouldn't be able to

16  estimate.  I'm not sure.

17  Q.   Do you know if it was more than one or two shots

18  that he was stationary?

19  A.   Again, it would -- it would be a guess on my part.

20  I'm not sure.

21  Q.   Do you recall pepper balls being deployed in the

22  vehicle at some point?

23  A.   Yes.

24  Q.   And do you recall seeing some injury to Mr. Puga

25  while he was still in the vehicle?

0442

**JONATHAN WAYNE BOTTEN SR, ET AL. vs STATE OF CALIFORNIA, ET AL.**
**Michael Blackwood on 11/04/2024**

Page 18

```
1        Q.   Were you generally in the same position for all of
2   your shots?
3        A.   Yes.
4        Q.   So you believe you fired all your shots from within
5   the open "V" on the passenger side of your patrol unit?
6        A.   So I did move out of the "V" sometime during that
7   interaction, but it was a foot to -- no more than two feet
8   away from the "V."
9             So I was generally in the same area, but not always
10  in the "V" of my vehicle.
11       Q.   So at some point when Mr. Puga was in the front of
12  the vehicle, did you notice other officers approaching his
13  position?
14       A.   There was -- yes.
15       Q.   And tell me about that.
16            What CHP officers did you notice approaching?
17       A.   So to the -- Sergeant Kee and Officer Rubalcava were
18  to the left of the patrol vehicle in the south, like west
19  dirt area, and there was two Sheriff's deputies, I believe, a
20  sergeant and the deputy who were approaching towards the
21  lights.
22       Q.   And before the approach did you hear any
23  conversation about the Sheriff's deputies having a Taser
24  available?
25       A.   I don't recall that conversation.
```

0443

**JONATHAN WAYNE BOTTEN SR, ET AL. vs STATE OF CALIFORNIA, ET AL.**
**Michael Blackwood on 11/04/2024**

Page 21

1    Q.    Was your impression that you heard shots before you

2    fired; correct?

3    A.    I did, yes.

4    Q.    You were not the first one to fire, were you?

5    A.    No.

6    Q.    Okay.  And you recall hearing two or three shots

7    before you fired?

8    A.    Correct.

9    Q.    It sounded like they were coming from your left?

10    A.    I can't be certain if all three, two or three shots

11    came from my left, but I did hear at least a shot coming from

12    my left, yes.

13    Q.    And did you see immediately after the shots started,

14    Mr. Puga starting to run away?

15    A.    It wasn't immediately, but seconds after, yes.

16    Q.    And where did you see him running, in which

17    direction?

18    A.    It was in a like northwest direction.

19          So not straight up the road, but he was running

20    north and a little bit to the west.

21    Q.    And were you firing any shots at him while he was

22    running away?

23    A.    I did, yes.

24    Q.    How many shots do you believe you fired as he was

25    running away?

0444

**JONATHAN WAYNE BOTTEN SR, ET AL. vs STATE OF CALIFORNIA, ET AL.**
**Michael Blackwood on 11/04/2024**

JONATHAN WAYNE BOTTEN SR, ET AL. vs STATE OF CALIFORNIA, ET AL.
Michael Blackwood on 11/04/2024

```
 1    A.   Yes.

 2    Q.   Probably close to the middle of the roadway; is that

 3  fair?

 4    A.   Yes.

 5    Q.   So did you fire any shots while from that position

 6  while Mr. Puga was in front of his car?

 7    A.   I fired shots while he was partially in front of his

 8  car.

 9    Q.   Where was he in relation to his car when you started

10  firing?

11    A.   So he was in the front of his car, but I could still

12  see him.  He was in the front towards the driver's side, so I

13  could still see him partially from that side.

14         So he was to the left of his vehicle in the front of

15  his vehicle.

16    Q.   Because you're saying when you started firing, you

17  were firing north or northwest?

18    A.   So when I started firing, it would have been north,

19  like due north.

20    Q.   So for you to be firing due north, Mr. Puga would

21  have just had to clear the front of his vehicle; is that

22  fair?

23    A.   Correct.

24    Q.   And what part of his body were you firing at,

25  initially?
```

0445

**JONATHAN WAYNE BOTTEN SR, ET AL. vs STATE OF CALIFORNIA, ET AL.**
**Michael Blackwood on 11/04/2024**

JONATHAN WAYNE BOTTEN SR, ET AL. vs STATE OF CALIFORNIA, ET AL.
Michael Blackwood on 11/04/2024

1    A.    It was his torso. The top half of his

2    body.

3    Q.    So chest-abdomen?

4    A.    Yes.

5    Q.    Side or back?  Because the torso, obviously, as you

6    know from your law enforcement and nursing experience, is

7    from the waist to the neck; right?

8    A.    Correct.

9    Q.    What part of his torso were you firing at,

10   initially?

11   A.    Side.

12   Q.    Left side or right side?

13   A.    His left side.

14   Q.    And was he turning away and starting to run as you

15   were firing?

16   A.    At this point he was not starting to run away.

17         He was like hunched over.

18   Q.    Was that the hunched over where you thought that he

19   was struck?

20   A.    Correct.

21   Q.    And then you saw him start to run away?

22   A.    Correct.

23   Q.    Started to run away after he was hunched over?

24   A.    Correct.

25   Q.    And then what part of his body were you aiming at as

**JONATHAN WAYNE BOTTEN SR, ET AL. vs STATE OF CALIFORNIA, ET AL.**
**Michael Blackwood on 11/04/2024**

Page 51

1     Q.   Officer, I'm going to call you officer because at

2   that time you were an officer.

3          How was it that you came to be involved in the

4   pursuit of Mr. Puga?

5     A.   I -- so we, me and Officer Rubalcava recognized that

6   vehicle from a description that was given to us at the

7   beginning of our shift where that vehicle was involved in a

8   car-to-car freeway shooting.

9          So that's -- we made a traffic stop on that

10  vehicle.

11    Q.   And what were you told about that earlier

12  incident?

13    A.   We were told that there was a car-to-car shooting

14  involving a white Ford Expedition with black rims that had a

15  yellow sticker in the back windshield that said Funeral, and

16  that that shooting resulted from a road rage incident; that

17  the victim of that shooting followed the Expedition for a

18  little bit, and then lost sight of it, and the officers

19  during the day attempted to locate that vehicle, and they

20  didn't locate the vehicle.

21    Q.   Were you told anything about the suspected driver?

22    A.   Not that I remember, no.

23    Q.   You testified earlier when Mr. Galipo showed you

24  exhibit, and I believe it's either 6 or 5, a photograph and

25  the Bates stamp 544, that was shown to you during your

0447

**JONATHAN WAYNE BOTTEN SR, ET AL. vs STATE OF CALIFORNIA, ET AL.**
**Michael Blackwood on 11/04/2024**

Page 63

```
 1                      CERTIFICATE

 2                          OF

 3          CERTIFIED STENOGRAPHIC SHORTHAND REPORTER

 4

 5          I, JINNA GRACE KIM, CSR No. 14151, a Certified

 6   Stenographic Shorthand Reporter of the State of California,

 7   do hereby certify:

 8          That the foregoing proceedings were taken before me

 9   at the time and place herein set forth;

10          That any witnesses in the foregoing proceedings,

11   prior to testifying, were placed under oath;

12          That a verbatim record of the proceedings was made

13   by me, using machine shorthand, which was thereafter

14   transcribed under my direction;

15          Further, that the foregoing is an accurate

16   transcription thereof.

17          I further certify that I am neither financially

18   interested in the action, nor a relative or employee of any

19   attorney of any of the parties.

20

21          IN WITNESS WHEREOF, I have subscribed my name, this

22   date:  November 4, 2024.

23

24          _____

25          Jinna Grace Kim, CSR No. 14151
```

0448