# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WAYNE BOTTEN, SR.; TANJA DUDEK-BOTTEN; ANNABELLE BOTTEN; and J.B., a minor by and through his guardian JONATHAN WAYNE BOTTEN, SR., <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 1-10 inclusive, <br><br> Defendants. | CASE NO. 5:23-cv-00257-KK-(SHKx) <br><br> *Assigned for All Purposes to:* <br> *Hon. Kenly Kiya Kato– Courtroom #3* <br><br> **[PROPOSED] JUDGMENT GRANTING COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE SUMMARY ADJUDICATION** <br><br> *[Filed Concurrently Defendants' Motion for Summary Judgment; Defendants' Separate Statement of Undisputed Material Facts; Declarations; Exhibits]* <br><br> Date:        March 20, 2025 <br> Time:       9:30 a.m. <br> Courtroom:  3 <br><br> *Trial:  July 28, 2025* <br><br> *Complaint filed:  02/16/23* <br> *FAC filed:  06/08/23* |

---

1

**[PROPOSED] JUDGMENT**

      The arguments having been presented and fully considered, and in accordance with the Court's Order granting Defendants County of San Bernardino, Robert Vaccari, and Jake Adams' Motion for Summary Judgment as to the operative Complaint in 5:23-cv-00257-KK-(SHKx) it is now **ORDERED, ADJUDGED, AND DECREED** that judgment is entered in this action as follows:

      1.    Plaintiffs Jonathan Wayne Botten, Sr., Tanja Dudek-Botten, Annabelle Botten, and J.B. a minor by and through his guardian ad litem, Jonathan Wayne Botten, Sr., shall recover nothing from Defendants County of San Bernardino, Jake Adams, and Robert Vaccari as to Plaintiffs' Fifth Claim for Negligence.

      2.    Plaintiffs Jonathan Wayne Botten, Sr., Tanja Dudek-Botten, Annabelle Botten, and J.B. a minor by and through his guardian ad litem, Jonathan Wayne Botten, Sr., shall recover nothing from Defendants County of San Bernardino, Jake Adams, and Robert Vaccari as to Plaintiffs' Sixth Claim for Negligent Infliction of Emotional Distress.

      3.    Plaintiffs' operative complaint in 5:23-cv-00257-KK-(SHKx) is dismissed as to the County of San Bernardino, Robert Vaccari, and Jake Adams in its entirety.

      4.    Defendants County of San Bernardino, Robert Vaccari, and Jake Adams shall have judged in their favor on Plaintiffs' First Amended Complaint in 5:23-cv-00257-KK-(SHKx).

      5.    Defendants County of San Bernardino, Robert Vaccari, and Jake Adams shall recover their costs as the prevailing party from Plaintiffs pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920 and Local Rule 54.

///

1 **IT IS SO ORDERED**.

2
3 DATED:

4
5
6                 **HON. KENLY KIYA KATO**
                United States District Court Judge