SHANNON L. GUSTAFSON (SBN 228856)
AMY R. MARGOLIES (SBN 283471)
ANITA K. CLARKE (SBN 321015)
LYNBERG & WATKINS 1100 Town & Country Road,
#1450 Orange, California 92868

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WAYNE BOTTEN, SR.: TANJA DUDEK-BOTTEN, et al. <br><br> PLAINTIFF(S) <br><br> v. <br><br> STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO, et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 5:23-cv-00257-KK-(SHKx) <br><br> **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

      Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

The USB drive contains video recordings in support of Defendant County of San Bernardino, Robert Vaccari, and Jake Adams' Motion for Summary Judgment and/or Adjudication:
    -Exhibit A: CHP Sergeant Kee's Dashcam Footage of Incident on February 17, 2021.
    -Exhibit B: Mangerino Neighbor Video from February 17, 2021.
    -Exhibit CC: CHP Officer Blackwood MVARs (AG0811)

**Reason:**

☐    Under Seal
☐    In Camera
☑    Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐    Per Court order dated: _____
☐    Other:

| | |
|---|---|
| January 30, 2025 | Anita K. Clarke |
| Date | Attorney Name |
| | County of San Bernardino, et al. |
| | Party Represented |

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*