ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General
DIANA ESQUIVEL
Deputy Attorney General
State Bar No. 202954
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7320
  Facsimile: (916) 322-8288
  E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendants Blackwood, Kee, and Rubalcava*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| **JONATHAN WAYNE BOTTEN, SR., et al.,**<br><br>              Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>              Defendants. | No. 5:23-cv-257 KK (SHKx)<br><br>**STATE DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date: March 20, 2025<br>Time: 9:30 a.m.<br>Courtroom: 3 (3rd Floor)<br>Judge: Hon. Kenly Kiya Kato<br>Trial Date: July 28, 2025<br>Action Filed: February 17, 2023 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 20, 2025, at 9:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 3 of the above entitled court, before the Honorable Kenly Kiya Kato, Defendants California Highway Patrol Officers Michael Blackwood, Isaiah Kee, and Bernardo Rubalcava will move, under Federal Rule of Civil Procedure 56 and Local Rule 56-1, for summary judgment on the grounds that:

(1) Defendants Kee and Rubalcava used objectively reasonable and necessary force under the totality of the circumstances to overcome decedent Hector Puga's resistance and the immediate threat of seriously bodily injury or death Puga posed to the Defendants and other officers on scene, such that Plaintiffs' claims for excessive force under the Fourth Amendment, battery under California Law, and violation of the California Bane Act fail.

(2) The undisputed evidence shows that Defendants Kee and Rubalcava's use of force during the subject incident with Puga was not directed or intended to be directed at Plaintiffs, such that Plaintiffs' claims under the Fourth and Fourteenth Amendment and for negligence fail.

(3) The undisputed evidence also shows that Defendants Kee and Rubalcava did not confine, or intend to confine, Plaintiffs' movement during the subject incident with Puga, such that Plaintiffs' claims under the Fourteenth Amendment and for negligence fail.

(4) Defendants Kee and Rubalcava are entitled to qualified immunity.

(5) Defendant Blackwood did not owe Plaintiffs a duty of care, therefore Plaintiffs' negligence claims are barred against him.

(5) Defendants Kee and Rubalcava's pre-shooting tactics were reasonable and met the standard of care, such that Plaintiffs' negligence claims against them fail.

(6) Defendants Blackwood, Kee, and Rubalcava are immune from Plaintiffs' negligence claims because Defendants acted in self-defense or in defense of others.

The motion is based on this Notice, the Memorandum of Points and Authorities, the Statement of Uncontroverted Facts, the Declaration of Diana Esquivel, the pleadings, records, and files in this action, and such other matters as may properly come before the Court.

**Informal resolution efforts**. As required under the Court's Standing Order in Civil Actions and Local Rule 7-16, the parties met and conferred prior to the filing of this motion. The undersigned verbally outlined the factual and legal basis for the

motion during the parties' January 22, 2025 telephonic conference. Plaintiffs agreed to dismiss the 42 U.S.C. § 1983 and Bane Act claims against Blackwood. The parties were unable to reach agreement on any of the remaining claims.[1]

Dated:  January 30, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants Blackwood, Kee, and Rubalcava*

SA2023302180
38745555.docx

---

[1] The undersigned will file a stipulation and proposed order for the dismissal of the federal and Bane Act claims against Defendant Blackwood in a few days.