```
ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General
DIANA ESQUIVEL
Deputy Attorney General
State Bar No. 202954
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7320
 Facsimile: (916) 322-8288
 E-mail: Diana.Esquivel@doj.ca.gov
Attorneys for Defendants Blackwood, Kee, and
Rubalcava
```

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| **JONATHAN WAYNE BOTTEN, SR., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | No. 5:23-cv-257 KK (SHKx)<br><br>**DECLARATION OF DIANA ESQUIVEL IN SUPPORT OF STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: March 20, 2025<br>Time: 9:30 a.m.<br>Courtroom: 3 (3rd Floor)<br>Judge: The Honorable Kenly Kiya Kato<br>Trial Date: July 28, 2025<br>Action Filed: February 17, 2023 |

I, Diana Esquivel, declare:

1. I am admitted to practice law in California and before this Court, and am a Deputy Attorney General with the Office of the Attorney General for the State of California, attorneys of record for Defendants California Highway Patrol (CHP) Officers Michael Blackwood, Isaiah Kee, and Bernardo Rubalcava. (State Defendants).

2. Exhibit A is a true and correct copy of an aerial photograph taken from CHP Unit H-82 (bates stamped AG0674). I added text boxes to identify the streets and the locations of decedent Hector Puga's body and other material objects. Other than adding the text boxes and arrows, the photograph has not been altered in any other manner.

3. Exhibit B is a true and correct copy of the Mobile Video Audio Recording System (MVARS), Part 1, from the patrol unit Defendant Kee drove on February 17, 2021.

4. Exhibit C is a true and correct copy of the MVARS, Part 2, from the patrol unit Defendant Kee drove on February 17, 2021.

5. Exhibit D is a true and correct copy of the MVARS, Part 1, from the patrol unit Defendant Blackwood drove on February 17, 2021.

6. Exhibit E is a true and correct copy of the MVARS, Part 2, from the patrol unit Defendant Blackwood drove on February 17, 2021.

7. Exhibit F is a true and correct copy of the MVARS, Part 3, from the patrol unit Defendant Blackwood drove on February 17, 2021.

8. Exhibit G is a true and correct copy of the MVARS, Part 4, from the patrol unit Defendant Blackwood drove on February 17, 2021.

9. Exhibit H is a true and correct copy of the relevant cellphone footage that Edward Mangerino recorded on February 17, 2021, from inside his home and that was produced in discovery as bates stamped COSB001459.

10. Exhibit I is a true and correct copy of the relevant cellphone footage that Erin Mangerino recorded on February 17, 2021, from inside her home and that was produced in discovery as bates stamped COSB001416.

11. Exhibit J is a true and correct copy of the relevant cellphone footage that Betzbeth Gonzalez recorded on February 17, 2021, from inside her home and that was produced in discovery as bates stamped PLAINTIFF 0241.

12. Exhibit K is a true and correct copy of the relevant cellphone footage that Plaintiff Jonathan W. Botten Sr. recorded on February 17, 2021, and that was produced in discovery as bates stamped COSB001469.

13. Exhibit L is a true and correct copy of the relevant portion of the audio recorded interview of Plaintiff Annabelle Botten, conducted on February 17, 2021, at 10:11 a.m. by Detective Hernandez of the San Bernardino County Sheriff's Office. The recording was produced in discovery as bates stamped COSB001379.

14. Exhibit M is a true and correct copy of the relevant portion of the audio recorded interview of Plaintiff Jonathan W. Botten, Sr., conducted on February 17, 2021, at 9:05 a.m. by Detective Hernandez of the San Bernardino County Sheriff's Office. The recording was produced in discovery as bates stamped COSB001391.

15. Exhibit N is a true and correct copy of the CHP Arrest-Investigation Report (CHP 216), No. F03885021, concerning the February 16, 2021 freeway shooting incident allegedly involving decedent Puga.

16. Exhibit O are excerpts of the relevant portions of the transcript of Defendant Kee's deposition testimony, taken on November 5, 2024, in this matter.

17. Exhibit P are excerpts of the relevant portions of the transcript of Defendant Blackwood's deposition testimony, taken on November 4, 2024, in this matter.

18. Exhibit Q are excerpts of the relevant portions of the transcript of Defendant Rubalcava's deposition testimony, taken on November 4, 2024, in this matter.

19. Exhibit R are excerpts of the relevant portions of the transcript of Defendant Deputy Jake Adams' deposition testimony, taken on November 12, 2024, in this matter.

20. Exhibit S are excerpts of the relevant portions of the transcript of third-party witness Edward Mangerino's deposition testimony, taken on November 25, 2024, in this matter.

1  21. Exhibit T are excerpts of the relevant portions of the transcript of third-party witness Tammy Goodson's deposition testimony, taken on November 26, 2024, in this matter.

22. Exhibit U are excerpts of the relevant portions of the transcript of Plaintiff Jonathan W. Botten, Sr.'s deposition testimony, taken on December 16, 2024, in this matter.

23. Exhibit V are excerpts of the relevant portions of the transcript of Plaintiff Tanja Botten's deposition testimony, taken on December 13, 2024, in this matter.

24. Exhibit W are excerpts of the relevant portions of the transcript of Plaintiff Annabella M. Botten's deposition testimony, taken on December 16, 2024, in this matter.

25. Exhibit X are excerpts of the relevant portions of the transcript of minor Plaintiff J.B.'s deposition testimony, taken on December 13, 2024, in this matter.

26. Exhibit Y is a true and correct copy of the Greg Meyer's expert report

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing statements are true and correct.

Dated: January 30, 2025  　　　　　　　　　　　　/s/ *Diana Esquivel*
　　　　　　　　　　　　　　　　　　　　　　　Diana Esquivel

SA2023302180
38745557.docx