Place holder for

# Exhibits B to M

**(audio and video exhibits are being lodged with the court)**