1  ROB BONTA
   Attorney General of California
2  NORMAN D. MORRISON
   Supervising Deputy Attorney General
3  DIANA ESQUIVEL
   Deputy Attorney General
4  State Bar No. 202954
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone: (916) 210-7320
    Facsimile: (916) 322-8288
7   E-mail: Diana.Esquivel@doj.ca.gov
   *Attorneys for Defendants Blackwood, Kee, and Rubalcava*
8

9         IN THE UNITED STATES DISTRICT COURT

10         FOR THE CENTRAL DISTRICT OF CALIFORNIA

11                    RIVERSIDE DIVISION

12

| | |
|---|---|
| **JONATHAN WAYNE BOTTEN, SR., et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **STATE OF CALIFORNIA, et al.,** <br><br> Defendants. | No. 5:23-cv-257 KK (SHKx) <br><br> **STATE DEFENDANTS' NOTICE OF LODGING ELECTRONIC EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** <br><br> Date: March 20, 2025 <br> Time: 9:30 a.m. <br> Courtroom: 3 (3rd Floor) <br> Judge: Hon. Kenly Kiya Kato <br> Trial Date: July 28, 2025 <br> Action Filed: February 17, 2023 |

TO THE COURT, PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, under Local Rule 5-4.2(b)(1) and 11-5.1, Defendants Blackwood, Kee, and Rubalcava (State Defendants) are lodging the non-paper exhibits listed below, with the Court, via submission of a USB flash drive. The exhibits are being submitted in support of the State Defendants' Motion for Summary Judgment (ECF No. 86).

1. Exhibit B: Mobile Video Audio Recording System (MVARS), Part 1, from the patrol unit Defendant Kee drove on February 17, 2021.

2. Exhibit C: MVARS, Part 2, from the patrol unit Defendant Kee drove on February 17, 2021.

3. Exhibit D: MVARS, Part 1, from the patrol unit Defendant Blackwood drove on February 17, 2021.

4. Exhibit E: MVARS, Part 2, from the patrol unit Defendant Blackwood drove on February 17, 2021.

5. Exhibit F: MVARS, Part 3, from the patrol unit Defendant Blackwood drove on February 17, 2021.

6. Exhibit G: MVARS, Part 4, from the patrol unit Defendant Blackwood drove on February 17, 2021.

7. Exhibit H: Cellphone footage that Edward Mangerino recorded on February 17, 2021, bates stamped COSB001459.

8. Exhibit I: Cellphone footage that Erin Mangerino recorded on February 17, 2021, bates stamped COSB001416.

9. Exhibit J: Cellphone footage that Betzbeth Gonzalez recorded on February 17, 2021, bates stamped PLAINTIFF 0241.

10. Exhibit K: Cellphone footage that Plaintiff Jonathan W. Botten Sr. recorded on February 17, 2021, bates stamped COSB001469.

11. Exhibit L: Audio recorded interview of Plaintiff Annabelle Botten, conducted on February 17, 2021, bates stamped COSB001379.

/ / /

/ / /

/ / /

/ / /

/ / /

1 | 12. Exhibit M: Audio recorded interview of Plaintiff Jonathan W. Botten, Sr., conducted on February 17, 2021, bates stamped COSB001391.

Dated: January 31, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants Blackwood, Kee, and Rubalcava*

SA2023302180
38756674.docx