1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

L.C., a minor by and through her guardian *ad litem* Maria Cadena, individually and as successor-in-interest to Hector Puga; I.H., a minor by and through his guardian *ad litem* Jasmine Hernandez, individually and as successor-in-interest to Hector Puga; A.L., a minor by and through her guardian *ad litem* Lydia Lopez, individually and as successor-in-interest to Hector Puga; and ANTONIA SALAS UBALDO, individually;

                    Plaintiffs,

            vs.

STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; S.S.C., a nominal defendant; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 6-10, inclusive,

                    Defendants.

Case No. 5:22-cv-00949-KK-SHK

5:23-CV-257-KK-(SHKx)

*Honorable Kenly Kiya Kato*
*Mag. Judge Shashi H. Kewalramani*

**ORDER GRANTING SIXTH REQUEST AND FOURTH STIPULATION TO MODIFY SCHEDULING ORDER TO CONTINUE EXPERT DISCOVERY CUT-OFF**

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    The Court, having considered the parties' stipulation and good cause having

2    been shown, hereby ORDERS:

3    1.    The parties' request to modify the Scheduling Order to Continue Expert

4    Discovery Cut-Off is GRANTED.

5    2.    The Expert Discovery Cut-Off is continued from March 6, 2025 to

6    March 14, 2025.

7    3.    Due to this instant case being consolidated with *Botten, et al. v. State of*

8    *California, et al.*, (case no. 5:23-cv-00257-KK-SHK) for the limited purposes of

9    discovery, this extension applies to the Expert Discovery Cut-Off in *Botten* as well.

10

11

12    **IT IS SO ORDERED**.

13    DATED:  February 12, 2025    _____

14    HON. KENLY KIYA KATO
      UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28