1  **LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
2  dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
3  hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
4  Woodland Hills, California, 91367
Telephone: (818) 347-3333
5  Facsimile: (818) 347-4118

6  Attorneys for Plaintiffs
JONATHAN WAYNE BOTTEN, SR.,
7  TANJA DUDEK-BOTTEN, ANNABELLE BOTTEN,
AND J.B.

8

9

10

11

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

12  | JONATHAN WAYNE BOTTEN, SR.; | Case No. 5:23-cv-00257-KK-SHK |
TANJA DUDEK-BOTTEN;
13  ANNABELLE BOTTEN; and J.B., a | [Consolidated for purposes of discovery
minor, by and through his guardian | with *Botten, et al. v. State of California,*
14  JONATHAN WAYNE BOTTEN, SR., | *et al.*, Case No. 5:23-cv-00257-KK-
15  | SHK]

Plaintiffs,
16  | *Honorable Kenly Kiya Kato*
| *Mag. Judge Shashi H. Kewalramani*
17  vs.

18  STATE OF CALIFORNIA; COUNTY
19  OF SAN BERNARDINO; ISAIAH | **PLAINTIFFS' EX PARTE**
KEE; MICHAEL BLACKWOOD; | **APPLICATION FOR LEAVE TO**
20  BERNARDO RUBALCAVA; | **FILE A CONSOLIDATED**
ROBERT VACCARI; JAKE ADAMS; | **OPPOSITION TO DEFENDANTS'**
21  and DOES 1-10, inclusive, | **MOTIONS FOR SUMMARY**
| **JUDGMENT, CURRENTLY DUE**
22  | **FEBRUARY 27, 2025, THAT**
Defendants. | **EXCEEDS THE WORD COUNT**
23  | **LIMIT PURSUANT TO LOCAL**
| **RULE 11-6.1**
24

25

26

27

28

I, Hang D. Le, declare as follows:

     1.    I am an attorney duly licensed to practice law in the State of California, and the Central District of California. I make this declaration in support of Plaintiffs' Ex Parte Application for Leave to File a Consolidated Opposition to Defendants' Motions for Summary Judgment, Currently Due February 27, 2025, that Exceeds the Word Count Limit Pursuant to Local Rule 11-6.1. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

     2.    On February 18, 2025, I contacted Defendants State of California, by and through the California Highway Patrol, Michael Blackwood, Isaiah Kee, Bernardo Rubalcava's ("State Defendants") counsel and County of San Bernardino, Robert Vaccari, and Jake Adams' ("County Defendants") counsel in compliance with Local Rule 7-19 through 7-19.1. State Defendants and County Defendants' counsel are:

ROB BONTA, Attorney General of California
CHRISTINE E. GARSKE, Supervising Deputy Attorney General
DIANA ESQUIVEL, Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Facsimile: (916) 322-8288
E-mail: Diana.Esquivel@doj.ca.gov

***Attorneys for Defendants State of California, by and through the California Highway Patrol, Blackwood, Kee, and Rubalcava***

Shannon L. Gustafson, Esq.
Amy R. Margolies, Esq.
LYNBERG & WATKINS
1100 Town & Country Road, Ste. 1450
Orange, CA 92868
Fax: (714) 937-1003
Email: sgustafson@lynberg.com; amargolies@lynberg.com

***Attorneys for Defendant County of San Bernardino, Adams, and Vaccari***

1  State Defendants have indicated that they do not oppose Plaintiffs' Ex Parte

2  Application. County Defendants have indicated that they intend to oppose this Ex

3  Parte Application.

4        3.    On February 18, 2025, I sent an email to County Defendants' counsel

5  and State Defendants' counsel requesting a stipulation for leave to allow Plaintiffs to

6  file a Consolidated Opposition with a word count limit of 14,000 words. County

7  Defendants' counsel indicated that County Defendants would only be agreeable to a

8  Consolidated Opposition of a word count limit of 10,000 words or a higher word

9  count limit in exchange for a reciprocal increase to the word count limit for County

10  Defendants' Reply. I replied, indicating that I could not foresee the Consolidated

11  Opposition being under 10,000 words, given the many separate and distinct

12  arguments made by County Defendants and State Defendants and thus proposed a

13  compromise of 12,000 words for Plaintiffs' Consolidated Opposition. County

14  Defendants' counsel replied and indicated that County Defendants would be willing

15  to agree to a 12,000-word count limit for Plaintiffs' Consolidated Opposition only if

16  Plaintiffs agreed to allow County Defendants a 10,000-word count limit for their

17  Reply. Attached hereto as "**Exhibit 1**" is a true and correct copy of the email chain

18  regarding Plaintiffs' meet and confer efforts and State Defendants' and County

19  Defendants' positions.

20

21  I declare under penalty of perjury under the laws of the State of California and the

22  United States of America that the foregoing is true and correct. Executed this 20th day

23  of January 2025, in Woodland Hills, California.

24

25

26  _____

27  Hang D. Le

28