# Exhibit 1

**Hang Le**

| | |
|---|---|
| **From:** | Shannon Gustafson <sgustafson@lynberg.com> |
| **Sent:** | Thursday, February 20, 2025 10:43 AM |
| **To:** | Hang Le; Diana Esquivel; Amy R. Margolies; Anita K. Clarke |
| **Cc:** | Dale Galipo; Santiago Laurel |
| **Subject:** | RE: Botten/Puga MSJ Oppositions |

Hang,

County Defendants complied with the Word Count in our Motion and significantly parred down and streamlined our legal arguments to do so.  Plaintiff is now seeking a significant additional words and since we have obviously not seen Plaintiff's Opposition we cannot be certain where the legal arguments will be focused. Further, while there will be some divergence between the legal arguments that Plaintiff makes in Opposition  to the County and the State there will also be significant overlap.  As such, Plaintiff's oversized brief especially of 14,000 allows for significantly more space for Plaintiff to make additional legal arguments then was used by the County, given the overlap in both facts and law on a number of issues.

To rectify this we have simply asked that we be afforded additional words in the Reply given the substantial additional words requested by Plaintiff.  I am sorry that we were not able to amicably work this out and we will therefore oppose your request only on the grounds that we simply asked for a slight increase in the word count to the County which Plaintiff refused to consider.

Thanks

SHANNON GUSTAFSON
Off: 714-937-1010    Fax: 714-937-1003



LYNBERG & WATKINS
1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com    www.linkedin.com

---

**From:** Hang Le <hlee@galipolaw.com>
**Sent:** Thursday, February 20, 2025 9:57 AM
**To:** Shannon Gustafson <sgustafson@lynberg.com>; Diana Esquivel <Diana.Esquivel@doj.ca.gov>; Amy R. Margolies <amargolies@lynberg.com>; Anita K. Clarke <aclarke@lynberg.com>
**Cc:** Dale Galipo <dalekgalipo@yahoo.com>; Santiago Laurel <slaurel@galipolaw.com>
**Subject:** RE: Botten/Puga MSJ Oppositions

CAUTION: This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

Unfortunately, we are unable to agree to that. The additional word count for Plaintiffs' consolidated opposition is to account for the separate arguments made by County Defendants and State Defendants. There is no reason

County Defendants would need to exceed the word count when some of the arguments do not apply to County Defendants. We will be filing our ex parte applications either today or tomorrow.

---

**From:** Shannon Gustafson <sgustafson@lynberg.com>
**Sent:** Thursday, February 20, 2025 9:53 AM
**To:** Hang Le <hlee@galipolaw.com>; Diana Esquivel <Diana.Esquivel@doj.ca.gov>; Amy R. Margolies <amargolies@lynberg.com>; Anita K. Clarke <aclarke@lynberg.com>
**Cc:** Dale Galipo <dalekgalipo@yahoo.com>; Santiago Laurel <slaurel@galipolaw.com>
**Subject:** RE: Botten/Puga MSJ Oppositions

Hang,

We are willing to agree to 12,000 words if Plaintiff will stipulate that Defendants may have 10,000 words for the Reply.

Thanks

SHANNON GUSTAFSON
Off: 714-937-1010    Fax: 714-937-1003

LYNBERG & WATKINS
1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com    www.linkedin.com

---

**From:** Hang Le <hlee@galipolaw.com>
**Sent:** Thursday, February 20, 2025 9:46 AM
**To:** Shannon Gustafson <sgustafson@lynberg.com>; Diana Esquivel <Diana.Esquivel@doj.ca.gov>; Amy R. Margolies <amargolies@lynberg.com>; Anita K. Clarke <aclarke@lynberg.com>
**Cc:** Dale Galipo <dalekgalipo@yahoo.com>; Santiago Laurel <slaurel@galipolaw.com>
**Subject:** RE: Botten/Puga MSJ Oppositions

> CAUTION: This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

Shannon,

I agree that the facts will overlap for both and Plaintiffs only need additional words to account for the differences in legal arguments. However, the legal arguments barely overlap between County Defendants and State Defendants. For example, in Botten the only similarities stem from the general arguments regarding Plaintiffs' negligence and negligent infliction of emotional distress claims. State Defendants additionally provide argument regarding whether the Bottens were seized, whether the use of force was excessive, whether there is a viable Fourteenth Amendment claim, whether Plaintiffs may maintain a battery claim, and assert different state law privileges than County Defendants. County Defendants further make an argument regarding compliance with the Government Tort Claim that is not present in the State Defendants' MSJ. Thus, I do not believe allowing Plaintiffs less than half of the additional 7,000 in a combined brief would be sufficient to address all these distinct arguments. Accordingly, I propose a compromise of 12,000 words for the consolidated oppositions. Please let me know if County Defendants are agreeable to this alternative proposal. Otherwise, I intend to file the ex parte applications by the end of the day tomorrow. Thanks.

Best,
Hang

**Hang D. Le, Esq.** | **Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 |
Office: +1.818.347.3333 | Fax: +1.818.347.4118| Email: hlee@galipolaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Shannon Gustafson <sgustafson@lynberg.com>
**Sent:** Wednesday, February 19, 2025 7:22 PM
**To:** Hang Le <hlee@galipolaw.com>; Diana Esquivel <Diana.Esquivel@doj.ca.gov>; Amy R. Margolies <amargolies@lynberg.com>; Anita K. Clarke <aclarke@lynberg.com>
**Cc:** Dale Galipo <dalekgalipo@yahoo.com>; Santiago Laurel <slaurel@galipolaw.com>
**Subject:** RE: Botten/Puga MSJ Oppositions

Hang,

Upon further consideration of this matter, we do not understand why 14,000 words is necessary if this is a combined Opposition. Presumably if these are combined oppositions it is because the facts will be overlapping for both, and therefore you only need the additional words to account for the differences in legal arguments. As such, County Defendants are willing to stipulate to 10,000 words but do not see why the opposition needs to be the size of two with a combined fact section.

Alternatively, Defendants are willing to stipulate to 14,000 words on the condition that Plaintiff agrees to an additional word count for Defendants Reply to account for the oversized briefing.

Please advise if either of these options is agreeable.

Thanks

SHANNON GUSTAFSON
Off: 714-937-1010      Fax: 714-937-1003

LYNBERG & WATKINS
1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com      www.linkedin.com

**From:** Hang Le <hlee@galipolaw.com>
**Sent:** Wednesday, February 19, 2025 4:28 PM
**To:** Diana Esquivel <Diana.Esquivel@doj.ca.gov>; Shannon Gustafson <sgustafson@lynberg.com>; Amy R. Margolies <amargolies@lynberg.com>; Anita K. Clarke <aclarke@lynberg.com>

**Cc:** Dale Galipo <dalekgalipo@yahoo.com>; Santiago Laurel <slaurel@galipolaw.com>
**Subject:** RE: Botten/Puga MSJ Oppositions

CAUTION: This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

Good afternoon all,

Attached please find a draft of the proposed stipulations and orders in Botten and Puga to allow Plaintiffs to file a Consolidated Opposition with a word count not exceeding 14,000 words. Please let me know if you have any changes or alternative proposals to the terms. If not, please reply with your permission to e-sign on your behalf and I will file. Thank you.

Best,
Hang

**Hang D. Le, Esq.** | **Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118| Email: hlee@galipolaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Diana Esquivel <Diana.Esquivel@doj.ca.gov>
**Sent:** Wednesday, February 19, 2025 11:21 AM
**To:** Hang Le <hlee@galipolaw.com>; Shannon Gustafson <sgustafson@lynberg.com>; Amy R. Margolies <amargolies@lynberg.com>; Anita K. Clarke <aclarke@lynberg.com>
**Cc:** Dale Galipo <dalekgalipo@yahoo.com>; Santiago Laurel <slaurel@galipolaw.com>
**Subject:** RE: Botten/Puga MSJ Oppositions

I generally have no objection to plaintiffs' request to exceed the word count for a consolidated opposition in both cases but 14,000 seems a little excessive. I'm just concerned about getting a 60-page P&A in each case and having only a week to prepare the replies. Having said that, I will stipulate. Thanks.

-Diana

Diana Esquivel
Deputy Attorney General
TORT & CONDEMNATION SECTION
Office of the Attorney General
Tel: (916) 210-7320
Fax: (916) 322-8288
Email: Diana.Esquivel@doj.ca.gov

**From:** Hang Le <hlee@galipolaw.com>
**Sent:** Wednesday, February 19, 2025 8:52 AM
**To:** Shannon Gustafson <sgustafson@lynberg.com>; Amy R. Margolies <amargolies@lynberg.com>; Diana Esquivel <Diana.Esquivel@doj.ca.gov>; Anita K. Clarke <aclarke@lynberg.com>
**Cc:** Dale Galipo <dalekgalipo@yahoo.com>; Santiago Laurel <slaurel@galipolaw.com>
**Subject:** RE: Botten/Puga MSJ Oppositions

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

It would be 14,000 for each consolidated MSJ Opposition.

**From:** Shannon Gustafson <sgustafson@lynberg.com>
**Sent:** Tuesday, February 18, 2025 6:15 PM
**To:** Hang Le <hlee@galipolaw.com>; Amy R. Margolies <amargolies@lynberg.com>; Diana Esquivel <Diana.Esquivel@doj.ca.gov>; Anita K. Clarke <aclarke@lynberg.com>
**Cc:** Dale Galipo <dalekgalipo@yahoo.com>; Santiago Laurel <slaurel@galipolaw.com>
**Subject:** RE: Botten/Puga MSJ Oppositions

What is your word count proposal?

Thanks

SHANNON GUSTAFSON
Off: 714-937-1010    Fax: 714-937-1003

LYNBERG & WATKINS
1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com    www.linkedin.com

**From:** Hang Le <hlee@galipolaw.com>
**Sent:** Tuesday, February 18, 2025 4:07 PM
**To:** Shannon Gustafson <sgustafson@lynberg.com>; Amy R. Margolies <amargolies@lynberg.com>; Diana Esquivel <Diana.Esquivel@doj.ca.gov>; Anita K. Clarke <aclarke@lynberg.com>
**Cc:** Dale Galipo <dalekgalipo@yahoo.com>; Santiago Laurel <slaurel@galipolaw.com>
**Subject:** Botten/Puga MSJ Oppositions

**CAUTION:** This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

Good afternoon,

The Botten Plaintiffs intend to file a consolidated opposition to County Defendants and State Defendants' MSJs. We anticipate that the Puga Plaintiffs will file a consolidated opposition to the upcoming MSJs as well. Because there are several issues that differ between County and State, we intend on requesting leave from the Court for the consolidate oppositions to exceed the 7,000 word limit pursuant to L.R. 11-6.1. Please let me know if County Defendants and State Defendants would be willing to stipulate to allow leave for the Botten Plaintiffs' consolidated opposition and the Puga Plaintiffs' consolidated opposition to exceed the 7,000 word limit. If so, I

will send over a proposed stipulation. Otherwise, we intend to file an ex parte application requesting leave from the Court to exceed the word count limit. Thanks.

Best,
Hang

**Hang D. Le, Esq.** | **Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118| Email: hlee@galipolaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.