# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WAYNE BOTTEN, SR.; TANJA DUDEK-BOTTEN; ANNABELLE BOTTEN; and J.B., a minor, by and through his guardian JONATHAN WAYNE BOTTEN, SR.,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:22-cv-00949-KK-SHK<br><br>*Honorable Kenly Kiya Kato*<br>*Mag. Judge Shashi H. Kewalramani*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO FILE A CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT, CURRENTLY DUE FEBRUARY 27, 2025, THAT EXCEEDS THE WORD COUNT LIMIT PURSUANT TO LOCAL RULE 11-6.1** |

# [PROPOSED] ORDER

Having considered the papers filed in support of and in opposition of Plaintiffs' Ex Parte Application for Leave to File a Consolidated Opposition to Defendants' Motions for Summary Judgment, Currently Due February 27, 2025, that Exceeds the Word Count Limit Pursuant to Local Rule 11-6.1, and GOOD CAUSE appearing therefrom, Plaintiffs' Ex Parte Application is hereby GRANTED. Plaintiffs may file a Consolidated Opposition to Defendants' Motions for Summary Judgment with a word count limit of no more than **12,000** words, including headings, footnotes, and quotations but excluding the caption, the table of contents, the table of authorities, the signature block, the certification required by L.R. 11-6.2, and any indices and exhibits.

**IT IS SO ORDERED**.

DATED: _____

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE