**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN WAYNE BOTTEN, SR.; TANJA DUDEK-BOTTEN; ANNABELLE BOTTEN; and J.B., a minor, by and through his guardian JONATHAN WAYNE BOTTEN, SR., <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 5:23-cv-00257-KK-SHKx <br><br> *Honorable Kenly Kiya Kato* <br> *Mag. Judge Shashi H. Kewalramani* <br><br> **ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO FILE A CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT, CURRENTLY DUE FEBRUARY 27, 2025, THAT EXCEEDS THE WORD COUNT LIMIT PURSUANT TO LOCAL RULE 11-6.1** |

# ORDER

Having considered the papers filed in support of and in opposition of Plaintiffs' Ex Parte Application for Leave to File a Consolidated Opposition to Defendants' Motions for Summary Judgment, Currently Due February 27, 2025, that Exceeds the Word Count Limit Pursuant to Local Rule 11-6.1, and GOOD CAUSE appearing therefrom, Plaintiffs' Ex Parte Application is hereby GRANTED. Plaintiffs may file a Consolidated Opposition to Defendants' Motions for Summary Judgment with a word count limit of no more than **12,000** words, including headings, footnotes, and quotations but excluding the caption, the table of contents, the table of authorities, the signature block, the certification required by L.R. 11-6.2, and any indices and exhibits.

**IT IS SO ORDERED**.

DATED: February 20, 2025

_____

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE