Shannon L. Gustafson (SBN 228856)
sgustafson@lynberg.com
Amy R. Margolies (SBN 283471)
amargolies@lynberg.com
Anita K. Clarke (SBN 321015)
aclarke@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, ROBERT VACCARI and JAKE ADAMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WAYNE BOTTEN, SR.; TANJA DUDEK-BOTTEN; ANNABELLE BOTTEN; and J.B., a minor by and through his guardian JONATHAN WAYNE BOTTEN, SR., <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; ISAIAH KEE; MICHAEL BLACWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 1-10 inclusive, <br><br> Defendants. | CASE NO. 5:23-cv-00257-KK-(SHKx) <br><br> *Assigned for All Purposes to:* <br> *Hon. Kenly Kiya Kato– Courtroom #3* <br><br> **NOTICE OF ERRATA AND REQUEST TO CORRECT DOCKET #84-1 COUNTY DEFENDANTS' SEPARATE STATEMENT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION** <br><br> Date: March 20, 2025 <br> Time: 9:30 a.m. <br> Courtroom: 3 <br><br> *Trial: July 28, 2025* <br><br> *Complaint filed: 02/16/23* <br> *FAC filed: 06/08/23* |

1
**NOTICE OF ERRATA RE COUNTY DEFENDANTS' SEPARATE STATEMENT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**

Defendants COUNTY OF SAN BERNARDINO, ADAM JAKE, ROBERT VACCARI (collectively "County Defendants") hereby submit this errata and request to correct Docket Number 84-1 as follows:

On January 30, 2025, Defendants County of San Bernardino, Jake Adams, and Robert Vaccari filed with this Court their Motion for Summary Judgment, or in the Alternative Summary Adjudication (Dkt. 84) and their Separate Statement of Undisputed Material Facts in Support of Motion for Summary Judgment, or Alternatively, Summary Adjudication. (Dkt. 84-1). Shortly thereafter, it was realized that Undisputed Material Fact 30 (UMF 30) in the Separate Statement (Dkt. 84-1) cites to Adams Decl. ¶ 5, Ex. A – Kee MVARs, which is video evidence, inadvertently without citation to a timestamp. The timestamp should be 1:51:00 to 1:51:46 in UMF 30, thus the citation to evidence should be "Adams Decl. ¶ 5, Ex. A – Kee MVARs 1:51:00-1:51:46."

Defense counsel deeply apologizes to this Court and parties for this mistake and any inconvenience this may have caused.

DATED: February 21, 2025

**LYNBERG & WATKINS**
A Professional Corporation

By: */s/ Anita K. Clarke*
Shannon L. Gustafson
Amy R. Margolies
Anita K. Clarke
Attorneys for Defendants, COUNTY OF SAN BERNARDINO, ROBERT VACCARI and JAKE ADAMS