1  ROB BONTA
   Attorney General of California
2  NORMAN D. MORRISON
   Supervising Deputy Attorney General
3  DIANA ESQUIVEL
   Deputy Attorney General
4  State Bar No. 202954
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone: (916) 210-7320
     Facsimile: (916) 322-8288
7    E-mail: Diana.Esquivel@doj.ca.gov
   *Attorneys for Defendants Blackwood, Kee, and*
8  *Rubalcava*

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE CENTRAL DISTRICT OF CALIFORNIA

11                      RIVERSIDE DIVISION

12

13 | **JONATHAN WAYNE BOTTEN, SR., et al.,** | No. 5:23-cv-257 KK (SHKx) |
|---|---|
| Plaintiffs, | **STIPULATION TO DISMISS PLAINTIFFS' FIRST, SECOND, THIRD, AND SIXTH CLAIMS OF THE FIRST AMENDED COMPLAINT AGAINST DEFENDANT MICHAEL BLACKWOOD** |
| v. | |
| **STATE OF CALIFORNIA, et al.,** | |
| Defendants. | Judge:       Hon. Kenly Kiya Kato<br>Trial Date: July 28, 2025<br>FAC Filed: June 8, 2023 |

22     Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 7-1,

23 Plaintiffs Jonathan W. Botten, Sr., Tanja Dudek-Botten, Annabelle Botten, and

24 J.B., and Defendant Michael Blackwood, through their respective attorneys of

25 record, stipulate to the dismissal with prejudice of the First, Second, Third, and

26 Sixth Claims for Relief asserted in Plaintiffs' First Amended Complaint (FAC).

27 / / /

28 / / /

1  Plaintiffs initiated this action against Defendant Blackwood and others on February 16, 2023, and they filed their FAC, the operative complaint, on June 8, 2023. (ECF No. 27.)

In the FAC, the First Claim is for excessive force under 42 U.S.C. § 1983, the Second Claim is for substantive due process under § 1983, the Third Claim is for battery under California law, and the Sixth Claim is for violations of the California Bane Act (Cal. Civ. Code § 52.1).

Defendant Blackwood answered the FAC on September 12, 2023. (ECF No. 53.)

In connection with Defendant Blackwood's intended motion for summary judgment, the parties telephonically met and conferred on January 22, 2025, and continued to meet and confer by e-mail on January 28, 2025, when Plaintiffs agreed to dismiss the First to Third and Sixth Claims against Blackwood.

Based on the parties' informal resolution efforts, the parties agree and request that the First, Second, Third, and Sixth Claims in the FAC be dismissed against Blackwood with prejudice. This stipulation applies only to Defendant Blackwood and to this case. Each party will bear their own costs and attorney's fees as to these claims.

IT IS SO STIPULATED.

Dated:  February 24, 2025                LAW OFFICES OF DALE K. GALIPO

                                         */s/ Hang D. Le*

                                         DALE K. GALIPO
                                         HANG D. LE
                                         *Attorneys for Plaintiffs*

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: February 24, 2025 | ROB BONTA |
| 2 | | Attorney General of California NORMAN D. MORRISON |
| 3 | | Supervising Deputy Attorney General |

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants Blackwood, Kee, and Rubalcava*

SA2023302180
38811420.docx

Pursuant to Local Rule 5-4.3.4, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

Dated: February 24, 2025

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants Blackwood, Kee, and Rubalcava*