IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN W. BOTTEN, SR., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | No. 5:23-cv-0257- KK-SHKx<br><br>**[Proposed] ORDER DISMISSING PLAINTIFFS' FIRST, SECOND, THIRD, AND SIXTH CLAIMS OF THE FIRST AMENDED COMPLAINT AGAINST DEFENDANT MICHAEL BLACKWOOD** |

Based on the parties' stipulated request and under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby dismisses with prejudice the following claims asserted against Defendant Michael Blackwood in the First Amended Complaint:

1. First Claim for Fourth Amendment—Excessive Force (42 U.S.C. § 1983);

2. Second Claim for Substantive Due Process (42 U.S.C. § 1983);

3. Third Claim for Battery; and

4. Sixth Claim for Violation of California Civil Code § 52.1.

This order applies to Defendant Blackwood in this matter only.

1        Each party shall bear their own costs and attorney's fees as to these claims.

2        IT IS SO ORDERED.

3

4    Dated: _____        _____

5                                   Honorable Kenly Kiya Kato
                                     United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28