1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11

12   **JONATHAN W. BOTTEN, SR., et al.,**          No. 5:23-cv-0257- KK-SHKx

13                          Plaintiffs,          **ORDER DISMISSING PLAINTIFFS' FIRST, SECOND, THIRD, AND SIXTH CLAIMS OF THE FIRST AMENDED COMPLAINT AGAINST DEFENDANT MICHAEL BLACKWOOD**

14          **v.**

15   **STATE OF CALIFORNIA, et al.,**

16                          Defendants.

17

18

19          Based on the parties' stipulated request and under Federal Rule of Civil

20   Procedure 41(a)(1)(A)(ii), the Court hereby dismisses with prejudice the following

21   claims asserted against Defendant Michael Blackwood in the First Amended

22   Complaint:

23          1. First Claim for Fourth Amendment—Excessive Force (42 U.S.C. § 1983);

24          2. Second Claim for Substantive Due Process (42 U.S.C. § 1983);

25          3. Third Claim for Battery; and

26          4. Sixth Claim for Violation of California Civil Code § 52.1.

27          This order applies to Defendant Blackwood in this matter only.

28

1    Each party shall bear their own costs and attorney's fees as to these claims.

2    IT IS SO ORDERED.

3

4    Dated:    February 25, 2025    _____

5    Honorable Kenly Kiya Kato

6    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28