Rob Bonta
Attorney General of California
Norman D. Morrison
Supervising Deputy Attorney General
Diana Esquivel
Deputy Attorney General
State Bar No. 202954
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7320
 Facsimile: (916) 322-8288
 E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendants Blackwood, Kee, and Rubalcava*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| **JONATHAN WAYNE BOTTEN, SR., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | No. 5:23-cv-257 KK (SHKx)<br><br>**NOTICE OF ERRATA AND REQUEST TO CORRECT DOCKET NO. 86-1 STATE DEFENDANTS' STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  March 20, 2025<br>Time:  9:30 a.m.<br>Courtroom:  3<br>Judge:  Hon. Kenly Kiya Kato<br>Trial Date:  July 28, 2025<br>Action Filed:  February 16, 2023<br>FAC Filed:  June 8, 2023 |

Defendants Blackwood, Kee, and Rubalcava (State Defendants) submit this errata and request to correct the following errors in their Statement of Uncontroverted Facts (ECF No. 86-1):

**Fact 15** should read as follows: "Kee attempted to break the driver side windows with five rounds of bean bags, but was *un*successful." The undersigned

State Defs.' Errata Notice & Request to Correct Statement of Uncontroverted Facts re Mot. for Summ. J.

1

5:23-cv-257 KK (SHKx)

inadvertently typed "successful." The cited evidence shows that Defendant Kee was not able to break the driver side windows with the bean bags.

**Fact 19** should read as follows: "When Puga moved to the front of the Expedition, Kee and Rubalcava moved to the south*west* corner of the intersection…" The undersigned inadvertently type "southeast," but the cited evidence shows that it was the southwest corner.

**Fact 32** should read as follows: "Rubalcava did not give Puga a verbal warning that lethal force would be used because there *was no* opportunity to do so." The undersigned inadvertently typed "not."

The undersigned informed counsel for the Plaintiffs and County Defendants of her intent to file this erratum and seek these corrections. Neither had any objection to this request. The undersigned apologizes to the Court and parties for these mistakes and any inconvenience they may have caused.

Dated: February 25, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants Blackwood, Kee, and Rubalcava*

SA2023302180
38820491.docx