Exhibit 14

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

_____
                                        )
JONATHAN WAYNE BOTTEN, SR.; TANJA       )
DUDEK-BOTTEN; ANNABELLE BOTTEN; AND     )
J.B., A MINOR BY AND THROUGH HIS        )
GUARDIAN JONATHAN WAYNE BOTTEN, SR.,    )
                                        )
                                        ) CASE NO.
                 Plaintiffs,            ) 5:23-CV-00257-KK-
                                        ) (KSHKX)
           vs.                          )
                                        )
STATE OF CALIFORNIA; COUNTY OF          )
SAN BERNARDINO; ISAIAH KEE; MICHAEL     )
BLACWOOD; BERNARDO RUBALCAVA; ROBERT    )
VACCARI; JAKE ADAMS; AND DOES 1-10,     )
INCLUSIVE,                              )
                                        )
                 Defendants.            )
_____)

VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

JONATHAN WAYNE BOTTEN, SR.

DECEMBER 16, 2024

REPORTED BY SANDRA NALLEY, CSR NO. 13607

1

Botten, Jonathan
Botten v. State of California

| | | |
|---|---|---|
| 10:29 | 1 | enforcement, just anything where you think they did a bad |
| 10:30 | 2 | job or they could -- they should have done something |
| 10:30 | 3 | better by you, anything like that. |
| 10:30 | 4 | A.   No. |
| 10:30 | 5 | Q.   Now, moving to February 17th, 2021, how was it |
| 10:30 | 6 | that you were first alerted to law enforcement presence |
| 10:30 | 7 | that day? |
| 10:30 | 8 | A.   The lights and sirens outside my house.  My |
| 10:30 | 9 | wife had got woken up and she had woke me up. |
| 10:30 | 10 | Q.   So the first you learned that there was |
| 10:30 | 11 | something going on outside your house was because your |
| 10:30 | 12 | wife woke you up and then you -- |
| 10:30 | 13 | A.   Correct. |
| 10:30 | 14 | Q.   -- heard the sirens and saw the lights? |
| 10:30 | 15 | A.   Correct. |
| 10:30 | 16 | Q.   And were you in your bedroom when you heard the |
| 10:30 | 17 | sirens and saw the lights? |
| 10:30 | 18 | A.   Yes. |
| 10:30 | 19 | Q.   Did you look outside of your bedroom window? |
| 10:31 | 20 | A.   No. |
| 10:31 | 21 | Q.   What did you do? |
| 10:31 | 22 | A.   Walked to the front of my house, to the kitchen |
| 10:31 | 23 | window. |
| 10:31 | 24 | Q.   And did you look outside the kitchen window? |
| 10:31 | 25 | A.   Yes. |

10:31  1      Q.   And what did you see when you looked outside

10:31  2  the kitchen window?

10:31  3      A.   A white Ford Expedition and two to three cop

10:31  4  cars behind him.

10:31  5      Q.   The cars that were behind the white Ford

10:31  6  Expedition, did they have their headlights on?

10:31  7      A.   Yes.

10:31  8      Q.   Did they have their overhead red and blue

10:31  9  lights?

10:31 10      A.   Yes.

10:31 11      Q.   Did you see -- when you first looked out the

10:31 12  kitchen window, did you see any law enforcement officers?

10:31 13      A.   Just their vehicles.

10:31 14      Q.   Could you tell at this point whether there was

10:32 15  anybody inside the white Ford Expedition?

10:32 16      A.   I didn't see anybody inside the white Ford

10:32 17  Expedition.

10:32 18      Q.   Did you notice anything -- or strike that.

10:32 19           When you first looked outside the kitchen

10:32 20  window, was the white Ford Expedition already stopped?

10:32 21      A.   Yes.

10:32 22      Q.   Do you have any idea how it came to be that

10:32 23  this white Ford Expedition was stopped near your

10:32 24  residence?

10:32 25      A.   Visually, there was a right passenger side

12:02  1     Q.    And --
12:02  2     A.    His name was Isaiah Kee, Officer Kee I believe
12:02  3  his name was.
12:02  4     Q.    And so when he was speaking to Mr. Puga that
12:02  5  night, did he say, This is Officer Kee or did he say,
12:03  6  This is Isaiah Kee?
12:03  7     A.    He said, This is Officer Kee.
12:03  8     Q.    So I assume you learned his first name some
12:03  9  time later?
12:03 10     A.    Correct.
12:03 11     Q.    The night -- or the morning of the incident, he
12:03 12  identified himself by his last name and that's what you
12:03 13  heard?
12:03 14     A.    Correct.
12:03 15     Q.    Did you hear any other officers identify
12:03 16  themselves prior to the shooting?
12:03 17     A.    No.
12:03 18     Q.    When Officer Kee was communicating with Hector
12:03 19  while he was still in the vehicle, how was he doing so?
12:03 20     A.    The first attempt was over a loudspeaker, I
12:03 21  believe could be the megaphone that's built into the
12:03 22  vehicles, and then the rest of the time was just verbal
12:03 23  commands.
12:03 24     Q.    Meaning he wasn't using a loudspeaker, just --
12:03 25     A.    Right.

| | | |
|---|---|---|
| 12:03 | 1 | Q.    -- his voice? |
| 12:03 | 2 | A.    Right. |
| 12:03 | 3 | Q.    But he was speaking loud enough that you were |
| 12:03 | 4 | able to hear him from your door with the security door |
| 12:04 | 5 | shut? |
| 12:04 | 6 | A.    Correct. |
| 12:04 | 7 | Q.    Before Hector got out of the vehicle, do you -- |
| 12:04 | 8 | other than officers telling him to exit the vehicle, do |
| 12:04 | 9 | you remember anything else about the conversations or |
| 12:04 | 10 | commands between Hector and the officers? |
| 12:04 | 11 | A.    No. |
| 12:04 | 12 | Q.    So as you sit here today, the only thing you |
| 12:04 | 13 | remember the officers saying before Hector got out of the |
| 12:04 | 14 | car was for him to get out of the car? |
| 12:04 | 15 | A.    Correct. |
| 12:04 | 16 | Q.    Do I have it correct that you never actually |
| 12:04 | 17 | saw him exit the vehicle? |
| 12:04 | 18 | A.    Correct. |
| 12:04 | 19 | Q.    Did you ever see Mr. Puga throwing anything out |
| 12:04 | 20 | of the vehicle? |
| 12:04 | 21 | A.    No.  I was -- I was told that information later |
| 12:04 | 22 | on. |
| 12:04 | 23 | Q.    But not something you saw that night? |
| 12:05 | 24 | A.    No, I did not see it myself. |
| 12:05 | 25 | Q.    Did you ever hear Mr. Puga ask for the officers |

44

Botten, Jonathan
Botten v. State of California

| | | |
|---|---|---|
| 12:27 | 1 | don't know if I tripped.  I don't know what happened.  I |
| 12:27 | 2 | just know that I ended up on the ground, my right arm was |
| 12:27 | 3 | throbbing, and I heard my wife screaming. |
| 12:27 | 4 | Q.  So at the time that Mr. Puga's in front of the |
| 12:27 | 5 | car immediately before the shooting, I just want to make |
| 12:28 | 6 | sure I have you positioned correctly, you are inside of |
| 12:28 | 7 | your house with the security door shut and the front door |
| 12:28 | 8 | open? |
| 12:28 | 9 | A.  Correct. |
| 12:28 | 10 | Q.  I want to pull back up, I want to say it was |
| 12:28 | 11 | Exhibit 43, just to kind of get your placement.  So if |
| 12:28 | 12 | we're looking at Exhibit 43, where were you roughly in |
| 12:28 | 13 | relation to the security door, which I understand this |
| 12:28 | 14 | picture shows it open.  It would have been closed that |
| 12:28 | 15 | day. |
| 12:28 | 16 | A.  It would have been center mass of the door, of |
| 12:28 | 17 | the screen door. |
| 12:28 | 18 | Q.  How far back from the door, if you can recall? |
| 12:28 | 19 | A.  Six inches. |
| 12:28 | 20 | Q.  So you were pretty much right up against the |
| 12:29 | 21 | screen looking out? |
| 12:29 | 22 | A.  Correct. |
| 12:29 | 23 | Q.  Do you know where anybody else in your family |
| 12:29 | 24 | was at that moment before the shooting started? |
| 12:29 | 25 | A.  I believe I made a comment, and when I made |

63

Botten, Jonathan
Botten v. State of California

```
12:29  1   that comment, my wife had walked up behind me and my son
12:29  2   had walked up behind him -- behind her.
12:29  3        Q.   How far behind you was your wife, if you
12:29  4   remember?
12:29  5        A.   I could not tell you.
12:29  6        Q.   Was -- would she have been in view of this
12:29  7   photo that we're looking at on Exhibit 43?
12:29  8        A.   Yes.  If I was standing at the door slightly
12:29  9   turned at an angle, she would have walked up behind me
12:29  10  to -- at -- probably at the same angle to see the same
12:29  11  view that I was looking at.
12:29  12       Q.   And then what about your son?  Do you know
12:29  13  where he was at?  Would he have been in view of this
12:29  14  picture or farther back?
12:29  15       A.   I have no idea.
12:29  16       Q.   What about your daughter?  Do you know where
12:30  17  she was?
12:30  18       A.   Not at the moment of the shooting, but after
12:30  19  the shooting, she was on the kitchen floor.
12:30  20       Q.   And I believe you told me you fell back into
12:30  21  the house and you were on the ground temporarily?
12:30  22       A.   Yes.  Yes.
12:30  23       Q.   And you felt a throbbing to your right arm?
12:30  24       A.   Correct.
12:30  25       Q.   What is the next thing you recall?
```

64

Botten, Jonathan
Botten v. State of California

```
12:30  1         A.   I got up.  My wife was screaming, and I looked
12:30  2    at my wife, seen all the blood over her face and all over
12:30  3    her body.  She said that she was shot in the face, and I
12:30  4    ran through the screen door.
12:30  5         Q.   And where did you go?
12:30  6         A.   Out to the front yard.
12:30  7         Q.   And then what happened next?
12:30  8         A.   I yelled at the Highway Patrol.
12:30  9         Q.   And what were you yelling?
12:31 10         A.   I don't know if you want to put that on record.
12:31 11         Q.   Describe for me --
12:31 12         A.   Just being honest.
12:31 13         Q.   Yeah, no, I appreciate it.  Just describe for
12:31 14    me generally what was the scene there.
12:31 15         A.   Pretty much was telling them they were POSs,
12:31 16    calling them motherf'ers, letting them know that we were
12:31 17    shot and we needed help, and they did nothing.
12:31 18         Q.   Where were they when you were yelling these
12:31 19    expletives towards them?
12:31 20         A.   They were walking down -- so it would be
12:31 21    walking north on Peach in a tactical position, and they
12:31 22    were -- so if you were to draw a line of the front of my
12:31 23    house, they were maybe -- like, if this was the line of
12:31 24    my house, they were probably only three feet from the
12:32 25    edge of my house, but on the street.
```

65

12:33  1   say were walking in a tactical position, did they still
12:33  2   have their guns out?
12:33  3       A.   Yes.
12:33  4       Q.   What about the Sheriff's deputies?
12:33  5       A.   I don't believe they had -- one of them might
12:33  6   have had a long-range rifle, but no -- I didn't see any
12:33  7   handguns drawn.
12:33  8       Q.   When you say "had," they -- it was down by his
12:33  9   side as opposed --
12:33 10       A.   Yeah.
12:33 11       Q.   -- to being up?
12:33 12       A.   Yeah, it wasn't pointed at anybody or -- or
12:33 13   anything like that.  He was just holding it.
12:33 14       Q.   After you go out to your front yard and start
12:33 15   yelling at the Highway Patrol members that you saw,
12:33 16   what's the next thing you recall?
12:33 17       A.   Yelling at the Sheriffs to come help us.
12:33 18       Q.   What happened when you did that?
12:33 19       A.   I told them to jump my fence, not to worry
12:33 20   about, like, trying to get in through the gate, just to
12:33 21   jump my fence and to come over and help us.
12:34 22       Q.   And did any Sheriff's Department members jump
12:34 23   your fence?
12:34 24       A.   I believe two of them.
12:34 25       Q.   And were these the same two that you saw

                                                              67

12:34  1    earlier on the passenger side of Hector's vehicle or were

12:34  2    they different?

12:34  3        A.   Same ones.

12:34  4        Q.   And what's the next thing that you recall?

12:34  5        A.   Bringing my wife outside to sit on our -- our

12:34  6    bench that we have in the front yard.  The officers told

12:34  7    me to get -- to get some towels, and so I ran in the

12:34  8    house, grabbed some towels off our dryer, went back

12:34  9    outside, and pretty much just tossed them at the -- at

12:34  10   the officer because I didn't know what to do.

12:34  11           At that point my son had walked out and he was

12:34  12   holding his left side, and he said, Dad, I can't -- I

12:34  13   can't breathe.  I think I got shot too.  I told him then

12:34  14   to sit down on the bench next to my wife, told him not to

12:35  15   take any deep breaths, and that he was going to be okay.

12:35  16       Q.   If I understood you correctly, you realized

12:35  17   your wife was shot first and ran out to get her help, and

12:35  18   then at some point two deputies come over and you get

12:35  19   towels for your wife?

12:35  20       A.   Correct.

12:35  21       Q.   And then while this is happening, that's when

12:35  22   your son comes out and states he's been shot as well?

12:35  23       A.   Correct.

12:35  24       Q.   And so now we've got your wife and your son

12:35  25   both on the bench outside of your front door.  What is

**Botten, Jonathan**
**Botten v. State of California**

| | | |
|---|---|---|
| 12:36 | 1 | Q.   And so now we've got your son leaves in an |
| 12:36 | 2 | ambulance, your wife leaves in an ambulance, you've been |
| 12:37 | 3 | told they're going to Loma Linda.  What's the next thing |
| 12:37 | 4 | that happens? |
| 12:37 | 5 | A.   One of the paramedics had asked me if I had |
| 12:37 | 6 | been shot, and I told them I didn't know.  I was wearing |
| 12:37 | 7 | a flannel jacket.  I took that flannel jacket off and |
| 12:37 | 8 | like I said, it looked like I dipped both my arms in the |
| 12:37 | 9 | deepest, darkest red paint you could ever imagine. |
| 12:37 | 10 | Q.   Your wife -- |
| 12:37 | 11 | A.   And then they cut my shirt off -- |
| 12:37 | 12 | Q.   Yeah, your wife -- |
| 12:37 | 13 | (Reporter interjects.) |
| 12:37 | 14 | THE WITNESS:  It -- it appeared that -- as if I |
| 12:37 | 15 | had dipped my arms in the deepest, darkest red paint you |
| 12:37 | 16 | could imagine.  And then the ambulance -- the medic cut |
| 12:37 | 17 | my shirt off. |
| 12:37 | 18 | BY MS. GUSTAFSON: |
| 12:37 | 19 | Q.   So your wife and son are gone in the ambulance. |
| 12:37 | 20 | This is when you now realize -- you take your flannel off |
| 12:37 | 21 | and realize both your arms are bleeding? |
| 12:37 | 22 | A.   Yes. |
| 12:37 | 23 | Q.   And then the paramedics start treating you for |
| 12:38 | 24 | your injuries? |
| 12:38 | 25 | A.   Correct. |

70

12:38  1      Q.   And did you also go in an ambulance?

12:38  2      A.   Yes, I did.

12:38  3      Q.   And where did you go?

12:38  4      A.   Desert Valley Medical Center.

12:38  5      Q.   And were you treated for your injuries at

12:38  6  Desert Valley Medical Center?

12:38  7      A.   Yes.

12:38  8      Q.   And how long were you at Desert Valley Medical

12:38  9  Center?

12:38 10      A.   Maybe four hours.

12:38 11      Q.   And what do you recall -- what treatment did

12:38 12  you receive for your injuries?

12:38 13      A.   They poured, like, a saline solution through my

12:38 14  arm and my hand and then bandaged it up and gave me some

12:38 15  ibuprofen and some type of pain medication.

12:38 16      Q.   Did you receive any stitches?

12:38 17      A.   No.

12:38 18      Q.   Did they bandage up your arms?

12:39 19      A.   Yes.

12:39 20      Q.   Did they remove any shrapnel or bullet

12:39 21  fragments?  Did they remove anything from your injuries

12:39 22  that you're aware of?

12:39 23      A.   No.  It's still in my arm.

12:39 24      Q.   And how do you know that something is still in

12:39 25  your arm?

71

```
12:39  1          A.    Because I can see it.
12:39  2          Q.    And which arm is it?
12:39  3          A.    My right arm.
12:39  4          Q.    Where in your right arm?
12:39  5          A.    Right bicep.
12:39  6          Q.    Are you able to -- well, I don't want --
12:39  7     can you -- you can see it through the skin still?
12:39  8          A.    Yeah.  Yes.
12:39  9          Q.    Yeah, if you don't mind showing us just so --
12:39 10     I'm trying to figure out --
12:39 11          A.    Where's the camera --
12:39 12          Q.    You went a little off camera.  Sorry.  There --
12:39 13          A.    Yeah, it would be right there.
12:39 14          Q.    Can you move a little bit farther over?  Okay.
12:39 15     There you go.
12:39 16          A.    Yeah, it's backwards on my side, so it's --
12:39 17          Q.    No worries.  So it's right where you're
12:39 18     pointing?
12:39 19          A.    Yeah, right there.
12:39 20          Q.    You can feel something in your arm there?
12:39 21          A.    Yeah.
12:39 22          Q.    Okay.  Thank you.
12:40 23          A.    Sorry.  The camera is backwards.
12:40 24          Q.    No worries.  Did any of the doctors at Desert
12:40 25     Valley tell you why they did not remove that piece from
```

72

Botten, Jonathan
Botten v. State of California

| | | |
|---|---|---|
| 12:41 | 1 | that were attributed to you? |
| 12:41 | 2 | A.  Yes. |
| 12:41 | 3 | Q.  And so the last time that you went to a doctor |
| 12:41 | 4 | related to any injuries would have been some time in the |
| 12:41 | 5 | February, March 2021 period? |
| 12:41 | 6 | A.  Yes. |
| 12:41 | 7 | Q.  You -- we talked about your right arm with the |
| 12:41 | 8 | bullet still being in there.  I know you said there was |
| 12:41 | 9 | blood on your left arm.  What were the injuries to your |
| 12:41 | 10 | left arm? |
| 12:41 | 11 | A.  Metal fragments on my left arm and then one of |
| 12:42 | 12 | the bullets went through my left hand. |
| 12:42 | 13 | Q.  There were fragments in your left forearm and a |
| 12:42 | 14 | bullet went through your left hand? |
| 12:42 | 15 | A.  Correct. |
| 12:42 | 16 | Q.  And you were treated for those injuries at |
| 12:42 | 17 | Desert Valley? |
| 12:42 | 18 | A.  Yes. |
| 12:42 | 19 | Q.  And no stitches? |
| 12:42 | 20 | A.  No. |
| 12:42 | 21 | Q.  Did they do anything to close the wound? |
| 12:42 | 22 | A.  They just wrapped it.  I don't know if they put |
| 12:42 | 23 | any type of, like, glue, medical glue or anything like |
| 12:42 | 24 | that on it.  I was pretty -- I was feeling pretty good |
| 12:42 | 25 | when I got to the hospital you can say. |

74

12:42   1      Q.   When you say feeling pretty good, do you mean

12:42   2   because they gave you pain meds?

12:42   3      A.   Yeah.   I don't even know what they gave me, but

12:42   4   yeah, they gave me -- I -- I requested that they didn't

12:42   5   give me any pain medication, but they said to trust them,

12:43   6   that I was going to need it, so I went against my better

12:43   7   judgment.

12:43   8      Q.   So best of your recollection, you received pain

12:43   9   meds in the ambulance on the way to the hospital?

12:43 10      A.   Yes.

12:43 11      Q.   And as you sit here today, you're not -- you're

12:43 12   not certain which pain meds they gave you?

12:43 13      A.   Correct.

12:43 14      Q.   So you have the injury to your right bicep,

12:43 15   left forearm, and left hand.   Any other injuries?

12:43 16      A.   Right leg.

12:43 17      Q.   What was the injury to your right leg?

12:43 18      A.   I was either hit with a piece of a bullet or an

12:43 19   actual bullet, but it went through my -- through my work

12:43 20   pants.

12:43 21      Q.   When did you discover this injury?

12:43 22      A.   After I got down to Loma Linda.

12:44 23      Q.   Were you treated at all at Desert Valley for

12:44 24   the right leg injury?

12:44 25      A.   No.

12:44  1          Q.    When you -- what was it that was happening at

12:44  2    Loma Linda when you realized there was an injury to your

12:44  3    right leg?

12:44  4          A.    My -- it was sore.  It was starting to, like,

12:44  5    give me a throbbing pain, and I had pulled up my pants

12:44  6    leg and that was when I noticed the hole in my leg with

12:44  7    all the blood going down to my sock.

12:44  8          Q.    Did you ask for any medical treatment at

12:44  9    Loma Linda while you were there?

12:44 10          A.    Yes, I did.

12:44 11          Q.    And did they provide you medical care?

12:44 12          A.    No, they did not.

12:44 13          Q.    Why not?

12:44 14          A.    They said that because I wasn't admitted --

12:44 15    admitted there, that they couldn't help me.

12:44 16          Q.    And at this point there was blood on your leg?

12:44 17          A.    Yes.

12:44 18          Q.    And you were told --

12:44 19          A.    It was -- yeah, it was dried blood.

12:45 20          Q.    So you weren't still actively bleeding at

12:45 21    Loma Linda?

12:45 22          A.    No.  No.

12:45 23          Q.    And you were told by Loma Linda that they were

12:45 24    not able to treat your injuries?

12:45 25          A.    Correct.

76

12:54  1        Q.   And why -- why did you not take that?

12:55  2        A.   From when I had previous prescriptions of

12:55  3    oxycodeine, it didn't work out well for me, so I didn't

12:55  4    take them.

12:55  5        Q.   When you say didn't work out for you, is it

12:55  6    some --

12:55  7        A.   Side effects, yeah.

12:55  8        Q.   And did you ever fill the prescription for

12:55  9    oxycodone or you just were given it by the doctor?

12:55  10       A.   I never even filled it.

12:55  11       Q.   And then the ibuprofen, do you recall how much

12:55  12   that cost?

12:55  13       A.   $97, I believe.

12:55  14       Q.   And that was total?

12:55  15       A.   Yes.

12:55  16       Q.   When was the next time you saw your wife after

12:55  17   she was taken away in the ambulance?

12:55  18       A.   Probably around between 11:00 and 12:00 same

12:55  19   day, down at Loma Linda.

12:55  20       Q.   Did you ever talk to any of the doctors about

12:56  21   your wife's injuries?

12:56  22       A.   No.  They -- they made comments, but I didn't,

12:56  23   like, sit down and have an in-depth conversation with

12:56  24   them.

12:56  25       Q.   What are the comments you recall?

85

**Botten, Jonathan**
**Botten v. State of California**

12:56 1        A.   Was that she had metal fragments in her eye --

12:56 2    in her eyes and that they were working on pulling those

12:56 3    out with tweezers.  And that was when I told them, Well,

12:56 4    I can't be in here with that because it's going to make

12:56 5    my eyes start watering and I won't be able to see

12:56 6    anything.

12:56 7        Q.   Does your wife still tell you about any

12:56 8    injuries that she has to this day that she believes were

12:56 9    caused by the shooting?

12:56 10       A.   Yes.

12:56 11       Q.   What does she tell you about?

12:56 12       A.   She says that there's a scrap -- like a scrap

12:56 13   metal or something in her right shoulder and it hurts her

12:57 14   shoulder.

12:57 15       Q.   Have you seen or felt this scrap metal in her

12:57 16   right shoulder?

12:57 17       A.   Yes.

12:57 18       Q.   And other than her right shoulder hurting,

12:57 19   anything else that she still complains about?

12:57 20       A.   Sometimes her left hand I believe it is.

12:57 21       Q.   What does she tell you about her left hand?

12:57 22       A.   That it hurts from -- like, in her fingers.

12:57 23       Q.   Any other injuries that your wife still

12:57 24   complains about?

12:57 25       A.   Other than those two major ones, I mean, every

86

01:21  1        A.   Yes.

01:21  2        Q.   And did you speak with any of the doctors at

01:21  3   that time about your son's injuries?

01:21  4        A.   No.  I wasn't worried about speaking with

01:21  5   doctors.  I just wanted to see my son.

01:21  6        Q.   It's my understanding that your son had

01:22  7   surgery.  Do you know if you saw him before or after his

01:22  8   surgery?

01:22  9        A.   I saw him after the surgery.

01:22 10        Q.   How long did you spend with your son?

01:22 11        A.   Roughly an hour before they said he -- he was

01:22 12   in and out of consciousness, and so I made the decision

01:22 13   to let him rest and that I knew I was going to be there

01:22 14   the next morning.

01:22 15        Q.   During that hour that you were at Loma Linda

01:22 16   seeing your son, did you get any information about his

01:22 17   injuries from any source?

01:22 18        A.   No.

01:22 19        Q.   When did you first learn what your son's

01:22 20   injuries consisted of?

01:22 21        A.   The next morning.

01:22 22        Q.   And where did you get that information from?

01:22 23        A.   From one of the -- the doctors that came in to

01:22 24   check on him.

01:22 25        Q.   So you spoke with a doctor the next day after

01:23 1    the 18th when you went to see your son?

01:23 2         A.    Yes.

01:23 3         Q.    Do you remember the doctor's name?

01:23 4         A.    No.

01:23 5         Q.    Do you remember what the doctor told you?

01:23 6         A.    Yes.

01:23 7         Q.    What?

01:23 8         A.    That he had a collapsed lung on his left side,

01:23 9    a ruptured spleen, and that a lot of internal organs were

01:23 10   damaged due to the spreading of the bullet.  And that --

01:23 11   for his chest was that his -- I don't know the -- the

01:23 12   medical term, but it's the -- there's a sac that your

01:23 13   heart sits in, and that was ruptured.

01:23 14        Q.    So you mentioned the doctor saying something

01:23 15   about internal organs were damaged.  Other than the sac

01:23 16   surrounding the heart, the spleen, and the lung, can you

01:23 17   remember any organs that were referenced?

01:23 18        A.    No.  He didn't specify any -- any other type

01:24 19   of, like, major organs.

01:24 20        Q.    Did you tell -- did he tell you how long your

01:24 21   son would be in the hospital?

01:24 22        A.    Ten days.

01:24 23        Q.    And was that how long your son was in the

01:24 24   hospital?

01:24 25        A.    Yes.

01:24 1      Q.   Did he explain to you any of the treatment that

01:24 2   they gave your son while he was in the hospital?

01:24 3      A.   As far as what?

01:24 4      Q.   Like, if he had a surgery, what they were doing

01:24 5   for him, anything you can recall?

01:24 6      A.   Well, visually you could tell that he had

01:24 7   surgery, but yeah, that -- they said that they were able

01:24 8   to repair most of the damage with surgery.

01:24 9      Q.   Did any doctor ever tell you there was damage

01:24 10  that they could not repair?

01:24 11     A.   No.

01:24 12     Q.   After your son was released from the hospital,

01:24 13  do you know if he ever went back to the hospital?

01:24 14     A.   He went to an outpatient hospital for the

01:25 15  removal of his stitches.

01:25 16     Q.   Do you know the name of that place?

01:25 17     A.   No, but it was directly across the street from

01:25 18  Loma Linda Hospital.

01:25 19     Q.   And did you go with him for the removal of the

01:25 20  stitches?

01:25 21     A.   Yes, I did.

01:25 22     Q.   And after they -- and where were the stitches

01:25 23  located?

01:25 24     A.   From his bellybutton to the middle of his

01:25 25  chest.

98

01:39  1          A.   I was at work and when I pulled the scab off,

01:39  2    it came off with it and I just threw it out the window.

01:39  3          Q.   And has that portion of your leg completely

01:39  4    healed?

01:39  5          A.   Yes.

01:39  6          Q.   Okay.  Do you have any kind of indentation left

01:39  7    in there or is it a -- smooth, but scar remain --

01:39  8          A.   There's a scar.

01:39  9          Q.   Any other pieces of foreign material that you

01:40 10    removed from your body after you went to Desert Valley?

01:40 11          A.   No.

01:40 12          Q.   Have you ever seen your wife remove any foreign

01:40 13    objects from her body after she left the hospital?

01:40 14          A.   No.

01:40 15          Q.   Have you ever assisted her in removing any

01:40 16    foreign bodies from her body?

01:40 17          A.   At home or at a hospital?

01:40 18          Q.   Well, let's do both.  At the hospital -- while

01:40 19    she was still at the hospital, did you ever assist her in

01:40 20    trying to remove some foreign material that you believed

01:40 21    was embedded in her body as a result of the shooting?

01:40 22          A.   Yes.  There was a foreign object embedded in

01:40 23    her chest that we had removed roughly seven days after

01:41 24    the shooting.

01:41 25          Q.   Okay.  And was that the -- the piece of metal

109

01:41 1   that was stuck in her collarbone?

01:41 2        A.    Her chest plate.

01:41 3        Q.    And did you remove it?

01:41 4        A.    The doctors did.

01:41 5        Q.    Okay.  But you did not remove it?

01:41 6        A.    No, I did not remove it.

01:41 7        Q.    So other than the metal in her chest plate, did

01:41 8   she have any other metal objects removed from her body

01:41 9   after she left Loma Linda the day of the shooting?

01:41 10       A.    No, not that we did personally, but there was

01:41 11  some metal fragments also removed from her fingers at the

01:41 12  hospital when they removed the bullet from her chest

01:41 13  cavity.

01:41 14       Q.    And was that the seven days after?

01:41 15       A.    Yes.

01:41 16       Q.    Okay.  And "after," I mean -- I'm referring to

01:42 17  the date of the incident, correct?

01:42 18       A.    Correct.  Correct.

01:42 19       Q.    Okay.  Have you ever seen your son remove any

01:42 20  metal foreign objects from his body after he left the

01:42 21  hospital?

01:42 22       A.    No.

01:42 23       Q.    Did you ever assist your son remove -- to

01:42 24  remove any foreign metal object from his body after he

01:42 25  left the hospital?

| | | |
|---|---|---|
| 02:09 | 1 | doctor? |
| 02:09 | 2 | A.   No. |
| 02:09 | 3 | Q.   Did you ever ask your father for the name of |
| 02:10 | 4 | that doctor to find out what their diagnosis was of that |
| 02:10 | 5 | hole? |
| 02:10 | 6 | A.   No. |
| 02:10 | 7 | MS. ESQUIVEL:  Okay.  I have no further |
| 02:10 | 8 | questions. |
| 02:10 | 9 | MS. LE:  I just have a few. |
| 02:10 | 10 | |
| 02:10 | 11 | EXAMINATION |
| 02:10 | 12 | BY MS. LE: |
| 02:10 | 13 | Q.   Mr. Botten, you previously testified that when |
| 02:10 | 14 | you saw Mr. Puga in the front of his car, you saw him |
| 02:10 | 15 | make a motion to the left.  Do you recall that? |
| 02:10 | 16 | A.   Yes. |
| 02:10 | 17 | Q.   Okay.  When you saw him make that motion to the |
| 02:10 | 18 | left, did you see him grab anything? |
| 02:10 | 19 | A.   No. |
| 02:10 | 20 | Q.   When you saw him make that motion to the left, |
| 02:10 | 21 | did you see him shoot anything? |
| 02:10 | 22 | A.   No. |
| 02:10 | 23 | Q.   When you saw him make that motion to the left, |
| 02:10 | 24 | did you see him with a gun in either hand? |
| 02:10 | 25 | A.   No. |

129

02:10  1          MS. LE:  Okay.  That's all the questions I

02:10  2  have.  Thank you.

02:10  3

02:10  4                    FURTHER EXAMINATION

02:10  5  BY MS. GUSTAFSON:

02:10  6      Q.  Just as a follow-up, when he was moving to the

02:10  7  left, his waistband was still up towards the front of the

02:11  8  vehicle?

02:11  9      A.  Kind of.  It was kind of -- you know, he kind

02:11  10  of shifted.  It was, like, a shift.  So he kind of

02:11  11  shifted like this, and then that was when the gunfire

02:11  12  started.

02:11  13      Q.  So from your -- where you were standing at the

02:11  14  front door looking through the security door, you could

02:11  15  not see the front of Mr. Puga?

02:11  16      A.  Correct.

02:11  17          MS. GUSTAFSON:  I don't have anything else.

02:11  18  Does -- Diana?  Hang?

02:11  19          MS. LE:  No.

02:11  20          MS. ESQUIVEL:  I have no further questions.

02:11  21  Thank you.

02:11  22          MS. GUSTAFSON:  Okay.  We can go off the

02:11  23  record.

02:11  24          THE REPORTER:  Just before we go off,

02:11  25  Ms. Esquivel, would you like to order a certified copy?

1    I, SANDRA NALLEY, Certified Shorthand Reporter for the

2    State of California, do hereby certify:

3

4    That the witness in the foregoing deposition was by me

5    first duly sworn to testify to the truth, the whole truth

6    and nothing but the truth in the foregoing cause; that

7    the deposition was taken by me in machine shorthand and

8    later transcribed into typewriting, under my direction,

9    and that the foregoing contains a true record of the

10   testimony of the witness.

11

12   Dated:    This 30th day of December, 2024, at Temecula,

13   California.

14

15

16

17

18   _____

19                 SANDRA NALLEY
                   CSR NO. 13607

20

21

22

23

24

25