Exhibit 17

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JONATHAN WAYNE BOTTEN, SR.;          )
TANJA DUDEK-BOTTEN;                  )
ANNABELLE BOTTEN; AND J.B.,          )
A MINOR BY AND THROUGH HIS           )
GUARDIAN JONATHAN WAYNE              ) CASE NO.
BOTTEN, SR.,                         ) 5:23-CV-00257-KK-
                                     ) (SHKx)
        PLAINTIFFS,                  )
                                     )
    VS.                              )
                                     )
STATE OF CALIFORNIA; COUNTY          )
OF SAN BERNARDINO; ISAIAH            )
KEE; MICHAEL BLACKWOOD;              )
BERNARDO RUBALCAVA; ROBERT           )
VACCARI; JAKE ADAMS; AND             )
DOES 1-10, INCLUSIVE,                )
                                     )
        DEFENDANTS.                  )
_____ )

VIDEOTAPED DEPOSITION OF:

TANJA BOTTEN

DECEMBER 13, 2024, 10:02 A.M.

REPORTED BY:

    SANDRA I. SCHOETTLIN

    C.S.R. NO. 8308

1

1    going on outside the house between Mr. Puga and law

2    enforcement, that's not -- wasn't so clear for you at

3    the house? Is that fair to say?

4         A.    Fair to say.

10:30:17  5         Pretty much everything that happened to the

6    right side of our house was a little harder for me to

7    see 'cause I was only able to look out the front window

8    where I could see out.

9         Q.    Did you report anything that happened outside

10:30:30  10    of your house that you were able to see clearly?

11        A.    A lot of police presence.  It was shining

12    through my blinds through the whole entire house, and my

13    dogs were barking, and they were just poor little

14    Chihuahuas going crazy, and I heard a helicopter and

10:30:52  15    dogs barking and lights everywhere.  I didn't know what

16    to do.

17        Q.    I want to back up a little bit and get some

18    background information.

19            What is your date of birth?

10:31:07  20    A.    October 21st, 1977.

21        Q.    What is the highest level of education that

22    you've completed?

23        A.    I have gotten -- I went to a college.  I got a

24    degree in nutrition, dietician, sports nutrition.  I

10:31:28  25    have a business management degree.  I pretty much

29

```
1   don't think he ever told me, really.
2       Q.    How is it that you first became aware that
3   there were police in your neighborhood that night?
4       A.    Well, at first I heard a helicopter and a
12:00:12  5   siren, and then it went away, and then they came back,
6   and it was so loud the dogs started barking.
7            I told my husband, "Something's not right."
8            And I seen lights throughout the windows.
9            And my husband was already going to get up
12:00:30 10  anyways for work, and he may have been up and went back
11  to bed for a minute.  I don't know.
12            But at that point, I got up, and I was, like,
13  "There's police all around our house, John."
14       Q.    Are you able to estimate how much time passed
12:00:45 15  between when you first heard the helicopter and then you
16  no longer heard it and then you heard it again?
17       A.    It was sleep time.  It could have been any time
18  'cause I was laying in bed, you know, hearing it.  So
19  I'm not exactly sure.
12:01:02 20       Q.    At some point your dogs started barking, there
21  was the helicopter, and then also the lights that you
22  saw?
23       A.    That's when I thought it would be a good time
24  to get up to see what's going on, and I could see in the
12:01:15 25  other rooms 'cause I didn't know what's going on.
```

90

1    Q.    Where were you when you heard the helicopter

2    and saw the lights that caused you to get up?

3    A.    I was laying in my bed.

4          I could see the window on my left side -- my

12:01:31   5    back window of my bedroom.  I could see lights there,

6    and I seen them also shining through my kids' window,

7    which I could see through the door that was the opposite

8    side of my bedroom window.  And those windows were going

9    to the front of the house, and I could see lights coming

12:01:48   10   through them.

11   Q.    So can you describe where was your bedroom in

12   the house.

13   A.    If you were walking in the house, on the

14   right side would be a kitchen.  Straight ahead would be

12:01:57   15   a living room, and to the left is a hallway.  First door

16   to the right would be a bathroom.  The second door to

17   the right would be our master bedroom.  Those were the

18   back of the house.  And then the other -- the bedrooms

19   to the left of that hallway was the ones facing the

12:02:14   20   front of the house, and those were -- the first glass is

21   my son's room, and the second glass in the back was my

22   daughter's room.

23         MS. GUSTAFSON:  I'm going to put up a photo of

24   the house that I'm going to mark as Exhibit 40.

25   ///

91

1    A.    Well, I looked out the kitchen window, and so

2    when I seen a lot of police there, I'm, like, okay.  Why

3    is there police behind our house?

4         And in the past, people have gone -- used our

12:08:34  5    backyard as a shortcut to get away from the police.

6         So I looked in my backyard through the windows.

7    I have small windows in the living room -- real small,

8    and because it's small, we have a lot of furniture that

9    was kind of close.  So I have to kind of peek through

12:08:49  10    it, you know.  I couldn't see too well, but I knew there

11    was a lot of police in the backyard also.

12         So now I saw a car broken.  The guns were -- I

13    think the guns were drawn or not.  I don't know, but

14    they were trying to get this guy out of the car, is my

12:09:07  15    impression, and I don't know what else is going on

16    around.  So I just seen what I seen.

17    Q.    Let me back up again 'cause you described

18    looking in your backyard.  You said something about

19    seeing police in the backyard.  You actually

12:09:21  20    saw officers in your backyard?

21    A.    Oh, no.  Let me explain that better.

22         I was looking out the window.  And our backyard

23    is pretty empty, and then behind it is a field, and

24    there's an intersection back there, and there was also

12:09:35  25    police cars back there.  I could see the lights coming

97

1    from back there.  I don't know how many.  I just seen
2    the lights coming from back there.  So I went back
3    there.
4         Q.    Okay.  Let me stop you for a minute.  I want to
12:09:46  5  pull up a photo that may help clarify this.
6              So I'm going to pull up Exhibit -- I'm going to
7    call it Exhibit 41.
8              (Defendants' Exhibit 41 was marked
9              for identification and attached hereto.)
12:09:56 10  BY MS. GUSTAFSON:
11        Q.    So this is an aerial view of your residence,
12   and so this area back here is your backyard?
13        A.    Right.
14        Q.    And so what you're saying is this -- this first
12:10:26 15  intersection behind your house -- that's where you saw
16   police?
17        A.    Right.
18              So I didn't know what was going on.  It was --
19   there was a lot more police there than it shows, it
12:10:38 20  seemed like, and it seemed like there was more.  But --
21   yeah.  There was a lot of police back there and a lot of
22   lights.  So I had to go with what my instincts told me
23   to say, okay, there might be something going on back
24   there.
12:10:51 25       Q.    Okay.  And so when you're in the kitchen, can

98

```
        1   so he can go to work 'cause if you don't show up on his
        2   job early enough, you get to leave really late, and then
        3   you don't come home till late in the evening.  So he has
        4   to beat traffic.  So he wanted to go to work.
01:02:34 5       Q.   So was your husband's lunch box here because he
        6   was getting ready to go to work?
        7       A.   Correct.
        8       Q.   Did your husband ever tell you he was actually
        9   going to leave and go to work?
01:02:45 10      A.   He wanted to.
       11       Q.   And is that something he told you -- he was
       12   going to leave and go to work?
       13       A.   I told him we couldn't.  We couldn't leave.
       14       Q.   And what was the reason you told him he
01:02:56 15  couldn't leave?
       16       A.   There was so much police presence outside.  We
       17   didn't know what's going on.  It was completely like
       18   stepping into the fire.  So, you know, because we didn't
       19   know what was going on so I told him he couldn't leave
01:03:11 20  until it's safe.
       21       Q.   So fair to say your husband was planning on
       22   leaving, and you told him it wouldn't be safe for him to
       23   do so?
       24       A.   Yes.
01:03:21 25           He's very stubborn.
```

133

```
1                    CERTIFICATION

2                         OF

3              CERTIFIED SHORTHAND REPORTER

4

5          The undersigned certified shorthand reporter

6    of the state of California does hereby certify:

7          That the foregoing deposition was taken before

8    me at the time and place therein set forth, at which

9    time the witness was duly sworn by me; that the

10   testimony of the witness and all objections made at the

11   time of the deposition were recorded stenographically by

12   me and thereafter transcribed, said transcript being a

13   true copy of my shorthand notes thereof.

14         In witness whereof, I have subscribed my name

15   this date January 1, 2025.

16

17

18              Sandra I. Schoettlin

19              SANDRA I. SCHOETTLIN

20              Certificate No. 8308

21

22

23

24

25
```

220