# Exhibit 18

```
 1                  UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3

 4   JONATHAN WAYNE BOTTEN, SR.; TANJA    )
     DUDEK-BOTTEN; ANNABELLE BOTTEN; and  )
 5   J.B., a minor by and through his     )
     guardian JONATHAN WAYNE BOTTEN, SR., )
 6                                        )
                 Plaintiffs,              )
 7                                        )
                 vs.                      ) Case No.
 8                                        ) 5:22-CV-00949-KK-SHK
     STATE OF CALIFORNIA; COUNTY OF SAN   )
 9   BERNARDINO; ISAIAH KEE; MICHAEL      )
     BLACKWOOD; BERNARDO RUBALCAVA; ROBERT)
10   VACCARI; JAKE ADAMS; and DOES 1-10,  )
     inclusive,                           )
11                                        )
                 Defendants.              )
12   _____)

13

14

15

16          REMOTE VIDEOCONFERENCE DEPOSITION OF

17                        ROBERT RIPLEY

18                 THURSDAY, JANUARY 2, 2025

19

20

21

22

23   Reported Stenographically By:

24   Jinna Grace Kim, CSR No. 14151

25   Job No.:   127502
```

Page 31

1  resting location?

2    A.    That's the only one that we located, yes.

3    Q.    And any of the rounds we covered at the scene match

4  that weapon?

5    In other words, what was the caliber of this

6  weapon?

7    A.    That was a 9-millimeter.

8    Q.    Page 43 of your report, Item 52, do you know what

9  that is?

10    A.    Yes.  That's an exact impact round that was expended

11  from a 40-millimeter.

12    Q.    Now, I'm up to Page 44 of your report, and you

13  reference placard 53 to 69 at the top.

14    Do you see that?

15    A.    Yes, sir.

16    Q.    Were those all related to the home at 17994 Katalpa

17  Street?

18    A.    Yes.

19    Q.    And is a photo of that home included in the bottom

20  right of this page?

21    A.    Yes.

22    Q.    And just going to the next page, take me through

23  what these placards represent starting with 53 and 54.

24    A.    So this is the front yard of that Katalpa residence.

25    53 was going to be a brown leather chair that was

Page 32

```
 1   near the front door of the residence.  It had a blood stained
 2   towel on the ground below it and then some clothing items on
 3   top of it.
 4           And then 54 was a black and camouflage pattern
 5   T-shirt that was laying on the ground next to it.
 6      Q.   Thank you.  And going to Page 48, placard 55, what
 7   is that?
 8      A.   You said Page 48, placard 55?
 9      Q.   I guess it's Page 46.  I apologize.
10           Placard 55, Page 46.
11      A.   That was a bullet fragment that was collected from
12   in front of the residence.
13      Q.   Do you know if it was determined what type of bullet
14   that was, whether a rifle, or a handgun?
15      A.   No.
16      Q.   Going to Page 47, Placard 56.
17      A.   That was a bullet strike to the front part of the
18   residence.
19      Q.   Page 48, placard 57.
20      A.   That was a bullet entry and exit hole in the screen
21   door of the residence.
22      Q.   And this residence would it be on the northeast
23   corner?
24      A.   Yes.
25      Q.   Page 40, placards 58.  I see there is a 58 and a
```

```
 1      58A.
 2              Can you please that, please.
 3      A.      Can you repeat the page.
 4      Q.      Yes.  I'm telling you I think I need stronger
 5   glasses because even with my glasses I can't read.
 6              I think it's 49.
 7      A.      Placard 50 on Page 49?
 8      Q.      Yes.
 9      A.      That was a bullet entry/exit hole in the same
10   security door of that's part of the frame.
11      Q.      Is that the front door of the residence, if you
12   know?
13      A.      Yes.
14      Q.      Page 50, placard 59.
15      A.      That was a bullet entry/exit hole in one of the
16   bedroom windows.
17      Q.      Page 51, placard 60.
18      A.      That was a bullet entry/exit hole on the side of the
19   residence.
20      Q.      Page 52, placard 61.
21      A.      That was a blood stain on the interior doorway of
22   the residence.
23      Q.      Page 53, placards 62 and 63.
24      A.      Placard 62 was a small rag that had blood stain on
25   it, and 63 was a little small blood stain on counter top of
```

Page 60

1              CERTIFICATE

2                  OF

3    CERTIFIED STENOGRAPHIC SHORTHAND REPORTER

4

5         I, JINNA GRACE KIM, CSR No. 14151, a Certified

6    Stenographic Shorthand Reporter of the State of California,

7    do hereby certify:

8         That the foregoing proceedings were taken before me

9    at the time and place herein set forth;

10        That any witnesses in the foregoing proceedings,

11   prior to testifying, were placed under oath;

12        That a verbatim record of the proceedings was made

13   by me, using machine shorthand, which was thereafter

14   transcribed under my direction;

15        Further, that the foregoing is an accurate

16   transcription thereof.

17        I further certify that I am neither financially

18   interested in the action, nor a relative or employee of any

19   attorney of any of the parties.

20

21        IN WITNESS WHEREOF, I have subscribed my name, this

22   date:  January 2, 2025.

23

24   _____
         Jinna Grace Kim, CSR No. 14151

25