LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Botten, et al. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. | 5:23-cv-00257-KK-SHK |
| State of California, et al. | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☑ Lodged: **(List Documents)**

Plaintiffs' Exhibits to Declaration of Hang Le
Ex. 9 - Edward Mangerino Video (under seal)
Ex. 10 - Erin Mangerino Video
Ex. 11 - Michael Blackwood MVARS Part 4
Ex. 12 - Isaiah Kee MVARS Part 2
Ex. 13 - Betzabeth Gonzalez Video

**Reason:**
☑ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| February 27, 2025 | Hang D. Le |
|---|---|
| Date | Attorney Name |
| | Plaintiffs |
| | Party Represented |

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)            NOTICE OF MANUAL FILING OR LODGING