
**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs
JONATHAN WAYNE BOTTEN, SR.,
TANJA DUDEK-BOTTEN, ANNABELLE BOTTEN,
AND J.B.

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WAYNE BOTTEN, SR.; TANJA DUDEK-BOTTEN; ANNABELLE BOTTEN; and J.B., a minor, by and through his guardian JONATHAN WAYNE BOTTEN, SR., <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 5:23-cv-00257-KK-SHK <br><br> *Honorable Kenly Kiya Kato* <br><br> **APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT [LOCAL RULE 79-5.2.2(b)]** |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Plaintiffs JONATHAN WAYNE BOTTEN, SR., TANJA DUDEK-BOTTEN, ANNABELLE BOTTEN, and J.B. hereby submits this application to file under seal the following documents and things:

- **"Exhibit 6"** – a true and correct copy of the relevant portions of the transcribed March 3, 2021 interview of Robert Vaccari.
- **"Exhibit 9"** – a true and correct copy of a cellphone video of the incident taken by witness Edward Mangerino, produced by County Defendants in the course of discovery, bates stamped COSB001459.

*See* Declaration of Hang D. Le ("Le Decl.") ¶ 2.

These documents have been designated by Defendants County of San Bernardino as confidential pursuant to the protective order entered by then-Magistrate Kenly Kiya Kato on September 19, 2023 (Doc. No. 74) in the *L.C., et al. v. State of California, et al.* matter, case no. 5:22-cv-00949-KK-SHK.

DATED: February 21, 2025          LAW OFFICES OF DALE K. GALIPO

                                  By _____/s/ Hang D. Le_____
                                     Dale K. Galipo
                                     Hang D. Le
                                     Attorneys for Plaintiffs