IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN W. BOTTEN, SR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF CALIFORNIA, et al., <br><br> Defendants. | No. 5:23-cv-0257 KK-SHKx <br><br> **[Proposed] ORDER GRANTING STATE DEFENDANTS' MOTION TO EXCUSE LATE FILING AND TO FILE A CORRECTED MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

Good cause appearing and excusable neglect having been shown, the unopposed motion of Defendants Blackwood, Kee, and Rubalcava (State Defendants) to excuse the late filing of their Memorandum of Points and Authorities in support of their Motion for Summary Judgment (ECF Nos. 86, 87) and to file a corrected Memorandum is GRANTED. State Defendants shall file their corrected Memorandum within two court days of service of this order.

IT IS SO ORDERED.

Dated: _____                    _____
                                          Honorable Kenly Kiya Kato
                                          United States District Judge