**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WAYNE BOTTEN, SR.; TANJA DUDEK-BOTTEN; ANNABELLE BOTTEN; and J.B., a minor by and through his guardian JONATHAN WAYNE BOTTEN, SR., <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; ISAIAH KEE; MICHAEL BLACWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 1-10 inclusive, <br><br> Defendants. | **Case No. 5:23-cv-00257-JGB-SHK** <br> *Assigned for All Purposes to:* <br> *Hon. Kenly Kiya Kato– Ctrm 3* <br><br> **PLAINTIFFS' NOTICE OF ERRATA RE: ECF NO. 96-20** <br><br> Complaint filed: February 16, 2023 |

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORDS:**

**PLEASE TAKE NOTICE,** Plaintiffs Jonathan Wayne Botten, Sr., Tanja Dudek-Botten, Annabelle Botten, and J.B., by and through their attorney of record, hereby submit this Notice of Errata and attached document related to Plaintiffs' Consolidated Opposition to Defendants' Motions for Summary Judgment (Doc. No. 96).

Document No. 96-20 – Declaration of Jonathan Wayne Botten, Sr. – Plaintiffs seek to correct the document uploaded as Document No. 96-20. Plaintiffs inadvertently uploaded a duplicate copy of the Declaration of Roger Clark in place of the Declaration of Jonathan Wayne Botten, Sr. The correct document is the Declaration of Jonathan Wayne Botten, Sr., and is attached hereto as "**Exhibit A**."

Plaintiffs sincerely apologizes for any confusion and inconvenience this may have caused this Court and defense.

DATED: February 28, 2025         LAW OFFICES OF DALE K. GALIPO

                                 By    /s/ Hang D. Le
                                    Dale K. Galipo
                                    Hang D. Le
                                    Attorneys for Plaintiffs

-1-
PLAINTIFFS' NOTICE OF ERRATA RE: ECF NO. 96-20