# Exhibit A

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs
JONATHAN WAYNE BOTTEN, SR.,
TANJA DUDEK-BOTTEN, ANNABELLE BOTTEN,
AND J.B.

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WAYNE BOTTEN, SR.; TANJA DUDEK-BOTTEN; ANNABELLE BOTTEN; and J.B., a minor, by and through his guardian JONATHAN WAYNE BOTTEN, SR., <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 5:23-cv-00257-KK-SHK <br><br> *Honorable Kenly Kiya Kato* <br><br> **DECLARATION OF JONATHAN WAYNE BOTTEN, SR.** |

I, Jonathan Wayne Botten, Sr., hereby declare as follows:

1. I am a plaintiff in above-referenced matter. I am a competent adult and personally familiar with the facts contained herein and would and could competently testify thereto if called upon to do so.

2. After sustaining injuries on February 17, 2021, following the officer-involved shooting that occurred outside of my then-residence, located at 17994 Catalpa Street in Hesperia, California, I was transported to Desert Valley Hospital to be treated for my injuries.

3. While treating my gunshot wounds at Desert Valley Hospital, a doctor told me that the gunshot wound I sustained to my right forearm was likely caused by a 40 or 45-caliber bullet.

4. On February 17, 2021, at approximately 9:00 a.m. in the morning, I was interviewed by a Detective Hernandez at the Hesperia Sheriff's Station regarding the February 17, 2021 shooting incident that occurred in front of my then-residence. During the interview, I mentioned to the detective that the doctor had informed me that the gunshot wound to my right forearm was likely caused by something similar to a 45-caliber bullet.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed __2/25/2025__, in __Oakhills__, California.

Signed by:
*[signature: Jon Bott]*
4AEB3BD82F83412...

Jonathan Wayne Botten, Sr.

-1-

DECLARATION OF JONATHAN WAYNE BOTTEN, SR.

5:23-cv-00257-KK-SHK