Shannon L. Gustafson (SBN 228856)
sgustafson@lynberg.com
Amy R. Margolies (SBN 283471)
amargolies@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, ROBERT VACCARI and JAKE ADAMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WAYNE BOTTEN, SR.; TANJA DUDEK-BOTTEN; ANNABELLE BOTTEN; and J.B., a minor by and through his guardian JONATHAN WAYNE BOTTEN, SR., <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; ISAIAH KEE; MICHAEL BLACWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 1-10 inclusive, <br><br> Defendants. | CASE NO. 5:23-cv-00257-KK-SHK <br><br> *Assigned for All Purposes to:* <br> *Hon. Kenly Kiya Kato– Courtroom #3* <br><br> **JOINT STIPULATION TO ALLOW COUNTY DEFENDANT DEPUTY ADAMS TO TESTIFY OUT OF ORDER** <br><br> *Trial: July 28, 2025* <br><br> *Complaint filed: 02/16/23* <br> *FAC filed: 06/08/23* |

**TO THE HONORABLE COURT:**

Plaintiffs Jonathan Wayne Botten Sr., Tanja Dudek-Botten, Annabelle Botten, and J.B., a minor by and through his guardian *ad litem* Jonathan Wayne Botten Sr. ("Plaintiffs") and Defendants Michael Blackwood, Isaiah Kee, and Bernardo Rubalcava ("State Defendants"), County of San Bernardino, Robert Vaccari, and Jake Adams ("County Defendants") (collectively "Defendants"), herby stipulate as

1
**JOINT STIPULATION TO ALLOW COUNTY DEFENDANT DEPUTY ADAMS TO TESTIFY OUT OF ORDER**

follows:

County Defendant, Deputy Jake Adams, may testify out of order if necessary, so that his testimony begins and is completed before August 1, 2025, at the trial set for July 28, 2025, as he will be unavailable from August 2-9, 2025.

Deputy Adams is a party and percipient witness to the incident and is anticipated to appear on the Parties' Joint Witness List. Deputy Adams has a scheduling conflict in that he will be out of country, on a pre-planned and pre-paid vacation from August 2-9, 2025. Therefore, the parties have met and conferred and have all agreed that Deputy Adams will be called, and will complete his testimony, before he becomes unavailable. The parties therefore stipulate to calling Deputy Adams for trial during the first week of trial, between July 28-August 1, 2025, and will, if necessary, call Deputy Adams out of order so that his testimony is completed on or before August 1, 2025.

The Parties hereby stipulate that County Defendant, Deputy Jake Adams, will be called to testify and complete his testimony between July 28, 2025 – August 1, 2025, before he is unavailable as set forth herein.

**IT IS SO STIPULATED**.

DATED: March 21, 2025

**LYNBERG & WATKINS**
A Professional Corporation

By: */s/ Amy R. Margolies*
**SHANNON L. GUSTAFSON**
**AMY R. MARGOLIES**
Attorneys for Defendant,
COUNTY OF SAN BERNARDINO
ROBERT VACCARI, and JAKE ADAMS

| | | |
|---|---|---|
| DATED: March 21, 2025 | | LAW OFFICES OF DALE K. GALIPO |

By  /s/ *Hang D. Le*
**Dale K. Galipo**
**Hang D. Le**
Attorneys for Plaintiffs

DATED: March 21, 2025

ROB BONTA
Attorney General of California
CHRISTINE E. GARSKE
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

**DIANA ESQUIVEL**
Deputy Attorney General
*Attorneys for Defendants Blackwood, Kee, and Rubalcava*

\*The filer, Amy R. Margolies, hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur with the filing's content, and have authorized.

DATED: March 21, 2025

**LYNBERG & WATKINS**
A Professional Corporation

By:  */s/ Amy R. Margolies*
**SHANNON L. GUSTAFSON**
**AMY R. MARGOLIES**
**ANITA K. CLARKE**
Attorneys for Defendant,
COUNTY OF SAN BERNARDINO
ROBERT VACCARI, and JAKE ADAMS

3
**JOINT STIPULATION TO ALLOW COUNTY DEFENDANT DEPUTY ADAMS TO TESTIFY OUT OF ORDER**