Shannon L. Gustafson (SBN 228856)
sgustafson@lynberg.com
Amy R. Margolies (SBN 283471)
amargolies@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, ROBERT VACCARI and JAKE ADAMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WAYNE BOTTEN, SR.; TANJA DUDEK-BOTTEN; ANNABELLE BOTTEN; and J.B., a minor by and through his guardian JONATHAN WAYNE BOTTEN, SR., <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; ISAIAH KEE; MICHAEL BLACWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 1-10 inclusive, <br><br> Defendants. | CASE NO. 5:23-cv-00257-KK-SHK <br><br> *Assigned for All Purposes to:* <br> Hon. Kenly Kiya Kato– Courtroom #3 <br><br> **[PROPOSED] ORDER RE JOINT STIPULATION TO ALLOW COUNTY DEFENDANT DEPUTY ADAMS TO TESTIFY OUT OF ORDER** <br><br> *Trial: July 28, 2025* <br><br> *Complaint filed: 02/16/23* <br> *FAC filed: 06/08/23* |

1
**[PROPOSED] ORDER**

# [PROPOSED] ORDER

Having read and considered the parties' stipulation and for good cause, the Court grants the parties' stipulation to allow individual County Defendant Deputy Jake Adams to testify out of order, if necessary, and for him to be called to testify and complete his testimony during the first week of trial, July 28, 2025 – August 1, 2025.

**IT IS SO ORDERED**.

DATED:

                                              **HON. KENLY K. KATO**
                                              United States District Court Judge