**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs
JONATHAN WAYNE BOTTEN, SR.,
TANJA DUDEK-BOTTEN, ANNABELLE BOTTEN,
AND J.B.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WAYNE BOTTEN, SR.; TANJA DUDEK-BOTTEN; ANNABELLE BOTTEN; and J.B., a minor, by and through his guardian JONATHAN WAYNE BOTTEN, SR., <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 5:23-cv-00257-KK-SHK <br><br> *Honorable Kenly Kiya Kato* <br> *Mag. Judge Shashi H. Kewalramani* <br><br> **JOINT REPORT RE: SETTLEMENT PROCEEDINGS UNDER COURT-DIRECTED ADR PROGRAM** |

**<u>TO THE HONORABLE COURT</u>:**

Pursuant to the Court's Civil Trial Scheduling Order, Plaintiffs Jonathan Wayne Botten, Sr., Tanja Dudek-Botten, Annabelle Botten, and J.B., a minor by and through his guardian *ad litem* Jonathan Wayne Botten, Sr. ("Plaintiffs") and Defendants Michael Blackwood, Isaiah Kee, Bernardo Rubalcava ("State Defendants"), County of San Bernardino, Robert Vaccari, and Jake Adams ("County Defendants") (collectively "the Parties"), hereby submit this Joint Report Regarding Settlement Proceedings Under Court-Directed ADR Program.

A mediation pursuant to ADR Procedure No. 2 was held on April 3, 2025, before ADR Panel Mediator Richard Copeland. The individual parties, their respective trial counsel, and/or representatives appeared as required by Local Rule 16-15.5(b).

Plaintiffs and County Defendants reached a tentative settlement. This settlement is subject to County Board approval. This matter is set for review by the Board of Supervisors at the next available closed session meeting on April 29, 2025.

Plaintiffs and State Defendants were unable to reach a settlement. However, the Plaintiffs and State Defendants are open to reopening settlement discussions should circumstances change.

//
//
//
//
//
//
//
//
//
//
//

Respectfully submitted,

DATED: April 10, 2025                    LAW OFFICES OF DALE K. GALIPO

                                         By _____ */s/ Hang D. Le*_____
                                              Dale K. Galipo
                                              Hang D. Le
                                              Attorneys for Plaintiffs

DATED:  April 10, 2025                   ROB BONTA
                                         Attorney General of California
                                         NORMAND D. MORRISON
                                         Supervising Deputy Attorney General

                                         */s/ Diana Esquivel*

                                         DIANA ESQUIVEL
                                         Deputy Attorney General
                                         *Attorneys for Defendants Blackwood, Kee, and Rubalcava*

DATED:  April 10, 2025                   LYNBERG & WATKINS

                                         By _____ */s/ Amy R. Margolies*_____
                                              Shannon L. Gustafson
                                              Amy R. Margolies
                                              Attorneys for Defendants
                                              COUNTY OF SAN BERNARDINO,
                                              ROBERT VACCARI. and JAKE ADAMS

*The filer, Hang D. Le, hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur with the filing's content and have authorized the filing.