**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs
JONATHAN WAYNE BOTTEN, SR.,
TANJA DUDEK-BOTTEN, ANNABELLE BOTTEN,
AND J.B.

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WAYNE BOTTEN, SR.; TANJA DUDEK-BOTTEN; ANNABELLE BOTTEN; and J.B., a minor, by and through his guardian JONATHAN WAYNE BOTTEN, SR., <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 5:23-cv-00257-KK-SHK <br><br> *Honorable Kenly Kiya Kato* <br><br> **STATUS REPORT REGARDING COUNTY BOARD APPROVAL OF PLAINTIFFS' SETTLEMENT WITH COUNTY DEFENDANTS** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Court's April 28, 2025 Order, Plaintiffs L Jonathan Wayne Botten, Sr., Tanja Dudek-Botten, Annabelle Botten, and J.B., a minor by and through his guardian *ad litem* Jonathan Wayne Botten, Sr. ("Plaintiffs") hereby submit this Status Report regarding their settlement with County Defendants.

Plaintiffs have been informed that the San Bernardino County Board of Supervisors has approved the settlement between Plaintiffs and Defendants County of San Bernardino, Jake Adams, and Robert Vaccari ("County Defendants"). Plaintiffs and County Defendants are currently working on drafting and finalizing the Settlement Agreement. Once the Settlement Agreement is executed by all parties, Plaintiffs will file a formal Notice of Settlement.

Respectfully submitted,

DATED: April 30, 2025                LAW OFFICES OF DALE K. GALIPO

By      */s/ Hang D. Le*
Dale K. Galipo
Hang D. Le
Attorneys for Plaintiffs