**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs
JONATHAN WAYNE BOTTEN, SR.,
TANJA DUDEK-BOTTEN, ANNABELLE BOTTEN,
AND J.B.

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WAYNE BOTTEN, SR.; TANJA DUDEK-BOTTEN; ANNABELLE BOTTEN; and J.B., a minor, by and through his guardian JONATHAN WAYNE BOTTEN, SR., <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; ISAIAH KEE; MICHAEL BLACKWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 5:23-cv-00257-KK-SHK <br><br> *Honorable Kenly Kiya Kato* <br><br> **JOINT STATUS REPORT RE: APPEAL AND PRETRIAL AND TRIAL DATES** |

**TO THE HONORABLE COURT**:

Pursuant to the Court's June 25, 2025 Notice and Order (Dkt. No. 123), Plaintiffs Jonathan Wayne Botten, Sr., Tanja Dudek-Botten, Annabelle Botten, and J.B., a minor by and through his guardian *ad litem* Jonathan Wayne Botten, Sr. ("Plaintiffs") and Defendants Isaiah Kee and Bernardo Rubalcava ("Defendants") (collectively, "the Parties"), hereby submit this Joint Status Report regarding how the Parties wish to proceed with this matter in light of Defendants' interlocutory appeal.

On June 4, 2025, before any pretrial filings were due, Defendants filed a Notice of Appeal to the Ninth Circuit (Dkt. No. 121) on the denial of qualified immunity on Plaintiffs' Fourth Amendment claim under 42 U.S.C. § 1983. It is the Parties' understanding, and Defendants' position, that an interlocutory appeal from the denial of qualified immunity divests the district court of jurisdiction to proceed with trial. *Mitchell v. Forsyth*, 472 U.S. 511, 530 (1985); *Chuman v. Wright*, 960 F.2d 104, 105 (9th Cir. 1992). Accordingly, it is the Parties' understanding that the Court is currently without jurisdiction, and the Parties cannot proceed with the Final Pretrial Conference and Trial.

However, it is the Plaintiffs' desire to avoid protracted delay in proceeding with trial. Accordingly, the Parties have reached a tentative agreement whereby the Plaintiffs will dismiss with prejudice their Fourth Amendment claim in exchange for Defendants' dismissal of their interlocutory appeal without prejudice to reinstatement. Plaintiffs have also conveyed to Defendants that after the dismissal of their Fourth Amendment claim, they intend to request that the Court exercise supplemental jurisdiction over the remaining state law claims and request a new trial date within the next few months. Defendants have indicated that they will not oppose a request for the Court to exercise supplemental jurisdiction over the state law claims and are in agreement with finding a new trial date within the next few months should the Court exercise its discretion to exercise supplemental jurisdiction over the remaining state law claims.

The Parties are working on the terms of the stipulation and anticipate that they will file a formal stipulation for dismissal, with prejudice, of Plaintiffs' Fourth Amendment claim by the end of next week and Defendants will file their dismissal of the interlocutory appeal within the same time frame. Plaintiffs will then proceed with filing a request for the Court to exercise jurisdiction over Plaintiffs' remaining state law claims and to reset the trial date and all related pretrial dates.

Respectfully Submitted,

DATED: July 1, 2025                LAW OFFICES OF DALE K. GALIPO

                                   By _____/s/ Hang D. Le_____
                                      Dale K. Galipo
                                      Hang D. Le
                                      Attorneys for Plaintiffs

DATED:  July 1, 2025               ROB BONTA
                                   Attorney General of California
                                   NORMAND D. MORRISON
                                   Supervising Deputy Attorney General

                                   */s/ Diana Esquivel**

                                   DIANA ESQUIVEL
                                   Deputy Attorney General
                                   *Attorneys for Defendants Kee and Rubalcava*

*The filer, Hang D. Le, hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur with the filing's content and have authorized the filing.