Shannon L. Gustafson (SBN 228856)
sgustafson@lynberg.com
Amy R. Margolies (SBN 283471)
amargolies@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, ROBERT VACCARI and JAKE ADAMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WAYNE BOTTEN, SR.; TANJA DUDEK-BOTTEN; ANNABELLE BOTTEN; and J.B., a minor by and through his guardian JONATHAN WAYNE BOTTEN, SR., <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; ISAIAH KEE; MICHAEL BLACWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 1-10 inclusive, <br><br> Defendants. | CASE NO. 5:23-cv-00257-KK-(SHKx) <br><br> *Assigned for All Purposes to:* <br> Hon. Kenly Kiya Kato– Courtroom #3 <br><br> **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br> **[Fed. R. Civ. P. 41(a)(1)(A)(ii)]** <br><br> *Trial: July 28, 2025* <br><br> *Complaint filed: 02/16/23* <br> *FAC filed: 06/08/23* |

**TO THE HONORABLE COURT:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel for all parties who have appeared in this case hereby stipulate to the dismissal of Defendants, COUNTY OF SAN BERNARDINO, ROBERT VACCARI and JAKE ADAMS only, in the above-captioned action, with prejudice. Each side is to bear its own fees and costs incurred in this matter. This stipulation

does not affect the claims against Defendants Isaiah Kee and Bernardo Rubalcava.

**IT IS SO STIPULATED.**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this Stipulation attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 9, 2025

**LYNBERG & WATKINS**
A Professional Corporation

By: */s/ Amy R. Margolies*
**Shannon L. Gustafson**
**Amy R. Margolies**
Attorneys for Defendants,
COUNTY OF SAN BERNARDINO,
ROBERT VACCARI and JAKE ADAMS

DATED: July 9, 2025

LAW OFFICES OF DALE K. GALIPO

By */s/ Hang D. Le*
**Dale K. Galipo**
**Hang D. Le**
Attorneys for Plaintiffs

*The filer, Amy R. Margolies, hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur with the filing's content, and have authorized.

DATED: July 9, 2025

**LYNBERG & WATKINS**
A Professional Corporation

By: */s/ Amy R. Margolies*
**Shannon L. Gustafson**
**Amy R. Margolies**
Attorneys for Defendants,
COUNTY OF SAN BERNARDINO,
ROBERT VACCARI and JAKE ADAMS