**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN WAYNE BOTTEN, SR.; TANJA DUDEK-BOTTEN; ANNABELLE BOTTEN; and J.B., a minor by and through his guardian JONATHAN WAYNE BOTTEN, SR., <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA; COUNTY OF SAN BERNARDINO; ISAIAH KEE; MICHAEL BLACWOOD; BERNARDO RUBALCAVA; ROBERT VACCARI; JAKE ADAMS; and DOES 1-10 inclusive, <br><br> Defendants. | CASE NO. 5:23-cv-00257-KK-(SHKx) <br><br> *Assigned for All Purposes to:* <br> *Hon. Kenly Kiya Kato– Courtroom #3* <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br> **[Fed. R. Civ. P. 41(a)(1)(A)(ii)]** <br><br> *Trial:  July 28, 2025* <br><br> *Complaint filed:  02/16/23* <br> *FAC filed:  06/08/23* |

On July 9, 2025, the parties filed their Stipulation for Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), for voluntary dismissal, with prejudice, of Defendants, COUNTY OF SAN BERNARDINO, ROBERT VACCARI and JAKE ADAMS, in the above-captioned action.

The Court having considered the Parties' Stipulation and finding good cause therefore, hereby GRANTS the Stipulation and ORDERS as follows:

1. Defendants, COUNTY OF SAN BERNARDINO, COUNTY OF SAN

1  BERNARDINO, ROBERT VACCARI and JAKE ADAMS, are dismissed
2  with prejudice in the above-captioned action.
3  2. The above-captioned action is dismissed in its entirety with prejudice.
4  3. The Parties shall bear their own costs associated with the dismissal of
5  Defendants and claims.

7  DATED:
   _____
8  HONORABLE KENLY KIYA KATO
   United States District Judge