# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WAYNE BOTTEN, SR., et al.;<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | Case No. 5:23-cv-00257-KK-SHK<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFFS' FOURTH AMENDMENT CLAIM WITH PREJUDICE** |

The Court, having reviewed the parties' Stipulation for Dismissal of Plaintiffs' Fourth Amendment claim, and GOOD CAUSE appearing, hereby dismisses Plaintiffs' Fourth Amendment claim under 42 U.S.C. § 1983 asserted in Plaintiffs' First Amended Complaint, First Claim for Relief. Each party shall bear their own costs and attorney fees incurred in litigating this claim.

**IT IS SO ORDERED**.

DATED: _____

Hon. Kenly Kiya Kato
United States District Judge